| | |
|---|---|
| 1 | Willmore F. Holbrow, III (State Bar No. 169688) |
| 2 | Bill_Holbrow@bstz.com |
|   | Dennis G. Martin, Esq. (State Bar No. 54060) |
| 3 | dennis_martin@bstz.com |
| 4 | BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP |
|   | 12400 Wilshire Boulevard, Seventh Floor |
| 5 | Los Angeles, California 90025 |
|   | Tel: (310) 207-3800 |
| 6 | Fax: (310) 820-5988 |
| 7 | |
|   | Attorneys for Defendant PACSGEAR, INC. |
| 8 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DATCARD SYSTEMS, INC., a California corporation | ) ) ) | Case No. SACV 10-1288 DOC (VBKx) |
| Plaintiff, | ) ) ) ) | **DECLARATION OF WILLMORE F. HOLBROW IN SUPPORT OF MOTION FOR LEAVE TO AMEND THE PLEADINGS** |
| v. | ) ) | |
| PACSGEAR, INC., a California corporation | ) ) ) | |
| Defendant. | ) ) | |
| PACSGEAR, INC., a California corporation, | ) ) ) | Courtroom of Judge Carter |
| Counter-Claimant, | ) ) ) | Date: November 28, 2011 Time: 8:30 |
| v. | ) ) | Discovery Cut-Off: Dec. 23, 2011 |
| DATCARD SYSTEMS, INC., a California corporation, | ) ) ) ) | Trial Date: April 17, 2012 |
| Counter-Defendant. | ) ) | |

DECLARATION OF WILLMORE F. HOLBROW

I, Willmore F. Holbrow, declare as follows:

1. I am admitted to practice law in California and am a partner in the firm of Blakely Sokoloff Taylor & Zafman LLP. I am counsel for defendant Pacsgear, Inc.

2. I have personal knowledge of the facts in this Declaration and if called upon, could testify to them under oath. The Exhibits in this declaration are true copies of documents I transmitted or received in the course of this litigation.

3. On or about August 12, 2011, I took the deposition of Ken Wright, one of the named inventors of the patents asserted in this litigation. It was during his deposition that I first became aware of the facts alleged in the proposed amended inequitable conduct defense and counterclaims.

4. On or about September 14, 2011, we received the signed deposition of Mr. Wright and Datcard's Fourth Set of Interrogatories. Datcard's Interrogatory No. 17 asked for the facts supporting the inequitable conduct defense relating to Pacsgear's Ninth Affirmative Defense[1], namely:

> "46. As a ninth, separate and distinct affirmative defense, defendant alleges that the asserted patents are invalid and unenforceable as a result of patent misuse, such misuse including, without limitation, obtaining a patent through fraudulent representations and omissions in the Patent Office, and bad faith enforcement of patent known to plaintiff to be invalid for the purpose of restraining competition."

5. In approximately late-September, 2011, I had a conversation with Datcard's counsel, Paul Stewart, regarding one of the experts we had designated in the case, namely Robert Green, an expert in patent prosecution. He asked me about the subject matter of Mr. Green's report. I explained to him that it would cover the examinations of the file histories in the case including Datcard's decision to utilize

---

[1] This paragraph was also referenced as a basis for Pacsgear's Counterclaim.

1 DECLARATION OF WILLMORE F. HOLBROW

the expedited process and he was looking into the potential for an inequitable conduct claim regarding Mr. Wright's testimony. Mr. Green completed his analysis shortly before finalizing his report on November 1, 2011, concluding that the actions of Mr. Wright amounted to inequitable conduct.

6. On October 11, 2011, Pacsgear timely served its response to Interrogatory No. 17 wherein Pacsgear identified the allegations supporting Pacsgear's Ninth Affirmative Defense including (i) Mr. Wright's failure to advise the Patent Office of relevant prior art ("eFilm Suite") despite an opportunity and obligation to do so and (ii) statements plaintiff made during the prosecution of some of the patents relating to the provisional application. (A copy of Pacsgear's response to Interrogatory No. 17 is attached as Exhibit 1.)

7. Late on Friday, October 21, 2011, I received a letter attached as Exhibit 2 from Datcard's counsel. It raised issues regarding the sufficiency of the facts included in the response to Interrogatory No. 17 and referred to the *Exergen* and *Therasense* decision.

8. The following Monday, I had a conversation with Mr. Stewart regarding this issue and the next day, October 25, 2011, I provided a supplemental response to Interrogatory No. 17 providing greater detail of the facts supporting the affirmative defense. (Exhibit 3), which I followed up with an email (Exhibit 4).

9. On October 31, 2011, I received an email from Datcard's counsel indicating that they intended to file a motion to dismiss re: judgment on the pleadings. (A copy of this email is attached as Exhibit 5).

///

///

///

10. On November 2, 2011, I spoke with Mr. Stewart regarding the matter. I asked him if Datcard would stipulate to allow Pacsgear to amend the pleadings. He said that they would not because they believed it was too late. I asked him if he was aware of any prejudice to DatCard caused by the alleged delay and he did not identify any.

11. Attached as Exhibit 6 is a true and correct copy of an email (with attachment) sent by Dennis Martin, also counsel for PACSGear, forwarding a draft of the Amended Answer to DatCard's counsel and again requesting that DatCard stipulate to the proposed amendment, which they did not.

I declare under the laws of the United States that the foregoing is true and correct.

Executed on 11/7, 2011, at Los Angeles, California.

Willmore F. Holbrow

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the State of California, am over the age of 18 years and not a party to the within action. I am employed by Blakely Sokoloff, Taylor & Zafman LLP located at 12400 Wilshire Boulevard, Seventh Floor, Los Angeles, California 90025.

On November 7, 2011, I served the following document: **DECLARATION OF WILLMORE F. HOLBROW IN SUPPORT OF MOTION FOR LEAVE TO AMEND THE PLEADINGS** on all interested parties, through their respective attorneys of record, as follows:

| | |
|---|---|
| Craig S. SUMMERS (SB#108,688<br>craig.summers@kmob.com<br>Paul A. Stewart (SB#153,467)<br>paul.stewart@kmob.com<br>David H. Chan (SB #2511,575)<br>david.chan@kmob.com<br>KNOBBE MARTENS, OLSON & BEAR, LLP<br>2040 Main Street 14th Floor<br>Irvine, CA  92614<br>Tel: 949-760-0404<br>Fax:  949-760-9502 | |

**METHOD OF SERVICE**

\_\_X\_\_(**BY MAIL**) I caused such envelope(s) with sufficient postage thereon fully prepaid to be placed in the United States Mail at Los Angeles, California.

\_\_X\_\_(**BY ELECTRONIC MAIL**)  I caused a true and correct copy of the attached document to be sent via e-mail to the email address listed above)

_____(**BY FACSIMILE**) I caused such document to be transmitted by facsimile to the address listed above.

_____(**BY PERSONAL SERVICE**) I caused such documents to be delivered by hand to the person(s) listed above by using a messenger service for personal delivery or by Federal Express, California Overnight Express or some other overnight delivery service to the address listed above.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on November 7, 2011, at Los Angeles, California.

Maria Papi

1