1   Willmore F. Holbrow, III (SBN#169688)
    Bill_Holbrow@bstz.com
2   Dennis G. Martin (SBN# 54060)
    dennis_martin@bstz.com
3   BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP
4   12400 Wilshire Boulevard, Seventh Floor
    Los Angeles, California 90025
5   Tel: (310) 207-3800
    Fax: (310) 820-5988
6
7   Attorneys for Defendant PACSGEAR, INC.

8                   UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                     SOUTHERN DIVISION

11

12   DATCARD SYSTEMS, INC., a California)   CASE NO. SACV 10-1288 DOC (VBKx)
     corporation                        )
13                                       )   Case Assigned to: Judge David O. Carter
                  Plaintiff,             )
14                                       )
                                         )
15                vs.                    )
                                         )   **DEFENDANT'S RESPONSES TO 4TH**
16   PACSGEAR, INC., a California corporation )  **SET OF INTERROGATORIES**
                                         )   **PROPOUNDED BY PLAINTIFF (NO.**
17                Defendant.             )   **17)**
18   ─────────────────────────────────  )
     PACSGEAR, INC., a California        )
19   corporation,                        )
                                         )
20                Counter-Claimaint,     )
                                         )
21   v.                                  )
                                         )
22   DATCARD SYSTEMS, INC., a California )
23   corporation,                        )
                                         )
24                Counter-Defendant.     )
                                         )
25   ─────────────────────────────────  )

26       Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant

27   PACSGEAR, INC. (hereinafter 'PACSGEAR") hereby responds to the Plaintiff

28



DATCARD SYSTEMS, INC.'s (hereinafter "DATCARD") FOURTH SET OF

INTERROGATORIES in writing, under oath within thirty days from service hereof.

General Objections

1.    PACSGEAR responds to Plaintiff DATCARD'S FOURTH SET OF

INTERROGATORIES requesting confidential or trade secret information at least in the

absence of a suitable protective order.  Disclosure of such information to personnel of

Plaintiff or persons associated with Defendant's competitors could be damaging to

Defendant's business interests.

2.    PACSGEAR objects to DATCARD'S FOURTH SET OF

INTERROGATORIES requesting disclosure of confidential attorney-client

communications or the work product of its counsel.

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 17:**

Identify and describe in detail all of the facts and legal bases supporting your Ninth

Affirmative Defense, set forth in Paragraph 46 of your Answer to the Second Amended

Complaint, and identify the Bates Number all documents supporting this affirmative

defense.

**OBJECTION:**    Pacsgear objects to this interrogatory on the grounds it is vague,

ambiguous, overbroad and calls for the product of privileged documents.

**RESPONSE:**           Subject to and without waiving the foregoing objections,

Pacsgear responds as follows:  Ken Wright, a named inventor, testified that he obtained an

efilm suite software product, prior to conceiving of the alleged invention.  During the

1  prosecution of the '164 patent, Mr. Wright failed to advise the Patent Office of this prior

2  art during the prosecution, despite having an opportunity and obligation to do so. In

3  addition, during the prosecution of some of the other patents, plaintiff asserted that the

4  provisional application supported various claim limitations, which it knew or should have

5  known was not true.

6  Dated: October 11, 2011

7

8  Willmore F. Holbrow, III (SB# 169688)
   Dennis G. Martin (SB# 54060)

9  BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP
   12400 Wilshire Boulevard, Seventh Floor

10 Los Angeles, California 90025
   Tel: (310) 207-3800

11 Fax: (310) 820-5988

12 Attorneys for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a resident of the State of California, am over the age of 18 years and not a party to the within action. I am employed by Blakely Sokoloff, Taylor & Zafman LLP located at 12400 Wilshire Boulevard, Seventh Floor, Los Angeles, California 90025.

On October 11, 2011, I served the following document: **DEFENDANT'S RESPONSES TO FOURTH SET OF INTERROGATORIES PROPOUNDED BY PLAINTIFF (NO. 17)** on all interested parties, through their respective attorneys of record, as follows:

| | |
|---|---|
| Craig S. SUMMERS (SB#108,688) craig.summers@kmob.com Paul A. Stewart (SB#153,467) paul.stewart@kmob.com David H. Chan (SB #2511,575) david.chan@kmob.com KNOBBE MARTENS, OLSON & BEAR, LLP 2040 Main Street 14th Floor Irvine, CA  92614 Tel:  949-760-0404 Fax:  949-760-9502 | |

**METHOD OF SERVICE**

_____X____ (**BY MAIL**) I caused such envelope(s) with sufficient postage thereon fully prepaid to be placed in the United States Mail at Los Angeles, California.
_____X____ (**BY ELECTRONIC MAIL**) I caused a true and correct copy of the attached document to be sent via e-mail to the email address listed above)
_____ (**BY FACSIMILE**) I caused such document to be transmitted by facsimile to the address listed above.
_____ (**BY PERSONAL SERVICE**) I caused such documents to be delivered by hand to the person(s) listed above by using a messenger service for personal delivery or by Federal Express, California Overnight Express or some other overnight delivery service to the address listed above.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on October 18, 2011 at Los Angeles, California.

Maria Papi

4