Irvine, CA 92614
www.kmob.com/paul.stewart <http://www.kmob.com/paul.stewart>

----- End of Forwarded Message

**From:** Bill Holbrow <Bill_Holbrow@bstz.com>
**Date:** Wed, 26 Oct 2011 11:09:04 -0700
**To:** "Paul.Stewart" <Paul.Stewart@kmob.com>
**Conversation:** Affirmative Defense
**Subject:** Affirmative Defense

Paul,

Just following up on your letter of October 21st and our discussion regarding PACSGear's 9th Affirmative Defense.

In our Answer, we have clearly pled that the Asserted Patents are unenforceable as a result of DatCard "obtaining a patent through fraudulent representations and omissions at the Patent Office". DatCard recently asked us to provide specific facts supporting this claim, which we did and in view of your comments regarding our initial response, we have now provided you with an expanded version of the facts supporting the affirmative defense.

In light of the above, the situation here is quite different from the situation in *Exergen*, in which a motion for leave to amend was denied because the factual allegations were insufficient. The facts here are also quite different from the allegations in *Therasense*. Here the defense has been pled, the factual allegations have been provided to you and they more than sufficient to support the defense. As a result, we do not believe there is a need to file a motion for leave to amend. If, however, you are aware of any judicial decisions to the contrary (i.e., where leave to amend was required), based on similar facts (i.e., where the affirmative defense was pled and supporting facts have been provided), please let us know.

If DatCard does not believe the facts are sufficient, I suppose DatCard could file a motion to dismiss the affirmative defense under Rule 9, however, we believe such motion would be futile, in light of the detailed facts we have provided. If, on the other hand, you don't believe that some or all of the facts we alleged are accurate, please let us know.

EXHIBIT 4

Page 2 of 3

Please let me know if you have any questions.

Regards,

**Bill Holbrow** | Partner
BLAKELY SOKOLOFF TAYLOR & ZAFMAN LLP
12400 Wilshire Boulevard, Suite 700
Los Angeles | California 90025
Phone 310.207.3800 | Fax 310.820.5988
Bill_Holbrow@bstz.com | www.bstz.com


------ End of Forwarded Message