**Subject: FW: Patent Misuse and Inequitable Conduct**
**Date:** Wednesday, November 2, 2011 4:51 PM
**From:** Bill Holbrow <Bill_Holbrow@bstz.com>
**Conversation:** Patent Misuse and Inequitable Conduct

------ Forwarded Message
**From:** "Paul.Stewart" <Paul.Stewart@kmob.com>
**Date:** Mon, 31 Oct 2011 22:06:46 +0000
**To:** Bill Holbrow <Bill_Holbrow@bstz.com>
**Conversation:** Patent Misuse and Inequitable Conduct
**Subject:** Patent Misuse and Inequitable Conduct

Dear Bill,

We are writing to request a conference of counsel with you under Local Rule 7-3 concerning Pacsgear's Ninth Affirmative Defense, which alleges that the patents in suit are invalid and unenforceable as a result of patent misuse.

In response to DatCard's Interrogatory No. 17, which sought the basis for this affirmative defense, we learned that Pacsgear's misuse defense is reallly an inequitable conduct defense. However, as we have previously notified you, Pacsgear has not pled an inequitable conduct defense and has not met the standards for pleading such a defense with the specificity required by Rule 9 and the *Exergen* case. Even if Pacsgear's supplemental response to Interrogatory No. 17 is taken into account, Pacsgear still has fallen short of adequately pleading an inequitable conduct defense. Accordingly, DatCard intends to file a motion to dismiss Pacsgear's Ninth Affirmative Defense under Rule 12(c). We also intend to move to strike any expert reports (or portions thereof) by Pacsgear that relate to this defense, unless we are able to reach an agreement that DatCard's rebuttal expert reports related to this defense may be postponed until 30 days after the Court has decided the motion to dismiss.

We would like to conduct the conference of counsel with you on Wednesday, November 2, 2011 at 11 am, or sooner if you are available. Please let us know what works for you.

Best regards,
Paul


Paul Stewart
Partner
pstewart@kmob.com
949-721-2886 **Direct**
Knobbe Martens
INTELLECTUAL PROPERTY LAW
2040 Main Street, 14th Floor



**Subject: Datcard v. Pacsgear--amended answer**
**Date:** Thursday, November 3, 2011 9:19 AM
**From:** Dennis Martin <Dennis_Martin@bstz.com>
**To:** <Paul.Stewart@kmob.com>
**Cc:** Lareema Henderson <Lareema_Henderson@bstz.com>
**Conversation:** Datcard v. Pacsgear--amended answer

Dear Paul,

I am confirming that you declined Bill Holbrow's request to stipulate to our amending the answer and counterclaim to plead the inequitable conduct defense and counterclaim in more detail.  Enclosed is our draft amended pleading..  As you know, leave to amend is freely granted, and only may be denied on a showing of unreasonable delay and prejudice.  With a discovery cut off in late December, there is no prejudice, and delay has not been unreasonable.  We plan on proceeding with filing a motion for leave to amend, if you do not have a change of heart on the issue.

Dennis Martin
--
Dennis G. Martin
Blakely, Sokoloff, Taylor & Zafman, LLP
12400 Wilshire Boulevard, Suite 700
Los Angeles, CA 90025
Direct: (310) 500-4746