Craig S. Summers (SBN 108,688)
craig.summers@kmob.com
Paul A. Stewart (SBN 153,467)
paul.stewart@kmob.com
Brian C. Claassen (SBN 253,627)
brian.claassen@kmob.com
Bridget A. Smith (SBN 253,548)
bridget.smith@kmob.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterdefendant
**DATCARD SYSTEMS, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DATCARD SYSTEMS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACSGEAR, INC., a California corporation,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM | Civil Action No.<br>SACV10-1288 DOC (VBKx)<br><br>**DECLARATION OF PAUL A. STEWART IN SUPPORT OF DATCARD SYSTEMS, INC.'S MOTION TO PRECLUDE THE EXPERT OPINION TESTIMONY OF STEVEN HORII AND IAN JESTICE REGARDING OBVIOUSNESS OF THE ASSERTED PATENTS**<br><br>Date:　February 13, 2012<br>Time:　8:30 a.m.<br>Ctrm:　9D<br><br>The Honorable David O. Carter |

I, Paul A. Stewart, declare as follows:

1. I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP, and one of the attorneys representing Plaintiff / Counterdefendant DatCard Systems, Inc. ("DatCard"). I have personal knowledge of the matters set forth herein and if called upon to testify, I could and would testify competently to them.

2. I am providing this declaration in support of DatCard's Motion to Preclude the Expert Opinion Testimony of Steven Horii and Ian Jestice Regarding Obviousness of the Asserted Patents.

3. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent 7,302,164.

4. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent 7,729,597.

5. Attached hereto as Exhibit 3 is a true and correct copy of U.S. Patent 7,783,174.

6. Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent 7,734,157.

7. Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent 7,801,422.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Expert Report of Steven Horii dated November 1, 2011 without exhibits.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of Ian Jestice dated October 31, 2011 without exhibits.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Expert Report of Bruce K. Patterson, M.D. from *Innogenetics, N.V. v. Abbott Laboratories*, U.S. District Court, Western District of Wisconsin, Case No. 05CV00575-C, which is available at 2005 WL 6106132.

/ / /

-1-

1  11. Attached hereto as Exhibit 9 is a true and correct copy of the Expert Report of Robert John Anders, IDSA, dated July 21, 2009. This document is available on the electronic filing system of the U.S. District Court, Northern District of Illinois, as Exhibit C to the Memorandum in Support of Plaintiffs' Motion in Limine to Bar Opinion Testimony Regarding Patent Invalidity Based Upon Obviousness, 35 U.S.C. § 103, filed as document # 161-4 in *Meyer Intellectual Properties Limited and Meyer Corporation, U.S. v. Bodum, Inc.*, Case No. 06-CV-6329.

12. Attached hereto as Exhibit 10 are true and correct copies of selected pages from the transcript of the deposition of Steven Horii taken December 20, 2011.

13. Attached hereto as Exhibit 11 are true and correct copies of selected pages from the transcript of the deposition of Ian Jestice taken December 13, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of January, 2012, in Irvine, California.

                               */s/ Paul A. Stewart*
                               Paul A. Stewart

12499372