<u>**EXPERT REPORT OF DR. BRUCE PATTERSON**</u>

I.

**INTRODUCTION**

I have been retained to provide an expert opinion on the question of whether Abbott infringes any valid claims of United States Patent Number 5,846,704 ("the '704 patent") assigned to Innogenetics. This initial report is focused solely on the validity of the claims of the '704 patent. In addition, I intend to file a report in response to Innogenetics' expert report(s) opining on whether Abbott Laboratories infringes the '704 patent.

I reserve the right to supplement my conclusions in this report based on additional information that may be discovered during the course of this litigation, including but not limited to the Court's construction of the asserted claims of the patent-in-suit.

II.

**QUALIFICATIONS**

I have over 17 years experience in molecular virology including molecular diagnostics. This experience includes the characterization and diagnosis of RNA, DNA and retroviruses. In addition, I have nine issued patents and numerous patent applications in the field of virology. Most importantly, I consider myself to be a person of ordinary skill in the art during the timeframe that Hepatitis C Virus ("HCV") genotyping was first described. Specifically, I was performing solution-based endpoint polymerase chain reactions ("PCR") in 1989 with the intent to develop *in situ* PCR (performing PCR in an intact cell), which I patented and published in 1992-1993. In addition, I was performing Southern blots to detect ampicillin resistance plasmids in *enterococcus* and performing dye-terminator sequencing of the hypervariable loop in Human Immunodeficiency Virus ("HIV") (V3 loop). Since that 1990-1993 timeframe, I completed a post-doctoral fellowship in Molecular Virology at Northwestern University Feinberg School of Medicine (1994-1995) followed by an Assistant Professor faculty position at Northwestern beginning in 1995 studying HIV pathogenesis. I was recruited by Stanford

510

**EXHIBIT 8**

University to continue my HIV research and to direct the Diagnostic Virology laboratory in the Department of Pathology at Stanford. This new position was associated with a promotion to Associate Professor in 2003. In this position I have overseen and signed off on over 5000 HCV quantification assays and over 1500 HCV genotype assays including Real-Time Polymerase Chain Reaction ("Real-Time PCR"). In addition, my research has expanded into investigations of HIV and HCV co-infection. A copy of my complete CV is attached as Exhibit A to this report. In this report, I have based my opinions on the level of knowledge a person of ordinary skill in the art would have had at the time of the claimed invention.

### III.

### PERSON OF ORDINARY SKILL IN THE ART FOR THE '704 PATENT

In my opinion, a person of ordinary skill in the art in the time of the claimed invention would be capable of performing molecular biology and virology techniques at the research technician (B.S. level) or graduate student level. These skills would include the ability to purify from biological samples nucleic acids such as DNA and RNA, to analyze nucleic acids by hybridization (e.g., Southern blots, dot blots, line blots) or PCR, and to sequence nucleic acids. In addition, a person of ordinary skill in the art would have been capable of performing sequence alignments including the characterization of regions that were conserved or variable within the sequenced genes. Much of this skill in the art at the time was advanced by the pace of research in the HIV field.

### IV.

### MATERIALS REVIEWED

In preparing this report and forming my opinions I have considered and relied upon the scientific and patent references listed in Exhibit D. I also have reviewed the following written discovery materials: "Plaintiff's Responses to Abbott Laboratories' First Set of Requests for Admission (dated January 16, 2006); "Abbott Laboratories' Answers to Innogenetics, N.V.'s First Set of Interrogatories" (dated January 16, 2006); and "Plaintiff's Responses to Defendant Abbott laboratories' First Set of Interrogatories" (dated January 16, 2006). I also relied on the

511

**EXHIBIT 8**

prototypic HCV sequence disclosed in GenBank, a publicly available database of nucleic acid sequences.

## V.

### OTHER CASES IN WHICH I HAVE TESTIFIED AS AN EXPERT

Within the last four years I have testified in two prior civil cases involving virology and the use of viral diagnostics. One trial took place in Ponce, Puerto Rico regarding HIV infection. The other trial, also involving HIV infection, took place in Charlestown, West Virginia. To the best of my recollection, I testified at trial in the Puerto Rico case in 2002 and in a deposition in the West Virginia case in 2000. I am attempting to gather additional identifying information regarding these cases.

## VI.

### COMPENSATION FOR MY EXPERT OPINION

I am being compensated at my normal rate of $325 per hour. My compensation does not depend in any way upon the outcome of this litigation.

## VII.

### THE STATE OF THE ART OF HCV GENOTYPING BY 1992

A.    **Background of the Art**

In this case I intend to provide testimony regarding genotyping of the HCV. Most of the early papers in this field described methods for the detection and identification of a new virus with the intent to screen the blood supply. This methodology of identifying a new virus, and developing serologic assays (antibody-based tests) to screen exposed individuals and blood supplies closely followed the strategy employed by those investigating HIV. In and around 1990, investigators from around the world were discovering new isolates of HCV which contained unique gene sequences as a result of disparate evolution and mutation. Again, this classification of HCV followed very closely the characterization of HIV clades ("clades" is a synonym for "strains," "genotypes," and "families") and mutants within each clade. These investigations utilized molecular technology discovered in the 1970s (gene sequencing, Southern

512

**EXHIBIT 8**

and Northern hybridization) and 1980s (fluorescence-based automated gene sequencing, PCR, and reverse-transcription PCR ("RTPCR") for the amplification of RNA sequences).

Design of hybridization probes and PCR primers was well-developed by the late 1980s and certainly by the early 1990s. In addition, the concept that viral sequence variants could impact disease progression and prognosis was also a concept that arose out of the fast-progressor/slow-progressor distinctions being made in the HIV field.

### 1.    What are viruses?

Viruses are infectious nucleic acids consisting of DNA, RNA, or both. Common examples of known viruses include HIV, Polio and West Nile Virus. The virus that is the subject of this lawsuit is Hepatitis. Hepatitis viruses infect primarily the liver, but can also infect other organs.

### 2.    What kinds of Hepatitis exist?

There are different kinds of Hepatitis including Hepatitis A and Hepatitis B. When another strain of virus was discovered that did not resemble Hepatitis A or Hepatitis B it was initially named "Non-A, Non-B Hepatitis." This was subsequently named Hepatitis C (abbreviated HCV).

### 3.    What is genotyping?

Viruses have different strains (which are also known as "clades," "families," or "genotypes"). One of the difficulties detecting viruses is the many different strains that exist around the world and in some cases within an individual. Genotyping refers to the process of detecting and classifying the different strains of the virus as manifested by nucleotide sequence variation in a certain region of the virus genome. In other words, genotyping detects and classifies the various genotypes of a virus, such as, in the case of HCV, HCV-1, HCV-2, HCV-3, HCV-4, HCV-5, and HCV-6.

### 4.    What are the different genotypes of Hepatitis?

HCV is a member of the genus *Hepacivirus* within the *Flaviviridae* family. It is an enveloped (i.e., protein-coated), single-stranded RNA virus of 55–65 nm in diameter.

513

**EXHIBIT 8**

Phylogenetic analysis (i.e., examining a virus's family tree) of full-length or partial sequences of HCV strains isolated in various regions of the world led to the identification of HCV genotypes. These genotypes include six main groups called "clades," "strains," or "families," numbered 1 to 6 (e.g., HCV-1, HCV-2, etc.), and a large number of subgroups ("subclades" or "subtypes") within each of these genotypes that are identified by lower-case letters (e.g., HCV-1a, HCV-1b, HCV-1c, HCV-2a, HCV-2b, HCV-2c, etc.).

### 5. How are the different genotypes detected?

#### a. Sequencing-based detection

Several different technologies were developed in the 1970s, 1980s, and early 1990s for detecting the different strains of viruses. The gold standard for the specific determination of different strains of viruses was, and continues to be, sequencing.. Sequencing involves determining the exact sequence of a particular virus. Sequencing of the newly discovered HCV virus was performed in 1990. (Kato 1990, Simmonds 1990). This process is time-consuming and labor-intensive, making its use for widespread detection of virus strains impractical.

#### b. Probe-based detection

Instead of doing a laborious base-by-base method of determining genotypes, probe-based methods were quicker, easier, and higher throughput. A probe is a short strand of nucleic acids (e.g., DNA or RNA) that specifically binds to a complementary target sequence in a virus. Below is a simple depiction of a complex formed between a probe and a target viral sequence:



```
5'-GGTACGATAGCGCTAGAG-3'
   ||||||||||||||||||
3'-TGACCATGCTATCGCGATCTCTCAGCTCTCGCC-5'
```

Example of a hybridization complex between a probe (top) and a target sequence (bottom) demonstrating A to T and G to C base pairing, and the 5' to 3' sequence convention discussed throughout this report. The nucleotide label "A" refers to Adenine, the nucleotide label "T" refers to Thymine, the nucleotide label "G" refers to Guanine, and the nucleotide label "C" refers to Cytosine.

514

**EXHIBIT 8**

c.      **Southern/Northern hybridization**

Prior to the development of PCR (which is described below), detection of virus strains or genotypes entailed the use of hybridization without prior target amplification.[1]  Two early techniques for detecting virus strains were the Southern blot method and the closely-related Northern blot method.  These processes involved binding a probe to existing viral DNA or RNA in a sample.  A key limitation with these techniques was the amount of viral nucleic acid that could be detected in a sample.

d.      **Polymerase Chain Reaction (PCR)**

Over the years different methods were developed to detect probes that bound to viruses, including PCR.  PCR was developed in 1985 and the inventors eventually won a Nobel Prize for this work.  The major advance of PCR was that, much like a copy machine, it amplified the amount of target DNA (which is a virus) in a sample.  In a matter of hours millions of copies of a single target could be produced in the reaction.  After these copies were generated a probe could be used to detect the presence or absence of a particular strain of virus.  This was a powerful method because the millions of copies of the target significantly increased the sensitivity of the test.  Initial efforts involving PCR were called endpoint PCR since the probe was used after the reaction amplifying the target nucleic acid.

e.      **Real-Time PCR**

Real-Time PCR was pioneered around 1991 and was an important improvement over the previous techniques of PCR.  The important distinction between Real-Time PCR and conventional PCR is that in Real-Time PCR probe hybridization occurs simultaneously with the amplification phase of the PCR reaction, as opposed to probe hybridization occurring after amplification as is the case with conventional PCR.  The following diagram illustrates the process of Real-Time PCR involving the 5'-3' exonuclease activity of *taq* polymerase enzyme as it cleaves the probe:

---

[1] Amplification is the copying of the DNA of interest.

515

**EXHIBIT 8**

**SCHEMATIC REPRESENTATION OF REAL-TIME PCR**



As shown in the above diagram, the *taq* polymerase enzyme (represented by the heads of the black arrows) digests the probe (shown above in a partially degraded state in green) during the course of the reaction.[2]  Once the probe is digested the dye (represented by the blue "R") is liberated and is released into solution.  In contrast to endpoint or conventional PCR, in a Real-Time PCR reaction the probe is destroyed and the detection event, which occurs at the end of the extension phase of PCR, detects a liberated dye molecule, not a probe hybridized to its target. Using this technique a scientist can monitor the progression of the Real-Time PCR reaction as increasing amounts of liberated dye are detected during amplification, as shown above.

        **f.**     **Instrumentation**

Machines such as the ABI 7000 (Applied Biosystems) were developed in the late 1990s to perform the Real-Time PCR detection methodology.  After these machines were marketed a new wave of detection techniques was born and important clinical applications soon followed.  Importantly, Real-Time PCR allowed the user to quantify DNA or RNA in a sample including strains of different viruses.  These Real-Time PCR reactions were performed in a closed tube which simplified the technique for the end users and prevented contamination and

---

[2] In a less frequently used format, Real-Time PCR also may be performed using interchelating dyes (such as ethidium bromide) bound to double-stranded DNA, as opposed to using a 5'-to-3' exonuclease enzyme such as *taq* polymerase.

**EXHIBIT 8**

carryover that was common with routine PCR.  Because of its ease of use, sensitivity, and closed tube format this technology became in the late 1990s and early 2000s the preferred method for molecular virology including the genotyping of virus strains.

6.      **What does the Hepatitis C virus look like?**

HCV is a string of RNA.  In the middle of this string is a region of genes (which are stretches of RNA) that code for structural proteins that make up the actual virus.  This is called a "coding region."  On either side of the coding region (at the ends of the string of nucleic acids) are regions called "non-coding" or "untranslated regions," typically abbreviated NC, UT or UTR.  In order to distinguish between the non-coding regions, the beginning of the virus string is designated 5' (pronounced 5-prime) and the end of the string is designated 3' (pronounced 3-prime).  Thus the untranslated region at the beginning of the string of HCV nucleic acids is called the 5'-UT and the untranslated region at the end of the HCV nucleic acid is called the 3'-UT.  The following diagram shows the various regions of the HCV nucleic acid containing the untranslated (labeled "NC" in the diagram) regions on both the 5' and 3' ends:



517

**EXHIBIT 8**

Early studies of HCV described genotyping by focusing on the NS5, envelope ("E1" and "E2" in
the figure above) and core regions ("C" in the figure above) of the coding region. By the spring
of 1992 researchers discovered that the 5'-UT was also an important region for genotyping HCV.
(Lee 1992, Cha 1992).

7.     **What did Cha do?**

Tai-An Cha was a scientist at Chiron Corporation in the early 1990s.  He
published several papers in peer-reviewed literature and filed a patent application in 1992.  These
published works are important prior art relevant to the '704 patent.  Cha's 1991 paper discussed
the molecular detection of HCV.  The next year, he published a paper describing the detection
and classification of several genotypes of HCV based on probes, including probes directed
against the 5'-UT region.  Dr. Cha was named as an inventor in a lengthy international patent
application that was published on November 12, 1992 (the "Cha Application," publication
number WO 92/19743).  The Cha Application taught a multitude of genotyping techniques using
probes directed against the 5'-UT of HCV.

The Cha Application discloses the use of an assay to detect and classify different
genotypes of HCV.  Cha used different regions of the HCV virus in the Cha Application, and
many of the techniques he used targeted the 5'-UT region.  Figures 4a-4e (included on
unnumbered pages at the end of Cha Application) of the Cha Application is a sequence
alignment of the 5'-UT corresponding to different genotypes of HCV.  These alignments specify
the exact sequences for five different genotypes of HCV.  The Cha Application teaches probes
that bind to these specific genotypes.  Table 4 on pages 42-43 of the Cha Application specifies
particular sequences of DNA that can be used as probes that specifically bind to genotype-
specific regions of the 5'-UT.  In order to detect and classify the different genotypes of HCV, the
Cha Application teaches a sandwich assay that enables a person to perform this classification of
different genotypes.  The sandwich assay is described on pages 38-48 of the Cha Application,

518

**EXHIBIT 8**

and a schematic of this assay is included as Exhibit B to this report.

The sandwich assay captures a genotype-specific probe and the target to which it hybridizes on a solid support and allows for the detection of that hybridization complex. HCV is detected and classified with two different kinds of probes that specifically hybridize to HCV. One kind of probe is called a "capture probe" and the other is called a "label probe." The Cha Application discloses a number of capture probes and label probes that specifically hybridize to the 5'-UT of HCV (e.g., SEQ IDs 120-125 in Table 4 on page 42 of the Cha Application). One of the capture probes is SEQ ID 123. The solid support has bound to it a number of probes capable of binding the capture probes. Table 4 below lists the sequence ID numbers of probes that the Cha Application teaches as capable of hybridizing to the 5' UT:

Table 4

| Probe Type | Sequence No. |
|:---:|:---:|
| Label | 120 |
| Label | 121 |
| Label | 122 |
| Capture | 123 |
| Label | 124 |
| Label | 125 |

See Cha Application, p. 42. The particular sequences for these capture and label probes are found in the back of the Cha Application. For example, the sequence for capture probe SEQ ID 123 is found on page 138. That sequence is 5'-TCRTCCYGGCAATTCCGGTGTACT-CACCGGTTC-3'.[3]

**8.      Where do these probe sequences hybridize in the 5'-UT region?**

The sequences charted above all hybridize in the 5'-UT region of HCV. I created a diagram, attached to this report at Exhibit C, of the sequence of the HCV-1a genome, which has been taken from GenBank and confirmed against the HCV gene sequences listed in the '704 patent and those listed in the Cha Application. The complete sequence of the HCV 1a genome

---

[3] According to page 36 of the Cha Application, "Y" means C or T and "R" means A or G.

519

**EXHIBIT 8**

can be found at: www.ncbi.nlm.nih.gov/entrez/viewer.fcgi?db=nucleotide&val=2316097.

I have confirmed that the HCV sequence found at this website is the same sequence found in the '704 patent (with the exception that the sequence in the patent truncates part of the genome).

In Exhibit C, the probes disclosed in the Cha Application as SEQ IDs 119-125 are drawn on top of the corresponding sequences of the 5'-UT of HCV. It is clear from this diagram that the probes disclosed in the Cha Application specifically hybridize to the genotype-specific sequences in the 5'-UT region. The hybridization is governed by the rule that A binds to T and G bind to C.

> 9.   **The Cha Application also teaches a PCR-based assay that uses genotype-specific probes for genotyping.**

In addition to the sandwich assay previously described, the Cha Application teaches how to perform a HCV genotyping assay using PCR. See Cha Application, pp. 37-38. The application teaches a specific protocol to be used, including PCR cycling times and temperatures. The Cha Application also lists specific primers SEQ IDs 79 and 80 that can be used to amplify the 5'-UT. Subsequent to this amplification, HCV is genotyped using genotype-specific probes (SEQ IDs 77 and 78) that specifically hybridize to the amplified product.[4] The Cha Application teaches that the amplification product can be transferred to a solid support and then hybridized with genotype-specific probes to perform a HCV genotyping assay. The Cha Application teaches that SEQ ID 77 identifies Genotype III of HCV and SEQ ID 78 identifies Genotype IV of HCV. It states "each sequence hybridized in a genotype[-]specific manner." See Cha Application, p. 38.

> 10.   **The Cha Application discloses genotyping of HCV using the 5'-UT.**

The Cha Application teaches and discloses how to perform genotyping of HCV using the 5'-UT region. Specifically, it teaches genotyping of a biological sample containing HCV. For example, the Cha Application teaches genotyping performed on HCV obtained from

---

[4] Because Exhibit C depicts only the prototypic HCV sequence (type 1a), it does not include SEQ IDs 77 and 78 which have sequences specific to types 2a and 3a.

520

**EXHIBIT 8**

blood. See Cha Application, p. 2. The Cha Application teaches performing this method using one or more genotype-specific probes. For example, in the sandwich assay described above the Cha Application teaches using two different hybridization probes simultaneously that bind to the 5'-UT region. See Cha Application, pp. 38-42. The PCR-based assay previously discussed by the Cha Application teaches genotyping using at least one probe. See Cha Application, p. 38.

The Cha Application teaches detecting a complex formed between probes and the HCV target in the 5'-UT region. As shown in Exhibit B, in the sandwich assay, Cha teaches using a "detection probe" that is bound to a dendritic-like structure that can bind up to fifteen radioactive labels. This dendritic structure taught in the Cha Application is a useful way to perform genotype-specific detection of particular strains of HCV. Genotyping is performed by forming a complex between the radioactively-labeled dendritic structure and HCV and by forming a second hybridization complex between another sequence of the HCV target (5'-UT) and a "capture probe" as shown in Exhibit B. This entire complex is then bound to a solid support. The radioactive signal emitted from the probe-target complex was capable of being detected by laboratory instruments such as autoradiography in common use at the time of the claimed invention. See Cha Application, pp. 38-47.

Similarly, the Cha Application discloses using genotype-specific, radioactively-labeled probes. The method of genotyping taught by the Cha Application binds genotype-specific, radioactively-labeled probes to the target sequences in the 5'-UT. See Cha Application, p. 38. The bound complex was capable of being detected by laboratory instruments such as autoradiography in common use at the time of the claimed invention.

Certain probes taught by Cha specifically hybridize to the 5'-UT region. Using the nomenclature employed in the '704 patent, many of the probes specifically hybridize to the domain extending from the nucleotides at position -291 to -66 of the 5'-UT region of HCV, as shown in Exhibit C to my report and in the table below:

521

**EXHIBIT 8**

| SEQ ID | Specifically hybridizes to 5'-UT nucleotides (as numbered in the '704 patent) |
|--------|------------------------------------------------------------------------------|
| 120    | -288 to -256                                                                 |
| 121    | -255 to -223                                                                 |
| 122    | -222 to -190                                                                 |
| 123    | -189 to -157                                                                 |
| 124    | -156 to -124                                                                 |
| 125    | -123 to -91                                                                  |

See Cha Application, p. 42.

     The methods taught by Cha are indeed methods of genotyping since Cha teaches the use of genotype-specific probes to detect and classify HCV into types (namely Genotypes I-V). See Cha Application, pp. 7-9. Beyond merely detecting the presence of HCV, the methods taught in the Cha Application disclose how to classify and distinguish among various genotypes of HCV. Indeed, the entire purpose of using genotype-specific probes is to detect particular genotypes and to classify them by distinguishing them from other genotypes of HCV. The following excerpts from the Cha Application confirm that it taught the use of genotype-specific probes to detect and classify the particular genotypes of HCV targeted by these genotype-specific probes:

- "The formation of a hybridization product has utility as a means of separating one or more genotypes of HCV nucleic acid from other constituents potentially present." See Cha Application, p. 11:10-13;

- "The method comprises the steps of placing a non-naturally occurring nucleic acid [probe] under conditions which hybridization may occur. The non-naturally occurring nucleic acid is capable of forming a hybridization product with nucleic acid from one or more genotypes of HCV. The first genotype, GI, is exemplified by sequences numbered 1-6, 23-25, 33-38 and 52-57. The second genotype, GII, is exemplified by the sequences numbered 7-12, 26-28, 39-45 and 58-64. The third genotype, GIII, is exemplified by sequences numbered 13-17, 32, 46-47 and 65-66. The fourth genotype, GIV, is exemplified [by] sequences numbered 20-22 and 29-31. The fifth genotype, GV, is exemplified by sequences numbered 18, 19, 50 and 51." See Cha Application, p. 12:6-20;

- "The first 5'-UT genotype (GI) is exemplified by the sequences within sequences

522

**EXHIBIT 8**

numbered 33-38.  A second 5'-UT genotype (GII) is exemplified by the sequences
within sequences 39-45.  A third 5'-UT genotype (GIII) is exemplified by the
sequences within sequences numbered 46-47.  A fourth 5'-UT genotype (GIV) is
exemplified by the sequences within sequences numbered 48 and 49.  A fifth 5'-UT
genotype (GV) is exemplified by the sequences within sequences numbered 50 and
51." See Cha Application, p. 21:1-9;

- "The immobilized reaction products were allowed to hybridize with a $^{32}$p-labelled
  [sic] nucleic acid corresponding to either Genotype I (core or envelope 1) or
  Genotype II (core or envelope 1)." See Cha Application, p. 37: 21-25;

- "The products were analyzed as described above except Sequence No. 73 was used to
  detect Genotype I, Sequence No. 74 was used to detect Genotype II, Sequence No. 77
  (5'-UT) was used to detect Genotype III, Sequence No. 78 (5'-UT) was used to detect
  Genotype IV.  Each sequence hybridized in a genotype specific manner." See Cha
  Application, p. 38:9-15;

- "Nucleic acid sequences which correspond to nucleotide sequences in the C gene and
  the 5'-UT region are set forth in sequences 119-145." See Cha Application, p. 41:26-
  42:1.

## VIII.

### THE PRIOR ART TAUGHT AND DISCLOSED AND MADE OBVIOUS CLAIMS 1 THROUGH 9 AND 12 AND 13 OF THE '704 PATENT

I understand that the Court has not yet issued a determination as to the precise

scope of the patent claims at issue, and that future rulings of the court might affect the breadth of

the claims.  I am rendering this opinion based on my present understanding of the parties'

positions in respect to the claims' scope, and I reserve the right to supplement my opinions in the

event that further positions are asserted by the parties, or as appropriate in light of the Court's

orders.

### A.    The Cha Application Disclosed and Taught the Methods of the '704 Patent.

The following is a summary showing how the methods claimed in the '704 patent

are disclosed and taught by the Cha Application.  The methods taught by the Cha Application

would have taught a person of ordinary skill in the art how to perform the methods of genotyping

disclosed in the application.  This is because there is sufficient detail in the Cha Application

disclosure of primers and probes to be used as well as experimental parameters including

temperatures and labeling chemistries.  A person of ordinary skill in the art around 1992 would

have had sufficient laboratory experience to carry out the methods he disclosed.

523

**EXHIBIT 8**

1.    **The Cha Application taught and disclosed the method of claim 1 of the '704 patent.**

To summarize what I stated in greater detail above (and which I incorporate here by reference), the Cha Application disclosed a method of genotyping HCV. See Cha Application, p. 11:10-13, p. 12:7-20, p. 21:1-9, p. 37: 22-25, p. 38:9-15, pp. 41:26-42:1. The Cha Application also teaches genotyping HCV present in a biological sample. See Cha Application, p. 2:9-20. The Cha Application further teaches hybridizing nucleic acids in a biological sample with at least one probe. See Cha Application, pp. 37-38 (PCR assay) and pp. 38-42 (sandwich assay). The Cha Application also teaches detecting a complex formed between a probe and nucleic acids of HCV. See Cha Application, pp. 37-38 (PCR assay) and pp. 38-42 (sandwich assay). Finally, the Cha Application teaches using a probe that specifically hybridizes to the domain extending from the nucleotides at positions -291 to -66 of the 5'-UT region of HCV. See Cha Application, p. 9 (Table 1 - listing target regions in 5'-UT corresponding to SEQ IDs 120-125); see also Cha Application, p. 36 (listing SEQ IDs 77 and 78).

2.    **The Cha Application taught and disclosed the method of claim 2 of the '704 patent.**

The Cha Application also teaches the method of claim 2 of the '704 patent. The sandwich assay as disclosed by Cha teaches using two different hybridization probes simultaneously. For example, probe SEQ ID 123 is a capture probe that can be used simultaneously with probe SEQ ID 124 which is a label probe. See Cha Application , p. 42. Both of these probes are in the domain between -291 and -66 of the 5'-UT region of HCV. SEQ ID 123 hybridizes to the domain between -189 to -157 and SEQ ID 124 hybridizes to the domain between -156 to -124 of the 5'-UT. See Exhibit B. Additionally, other probes shown in Table 4 above may be used, including SEQ IDs 120-125.

3.    **The Cha Application taught and disclosed the method of claim 3 of the '704 patent.**

The Cha Application also teaches the method of claim 3 of the '704 patent.

524

**EXHIBIT 8**

Specifically, the Cha Application SEQ IDs 78 and 120-125 encompass entirely the regions identified in claim 3 sections (b), (c), (d), (f), (j) and (h).[5]  See Exhibit C.

4.    **The Cha Application taught and disclosed the method of claim 4 of the '704 patent.**

The Cha Application SEQ IDs 78, 123 and 126 encompass entirely several of the probe pairs described in claim 4.  See Exhibit C.  For example, SEQ IDs 78 and 123 each encompasses entirely the domain extending between the nucleotides at positions -170 and -155; and SEQ ID 126 encompasses entirely the domain extending between the nucleotides at positions -83 to -68, as described in the fifth paragraph of claim 4.  Cha taught and disclosed the use of SEQ IDs 78, 123 and 126 for genotyping HCV.  See Cha Application, p. 43 (Table 4).

5.    **The Cha Application taught and disclosed the method of claim 5 of the '704 patent.**

The Cha Application teaches genotyping of HCV Genotypes I through V.  I have reviewed the language Cha used for genotype numbering to the numbering system used in the '704 patent, manually comparing SEQ IDs 33-51 from the Cha Application to the sequences listed in the '704 Patent.  See '704 Patent, Fig. 4. I have concluded that Genotypes I, II, III, IV and V in Cha correspond to genotypes 1, 1b, 2a, 3a and 4 in the '704 patent, respectively.  Specifically, probes 77 and 78 genotype HCV Genotype III (2a) and Genotype IV (3a), respectively.

6.    **The Cha Application taught and disclosed the method of claim 6 of the '704 patent.**

The Cha Application teaches sequence number 5 of claim 6 ("AAT TGC CAG GAC GAC C (No. 5)") as a genotype specific domain for HCV type 1 and 6.  See Cha Application, pp. 79-80 (describing SEQ ID 33).  The Cha Application also teaches sequence number 8 of claim 6 ("TAG CGT TGG GTT GCG A (No. 8)") as a genotype specific domain for

---

[5] Section (b) of claim 3 corresponds to SEQ ID 120.  Sections (c) and (d) correspond to SEQ ID 121.  Section (f) corresponds to SEQ ID 78.  Section (h) corresponds to SEQ ID 126.  Finally, section (j) corresponds to SEQ ID 124.

**EXHIBIT 8**

HCV type 2.  See Cha Application, pp. 91-92 (describing SEQ ID 47).  In addition, the Cha Application teaches sequence number 45 of claim 6 ("AAT TGC CGG GAT GAC C (No. 45)") as a genotype specific domain for HCV type 5.  See Cha Application, pp. 93-94 (describing SEQ ID 50).

       7.      **The Cha Application taught and disclosed the method of claim 7 of the '704 patent.**

Cha teaches sequence number 31 of claim 7 ("CCC CGC AAG ACT GCT A (No. 31)") as a genotype specific domain for HCV type 1, subtype 1a.  See Cha Application, pp. 79-80 (describing SEQ ID 33).  The Cha Application also teaches sequence number 7 of claim 7 ("CCG CGA GAC TGC TAG C (No. 7)") as a genotype specific domain for HCV type 4, subtype 4b.  See Cha Application, pp. 85-86 (describing SEQ ID 40).  In addition, the Cha Application teaches sequence number 13 of claim 7 ("AAT CGC TGG GGT GAC D (No. 13)") as a genotype specific domain for HCV type 3, subtype 3a.  See Cha Application, p. 49 (describing SEQ ID 49).

       8.      **The Cha Application taught and disclosed the method of claim 8 of the '704 patent.**

Cha teaches sequence number 20 ("TTG GGC GYG CCC CCG C (No. 20)") and 27 ("TCT GCG GAA CCG GTG A (No. 27)") of claim 8, used as a universal probe domain in the '704 patent, in SEQ ID 33-51 of the Cha Application.  See Cha Application, pp. 78-95.

       9.      **The Cha Application taught and disclosed the method of claim 12 of the '704 patent.**

Cha teaches a number of capture probes and label probes that specifically hybridize to the 5'-UT of HCV.  See Cha Application, pp. 42, 136-39 (describing SEQ IDs 120-125).  Cha teaches that one of the capture probes can be SEQ ID 123.  See Cha Application, p. 42.  The role of the capture probe is to bind to a specific genotype of HCV.  The genotype-specific sequence, hybridized to a capture probe, is immobilized on a solid support.  See Exhibit C; see also Cha Application, pp. 38-39.

526

**EXHIBIT 8**

10.   The Cha Application taught and disclosed the method of claim 13 of the '704 patent.

Cha teaches a number of capture probes and label probes that specifically hybridize to the 5'-UT of HCV. See Cha Application, pp. 42, 136-39 (describing SEQ IDs 120-125). Cha teaches one of the capture probes can be SEQ ID 123. See Cha Application, p. 42. The role of the capture probe is to bind to a specific genotype of HCV. The genotype-specific sequence, hybridized to a capture probe, is immobilized on a solid support. See Exhibit B; see also Cha Application, pp. 38-39.

B.   Lee Article Disclosed and Taught the Methods of Claims 1, 5, and 9 of the '704 Patent.

1.   The Lee Article

In 1992, Chao-Hung Lee published an article (the "Lee Article") entitled "Identification of Hepatitis C Viruses with a Nonconserved Sequence of the 5' Untranslated Region," which taught a method of hybridization to "type" HCV using genotype-specific domains in the 5'-UT. The Lee Article is attached to this report at Exhibit D. This reference was the first to teach typing of HCV from the 5'-UT. Underscoring the unexpectedness of this discovery, the authors state that "we have detected more sequence variation in this region in several HCV isolates than hitherto expected."

2.   The Lee Article taught and disclosed the method of claim 1 of the '704 patent.

The Lee Article disclosed and taught using genotype-specific probes that hybridize to regions in the 5'-UT that are found within the nucleotide positions -291 to -74. Lee taught detecting and classifying two type-specific sequences. See Lee Article, p. 1603; FIG. 1. I compared the genotype-specific sequences in Lee to those of the Cha Application and concluded that they refer to what the '704 Patent describes as types 1 and 3a. Lee taught a "dot blot" technique to detect the complex formed between the probe and the HCV nucleic acid. See Lee Article, p. 1603.

527

**EXHIBIT 8**

3.      **The Lee Article taught and disclosed the method of claim 5 of the '704 patent.**

The Lee Article disclosed and taught using genotype-specific probes that hybridize to regions in the 5'-UT that are found within the nucleotide positions -291 to -74. Lee taught detecting and classifying three type-specific sequences. See Lee Article, p. 1603; FIG. 1. I compared these three genotype-specific sequences in Lee to those described in the '704 patent and concluded that they refer to HCV 1a, HCV 3a and HCV 3b. See '704 patent, FIG. 2B. Lee taught a "dot blot" technique to detect the complex formed between the probe and the HCV nucleic acid. See Lee Article, p. 1603.

4.      **The Lee Article taught and disclosed the method of claim 13 of the '704 patent.**

Lee disclosed and taught that HCV nucleic acids derived from the biological sample were immobilized on a solid support (i.e., Nytran membranes). See Lee Article, p. 1603; FIG. 1.

C.      **United States Patent 5,580,718 Disclosed and Taught the Methods of Claims 1, 5, and 9 of the '704 Patent.**

1.      **United States Patent 5,580,718**

United States Patent 5,580,718 ("the '718 patent") issued to Robert M. Resnick, et al. and assigned to Hoffman-La Roche Inc., teaches and discloses oligonucleotide primers and probes that can be used to amplify, detect and classify types of HCV in biological samples. The '718 patent also teaches detecting and classifying types of HCV using probes immobilized on a solid support. In addition, the '718 patent teaches detecting and classifying types of HCV using type-specific probes immobilized on a solid support.

2.      **The '718 patent taught and disclosed the method of claim 1 of the '704 patent.**

The '718 patent teaches genotyping using oligonucleotide probes hybridizing to domains contained within the nucleotide domain -291 to -66 of the 5'-UT region of HCV. For

528

**EXHIBIT 8**

example, probe sequence identification number 8 binds to the nucleotide domain -244 to -221. '718 patent, col. 9, ll. 25-40 (Table 1); FIG. 1A. This probe would detect and classify strains (a synonym for types) C9, R116, R45, R110 and R43 into one group, and strains HCV-J1, HCV-J4, HCV-J, HCV-BK and HCV-1 into another group. '718 patent, col. 9, ll. 25-40 (Table 1); FIG. 1A. The '718 patent discloses "dot-blot," for example, to detect the hybridization complex between the probe and the type-specific HCV sequence. '718 patent, col. 23, ll. 18 – col. 24, ll. 16.

3.    **The '718 patent taught and disclosed the method of claim 9 of the '704 patent.**

Further, the '718 patent teaches amplifying the 5'-UT domain employing primers complementary to domains extending from nucleotide -341 to nucleotide -171 ('718 patent primer KY80) and from the domain extending from nucleotide -67 to nucleotide -1 ('718 patent primer KY86), before probe hybridization. '718 Patent, col. 9, ll. 25-40 (Table 1). The '718 patent teaches that after amplification, probe sequence identification number 8 binds to the nucleotide domain between nucleotide positions -244 and -221. '718 Patent, col. 9, ll. 25-40 (Table 1); FIG. 1A. This probe detects and classifies strains C9, R116, R45, R110 and R43 into one group, and strains HCV-J1, HCV-J4, HCV-J, HCV-BK and HCV-1 into another group. '718 Patent, col. 9, ll. 25-40 (Table 1); FIG. 1A.

4.    **The '718 patent taught and disclosed the method of claim 12 of the '704 patent.**

The '718 patent teaches using oligonucleotide probes hybridizing to domains contained within the nucleotide domain -291 to -66 of the 5'-UT region of HCV. For example, probe sequence identification number 8 binds to the nucleotide domain -244 to -221. '718 Patent, col. 9, ll. 25-40 (Table 1); FIG. 1A. This probe detects and classifies strains C9, R116, R45, R110 and R43 into one group, and strains HCV-J1, HCV-J4, HCV-J, HCV-BK and HCV-1 into another group. '718 Patent, col. 9, ll. 25-40 (Table 1); FIG. 1A. The '718 patent teaches using a "dot blot" with probes immobilized to Nylon filters, which are solid supports. '718

529

**EXHIBIT 8**

patent, col. 23, ll. 32-44.

     5.     **The '718 patent taught and disclosed the method of claim 13 of the '704 patent.**

The '718 patent teaches using oligonucleotide probes hybridizing to domains contained within the nucleotide domain -291 to -66 of the 5'-UT region of HCV. For example, probe sequence identification number 8 binds to the nucleotide domain -244 to -221. '718 Patent, col. 9, ll. 25-40 (Table 1); FIG. 1A. This probe detects and classifies strains C9, R116, R45, R110 and R43 into one group, and strains HCV-J1, HCV-J4, HCV-J, HCV-BK and HCV-1 into another group. '718 Patent, col. 9, ll. 25-40 (Table 1); FIG. 1A. The '718 patent teaches using a "reverse dot blot" with the nucleic acids in the biological sample immobilized to Nylon filters, which are solid supports. '718 patent, col. 23, ll. 32-44.

     D.     **The methods claimed in the '704 patent were obvious in light of other published articles and patents, including the Cha Application.**

As is often the case when a new virus is discovered, virologists around the world worked quickly after the discovery of HCV to develop diagnostic tools to identify infected individuals, to ensure the safety of the blood supply, and to develop new treatment and prevention strategies. In this context, numerous scientists in the early 1990s were actively working on the sequencing, detecting and genotyping of HCV.

By 1989, for example, Choo et al. (the "Choo Reference") had taught the sequencing of the prototypic HCV genome. (Science 1989). That was soon followed by Takeuchi et al. (the "Takeuchi reference") who had taught sequencing of HCV in three different regions of the viral genome. (Gene 1990). Similarly, Kato et al. (the "Kato reference") had taught HCV sequencing from different patients. (Proc. Nat'l Acad. Sci. 1990). All of these references subsequent to the Choo reference had demonstrated less than 80% sequence homology with the prototypic strain, indicating that numerous types of HCV existed.

By 1990, Okamoto et al. (the "Okamato reference") had taught the PCR detection

530

**EXHIBIT 8**

of conserved sequences in the 5'-UT of HCV.  (Japan J. Exp. Med., 1990).  This Okamoto reference also taught that PCR detection of HCV from the 5'-UT was able to detect the majority of strains that had been sequenced.  PCR amplification of the 5'-UT using a two-stage nested PCR strategy had also been taught by Kanai et al. (the "Kanai reference").  (Lancet, 1990).  In a later publication, Okamoto identified a motivation to apply known HCV genotyping methods: "HCV typing would be particularly useful in determining the route of infection when more than one source [of infection] is suspected."  (J. Gen. Virology, 1992 p. 678.)

By 1992 Cha published an article, "At least five related, but distinct, hepatitis C viral genotypes exist" (the "1992 Cha Article"), that taught a method of genotyping HCV by sequencing, PCR, and probe hybridization.  (Proc. Nat'l Acad. Sci., 1992).  The 1992 Cha Article teaches genotype-specific regions in the 5'-UT that fall within the domain identified in claim 1 of the '704 patent.  Cha also recognized the strong incentive to genotype HCV by stating:  "These genotype distinctions [in probes and targets] should be considered when designing specific diagnostic tests, developing potential vaccines, and studying viral transmission." (Proc. Nat'l Acad. Sci., 1992).

Similarly, in 1992, Lee et al. (the "Lee Article") had taught a method of hybridization to "type" HCV using the 5'-UT.  (J. Clin. Micro. 1992).  This reference was the first to teach typing of HCV from the 5'-UT.  Underscoring the unexpectedness of this discovery, the authors stated, "[W]e have detected more sequence variation in this region in several HCV isolates than hitherto expected."

After the Kanai Article established the clinical importance of genotyping HCV, others in the field were strongly motivated to detect and classify HCV genotypes, to more appropriately manage treatment of patients.  Kanai taught that different genotypes of HCV respond differently to interferon therapy.  Interferon is a naturally-occurring protein in humans made to inhibit viruses, among other things.  Interferon continues to be a mainstay of anti-HCV therapy today.  According to Kanai, patients with HCV Genotype III responded much better to interferon than Genotype II or Genotype IV.  From a clinical perspective, there was a clear

531

**EXHIBIT 8**

incentive to genotype HCV, using all known methods, because knowing a patient's genotype would have a direct impact on that patient's treatment.

The '718 patent teaches and discloses oligonucleotide primers and probes that can be used to amplify, detect and classify HCV in biological samples. The '718 patent also teaches detecting and classifying HCV wherein the probes are immobilized on a solid support. In addition, the '718 patent teaches detecting and classifying HCV wherein the type-specific probes are immobilized on a solid support.

To briefly summarize the state of the art by 1992, the Okamoto Reference detected conserved sequences in the 5' UT and how to detect the majority of known types using PCR; the Choo Reference disclosed the prototypic sequence of the HCV genome; the 1992 Cha Article taught five distinct HCV genotypes, genotype-specific regions of RNA located in the 5'-UT, and disclosed genotyping using sequencing-, PCR-, and hybridization-based methods; the Lee Reference also taught "typing" of HCV using the 5' UT; and the Kanai Reference made clear that genotyping HCV could have an immediate impact on treatment of patients. With this information established in the scientific literature, it would have been obvious to a scientist skilled in the art to combine the various methods of genotyping from the published literature to achieve the methods claimed in the '704 patent.

1.     **Claim 1 of the '704 Patent is Obvious in Light of the Cha Application, the Lee Article, the '718 patent, the 1992 Cha Article, the Okamoto Reference and the Kanai Article.**

As described above (see Section VIII.A.1. above), claim 1 is expressly taught by the Cha Application, the Lee Reference, and the '718 patent and therefore is not novel in light of these references. Claim 1 also would have been obvious in light of a number of prior art references. The Cha Application taught a genotyping method involving hybridizing at least one probe to the claimed region of the 5'-UT of HCV, and detecting a hybridization complex formed between the probe and the corresponding HCV nucleic acid. The Lee Article also taught hybridizing at least one probe (e.g., the C324 probe and C324 X probe) to the 5'-UT of HCV,

532

**EXHIBIT 8**

and detecting the resulting genotype-specific complex by dot-blot.  See Section VIII.B.1-2. above.  The '718 patent also taught hybridizing at least one probe (e.g., the sequence number 8) to the 5'-UT of HCV, and detecting the resulting genotype-specific complex by dot-blot or reverse dot-blot.  See Section VIII.C.1-2. above.

       Given these known methods for genotyping using the 5'-UT and the motivation provided by Kanai, the 1992 Cha Article and the Okamoto Reference (see above at Section VIII.D.) to apply known HCV genotyping methods for therapeutic reasons, to one skilled in the art it would have been obvious to perform the genotyping method in claim 1 of the '704 patent.

        2.     Claim 2 of the '704 Patent is Obvious in Light of the Cha Application, the '718 patent, the 1992 Cha Article, the Okamoto Reference and the Kanai Article.

       As described above (see Section VIII.A.2. above), claim 2 is expressly taught by the Cha Application, the Lee Reference, and the '718 patent and therefore is not novel in light of these references.  Claim 2 also would have been obvious in light of a number of prior art references.  The Cha Application taught a genotyping method involving hybridizing a set of at least two different hybridization probes simultaneously to the claimed region of the 5'-UT of HCV, and detecting a hybridization complex formed between the probe and the corresponding HCV nucleic acid.  The '718 patent also disclosed "numerous combinations of primers and probes that can be used in the amplification of HCV genomic sequences and detection of the amplified product" for genotyping.  See '718 patent, col. 27, ll. 31-34.  For example, probe sequence ID number 11 detects and classifies Japan, U.S., C9 HCV types while the probe sequence ID number 7 does not detect and classify the C9 HCV type.  See '718 patent, col. 28, ll. 31-49.

       Given these known methods for genotyping using the 5'-UT and the motivation provided by Kanai, the 1992 Cha Article, and the Okamoto Reference (see above at Section VIII.D.) to apply known HCV genotyping methods for therapeutic reasons, to one skilled in the art it would have been obvious to perform the genotyping method in claim 2 of the '704 patent,

533

**EXHIBIT 8**

which requires using at least two probes simultaneously that hybridize to the claimed region.

      3.     **Claim 3 of the '704 patent is obvious in light of the Cha Application, the Lee Article, the '718 patent, the 1992 Cha Article, and the Okamoto Reference and the Kanai Article.**

As described above (see Section VIII.A.3. above), claim 3 is expressly taught by the Cha Application, the Lee Reference, and the '718 patent and therefore is not novel in light of these references. Claim 3 also would have been obvious in light of a number of prior art references. The Cha Application taught a genotyping method involving hybridizing a set of at least two different hybridization probes simultaneously to the claimed region of the 5'-UT of HCV, and detecting a hybridization complex formed between the probe and the corresponding HCV nucleic acid. The Lee article also identifies a genotype-specific HCV domain that falls within the domain identified in domain (h) of claim 3 of the '704 patent. The '718 patent teaches probe sequence number 6, which encompasses the domain (b) extending from nucleotide position -275 to nucleotide position -260. The '718 patent also teaches probe sequence number 8, which encompasses the domain (f) extending from nucleotide position -170 to nucleotide position -155. The '718 patent also teaches probe sequence number 11, which encompasses the domain (i) extending from nucleotide position -103 to nucleotide position -88.

Given these known methods for genotyping using the 5'-UT and the motivation provided by Kanai, the 1992 Cha Article, and the Okamoto Reference (see above at Section VIII.D.) to apply known HCV genotyping methods for therapeutic reasons, to one skilled in the art it would have been obvious to perform the genotyping method in claim 3 of the '704 patent.

      4.     **Claim 4 of the '704 patent is obvious in light of the Cha Application, the '718 patent, the 1992 Cha Article, the Okamoto Reference and the Kanai Article.**

As described above (see Section VIII.A.4. above), claim 4 is expressly taught by the Cha Application, the Lee Reference, and the '718 patent and therefore is not novel in light of

534

**EXHIBIT 8**

these references.  Claim 4 also would have been obvious in light of a number of prior art references.  The Cha Application taught using SEQ IDs 78 and 126 to encompass entirely at least one of the probe pairs, as described in the fifth paragraph of claim 4.  Additionally, the '718 patent teaches probe sequence number 8 together with probe sequence number 11 which together encompass the nucleotide domain regions between nucleotide position -170 to -155 and -103 to -88, as described in the third paragraph of claim 4.

Given these known methods for genotyping using the 5'-UT and the motivation provided by Kanai, the 1992 Cha Article, and the Okamoto Reference (see above at Section VIII.D.) to apply known HCV genotyping methods for therapeutic reasons, to one skilled in the art it would have been obvious to perform the genotyping method in claim 4 of the '704 patent.

     5.     **Claim 5 of the '704 patent is obvious in light of the Cha Application, the Lee Article, the 1992 Cha Article, the Okamoto Reference and the Kanai Article.**

As described above (see Section VIII.A.5. above), claim 5 is expressly taught by the Cha Application, the Lee Reference, and the '718 patent and therefore is not novel in light of these references.  Claim 5 also would have been obvious in light of a number of prior art references.  The Cha Application teaches genotyping of HCV Genotypes I through V.  I have reviewed the language Cha used for genotype numbering to the numbering system used in the '704 patent, manually comparing SEQ IDs 33-51 from the Cha Application to the sequences listed in the '704 Patent.  For the reasons described above (see Section VII.B.3.) the Lee Article disclosed and taught using genotype-specific probes that hybridize to regions in the 5'-UT that are found within the nucleotide positions -291 to -74.  These regions correspond to Cha types I and IV, which in turn correspond to types 1 and 3a in the '704 patent.

Given these known methods for genotyping using the 5'-UT and the motivation provided by Kanai, the 1992 Cha Article, and the Okamoto Reference (see above at Section VIII.D.) to apply known HCV genotyping methods for therapeutic reasons, to one skilled in the art it would have been obvious to perform the genotyping method in claim 5 of the '704 patent.

535

**EXHIBIT 8**

6.    Claim 6 of the '704 patent is obvious in light of the Cha Application, the Lee Article, the '718 patent, the 1992 Cha Article, the Okamoto Reference and the Kanai Article.

As described above (see Section VIII.A.6. above), claim 6 is expressly taught by the Cha Application, the Lee Reference, and the '718 patent and therefore is not novel in light of these references. Claim 6 also would have been obvious in light of a number of prior art references. The Cha Application teaches sequence number 5 of claim 6 ("AAT TGC CAG GAC GAC C (No. 5)") as a genotype specific domain for HCV type 1 and 6. The Lee Article discloses probe C324 hybridizes to domain number 5 ("AAT TGC CAG GAC GAC C (No. 5)") of the '704 patent. In addition, Lee discloses probe C324X hybridizes to the domain number 13 ("AAT CGC TGG GGT GAC C (No. 13)") of the '704 patent. '718 patent sequence ID number 8 hybridizes to the domain of in the '704 patent number 5 ("AAT TGC CAG GAC GAC C (No. 5)").

Given these known methods for genotyping using the 5'-UT and the motivation provided by Kanai, the 1992 Cha Article, and the Okamoto Reference (see above at Section VIII.D.) to apply known HCV genotyping methods for therapeutic reasons, to one skilled in the art it would have been obvious to perform the genotyping method in claim 6 of the '704 patent.

7.    Claim 7 of the '704 patent is obvious in light of the Cha Application, the 1992 Cha Article, the Okamoto Reference and the Kanai Article.

As described above (see Section VIII.A.7. above), claim 7 is expressly taught by the Cha Application, the Lee Reference, and the '718 patent and therefore is not novel in light of these references. Claim 7 also would have been obvious in light of a number of prior art references. The Cha Application teaches: sequence number 31 of claim 7 ("CCC CGC AAG ACT GCT A (No. 31)") as a genotype specific domain for HCV type 1, subtype 1a; sequence number 7 of claim 7 ("CCG CGA GAC TGC TAG C (No. 7)") as a genotype specific domain for HCV type 4, subtype 4b; and sequence number 13 of claim 7 ("AAT CGC TGG GGT GAC D (No. 13)") as a genotype specific domain for HCV type 3, subtype 3a.

536

**EXHIBIT 8**

Given these known methods for genotyping using the 5'-UT and the motivation provided by Kanai, the 1992 Cha Article and the Okamoto Reference (see above at Section VIII.D.) to apply known HCV genotyping methods for therapeutic reasons, to one skilled in the art it would have been obvious to perform the genotyping method in claim 7 of the '704 patent.

8.   **Claim 8 of the '704 patent is obvious in light of the Cha Application, the Lee Article, the '718 patent, the 1992 Cha Article, the Okamoto Reference and the Kanai Article.**

As described above (see Section VIII.A.8. above), claim 8 is expressly taught by the Cha Application, the Lee Reference, and the '718 patent and therefore is not novel in light of these references.   Claim 8 also would have been obvious in light of a number of prior art references.   The Cha Application teaches sequence number 20 ("TTG GGC GYG CCC CCG C (No. 20)") and 27 ("TCT GCG GAA CCG GTG A (No. 27)") of claim 8, used as a universal probe domain in the '704 patent, in SEQ ID 33-51 of the Cha Application.   See Cha Application, pp. 78-95.

Given these known methods for genotyping using the 5'-UT and the motivation provided by Kanai, the 1992 Cha Article and the Okamoto Reference (see above at Section VIII.D.) to apply known HCV genotyping methods for therapeutic reasons, to one skilled in the art it would have been obvious to perform the genotyping method in claim 8 of the '704 patent.

9.   **Claim 9 of the '704 patent is Obvious in Light of the Cha Application, the Lee Article, the '718 patent, the 1992 Cha Article, the Okamoto Reference and the Kanai Article.**

Claim 9 would have been obvious in light of a number of prior art references. The Cha Application discloses SEQ ID 79 which extends from nucleotide position number -312 to -285, and SEQ ID 80 which extends from -115 to -98. Cha teaches amplifying the domain by polymerase chain reaction employing primers SEQ ID 79 and 80 prior to probe hybridization and genotyping with genotype-specific probes SEQ ID 77 and 78.   The Lee Article teaches employing primers complementary to domains within the region extending from nucleotide -341

537

**EXHIBIT 8**

to nucleotide -171 and within the region extending from nucleotide -93 to -74.

Further, the '718 patent teaches amplifying the 5'-UT domain employing primers complementary to domains extending from nucleotide -341 to nucleotide -171 ('718 patent primer KY80) and from the domain extending from nucleotide -67 to nucleotide -1 ('718 patent primer KY86), before probe hybridization. '718 Patent, col. 9, ll. 25-40 (Table 1). The '718 patent teaches that after amplification, probe sequence identification number 8 binds to the nucleotide domain between nucleotide positions -244 and -221. '718 Patent, col. 9, ll. 25-40 (Table 1); FIG. 1A. This probe detects and classifies strains C9, R116, R45, R110 and R43 into one group, and strains HCV-J1, HCV-J4, HCV-J, HCV-BK and HCV-1 into another group. '718 Patent, col. 9, ll. 25-40 (Table 1); FIG. 1A.

The primer locations disclosed in the Lee Article, the Cha Application and the '718 patent are in such close proximity to the primer locations described in claim 9 (for example the downstream primer in Lee is only seven nucleotides from the claimed domain), that it would have been obvious to one familiar with basic PCR techniques to employ the primers in claim 9.

Given these known methods for genotyping using the 5'-UT and the motivation provided by Kanai, the 1992 Cha Article, and the Okamoto Reference (see above at Section VIII.D.) to apply known HCV genotyping methods for therapeutic reasons, to one skilled in the art it would have been obvious to perform the genotyping method in claim 8 of the '704 patent.

**10.    Claim 12 of the '704 patent is obvious in light of the Cha Application, the Lee Article, the '718 patent, the 1992 Cha Article, the Okamoto Reference and the Kanai Article.**

Claim 12 also would have been obvious in light of the prior art. Cha teaches a number of capture probes and label probes that specifically hybridize to the 5'-UT of HCV. See Cha Application, pp. 42, 136-39 (describing SEQ IDs 120-125). Cha teaches that one of the capture probes can be SEQ ID 123. See Cha Application, p. 42. The genotype-specific sequence, hybridized to a capture probe, is immobilized on a solid support. See Exhibit C; see also Cha Application, pp. 38-39.

538

**EXHIBIT 8**

The '718 patent teaches using oligonucleotide probes hybridizing to domains contained within the nucleotide domain -291 to -66 of the 5'-UT region of HCV. For example, probe sequence identification number 8 binds to the nucleotide domain -244 to -221. '718 Patent, col. 9, ll. 25-40 (Table 1); FIG. 1A. This probe detects and classifies strains C9, R116, R45, R110 and R43 into one group, and strains HCV-J1, HCV-J4, HCV-J, HCV-BK and HCV-1 into another group. '718 Patent, col. 9, ll. 25-40 (Table 1); FIG. 1A. The '718 patent teaches using a "dot blot" with probes immobilized to Nylon filters, which are solid supports. '718 patent, col. 23, ll. 32-44.

Given these known methods for genotyping using the 5'-UT and the motivation provided by Kanai, the 1992 Cha Article, and the Okamoto Reference (see above at Section VIII.D.) to apply known HCV genotyping methods for therapeutic reasons, to one skilled in the art it would have been obvious to perform the genotyping method in claim 12 of the '704 patent.

11.  **The Genotyping Method of Claim 13 in the '704 Patent Is Obvious in Light of the Cha Application, the Lee Article, the '718 Patent and the Kanai Article.**

Claim 13 of the '704 patent is obvious in light of the Cha Application, the Lee Article, the '718 patent and the Kanai Article. Cha teaches a number of capture probes and label probes that specifically hybridize to the 5'-UT of HCV. See Cha Application, pp. 42, 136-39 (describing SEQ IDs 120-125). Cha teaches one of the capture probes can be SEQ ID 123. See Cha Application, p. 42. The role of the capture probe is to bind to a specific genotype of HCV. The genotype-specific sequence, hybridized to a capture probe, is immobilized on a solid support. See Exhibit B; see also Cha Application, pp. 38-39.

Lee disclosed and taught that HCV nucleic acids derived from the biological sample were immobilized on a solid support (i.e., Nytran membranes). See Lee Article, p. 1603; FIG. 1.

The '718 patent teaches using oligonucleotide probes hybridizing to domains contained within the nucleotide domain -291 to -66 of the 5'-UT region of HCV. For example,

539

**EXHIBIT 8**

probe sequence identification number 8 binds to the nucleotide domain -244 to -221.  '718 Patent, col. 9, ll. 25-40 (Table 1); FIG. 1A.  This probe detects and classifies strains C9, R116, R45, R110 and R43 into one group, and strains HCV-J1, HCV-J4, HCV-J, HCV-BK and HCV-1 into another group.  '718 Patent, col. 9, ll. 25-40 (Table 1); FIG. 1A.  The '718 patent teaches using a "reverse dot blot" with the nucleic acids in the biological sample immobilized to Nylon filters, which are solid supports.  '718 patent, col. 23, ll. 32-44.

Given these known methods for genotyping using the 5'-UT and the motivation provided by Kanai, the 1992 Cha Article, and the Okamoto Reference (see above at Section VIII.D.) to apply known HCV genotyping methods for therapeutic reasons, to one skilled in the art it would have been obvious to perform the genotyping method in claim 13 of the '704 patent.

## IX.

### CONCLUSION

In conclusion, it is my opinion that the prior art discussed above taught and disclosed every element of claims 1 through 9 and claims 12 and 13 of the '704 patent, and that these claims were not novel and were obvious to one of ordinary skill in the art at the time of the invention of the '704 patent.

540

**EXHIBIT 8**

Dated:  April 10, 2006          By:

Bruce K. Patterson, M.D.

541

**EXHIBIT 8**