**7,302,164 C1**

What is claimed is:

9.    A system comprising:

    [1]    a medical image server configured to receive medical image data that is generated by a plurality of imaging modalities, the medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;

    [2]    a database configured to store medical image data generated by the plurality of imaging modalities;

    [3]    a plurality of browsing terminals configured to receive a user selection that defines selected medical image data;

    [4]    a search module configured to search the database for related medical image data that is related to the selected medical image data; and

    [5]    a production station that is configured to record all of the following onto a single, portable digital data storage device that is removable from the production station: the selected medical image data, recorded in the standard medical imaging format, the related medical image data, recorded in the standard medical imaging format, and a viewing program that is configured to allow viewing of the selected and the related medical image data that is recorded onto the data storage device on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images.

10.    The system of claim 9, further comprising a configuration data module configured to allow a user to input identifying information relating to the selected medical image data.

11.    The system of claim 10, wherein the production station is further configured to print and apply a label to the data storage medium, the label containing the identifying information.

12. The system of claim 9, further comprising an audit module that is configured to automatically provide an auditable trail of the selected medical image data.

13. The system of claim 12, wherein the auditable trail of the selected medical image data includes a record of when the selected medial image data and the related medical image data were recorded onto the data storage medium.

15. A system comprising:
   [1] a medical image server configured to receive medical image data that is generated by a plurality of imaging modalities, the medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;

   [2] a database configured to store medical image data generated by the plurality of imaging modalities;

   [3] a plurality of browsing terminals configured to receive a user selection that defines selected medical image data;

   [4] a search module configured to search the database for related medical image data that is related to the selected medical image data; and

   [5] a production station that is configured to record all of the following onto a data storage medium, wherein the data storage medium is an optical disk: the selected medical image data, recorded in the standard medical imaging format, the related medical image data, recorded in the standard medical imaging format, and a viewing program that is configured to allow viewing of the selected and the related medical image data that is recorded onto the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images.

16. A method for selecting and automatically recording medical image data onto a data storage medium, the method comprising:

[1]   receiving medical image data from a plurality of imaging modalities, the received medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;

[2]   storing the received medical image data in a database;

[3]   providing a user interface configured to receive a user selection that defines selected medical image data;

[4]   searching the database for related medical image data that is related to the selected medical image data;

[5]   recording the selected medical image data and the related medical image data onto a single, portable digital data storage device using a production station, the selected medical image data being recorded on the data storage device in the standard medical imaging format;

[6]   recording a viewing program onto the data storage device using the production station, the viewing program being configured to allow viewing of medical image data stored on the data storage device on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images;

[7]   printing a label using the production station, wherein the label includes identifying information associated with the selected medical image data; and

[8]   affixing the label to the data storage device using the production station.

17.   The method of claim 16, further comprising generating an auditable trail of the selected medical image data, wherein the auditable trail includes a record of when the selected medial image data and the related medical image data were recorded onto the data storage medium.

21.   A method for selecting and automatically recording medical image data onto a data storage medium, the method comprising:

[1]   receiving medical image data from a plurality of imaging modalities, the received medical image data being formatted in a standard medical imaging format used by specialized computers configured for viewing medical images;

[2]   storing the received medical image data in a database; providing a user interface configured to receive a user selection that defines selected medical image data;

[3]   searching the database for related medical image data that is related to the selected medical image data;

[4]   recording the selected medical image data and the related medical image data onto a data storage medium using a production station, wherein the data storage medium is an optical disk, the selected medical image data being recorded on the data storage medium in the standard medical imaging format;

[5]   recording a viewing program onto the data storage medium using the production station, the viewing program being configured to allow viewing of medical image data stored on the data storage medium on widely accessible computers not specifically configured with standard medical imaging software for viewing of medical images;

[6]   printing a label using the production station, wherein the label includes identifying information associated with the selected medical image data; and

[7]   affixing the label to the data storage medium using the production station.