Willmore F. Holbrow, III (State Bar No. 169688)
Bill_Holbrow@bstz.com
Dennis G. Martin  (State Bar No. 54060)
dennis_martin@bstz.com
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP
12400 Wilshire Boulevard, Seventh Floor
Los Angeles, California 90025
Tel:  (310) 207-3800
Fax:  (310) 820-5988

Attorneys for Defendant PACSGEAR, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DATCARD SYSTEMS, INC., a California corporation | Case No. SACV 10-1288 DOC (VBKx) |
| Plaintiff, | |
| v. | **DECLARATION OF** |
| | **OSMAN RATIB, M.D.** |
| PACSGEAR, INC., a California corporation | |
| Defendant. | |
| PACSGEAR, INC., a California corporation, | |
| | Courtroom of Judge Carter |
| Counter-Claimant, | Date: February 13, 2012 |
| | Time: 8:30 a.m. |
| v. | Discovery Cut-Off:  Dec. 23, 2011 |
| | Trial Date: April 17, 2012 |
| DATCARD SYSTEMS, INC., a California corporation, | |
| Counter-Defendant. | |

## DECLARATION OF OSMAN RATIB

I, OSMAN RATIB, declare as follows:

1.      I have personal knowledge of the matters stated herein, and if called upon, could testify to them under oath.  A copy of my CV is attached as Exhibit A.

2.      I am currently Professor of Medicine, Chairman of the Department of Radiology and Head of the Division of Nuclear Medicine at the University Hospital of Geneva.  I am a board certified Radiologist and Cardiologist.

3. I obtained my PhD in Medical Imaging from the University of California at Los Angeles ("UCLA") in 1989.  My doctoral thesis focused on designing computer software that enabled a user to view and manipulate digitized medical images.

4.      After earning my PhD, I returned to the University Hospital in Geneva where I directed the medical imaging section of the newly created Medical Informatics division.

5.      In approximately 1993, I was a member of a group that developed a digital medical image viewing software program called Osiris, which was an extension of the work I did in connection with earning my PhD.  We placed this software into the public domain for the benefit of the medical community.

6.      In August 1996, the European Society of Cardiology ("ESC") held its Annual Meeting in Birmingham, England.  The Annual Meeting is essentially a gathering of academics and members of industry from all over the world,

including the United States, to among other things, discuss and demonstrate advancements, including new products. At the Annual Meeting, I was involved with assisting with a demonstration of the Digital Interchange Standard of Cardiology. A summary of the tutorial prepared for the Annual Meeting and those involved with preparing it is attached as Exhibit B.

7.     As part of the demonstration at the ESC Annual Meeting, I also assisted with creating a CD that contained: (i) the DISC Birmingham '96 Tutorial (discussed above); (ii) a collection of related medical images from multiple modalities for pseudo patient Jon Doe (e.g., x-ray, angiographic, ultrasound and nuclear medicine) and (iii) Osiris, the viewing program which allowed users to retrieve and display the DICOM images on any personal computer. (A brief summary of the European DISC '96 is attached as Exhibit C). We made thousands of these CDs and distributed them to attendees of the meeting to show the benefits of storing related DICOM images on CDs with viewing software.

8.     In approximately 1998, I returned to UCLA where I as appointed Professor and Vice Chairman of the Department of Radiology. Part of my responsibilities included the deployment of an enterprise-wide strategy and infrastructure for image management and communication.

9.     One of the projects we worked on at UCLA, beginning in approximately 1998, was a system which would allow a doctor or medical assistant to search for and select DICOM medical images from various databases

and then burn the images onto CDs along with the necessary software tools (i.e., Osiris), to allow someone to view the images on any personal computer.

10.     The software was primarily developed at University Hospital of Geneva and we began using it at UCLA no later than fall 1999.  The system included software and a workstation, which was networked to various databases and a CD burning device.  Among other things, the system would:

a.     Search for, retrieve and download DICOM image files from a PACS or any other networked database;

b.     Sort and assemble images in corresponding studies and series;

c.     Retrieve and match related data documents (reports, letters, etc.)

d.     Burn the images and related data documents onto a CD-Rom with Osiris viewing software.

11.     In order to accomplish the retrieval and collection of data documents related to an image study, we first caused the related documents to be stored on a database on the workstation's hard drive.  Once the desired image studies were selected to be burned onto the CD, the software would search the database on the workstations' hard drive for related documents that matched an identifier associated with the selected study (e.g. accession number) and then burn any related data documents onto the CD, along with the selected studies and Osiris viewing software.

12.     In short, the system we used at UCLA in 1999, could search for a study on a PACS database and/or a workstation's database, automatically locate related data documents and then burn the related data documents and selected studies onto a CD along with Osiris viewing software.

13.     I described the above system in an article I wrote in 1999. That article was published in *Medical Imaging 2000: PACS Design and Evaluation: Engineering and Clinical Issues.* ("Article"). (Attached as Exhibit D). As shown in Figure 1 of the Article, the user would be provided with a dialog box which allowed them to choose the patient. Once the patient was identified,  the user could choose the study and then a series within the study.  Once the images were selected, the burn CD button could be clicked and at that point, the selected images and any related data documents would be burned onto a CD along with the viewing software.

14.     We were using the system described in the Article at UCLA Medical Center, no later than fall 1999.

15.     The system also allowed for labeling the disc. For example, the patient's name, studies, reports and the date were printed on the CD's label.  A sample of a CD labeled with patient/study information relating to the content of the disc is shown in Figure 2 of the Article.  The system was also designed to print the date the CD was created on the label.  For example, the disc shown in Figure 2 was created using the above-described system at UCLA, on November 1, 1999, as stated on the disc.

16.     As discussed above, the software and hardware combination described above was primarily tested and developed at the University Hospital of Geneva and used and further evaluated as a potential clinical tool at UCLA in 1999.  For various reasons, we decided not to deploy the system clinically at UCLA.   Nevertheless, this system was used at UCLA and created CDs at UCLA containing images and related data of real patients along with the Osiris viewing software, allowing the images to be viewed on any computer, no later than Fall 1999. There were no confidentiality restrictions in connection with the use of this system at UCLA and we subsequently prepared and published the associated Article in *Medical Imaging 2000.*

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Geneva, Switzerland on October __26_, 2011.

_____
OSMAN RATIB, MD, PhD

# EXHIBIT A



# CURRICULUM VITAE / LISTE DE TITRES ET TRAVAUX
## Professeur Osman Ratib

### Chef de Département et Médecin-Chef de Service

Service de Médecine Nucléaire et d'Imagerie Moléculaire
Département d'Imagerie et des Sciences de l'Information Médicale
Hôpitaux Universitaires de Genève

## I. Données personnelles

| | |
|---|---|
| Nom: | Ratib |
| Prénom: | Osman |
| Date de naissance: | 25 Juin 1955 |
| Lieu de naissance: | Ismailia; Egypte |
| Nationalité: | Suisse |
| Canton d'origine: | Genève |
| Domicile: | 8, chemin La-Petite-Californie |
| | 1222 Vésenaz, Suisse |
| Téléphone: | (+41-22) 752 00 94 |

SITUATION FAMILIALE:
Marié
Enfants:    Jeremy (13/12/1989)
            Alexandre (11/07/1994)

ADRESSE PROFESSIONNELLE:
Hôpitaux Universitaires de Genève
Service de Médecine Nucléaire et d'Imagerie Mocualire
4, rue Gabrielle-Perret-Gentil
CH – 1211 Genève 14
Tel.:  +41-22 372 71 45
Fax: +41-22 372 71 84
Email: osman.ratib@hcuge.ch

## II. Titre et fonction actuelle

Professeur ordinaire,
Chef du département d'imagerie et des sciences de l'information médicale
Chef du service de médecine nucléaire et d'imagerie moléculaire
des Hôpitaux Universitaires de Genève, Suisse

## III. Diplômes obtenus

- Maturité Scientifique, Collège Calvin, Genève, 1973
- Licence de physique, Université de Genève, 1978
- Diplôme Fédéral de Médecine, Université de Genève, 1980
- ECFMG examination (Educational Commission for Foreign Medical Graduates- USA), 1980
- Doctorat en médecine pour la thèse intitulée : *Analyse de phase de la ventriculographie isotopique: Une nouvelle technique pour l'étude des asynergies régionales du mouvement ventriculaire*, 1985
- Diplôme FMH Médecine Interne – spéc. Cardiologie, 1989
- PhD in Medical Imaging in Biomedical Physics, University of California, Los Angeles (UCLA), thesis entitled : *Design and Evaluation of New Concepts in Computer-Assisted Image Analysis for PACS Workstations*,1989

- Privat Docent, Faculté de Médecine Genève, titre : *PACS from concept to reality*,1992
- Diplôme FMH Radiologie – spéc. Médecine Nucléaire, 1996
- DHS Fluoroscopy and Radiography Supervisor and Operator License (California), 1999
- Federal DEA Controlled Substance Registration Certificate # BR6575421, USA. 1999, 2001, 2003
- Medical Board of California Certification - Special International Faculty Permit to practice medicine (#SFP000001), USA, 1999, 2001, 2003

## IV. Formations depuis la maturité

| | |
|---|---|
| 1973 – 1978 | Etudes de physique de la matière condensée (licence) - Université de Genève |
| 1973 – 1979 | Etudes de Médecine – Faculté de Médecine de Genève |
| 1980 – 1981 | Fellowship en Médecine Nucléaire, Université de Californie à Los Angeles |
| 1981 – 1986 | Formation en Médecine Interne et Cardiologie - Hôpital Cantonal Universitaire de Genève |
| 1986 – 1989 | Etudes en Biophysique et Imagerie Médical (PhD) - Université de Californie à Los Angeles |
| 1994 – 1996 | Formation en Médecine Nucléaire - Hôpital Cantonal Universitaire de Genève |

## V. Activités professionnelles (post-graduées)

| | |
|---|---|
| 1980 - 1981: | Clinical Felllow in Nuclear Cardiology at the University of California, Los Angeles School of Medicine, UCLA, USA |
| 1981 - 1983: | Assistant en Cardiologie, Hôpital Cantonal Universitaire de Genève |
| 1983 - 1984: | Assistant de recherche responsable de l'unité de cardiologie nucléaire des soins intensifs. Département de Médecine Interne, Hôpital Cantonal Universitaire de Genève. |
| 1984 - 1986: | Assistant en Médecine Interne, Département de Médecine Interne, Hôpital Cantonal Universitaire de Genève |
| 1986 - 1989: | Research assistant in Biomedical Physics and Nuclear Medicine, in the department of Radiological Sciences, UCLA |
| 1989 - 1996: | Médecin Adjoint en Radiologie, responsable de l'unité d'imagerie numérique, Hôpital Cantonal Universitaire de Genève. |
| 1989 – 1990 : | Visiting Professor, post-graduate course in In Informatics, Clinical Computing Center, Beth Israel Hospital, Harvard Medical School, Boston. |
| 1994 – 1995 : | Médecin délégué de l'Union Internationale des Télécommunications (UIT) sous l'égide des Nations Unies pour des missions d'évaluation de projets de télémédecine en Afrique. |
| 1993 – 1995 : | Médecin répondant et conseillé scientifique de la Société CardioBip de télémétrie cardiaque, Genève. |
| 1996 – 1998 : | Médecin responsable et administrateur du service de radiologie de la clinique de Genolier. |
| 1997 – 1998 : | Visiting Professor, Department of Radiological Sciences, University of California, Los Angeles. |
| 1997 – 2005 : | Professeur associé, Faculté de Médecine de l'Université de Genève. |
| 1998 – 2005 : | Professeur et chef de service adjoint « vice chair » du département de radiologie de l'université de Californie (UCLA) à Los Angeles, « attending » et co-responsable de l'unité d'imagerie cardiovasculaire non-invasive. |
| 1998 – 2005 : | Professeur et médecin cadre (attending) du département de médecine nucléaire de l'université de Californie (UCLA) à Los Angeles. |
| 2005 – présent | Professeur ordinaire, Chef du département d'imagerie et des sciences de l'information médicale et Chef du service de médecine nucléaire et d'imagerie moléculaire des Hôpitaux Universitaires de Genève, Suisse |

## VI. Enseignement

1974 – 1977 :    Professeur en informatique, cours de programmation, Collège Calvin -  Genève

1975 – 1977 :    Professeur en physique expérimentale, Collège Calvin - Genève

1988 – 1989 :    Instructor of a post graduate course of the l'AAPM (American Association of Physicists in Medicine) on Medical Imaging. University of Texas

1989 – 1990 :    Visiting Professor, post-graduate course in In Informatics, Clinical Computing Center, Beth Israel Hospital, Harvard Medical School, Boston.

1990 – 1991 :    Visiting Professor at a postgraduate course in Informatics at the. "Ecole Polytechnique Fédérale de Lausanne". (6 hrs/year)

1990 – 1998 :    Instructor in charge of a course in Medical Imaging (30 hrs/ year) at the professional school of technicians in Radiology of Geneva

1989 – 1997 :    Participation à l'enseignement post-universitaire des assistants et des chefs de clinique en Radiologie; Département de Radiologie. Hôpital Cantonal Universitaire de Genève

1993 – 1996 :    Cours hebdomadaire d'introduction à l'informatique destiné aux médecins et assistants de l'hôpital cantonal de Genève.

1998 – 2004 :    Faculty in the Biophysics Post Graduate Program, Medical Imaging Track at the University of California Los Angeles (UCLA).

1998 – 2004 :    Post graduate training and noon conferences for residents in Radiology University of California Los Angeles.

2001 – 2004 :    Journal Club in Nuclear Medicine, Department of Molecular Medicine and Pharmacology, University of California Los Angeles.

2003 – 2004 :    Organisation des colloques annuels « UCLA Seminars in Imaging and Informatics », Department of Radiology, University of California Los Angeles, Arrowhead, California

1997 – 2005 :    Professeur associé, Faculté de Médecine de l'Université de Genève.

1997 – 2004 :    Participation au développement et à la mise en place d'un système d'enseignement assisté par ordinateur (CASIMAGE) à Genève et à Los Angeles en collaboration avec le Dr. Rosset (Genève)

1996 – 2004 :    Réalisation et développement de CD-ROM d'enseignement (8 volumes présentés aux congrès annuels de RSNA et des Journées Francaises de Radiologie et publiés par Scherring et par George-Thieme) en IRM cardiaque et en angio-IRM en collaboration avec le Dr. Didier (Genève)

1998 – 2005 :    Professeur ordinaire en radiologie de l'université de Californie (UCLA) à Los Angeles.

1999 – 2004 :    Participation à la formation continue en Radiologie des assistants et fellows; Département de Radiologie. UCLA

1999 – 2004 :    Participation à la formation continue en médecine nucléaire des assistants et fellows; Département de Médecine Nucléaire. UCLA

2000 – 2004 :    Cours préparatoires aux examens professionnels de radiologie (board exams) pour les assistants de radiologie et de médecine nucléaire dans le domaine de la physique, de l'imagerie cardiaque et des techniques de médecine nucléaire.

2003 – 2004 :    Réalisation et développement de CD-ROM d'enseignement (2 volumes présentés aux congrès annuels de RSNA Publiés par Springer Verlag) en PET et PET-CT en Oncologie (Genève)

2003 – 2004 :    Réalisation et développement d'un système assisté par ordinateur de détermination de l'age osseux à partir des radiographies de la main. Logiciel réalisé en collaboration avec le Dr. V. Gilsanz du Children Hospital à Los Angeles et Publié par Springer Verlag.

2003           Publication d'un livre d'enseignement des techniques d'IRM cardiaque intitulé : Dynamic Cardiovascular MRI (Georg Thieme Verlag) en collaboration avec le

|         | Dr. D. Didier (Genève) |
|---------|------------------------|
| 2004 | Publication d'un Atlas d'enseignement des techniques d'imagerie PET-CT intitulé: Atlas of PET/CT imaging in Oncology (Springer Verlag) en collaboration avec le Dr. J. Szernin (Los Angeles) |
| 2005 - | Professeur ordinaire en Radiologie, Faculté de Médecine de Genève. |
| 2007 – present | Chargé d'enseignement à la Haute Ecole de Santé de Genève en accord avec la Haute Ecole Spécialisée de Suisse Occidentale pour la filière « bachelor en technique en radiologie médicale » |
| 2009 | Co-organisateur du « First EuroPACS Academy Course », Pise, Italie |

## VII. Recherches
## 1. Projets de recherche sans financements externes

1980 – 1981 : Etude du métabolisme cardiaque par tomographie aux positrons. Etudes animales et cliniques ayant permit de valider le modèle compartimental de Sokolov déjà validé pour le cerveau. Travaux effectués à UCLA ayant fait l'objet de publications devenues références de base de tous les travaux ultérieurs dans le domaine du métabolisme myocardique du glucose (article publié dans JNM a été identifié comme la publication la plus fréquemment citée par d'autres auteurs)

1981 – 1982 : Développement d'un système d'analyse de la synchronicité de contraction ventriculaire à partir de ventriculographie isotopiques (analyse de phase) appliqués à l'étude des altérations ischémiques (travaux effectués à UCLA et poursuivis en collaboration avec le Dr. A. Righetti à Genève)

1982 – 1984 : Etude des anomalies de conduction dans les cardiopathies congénitales par analyse de phase des ventriculographies isotopiques en collaboration avec le Dr. A. Righetti (Cardiologie) et Dr. B. Friedli (Cardiologie Pédiatrique)

1985 – 1986 : Développement d'un modèle tridimensionnel dynamique du cœur en collaboration avec le professeur D. Thalmann de l'EPFL et le professeur N. Magnenat Thalmann de l'Université de Genève.

1985 – 1986 : Développement d'une nouvelle technique d'analyse de la fonction ventriculaire à partir de ventriculographies de contraste obtenues par technique de soustraction d'images après injection intraveineuse de produits de contraste. Projet en collaboration avec les professeurs Rutishauser et Meyers (cardiologie)

1986 – 1989 : Etude et développement de nouvelles techniques d'analyse quantitatives de la perfusion et du métabolisme cardiaque à partir de tomographies PET (projet CarPET) développé sous la direction du Professeur Schelbert à UCLA.

1986 – 1989 : Développement d'une nouvelle plateforme informatique et d'un logiciel de visualisation interactive d'images radiologiques (projet Calipso). Projet effectué dans le laboratoire du Professeur. H.K. Huang à UCLA.

1990 – 1995 : Développement d'un logiciel de visualisation et de manipulation d'image pour le premier projet PACS de Genève (projet OSIRIS) développé avec le support de l'unité d'imagerie numérique de l'hôpital cantonal de Genève.

1990 – 1995 : Développement et mise en place d'un système informatique basé sur une architecture distribuée d'archivage et de communication des images (infrastructure du système PACS mis en production clinique en 1994)

1993 – 1995 : Développement de la mesure des volumes cardiaques et du calcul de la fonction cardiaque globale et régionale en IRM cardiaque et mise au point du calcul des vélocités en imagerie de phase sur les stations PACS. Projet de collaboration entre l'Unité d'Imagerie numérique et le département de Radiologie (Dr D. Didier)

1993 – 1994 : Evaluation non invasive des débits pulmonaire et systémique en IRM cardiaque par l'imagerie de phase chez les enfants porteurs de shunts gauche-droit en

collaboration avec le Dr. D. Didier (Radiologie) et l'Unité de cardiopédiatrie (Pr B. Friedli)

1995      Evaluation par IRM des anomalies des gros vaisseaux dans les malformations cono-truncales en collaboration avec le Dr. D. Didier (Radiologie) et l'Unité de cardiopédiatrie (Pr B. Friedli)

1995      Développement de logiciels pour l'analyse fonctionnelle cardiaque et la quantification des insuffisances valvulaires par IRM en collaboration avec le Dr. D. Didier (Radiologie)

1995      Evaluation de la fonction globale et régionale du ventricule gauche chez les patients porteurs d'une ischémie myocardique. Comparaison de la ventriculographie, de la scintigraphie et de l'IRM cardiaques en collaboration avec Dr D. Didier (Radiologie) et avec le Dr A. Righetti de la Division de Cardiologie

1996 – 1997 :    Imagerie 3D cardiaque en IRM en collaboration avec l'équipe du Prof Murat Kunt, Laboratoire de traitement de signaux, Ecole Polytechnique Fédérale de Lausanne et le Dr. Didier (Radiologie)

2000 – 2004 :    Développement d'un projet de stations de travail pour colloques cardiologiques. Projet de collaboration entre UCLA et l'Unité d'Imagerie Numérique de Genève et le Dr. D. Didier (Radiologie)

2001 – 2004 :    Mise au point de nouvelles techniques de visualisation tridimensionnelle d'angiographies IRM cardiaques pour l'évaluation pre- et post opératoires des cardiopathies congénitales. Projet de collaboration avec la société Vital Images Inc. (USA)

2002 – 2004 :    Etudes et recherches de nouvelles solutions ergonomiques de stations de travail pour les systèmes PACS et l'aménagement des salles de travail et évaluation de l'impact sur la performance et les symptômes de fatigue des utilisateurs. Projet de collaboration avec le bureau d'architectes RBB à Los Angeles.

2002 – 2003 :    Développement d'un nouveau système DVD pour l'enregistrement des examens radiologiques destiné aux patients et aux médecins traitants.

2002 – 2003 :    Développement d'un système à écrans plat commandé à partir d'ordinateur de poche pour l'affichage des images dans les unités de soins. Projet de collaboration avec les sociétés CEDARA au Canada et DOME aux Etats Unis.

2002 – 2003 :    Etude de l'effet des protocoles d'acquisition extrêmement courts des examens PET-CT obtenus avec la nouvelle génération de scanners à détecteurs LSO. Évaluation clinique de l'impact sur la qualité diagnostique des examens.

2002 – 2004 :    Etude IRM de la fonction ventriculaire droite et du flux de l'artère pulmonaire dans les Tetralogies de Fallot opérées. Projet de collaboration avec le professeur J. Child (Cardiologie)

2002 – 2004 :    Etude par angiographie IRM des variations morphologiques des veines pulmonaires avant et après ablation électrique dans les cas de fibrillation auriculaire. Projet de collaboration avec le professeur K. Shivkumar (Cardiologie)

2003 – 2004 :    Supervision de plusieurs études cliniques conduites par des assistants du service de médecine nucléaire pour l'évaluation de la valeur ajoutée de l'acquisition conjointe des images CT et PET sur les nouveaux scanners multimodalité par rapport à l'acquisition séparée des deux modalités dans le cadre des investigations oncologies.

2003 – 2004 :    Projet de collaboration avec la société Cti pour la mise au point de nouveaux protocoles d'acquisition et de visualisation des images PET-CT.

2003 – 2004 :    Développement d'un nouveau logiciel (projet OSIRIX) pour la visualisation et l'analyse des images multidimensionnelles et multimodalités. Projet réalisé avec le Dr. A. Rosset de Genève lors d'une année de recherche qu'il a effectué à Los Angeles.

| | |
|---|---|
| 2005 - 2007 : | Mise en place d'un programme de développement de logiciel Open-Source de visualisation et d'analyse d'images (OSIRIX) en association avec un nombre d'institutions internationales. Projet associé au déploiement d'un projet pilote de mise en place de ce logiciel dans les départements des HUG |
| 2006-2008 : | Projet de collaboration avec l'entrerpise SIEMENS pour le développementde nouveaux protocoles d'imagerie cardique utilisant une nouvelle génération de scanners hybrides PET-CT combinant un scanner multibarettes et un scanner PET (premier prototype installé en Europe) |
| 2009 | Weber Damien, Miralbell Raymond, Buchegger Franz et Ratib Osman; Dose escalation pilot study using intensity modulated radiation therapy with a simultaneous integrated boost teechnique to FET PET avid regions and concomittant chemotherapy for newly diagnosed glioblastoma : A pilot study (Dpt: Imagerie et Sciences de l'information médicale; Radio-oncologie; 2009, Protocole No: 09-040) Décision: accepté le: 13.07.09 |
| 2009 | Lovblad Karl-Olof, Zaidi Habib, Wissmeyer Michael et Sztajzel Juan; Impact of quantitative MR-Perfusion Imaging on the management of patients with carotid artery diseases (Dpt: Imagerie et Sciences de l'information médicale; Neuro-diagnostic et Neuro-intervention; 2009, Protocole No: 09-148) Décision: Accepté le: 10.11.09 |
| 2010 | Buchegger Franz; Etude PET/CT à la 18F-fluorocholine (FCH) et au 11C-acétate (ACE) dans l'identification de la récidive précoce du cancer de la prostate (Dpt: Imagerie et Sciences de l'information médicale; Médecine nucléaire; 2010, Protocole No: 10-063) Décision: Accepté le: 17.05.10 |
| 2010 | Ratib Osman; 2010; Comparaison du PET au NaF à la scintigraphie osseuse au 99Tc-MDP pour la recherche de métastases osseuses (Dpt: Médecine nucléaire 10-059) Accepté le: 28.07.10 |
| 2010 | Rizzoli René, Mendes Pereira Vitor, Merminod Fanny, Hars Mélany, Ratib Osman et Lövblad Karl-Olof; The Osteoporotic Virtual Physiological Human (VPHOP) : Clinical validation and interventional treatment (Dpt: Imagerie et Sciences de l'information médicale; Neuro-diagnostic et Neuro-intervention; 2010, Protocole No: 10-156) Décision: Accepté le: 20.08.10 |
| 2010-2011 : | Ratib Osman : Projet de développement et de validation du premier scanner hybride PET-IRM corps-entiers en collaboration avec la firme Philips Healthcare. Projet financé par un contrat de collaboration sur 3 ans. « Validation de l'acquisition concomitante d'un examen PET et d'un examen IRM sur deux scanners jumelés » (Dpt: Médecine nucléaire 09-302) Accepté par la CE le: 01.02.10 |

## 2. Projets de recherche financés par des bourses et fonds de recherches

| | |
|---|---|
| 1978 – 1980 : | Etude et développement d'une nouvelle technique de visualisation de vectographie cardiaques tridimensionnelles. Financé par un fonds de recherche de la fondation "Bourget-Gerbex" (principal requérant) renouvelé sur 2 ans. Centre de Cardiologie, Hôpital Cantonal de Genève. |
| 1981 – 1982 : | Recherche expérimentale sur l'animal pour la mesure non invasive et la quantification du métabolisme cardiaque du glucose par tomographie aux positrons. Projet financé par une bourse « jeune chercheur » du Fonds National Suisse pour un séjour d'une année à UCLA, Los Angeles |
| 1984 | Projet de collaboration avec le Professeur D. Thalmann de l'université de Montréal au Canada pour le développement de nouveaux outils de visualisation et de modélisation du cœur en trois dimensions. Financé par un fonds de recherche (co-requérant) du fonds national Suisse de Recherche et du fonds Canadien de la Recherche Scientifique. |

1986 – 1988 :  Développement de nouvelles techniques d'analyse quantitative des tomographies cardiaques aux positrons pour la détermination du métabolisme et de la perfusion myocardique. Financé par une bourse « chercheur avancé » du Fonds National Suisse pour un séjour de deux ans à UCLA, Los Angeles.

1989 – 1993 :  Projet de recherche sur les nouvelles techniques de téléradiologie et communication des images sur les réseaux à large bande. Projet de collaboration avec les PTT Suisses financé par un Fonds de Recherche Européen (Telemed)

1991 – 1993 :  Recherche et développement d'une nouvelle technique de radiographie numérique utilisant des plaques luminophores à double énergie pour la séparation des structures osseuses des tissus mous. Projet financé par une bourse (requérant principal) du Fonds National Suisse de la Recherche (FNSR #31207.91)

1991 – 1993 :  Recherche et développement d'une nouvelle architecture pour des stations de travail de haute performance pour la visualisation des images radiologiques. Projet de collaboration avec la Société Siemens, financé par une bourse CERS (requérant principal) du Fonds National Suisse de la Recherche (FNSR/CERS #2163.1)

1992 – 1995 :  Développement d'une nouvelle technique d'analyse des images dynamiques d'IRM cardiaque par 'Analyse de Phase'. Projet effectué en collaboration avec le Dr. D. Didier (co-requérant) financé par une bourse du Fonds National Suisse de la Recherche (FNSR #31-36127.92, SFr 120'000)

1993 – 1995 :  Développement d'une nouvelle technique d'analyse de la texture du parenchyme pulmonaire sur les images de tomodensitométrie CT pour la quantification de l'œdème pulmonaire. Projet financé (requérant principal) par une bourse du Fonds National Suisse de la Recherche (FNSR #3100-037659.93/1)

1995 – 1997 :  Projet de collaboration Vaud-Genève pour un projet de téléradiologie et vidéoconférence et le développement d'un réseau d'imagerie numérique entre l'HCUG et le CHUV. Projet financé (requérant principal) par une bourse du Fonds Vaud-Genève.

1996 – 1998 :  Recherche et développement de nouvelles techniques d'archivage des images médicales basées sur une nouvelle architecture de serveurs parallèles et de technologie CDROM. Projet de collaboration (projet MISS) avec l'EPFL et financé (requérant principal) par une bourse du Fonds National Suisse de la Recherche (FNSR #5003-045353)

1998 – 2000 :  Nouvelle phase du projet de collaboration Vaud-Genève pour une nouvelle technique de téléradiologie et vidéoconférence entre l'HCUG et le CHUV. Projet financé (requérant principal) par une bourse du Fonds Vaud-Genève.

1996 – 1998 :  Recherche et développement de système de serveurs parallèles pour la gestion de larges volumes d'images médicales. Projet de collaboration (projet GigaServer) avec l'EPFL et financé (co-requérant) par une bourse du Fonds National Suisse de la Recherche (FNSR #5003-45348)

1996 – 1999 :  Participation (consultant et co-investigateur) à un projet pluridisciplinaire regroupant plusieurs projets coordonnés appelé program-project grant (PPG) pour le développement de nouvelles technique informatiques de gestion des images (PACS). Projet de collaboration avec l'université de Los Angeles, financé par une bourse du National Institute of Health (NCI/NIH #p01 CA51198-06)

1999 – 2002 :  Développement de systèmes informatique pour une étude multicentrique d'étude de l'effet de traitement au Retinoid pour l'emphysème pulmonaire. Projet de collaboration (co-investigateur) avec l'unité d'imagerie thoracique du département de radiologie de UCLA financé par une bourse du National Institute of Health (NCI/NIH $534,146 - Y03)

1999 – 2004 :  Participation au développement de systèmes multimédia de gestion des

images médicales pour la recherche en pathologie thoracique. Projet de collaboration (co-investigateur) avec l'unité d'imagerie thoracique du département de radiologie de UCLA financé par une bourse du National Institute of Health (NCI/NIH)

2000 – 2002 : Projet de développement d'une nouvelle plateforme informatique pour les colloques et présentations cliniques des examens cardiologiques. Projet de collaboration avec la société Cedara, financé (requérant principal) par une bourse du fonds du Digital Media Innovation program (DiMI # D99-21, $149,822)

2001 – 2006 : Participation à une étude multicentrique d'analyse assistée par ordinateur de nodules pulmonaires par imagerie PET et CT. Projet de collaboration (co-investigateur) avec l'unité d'imagerie thoracique du département de radiologie de UCLA financé par une bourse du National Institute of Health (NCI/NIH $1'592'857 - Y03)

2000 – 2004 : Co-investigateur et responsable du « Technical Core » d'un projet pluridisciplinaire regroupant plusieurs projets coordonnés appelé program-project grant (PPG) intitulé "PACS Infrastructure to support Evidence-Based Medical Practice". Projet financé par une bourse du National Institute of Health (NCI/NIH #2 P01 CA51198-09A1)

2000 – 2005 : Co-investigateur d'un projet de recherche de l'American College of Radiology Imaging Network (ACRIN) intitulé "Contemporary Screening for the Detection of Lung Cancer and Premalignancy". Projet de collaboration (co-investigateur) avec l'unité d'imagerie thoracique du département de radiologie de UCLA

2001 – 2002 : Co-investigateur d'un projet de recherche DIACRIN intitulé "Autologous Myoblast Transplantation for the Treatment of Infarcted Myocardium - A Pilot Study". Projet de collaboration (co-investigateur) avec le département de cardiologie de UCLA

2001 – 2006 : Développement et mise en place d'une base de données distribuée pour les études multicentriques de recherche en imagerie thoracique. Projet de collaboration (co-investigateur) avec l'unité de biophysique et l'unité d'imagerie thoracique du département de radiologie de UCLA ($188,300 - Y01)

2002 – 2004 : Projet de développement d'une station de travail pour la visualisation et l'analyse cliniques des examens cardiologiques. Projet de collaboration avec la société Cedara, financé (requérant principal) par une bourse du fonds du Digital Media Innovation program (DiMI #01-10109, $148,260)

2004 – 2006 : Co-investigateur d'une étude clinique de l'analyse quantitative des lésions tumorales par PET-CT. Projet de collaboration avec la division de médecine nucléaire financé par une bourse du National Institute of Health (NCI/NIH)

2005 – 2007 : Principal investigateur d'un projet de développement et de validations de techniques d'acquisition d'images PET-CT de perfusion cardiaque combinées aux angiographies CT des coronaires. Projet financé par un accord de collaboration avec la maison Siemens associé au prêt d'un scanner PET-CT de 64 détecteurs pour une période de 18 mois.

2006 - Chef de projet de mise en place d'un laboratoire d'imagerie PET animale financé par le centre d'imagerie biomédicale (CIBM)

2006 - Collaborateur dans l'étude « Tagging tangles and plaques in mice models of Alzheimer disease: in vivo kinetics and autoradiography of FDDNP and PIB binding. » du Dr. Vicente Ibanez, Médecin adjoint agrégé du Service de Neuropsychiatrie des HUG

2006 - Co-investigateur dans l'étude « Evaluation des avantages potentiels de la technologie PET-CT par rapport à la technologie CT conventionnelle dans la simulation et la planification des traitements de radiothérapie (RT) en 3D.» dont le responsable est le Dr. Hansjörg Vees, Chef de clinique du service de radio-oncologie des HUG. Etude menée dans le cadre d'un PRD (Projet Recherche & Développement des HUG) du Centre de Recherche Clinique de Genève

| | |
|---|---|
| 2006 - 2007 | Co-investigateur du projet CER 06-024 (06-083) intitulé « Suivi longitudinal par PET cérébral des patients avec stimulation électrique chronique intra-cérébrale pour une épilepsie pharmacorésistante » dont l'investigateur principal est le Prof. Margitta Seek, Professeur associé, de l'Unité d'évaluation préchirurgicale de l'épilepsie, Service de Neurologie des HUG. |
| 2006 - 2008 | Collaborateur dans l'« Etude prospective évaluant l'intégration du PET/CT dans le cadre d'un bilan standardisé du cancer du pancréas » du Dr. Léo Bühler, responsable de l'Unité d'Investigations Chirurgicales des Hôpitaux Universitaires de Genève. Le protocole de cette étude a été approuvé sans modification le 6 décembre 2005 par le Comité d'Ethique du Département de Chirurgie (no 05-080) |
| 2006 - 2008 | Co-investigateur du projet CER 06-071 (NAC 06-021) « Evaluation of pelvic girdle muscular activity after total hip arthroplasty using 11C-acetate Positron Emission Tomography: comparison of two distinct surgical approaches. Pilot study » dont l'investigateur principal est le Dr. Maximilien Jung, médecin adjoint du service de Chirurgie Orthopédique des HUG. Ce projet a été approuvé par le Comité départemental d'éthique N.A.C le 23 octobre 2006. Budget chf 20'000.- financé par un fonds de la société Zimmer Suisse |
| 2007 - | Co-investigateur avec le Prof. René Rizzoli, chef du Département de réhabilitation et gériatrie des HUG et Dr. Serge Ferrari médecin adjoint du service des maladies osseuses dans le projet intitulé « Bone health and atherosclerosis relationship in retiring workers: Environmental-genetic determinants » financé par une bourse du Centre de Recherche Clinique des HUG |
| 2007- | Co-investigateur de l'étude « Lymph node SPECT (tomographie axiale transverse par émission de simple photon) for Radiotherapy treatment planning of prostate cancer » dont le but est d'évaluer l'utilisation du SPECT au99mTechnetium (Tc)-Nanocoll dans la planification des traitements de radiothérapie (RT) en 3D des cancers de la prostate haute risque. Cette étude est dirigée par le Dr. Hansjörg Vees, Chef de clinique du service de radio-oncologie des HUG. Financement privé de la fondation MIR |
| 2007 - | Co-requérant avec le professeur Jean Fasel du Département de Physiologie Cellulaire et Métabolisme de la faculté de médecine de l'Université de Genève d'un projet d'enseignement de l'anatomie basé sur les techniques d'imagerie avec l'outil OSIRIX de visualisation et de manipulation d'images 3D et 4D. Projet cofinancé par la commission informatique de l'Université de Genève à hauteur de chf 15'000.- et par la société APPLE. |
| 2007 - 2008 | Co-auteur dans l'analyse rétrospective « Evaluation du traitement par 90Y-Zevalin après auto-ou allogreffe de cellules souches hématopoïétiques » proposée par le Dr. Franz Buchegger, médecin adjoint agrégé du service de médecine nucléaire des HUG |
| 2007 – 2008 | Participation à l'étude 05-209 intitulée « Effets de la stimulation médullaire sur le métabolisme cérébral de patients souffrant de douleur choronique : mesue des modifications par PET scan » dont l'investigateur principal est le Dr. Jean-Marie Annoni, Médecin adjoint agrégé, responsable de l'unité de neuropsychologie. Durée de l'étude : 2 ans. Financement interne au département NEUCLID |
| 2007 - 2008 | Co-requérant avec le Dr. Roman Sztajzel, médecin adjoint agrégé, du service de Neurologie des HUG, dans l'étude NAC 07-033 « Usefullness of PET-CT in the diagnosis and follow-up of patients with "vulnerable" carotid plaques: correlation to clinical symptoms, to the presence of asymptomatic micro-embolic signals detected on transcranial Doppler and to plasmatic markers of inflammation ». Cette étude est soumise au Centre de Recherche Clinique de Genève (CRC). |
| 2007 - 2008 | Co-investigateur dans l'étude intitulée « Synthesis of a PET tracer studying the neuronal nicotinic receptors, [18F]F-A-85380. » du Dr. Yann Seimbille, |

responsable de l'unité Cyclotron et Chimie Radiopharmaceutique et le Dre Fabienne Picard du Département des Neurosciences Cliniques des Hôpitaux Universitaires de Genève. Une étude financée à hauteur de chf 50'000.- dans le cadre du Centre de Recherche Clinique de Genève (Projet Recherche & Développement des HUG)

2007 – 2008    Participation à une étude clinique multicentrique phase II initiée par le Groupe Suisse de Recherche Clinique sur le Cancer (SAKK), dans laquelle le métabolisme tumoral est évalué par l'imagerie hybride PET-CT. Cette étude s'intitule « SAKK 56-07 – Dasatinib first-line treatment in gastrointestinal stromal tumors (GIST). »

2007 – 2008    Participation une étude clinique multicentrique du Groupe Suisse de Recherche Clinique sur le Cancer intitulée « SAKK 38/07 : Prospective evaluation of the predictive value of PET in patients with diffuse large B-cell-lymphoma under R-CHOP-14. »

2007 – 2009    Co-investigateur de l'étude « évaluation de l'apport de l'imagerie moléculaire par tomographie à émission de positrons (TEP) par rapport à l'IRM, dans l'investigation des troubles envahissants du développement. » dont l'investigateur principal est le Dre Giuliana Galli Carminati, médecin adjointe de l'Unité de Psychiatrie du Développement Mental, Service de Psychiatrie Adulte des HUG. Le Budget est de chf 114'000.- sur 2 ans. Protocole 07-229/Psy 07-037

2008 -    Co-requérant du projet intitulé « Etude PET sur l'inflammation vasculaire au cours des apnées du sommeil » dont l'investigateur principal est le Dr. Jean-Paul Janssens, médecin adjoint agrégé du service de Pneumologie des HUG. Financé par fonds privés.

2008 -    Co-requérant de l'étude CER : 07-153 (NAC 07-063) «Application du $^{18}$F-[FDG] PET/CT à la simulation et à la planification de la radiothérapie (RT) du cancer du sein. Définition du volume cible pour la RT en 3-D et pour l'irradiation partielle du sein (IPS) par technique IMRT. Etude pilote de faisabilité » dont l'investigateur principal est le Dr. Sabine Balmer Majno, médecin adjointe du service de Radio-oncologie des HUG. Cette étude a été acceptée par le comité départemental d'éthique N.A.C. le 11 décembre 2007 (projet soumis mais pas encore financé)

2008 - 2013    Co-investigateur du projet CER 07-237 (NAC 07-092) "Amélioration de la prise en charge diagnostique des affections neurologiques avec troubles cognitifs par PET-FDG et IRM 3D", dont l'investigateur principal est le Dr. Frédéric Assal, Médecin adjoint du service de Neurologie des HUG. Ce projet a reçu l'approbation du comité d'éthique de Neuclid, APSIC, Chirurgie le 27 novembre.

2008 - 2009    Co-investigateur dans l'étude « Evaluation des résultats PET-CT à la 18F-fluorocholine chez le patient atteint d'un cancer de la prostate, une étude rétrospective » menée par le Dr. Franz Buchegger, médecin adjoint agrégé du service de médecine nucléaire des HUG. Protocole 07-171R (NAC 07-070R) approuvé par le Comité départemental d'éthique de Neuclid-APSIC-Chirurgie le 30.10.07

2008 - 2012    Co-requérant dans l'étude intitulée « Relationship between Increasing Body Weight, Adipocytokines, Endocannabinoids, and Coronary Circulatory Function and its Alterations by Gastric-Bypass Induced Weight Loss", dont l'investigateur principal est le Dr. Thomas H. Schindler, Chef de l'unité de Cardiologie Nucléaire. Projet financé par une bourse du Fond National Suisse de la Recherche Scientifique et par le Centre de Recherches Cliniques des HUG.

2008 - 2011    Co-requérant dans l'étude intitulée « Development of novel Tyrosine Kinase Inhibitors (TKIs) as molecular probes for Positron Emission Tomography (PET) Imaging and Treatment of cancers » du Dr. Yann Seimbille, responsable de l'unité Cyclotron et de Chimie Radiopharmaceutique des HUG, financé par

|  | une bourse de recherche du Fonds National Suisse de la Recherche Scientifique (Subside : chf 227'000.-) |
|---|---|
| 2010 - | Co-requérant dans l'étude intitulée « Validation de l'acquisition concomitante d'un examen PET et d'un examen IRM pour l'étude du métabolisme cérébral dans le Déficit Cognitif Léger » dont l'investigateur principale est la Dre V. Garibotto qui a remportée la bourse AETAS 2010 (Bourse chf 40'000.-). |

## 3. Projets de recherche financés par la communauté européenne

| 1989-1993 | TELEMED project (Race project) for the development and evaluation of teleradiology and remote expert consultation tools in medicine |
|---|---|
| 1991-1995 | EURIPACS project (AIM project), MIMOSA working group: for the definition and standardization of data structures and data models as well as functional models applicable to medical image management, storage and communication |
| 1991 - 1995 | EURIPACS project (AIM project), IMPHONE working group: development and implementation of teleradiology tools |
| 1991 - 1996 | INCIS (Working group of the European Society of Cardiology) technical requirements and standardization of the digital image management systems in Cardiology |
| 2007 - 2011 | EuroPETMRI project : Co-requérant avec le Dr. Habib Zaïdi, physicien responsable de l'instrumentation PET du Service de Médecine Nucléaire des HUG, dans le projet collaboratif européen intitulé EuroPETMRI ou in extenso « Advanced Molecular Imaging using Simultaneous PET/NMR » dans le cadre du Seventh Framework Programme FP7-Health-2007-A, coordonné par le Dr. Bernd Pichler de l'Université de Tübingen. |
| 2008 - 2013 | VP-Europe project : Participation au projet collaboratif européen nommé VP-Europe ou, in extenso « Vulnerable Plaque European Consortium: Causes, Diagnosis and Therapy » dans le cadre du « Seventh Framework Programme FP7-2007-Health » sous la coordination du Profeseur Rufenacht chef de service de neuro interventionnel des HUG en collaboration avec l'Université de Frankfurt. |
| 2008 - 2011 | VP heart project : Co-requérant du Projet européen « Virtual Physiological Heart (VP heart) » dans le cadre du « Seventh Framework Programme FP7-2007-Health » en collaboration avec le laboratoire de recherche CREATIS et de l'hôpital cardiologique de Lyon sous la direction du Dr. Pierre Croisille maître de conférence de l'Université de Lyon. |

## IX. Distinctions

| 1972 | First Prize of the 6th Swiss Annual Competition of "la Science appelle les jeunes" (For the work in biological science: "Etude pratique de la faune infusorienne") |
|---|---|
| 1981 | "James T. Case" Award of the best research publication in Radiological Sciences for the papers: "Phase analysis of radionuclide angiograms, a new tool for the detection of coronary artery disease", and "Performance of the rotating slant hole collimator for the detection of myocardial perfusion abnormalities", UCLA, Los Angeles |
| 1983 | First prize for the best poster presentation for the paper : "Multiharmonic Fourier analysis of ventricular wall motion for the detection of regional alterations in contraction and relaxation". Computers in Cardiology Meeting, Aachen |

| | |
|---|---|
| 1986 | Prefinalist of the young investigators award of the Xth World Congress of Cardiology for the paper entitled "Assessment of pre and post operative ventricular wall motion asynchrony in tetralogy of Fallot". Washington DC |
| 1986 | "F. TISSOT" Award of the Medical school of the University of Geneva for the developments and clinical studies about the evaluation of ventricular function using computer analysis techniques |
| 1987 - 1989 | Scholarship from the department of Radiological Sciences of the University of California, Los Angeles (UCLA) as a financial support for a Ph.D. program in Medical Imaging |
| 1988 | "James T. Case" Certificate of Merit of the best research publication in Radiological Sciences for the paper: Semiautomatic software for quantitative analysis of cardiac positron tomography studies, UCLA, Los Angeles |
| 1988 | "Norman Baily» Award of the western chapter of the American Association of Physicists in Medicine (AAPM), UCLA, Los Angeles |
| 1989 | "James T. Case" Certificate of Excellence of the best research publication in Radiological Sciences. UCLA, Los Angeles |
| 1992 | RSNA (Radiological Society of North America) Scientific Exhibit Award (Certificate of Merit) for the exhibit entitled "Standardized Imaging Incidences for Multimodality Cardiac Imaging" December 1992, Chicago, USA |
| 1993 | First price of the Swiss Radiological Society (SSRM) for the poster presentation entitled "Standardization of Multimodality Cardiac Imaging" |
| 1994 | First price of the French Radiological Society (SFRM) for the scientific exhibit entitled "OSIRIS un logiciel d'analyse d'images multimodalités" |
| 1995 | First price of the Swiss Radiological Society (SSRM) for the poster presentation entitled "Analyse quantitative de la cinétique des mouvements cardiaques à partir d'images de ciné-IRM" |
| 1995 | Jubilee prize of the Swedish Society of Radiology for a presentation entitled: "The digital radiology department - structure, infrastructure, image management and communication" |
| 1996 | Poster session award at SPIE International Symposium on Medical Imaging, New-Port Beach, 1996 for the poster presentation entitled "In-house access to PACS images and related data through the World Wide Web" |
| 1999 | RSNA (Radiological Society of North America) Scientific Exhibit Award (Certificate of Merit) for the exhibit entitled " Design and computer modeling of workstations and radiology reading rooms for the next millennium " December 1999, Chicago, USA |
| 1999 | RSNA (Radiological Society of North America) Scientific Exhibit Award (Magna Cum Laude) for the exhibit entitled "Evaluation and differentiation of pericardial diseases and cardiomyopathies: an interactive teaching tour with dynamic cardiac MRI" December 1999, Chicago, USA |
| 2000 | LARS (Los Angeles Radiological Society) Poster Exhibit Award (Best of Show) for the exhibit entitled " Design and computer modeling of workstations and |

radiology reading rooms for the next millennium" January 2000, Los Angeles, USA

2000    RSNA (Radiological Society of North America) Scientific Exhibit Award (InfoRAD Cum Laude) for the exhibit entitled "Functionality-tailored Design of Workstations and Radiology Reading Rooms for Multipurpose Clinical Tasks" December 2000, Chicago, USA

2000    RSNA (Radiological Society of North America) Scientific Exhibit Award (InfoRAD Certificate of Merit) for the exhibit entitled "Authoring and Presentation of Multimedia Clinical Conferences Using Portable Document Format (PDF)" December 2000, Chicago, USA

2001    RSNA (Radiological Society of North America) Scientific Exhibit Award (InfoRAD Certificate of Merit) for the exhibit entitled, "Multimodality workstation Designed for Improving Multidisciplinary Clinical Conferences", December 2001, Chicago, USA.

2001    RSNA (Radiological Society of North America) Scientific Exhibit Award (InfoRAD Certificate of Merit) for the exhibit entitled, "Use of Hand-held Wireless Devices for Navigation and Retrieval of Images and Medical Data Displayable on High Resolution Network Appliances, December 2001, Chicago, USA.

2002    Swiss Society of Radiology Poster Award entitled, "MR angiography (MRA) of thoracic great vessels. An interactive teaching tour with dynamic MRA." Aarau 7 juin 2002.

2002    RSNA (Radiological Society of North America) Education Exhibit Award (Certificate of Merit) for the exhibit entitled, "Advantages of Cardiac MRI for the Evaluation of Pulmonary Artery Morphology in Tetralogy of Fallot", December 2002, Chicago, USA

2002    RSNA (Radiological Society of North America) Education Exhibit Award (Award for Excellence in Design) for the exhibit entitled, "Advantages of Cardiac MRI for the Evaluation of Pulmonary Artery Morphology in Tetralogy of Fallot", December 2002, Chicago, USA

2002    RSNA (Radiological Society of North America) Education Exhibit Award (Certificate of Merit) for the exhibit entitled, "Casimage Software: Digital Teaching Files System for a PACS Environment.", December 2002, Chicago, USA

2003    SPIE (Society of Photo-Optical Instrumentation Engineers) Medical Imaging Conference 2003 (Cum Laude) for the poster entitled, "Functional, Ergonomic Analysis and Computer Modeling of Clinical Conferencing Rooms in Digital and Filmless Environment", February 2003, San Diego, USA

2003    RSNA (Radiological Society of North America) Education Exhibit Award (Magna Cum Laude) and excellence in design award for the exhibit entitled, "Interactive Multimedia Atlas of PET-CT studies in Oncology.", December 2003, Chicago, USA

2003    RSNA (Radiological Society of North America) Education Exhibit Award (Cum Laude) for the exhibit entitled, "MR angiography (MRA) of Cervical and Cerebral Vessels: An interactive teaching tour.", December 2003, Chicago, USA

| 2004 | SPIE (Society of Photo-Optical Instrumentation Engineers) Medical Imaging Conference 2004 (Certificate of Merit) for the poster entitled "Bone age maturity assessment using Hand-Held Device", February 2004, San Diego, USA |
|------|--|
| 2004 | Nomination by the American Heart Association as a "Fellow of the AHA" |
| 2004 | Nominated and listed in "Who's Who: 100 names you need to know" published by Health Imaging & IT magazine, Vol2 in July 2004 after a national survey in radiology and medical imaging. |
| 2004 | RSNA (Radiological Society of North America) Excellence in Design Award for the exhibit entitled "Ergonomic and Workflow Design of Digital Operating Rooms and Interventional Suites". December 2004, Chicago, USA |
| 2004 | RSNA (Radiological Society of North America) infoRAD Award (Cum Laude) for the exhibit entitled "Navigating the Fifth Dimension" – Innovative Interface for Multi-dimensional Multi-modality Image Navigation", December 2004, Chicago, USA |
| 2004 | RSNA (Radiological Society of North America) Education Exhibit Award (Certificate of Merit) for the exhibit entitled "Ergonomic and Workflow Design of Digital Operating Rooms and Interventional Suites" |
| 2005 | RSNA (Radiological Society of North America) Education Exhibit Award (Cum Laude) for the exhibit entitled "Computed Tomographic Angiography (CTA) of Cervical and Cerebral Vessels: An Interactive Teaching Tour with Dynamic CTA", December 2005, Chicago, USA |
| 2005 | RSNA (Radiological Society of North America) infoRAD Award (Certificate of Merit) for the exhibit entitled "OsiriX Software: Volume Rendering DICOM Software for 4D Datasets (Cardiac-CT) and Image Fusion Datasets (PET-CT)", December 2005, Chicago, USA |
| 2005 | 1st Price at the European Society of Radiology (ECR) |
| 2005 | Apple award of best Open Source software design for OsiriX software – WWDC Conference Apple Design Award, June 2005 |
| 2005 | Runner Up Best Mac OsX Scientific Computing Solution: OsiriX 1.6.4 , WWDC Conference, Apple Design Award, June 2005 |
| 2006 | Prix de la Société Suisse de Radiology pour l'étude nommée « Computed tomographic angiography (CTA) of cervical and cerebral vessels : an interactive teaching tour with dynamic CTA » 93ème Congrès Annuel SGR-SSR – 29ème Congrès Annuel SSRP – 7ème Congrès Annuel SSMN. Lausanne, Suisse |
| 2006 | RSNA (Radiological Society of North America) Education Exhibit Award (Certificate of Merit) for the exhibit entitled, "Cardiac and Coronary CTA: An Interactive Atlas". November 2006, Chicago, USA |
| 2006 | RSNA (Radiological Society of North America) Education Exhibit Award (Certificate of Merit) for the exhibit entitled, "Imaging of Female Pediatric Pelvis: An Interactive Teaching file". November 2006, Chicago, USA |
| 2008 | CARS 2008 EuroPACS poster Award, 1st Prize for "Extending PACS with open-source image processing platform". June 25-28, Barcelona, Spain |

| 2008 | RSNA (Radiological Society of North America) Education Exhibit Award (Certificate of Merit and excellence in design award) for the exhibit entitled, "OSIRIX mobile: teleradiology software running on iPhone". November 2008, Chicago, USA |
|---|---|
| 2009 | SSNM 2009: prix du poster de medicine nucléaire pour "Implanted Central venous port (porth-a-cath) infection study with 18F-FDG PET/CT" par Steiner, C., I. Ihsan, W. Zingg, L.-Z. Kaestli, S. Decosterd, O. Ratib, and F. Buchegger. Genève, Suisse |
| 2009 | SSNM 2009: prix du poster de radiologie « cum Laude » pour PET-CT pitfalls in head and neck pathologies. K. Masterson, R. Kohler, O. **Ratib, O.** Rager, C. Steiner, and M. Becker. Genève, Suisse |

## X. Sociétés

- Membre de la Society of Photo-Electrical Engineering (SPIE) 1989 - 2004
- Membre de la North American Society for Cardiac Imaging (NASCI), 1997- 2004
- Membre de l'American College of Radiology (ACR), 1990 - 1999
- Membre de la Société Suisse de Cardiologie, 1981 - 1999
- Membre de la Société Suisse de Radiologie, 1990 - 2004
- Membre du comité de la Société Suisse d' Infromatique Médicale, 1990 - 1995
- Membre de la FMH (FMH # 030545-55)
- Fellow de l'American Heart Association , 2004
- Membre de la Society of Nuclear Medicine (SNM), 1998 -
- Membre de la Radiological Society of North America (RSNA), 1982 -
- Membre de la Société Suisse de Médecine Nucléaire (SSMN)
- Membre de la European Association of Nuclear Medicine (EANM)
- Membre de la European Society of Radiology (ESR)
- Membre de la Société Médicale de Genève (SMG)
- Membre de l'Association des Médecins de Genève (AMG)

## XI. Fonctions officielles

*(Seules les fonctions officielles occupées depuis 1998 sont listées ci-dessous)*

- chairman of the Imaging Informatics Section (IIS) Steering Committee, Department of Radiology, UCLA, 1998 – 2004
- chairman of the Y2K Task Force Committee, Department of Radiology, UCLA, 1999 - 2000
- co-chair Information Technology Planning Task Force Operations Committee for Medical Center Computing Services (MCCS), UCLA School of Medicine, 2001 - 2002
- member of the Radiology Chair Search Committee, Department of Radiology, UCLA, 2000
- member of the new hospital Operations Planning Committee, Department of Radiology, UCLA
- member of the Clinical Enterprise Information Technology Committee (CEIT), Department of Radiology, UCLA
- member of the UCLA Bioinformatics Committee, 2001 - 2003
- member of the Academic Information Technology Committee (AITC), UCLA
- member of special RSNA working group, "Improving the Research Environment in Radiology Departments", June 2000
- member of Biomedical Physics Interdepartmental Graduate Program, UCLA, 1998 - 2004
- member of the Radiology Research Cabinet, 2001- 2005
- member of UCLA hospital Information Technology Planning Board (ITPB), 2002-04
- member of the School of Medicine Integrated Advanced Information Management Systems (IAIMS) committee, 2002 - 2005
- member UCLA Radiology Executive Management Committee
- member of UCLA Hospital InfoShare committee, 2002 - 2005

- member of UCLA Radiology Cinical Services Committee, 2003 – 2005
- Membre de la commission chargée d'étudier la promotion du Professeur Antoine Geissbühler à la fonction de professeur ordinaire au Département de Radiologie et des Sciences de l'Information Médicale, 2005 – 2006
- Membre de la commission facultaire chargée d'étudier l'ouverture d'un poste de professeure associée pour la nomination de la docteure Sylviane Hanquinet au Département de radiologie et d'informatique médicale, 2006
- Membre de la commission de structure chargée d'étudier l'ouverture d'un poste de professeur adjoint ou ordinaire dans le domaine des Investigations Chirurgicales, au Département de Chirurgie, HUG, 2006
- Membre de la commission chargée d'étudier l'ouverture d'un poste de professeur(e) adjoint(e) dans le domaine de l'informatique médicale au Département de radiologie et d'informatique médicale, 2006 - 2007
- Membre de la commission de nomination chargée d'étudier l'ouverture d'une inscription pour un poste de professeur-e-adjoint-e dans le domaine des soins intensifs de chirurgie, au Département d'Anesthésiologie et Soins Intensifs de Chirurgie, 2006 - 2007
- Membre de la commission chargée d'étudier la promotion du Professeur Gilles Mentha à la fonction de professeur ordinaire au Département de Chirurgie, 2006 – 2007
- Membre de la commission de structure chargée d'étudier l'ouverture d'un poste de professeur(e) adjoint(e) ou ordinaire dans le domaine de l'imagerie moléculaire, au Département d'Imagerie et des Sciences de l'Information Médicale, 2006 – 2007.
- Membre du comité scientifique de la journée « innovations », HUG, 2007
- Membre de la commission facultaire chargée d'étudier la promotion à l'ordinariat du professeur Jean Fasel au Département de Physiologie Cellulaire et Métabolisme, Université de Genève, 2007
- Membre de la commission chargée d'étudier l'ouverture d'un poste de professeure associée pour la nomination de la Docteure Bara Ricou dans le domaine des soins intensifs, au Département d'anesthésiologie, pharmacologie et soins intensifs, 2007
- Membre de la commission facultaire chargée d'étudier l'ouverture d'un poste de professeur associé pour la nomination du Docteur Jean-Marie Annoni au Département des neurosciences cliniques et dermatologie, Université de Genève, 2007
- Président de la commission de nomination du Professeur Daniel Rüfenacht à la fonction de chef de service du Service Neuro-interventionnel dans le Département des Neurosciences Cliniques, HUG, 2007
- Membre de la commission de structure chargée d'étudier la succession du Prof. Jean-Hilaire Saurat dans le domaine de la dermatologie, 2007
- Membre de la commission chargée d'étudier la nomination d'un-e professeur-e adjoint-e en imagerie médicale dans le domaine de la recherche translationnelle en imagerie moléculaire au département académique de radiologie et informatique médicale et hospitalier d'imagerie et sciences de l'information médicale,
- Membre de la commission de structure – Succession du prof. Daniel Rüfenacht
- Membre de la commission facultaire chargée d'étudier la nomination d'un professeur ordinaire ou adjoint en dermatologie et vénérologie, chef du Service de dermatologie au Département des neurosciences cliniques de la Faculté de médecine et des Hôpitaux Universitaires de Genève
- Membre de la commission chargée d'étudier l'ouverture d'une inscription pour un poste de professeur adjoint ou ordinaire dans le domaine de la dermatologie et vénérologie à la Section de médecine fondamentale ou de médecine clinique, chef de service du Service de dermatologie et vénérologie au Département hospitalier de médecine génétique et laboratoire.
- Membre de la commission de structure – Neurologie – Succesion du prof. Landis
- Membre de la commission de structure - Succession du prof. Bourquin
- Membre de la commission chargée d'étudier la nomination du Docteur Abdelkarim Allal, à la fonction de professeur associé, au Département de radiologie et informatique médicale
- Membre de la commission de la faculté des sciences de l'Université de Genève, chargée d'étudier la nomination par appel  de M. Marzio Nessi au poste de professeur

associé (15-20%) en physique expérimentale des particules. Département de physique nucléaire et corpusculaire, mai 2008
- Expert extérieur pour la commission d'appel – IRM cardiaque, Faculté de biologie et de médecine de l'Université de Lausanne
- Membre de la commission d'appel d'un professeur ordinaire en cardiologie, Département de médecine, Faculté des sciences de l'Université de Fribourg
- Membre de la commission de nomination chargée d'étudier la promotion à l'ordinariat du Professeur Jean Fasel, au Département de physiologie cellulaire et métabolisme, Faculté de médecine de l'Université de Genève
- Vice-Président de la Société Médicale de Genève, 2008
- Président de la Société Médicale de Genève, 2009
- Président de l' « EuroPACS Society », juin 2008 – présent
- Président du 10ème congrès annuel de la Société Suisse de Médecine Nucléaire. 2009. Genève, Suisse
- Président du 24ème congrès international « Computer Assisted Radiology and Surgery », CARS 2010, Genève, Suisse
- Président du sub-comité scientifique « Computer Applications » pour le « European Congress of Radiology 2012 »
- Membre de la commission de planification académique en vue de l'ouverture d'une commission de nomination chargée d'étudier la nomination par appel du professeur Alexandre Pouget à la fonction de professeur ordinaire à la faculté de médecine
- Expert interne pour la commission en neurologie (succession du Prof. Landis)
- Président de la commission pour la promotion du Dr. Jean-Charles Sanchez
- Membre de la Commission chargée d'étudier la nomination par appel du docteur Marco Roffi à la fonction de professeur associé bénévole dans le domaine de la cardiologie au Département de médecine interne
- Président de la commission en dermatologie et vénérologie (succession du Prof. Saurat)
- Président de la fondation OsiriX

## XII. Fonctions techniques et scientifiques
- former member of the organizing committee of IMAC meetings, 1991 - 1997
- former member of the American Association of  Physicist in Medicine (AAPM)
- former member of the board of directors (at large) of Soc. of Comp. Appl. in Radiology (SCAR), 1996 - 1998
- member of the editorial board of special issues of the European Journal of Radiology
- member of the editorial board of the TELEMEDICINE Journal, 1995 - 1998
- member of the board of EuroPACS since 1997, President of the Board in 1998,
- member of the editorial board of the Comp. Medical Imaging and Graphics Journal
- chairman of the ASI - NATO meeting on "PACS in Medicine" Evian, 1990
- chairman of the international EuroPACS meeting in Geneva, 1994
- member of the advisory board of PSIPI Inc., Geneva Switzerland
- member of the advisory board of WDS Technologies Inc., Geneva Switzerland
- member of the advisory board of LISCOM Inc., Geneva Switzerland
- member of the review committee of the French Ministry of Education, research and technology for grants on Telemedicine and Health Technology, 1999
- member of the review committee of the European Congress of Radiology
- member of the review committee of the IEEE Transactions on Information Technology in Biomedicine
- member of the review committee of the Journal of Digital Imaging
- member of the executive committee CARS, 2000 - present
- delegate and technical advisor to the International Telecommunication Union (ITU) for the development of telemedicine initiatives in Africa and Third World Countries, 1996 - 1998
- consultant for MarkeTech Group in San Francisco, CA, project entitled, "Future of Imaging in the Healthcare Enterprise," 1998 - 1999

- consultant for SETE Inc., Geneva Switzerland - Venture Capital Investments in Direct Digital Radiology Technology, 1997 - 1998
- chairman and organizer of UCLA Picture Archiving Communications Systems (PACS) Retreat at Lake Arrowhead, 1999
- Member of the medical advisory board of Vital Imaging Inc. 1999 - present
- Member of program committee and conference chair for "PACS and Integrated Medical Information Systems: Design and Evaluation," SPIE International Symposium on Medical Imaging, 2001 - 2003
- member editorial board  for Journal of Biomedical Informatics, 2002 - present
- Member of the editorial board and reviewer Radiographics, 2001 - present
- Member of RSNA InfoRAD Organization Committee, 2001 – present
- Reviewer and member of the editorial board Radiology, 2001 - present
- Member of the medical advisory board of IDX Systems corp. 2002 - present
- Reviewer Journal of Nuclear Medicine, 2003 - present
- Member of the medical advisory board of General Electric Medical Systems 2003 - present
- Reviewer International Journal of Medical Informatics, 2004 – present
- Chair of program committee and conference chair for UCLA Seminar on Imaging and Informatics "Disruptive Technologies and Patient Consumerism", Lake Arrowhead Conference Center, 2003
- chair of program committee and conference chair of the "PACS and Imaging Informatics"  conference at the SPIE International Symposium on Medical Imaging, in San Diego, February 2004
- member editorial advisory board Decisions in Imaging Economics magazine, 2004
- chair of program committee and conference chair of the "PACS and Imaging Informatics"  conference at the SPIE International Symposium on Medical Imaging, in San Diego, February 2005
- Reviewer and member of the editorial board of Academic Radiology 2005- present
- Director of the PET –core research program of the Center of Biomedical Imaging (CIBM) 2005- present
- Member of the steering committee of the Center of Biomedical Imaging (CIBM) 2006- present
- Member of the board of directors of the Conseil du groupement du GIS Longévité, Vieillissement et Bien-Etre, BioPark, Archamp
- Représenant du Conseil d'Etat de la république et Canton de Genève en matière de Radioprotection.
- Reviewer and member of the editorial board of Dermatology, 2007
- Membre de l' "editorial board" de la revue Kardiovaskularen Medizin, 2007-présent
- Membre de l' "editorial board"  de la revue Oncology/Hematology
- Membre du comité de pilotage du « National Competence Center in Biomedical Imaging » (NCCBI) (ETH, CIMSTPSI, CIBM, EPFL)

## XIII. Subsides

1978 - 1980   Primary Investigator - Research grant from the "Bourget-Gerbex" foundation for the development of a 3D vectocardiography system in the department of Cardiology in the University Hospital of Geneva

1980 - 1982   "Young Investigator" research grant (*Bourse Jeune Chercheur*) from the Swiss National Foundation for Research (FNSR) for a fellowship in nuclear cardiology at the University of California, Los Angeles (UCLA)

1984   Primary Investigator - Research grant from the Swiss National Foundation for Research (FNSR) for a collaborative project between the University Hospital of Geneva and the University of Montreal in Canada for the development of a 3D model of the heart

1986 - 1988   Research grant (*Bourse Chercheur Avancé*) from the Swiss National Foundation for Research (FNSR) for a research project for the non-invasive evaluation of myocardial metabolism with positron emission tomography at the University of

California, Los Angeles (UCLA)

| | |
|---|---|
| 1990 | Co-Primary Investigator - Grant from the NATO/ASI for the support of a international workshop on PACS in Evian (France) chaired and co-organized with Professor H.K. Huang from UCLA |
| 1989 - 1993 | Co-Primary Investigator - Grant from the Swiss Telephone and Telecommunication agency (PTT) for supporting a European research project on Teleradiology (TELEMED) |
| 1991-1993 | Primary Investigator - Research grant from the National Fund for Scientific Research (FNSR #31207.91) for the development of dual Energy digital radiography using photoluminescence phosphor plates |
| 1991-1993 | Primary Investigator - Research grant from the National Fund for Scientific Research (FNSR/CERS #2163.1) for the support of a joint research project with Siemens Medical Systems for the development and implementation of a high performance imaging workstation |
| 1993-1995 | Co-Primary Investigator - Research grant from the National Fund for Scientific Research (FNSR #31-36127.92) for a project called: "Temporal analysis of cardiac wall motion from magnetic resonance imaging" (SFr 120'000) |
| 1993-1995 | Primary Investigator - Research grant from the National Fund for Scientific Research (FNSR #3100-037659.93/1) for a project entitled: "Analysis of pulmonary texture in acute pulmonary edema" |
| 1995-1998 | Primary Investigator - Research grant from the Geneva-Vaud collaboration fund for a project entitled: "Téléradiologie et Vidéoconférences" and the development of an imaging network between the University Hospital of Geneva and the University Hospital of Lausanne |
| 1996-1998 | Primary Investigator - Research grant from the National Fund for Scientific Research (FNSR #5003-045353) for a project entitled: "Advanced Medical Image Storage Server (MISS) based on parallel storage server and CD-ROM technology" |
| 1998-1999 | Co-investigator of a grant from the National Library of Medicine Award #467-MZ-900004 entitled, "Informatics for the National Heart Attack Alert Program" |
| 1998-2000 | Renewal of the Research grant from the Geneva-Vaud collaboration fund for a project entitled: "Téléradiologie et Vidéoconférences" and the development of an imaging network between the University Hospital of Geneva and the University Hospital of Lausanne |
| 1998-2000 | Co-investigator of a Research grant from the National Fund for Scientific Research (FNSR #5003-45348) for a project entitled: "GigaServer: Advanced image and multimedia storage server" |
| 1996-1999 | Co-investigator of a Program Project Grant (NCI/NIH #p01 CA51198-06) "Research, Education and Patient Care facilitated by PACS" |
| 1999-2004 | Co-Investigator of a Research grant funded by NIH, "A Multimedia Information Architecture for Thoracic Diseases" |
| 1999-2002 | Co-Investigator of a Research grant funded by NIH, "Radiology Core for Clinical Centers for Feasibility Studies on Retinoid Treatment in Emphysema" ($534,146 - Y03) |
| 2001-2006 | Co-Investigator of a NIH/NCI grant, "UCLA Lung Cancer SPORE – Project 2: Lung Nodule Characterization with CT/PET" ($1,592,857 - Y03) |
| 2000-2002 | Principal Investigator of a grant from the Digital Media Innovation program (DiMI # D99-21) on "Integrated multi-modality reporting and conferencing workstation for cardiology" (Direct Cost $149,822) |
| 2000-2004 | Co-PI and Technical Core Project Leader of a Program Project Grant (NCI/NIH #2 P01 CA51198-09A1) "PACS Infrastructure to support Evidence-Based Medical Practice" |
| 2000-2005 | Co-investigator of an American College of Radiology Imaging Network (ACRIN) |

research grant, "Contemporary Screening for the Detection of Lung Cancer and Premalignancy"

2001    Co-investigator of a DIACRIN, Inc. Study, "Autologous Myoblast Transplantation for the Treatment of Infarcted Myocardium - A Pilot Study"

2003    Principal Investigator of a UC Discovery Grant from UC Berkeley (Opport itI02-200/Ratib) for "UCLA Seminar on Imaging and Informatics 2003" (Direct Cost $15,000)

2001-2006    Co-Investigator of a Modular Research grant from NCI, "Quantitative In Vivo Lung Nodule Characterization with CT-PET"

2001-2006    Co-Investigator of a National Cancer Institute research project, "Lung Imaging Database Resource for Imaging Research" ($188,300 - Y01)

2002-2004    Principal Investigator of a Digital Media Innovation Program (DiMI) grant (DiMI #01-10109) for a collaborative project with CEDARA Software on, "Interactive Authoring Environment for Multi-Modality Reporting and Conferencing in Cardiology" (Direct Cost $148,260)

2006 -    Co-investigateur dans l'étude « Evaluation des avantages potentiels de la technologie PET-CT par rapport à la technologie CT conventionnelle dans la simulation et la planification des traitements de radiothérapie (RT) en 3D.» dont le responsable est le Dr. Hansjörg Vees, Chef de clinique du service de radio-oncologie des HUG. Etude menée dans le cadre d'un PRD (Projet Recherche & Développement des HUG) du Centre de Recherche Clinique de Genève

2007 -    Co-investigateur avec le Prof. René Rizzoli, chef du Département de réhabilitation et gériatrie des HUG et Dr. Serge Ferrari médecin adjoint du service des maladies osseuses dans le projet intitulé « Bone health and atherosclerosis relationship in retiring workers: Environmental-genetic determinants » financé par une bourse du Centre de Recherche Clinique des HUG

2007 -    Co-requérant avec le professeur Jean Fasel du Département de Physiologie Cellulaire et Métabolisme de la faculté de médecine de l'Université de Genève d'un projet d'enseignement de l'anatomie basé sur les techniques d'imagerie avec l'outil OSIRIX de visualisation et de manipulation d'images 3D et 4D. Projet cofinancé par la commission informatique de l'Université de Genève à hauteur de chf 15'000.- et par la société APPLE.

2007 - 2008    Co-investigateur dans l'étude intitulée « Synthesis of a PET tracer studying the neuronal nicotinic receptors, [18F]F-A-85380. » du Dr. Yann Seimbille, responsable de l'unité Cyclotron et Chimie Radiopharmaceutique et le Dre Fabienne Picard du Département des Neurosciences Cliniques des Hôpitaux Universitaires de Genève. Une étude financée à hauteur de chf 50'000.- dans le cadre du Centre de Recherche Clinique de Genève (Projet Recherche & Développement des HUG)

2008 -    Co-requérant du projet intitulé « Etude PET sur l'inflammation vasculaire au cours des apnées du sommeil » dont l'investigateur principal est le Dr. Jean-Paul Janssens, médecin adjoint agrégé du service de Pneumologie des HUG. Financé par fonds propres.

2008 - 2012    Co-requérant dans l'étude intitulée « Relationship between Increasing Body Weight, Adipocytokines, Endocannabinoids, and Coronary Circulatory Function and its Alterations by Gastric-Bypass Induced Weight Loss", dont l'investigateur principal est le Dr. Thomas H. Schindler, Chef de l'unité de Cardiologie Nucléaire. Projet financé par le Fond National Suisse de la Recherche Scientifique (chf 216'000)

2008 - 2011    Co-requérant dans l'étude intitulée « Development of novel Tyrosine Kinase Inhibitors (TKIs) as molecular probes for Positron Emission Tomography (PET) Imaging and Treatment of cancers » du Dr. Yann Seimbille, responsable de l'unité Cyclotron et de Chimie Radiopharmaceutique des HUG, financé par

une bourse de recherche du Fonds National Suisse de la Recherche Scientifique (Subside : chf 227'000.-)

2007 - 2010    Co-requérant avec le Dr. Roman Sztajzel, médecin adjoint agrégé, du service de Neurologie des HUG, dans l'étude NAC 07-033 « Usefullness of PET-CT in the diagnosis and follow-up of patients with "vulnerable" carotid plaques: correlation to clinical symptoms, to the presence of asymptomatic micro-embolic signals detected on transcranial Doppler and to plasmatic markers of inflammation » . Cette étude est soumise au Centre de Recherche Clinique de Genève (CRC).

2010    Co-requérant dans l'étude intitulée « Relationship between Increasing Body Weight, Adipocytokines, Endocannabinoids, and Coronary Circulatory Function and its Alterations by Gastric-Bypass Induced Weight Loss", dont l'investigateur principal est le Dr. Thomas H. Schindler, Chef de l'unité de Cardiologie Nucléaire. Projet financé par le Centre de Recherches Cliniques des HUG (chf 60'000)

2009 – 2011    Co-requérant du projet de recherche « High resolution quantitative molecular imaging of small animals using a preclinical PET/CT system » FNRS 31003A-125246 (chf 269'528.-)

2009 – 2012    Co-requérent du projet SPUM « Impact of qualitative MR perfusion imaging on the management of patients with carotid artery disease » FNRS 33CM30-124114 (chf 1'802'913.-)

## XIV. Direction de thèses et participation aux jurys de thèses et aux mémoires

1. Membre du comité de thèse de doctorat en génie biomédical d'Anne Chrétien - Centre de recherche CNRS-CREATIS à l'université de Lyon.
2. Membre du comité de thèse de doctorat en génie biomédical de David Bandon à l'université de Compiègne.
3. Membre du comité de thèse de doctorat en Médecine d'Antoine Rosset à l'université de Genève.
4. Membre du jury du master du Dr. Renaud Guignard en économie de la santé sur l'unité PET-CT mobile des Hôpitaux Universitaires de Genève, Université de Lyon

**Publications**

## I. Articles originaux publiés dans des revues à politique éditoriale

1. Henze E, Schelbert HR, Wisenberg G, **Ratib O**, Schön H, Kuhl DE. "**Assessment of regurgitant fraction and right and left ventricular function at rest and during exercise. A new technique for determination of right ventricular stroke counts from gated equilibrium blood pool studies.**" In: _American Heart Journal_ 1982; 104: 953-962.

2. **Ratib O**, Henze E, Schön H, Schelbert HR. "**Phase analysis of radionuclide angiograms for detection of coronary artery disease.**" In: _American Heart Journal_ 1982; 104: 1-12.

3. **Ratib O**, Henze E, Hoffman E, Phelps ME, Schelbert HR. "**Performance of the rotating slant whole collimator in detection of myocardial perfusion abnormalities.**" In: _Journal of Nuclear Medicine_ 1982; 23: 34 - 41.

4. **Ratib O**, Phelps ME, Huang SC, Henze E, Selin C, Schelbert HR. "**Positron tomography in assessment of local myocardial glucose uptake and metabolism with F-18 Fluoro-deoxy-D-glucose.**" In: _Journal of Nuclear Medicine_ 1982; 23: 577-586.

5. Henze E, Huang SC, **Ratib O**, Hoffman E, Phelps M, Schelbert HR. "**Measurement of regional tissue and blood pool indicator concentration from serial tomographic images of the heart.**" In: _Journal of Nuclear Medicine_ 1983; 24: 987-996.

6. **Ratib O**, Perrenoud JJ. "**Demonstration of electrical and mechanical alternance in malignant pericardial effusion with 2-D echocardiography.**" In: _Journal of Clinical Ultrasound_ 1984; 12: 501-504.

7. Schwaiger M, **Ratib O**, Henze E, Schelbert HR. "**Limitation of Quantitative Phase Analysis for Detection of Coronary Artery Disease in Patients with Impaired LV function.**" In: _American Heart Journal_ 1984; 108: 942-949.

8. Schwaiger M, **Ratib O**, Henze E, Grossman R, Dracup K, Tillisch J, Hoa Bae J, Schelbert H. "**Left ventricular stroke volume determination from radionuclide ventriculograms: the effect of photon attenuation.**" In: _Radiology_ 1984; 153: 235-240.

9. **Ratib O**, Rutishauser W. "**Recent Developments of Cardiac Digital Angiography.**" In: _International Journal of Cardiac Imaging_ 1985; 1: 29-40.

10. **Ratib O**, Friedli B, Righetti A, Oberhansli I, Stucki V. "**Patterns of ventricular wall motion in tertralogy of fallot before and after surgery assessed by Fourier analysis of radionuclide angiograms.**" In: _Pediatric Cardiology_ 1985: 292-298.

11. Righetti A, Merier G, Viquerat C, **Ratib O**, Rutishauser W. "**Effects of Bopindolol on left ventricular function during exercise in patients with coronary artery disease.**" In: _Journal of Cardiovascular Pharmacology_ 1986; 8: 39-41.

12. Righetti A, Podio V, **Ratib O**, Jost C, Stucki V, Muller A. "**Left ventricular function at 24 hours, 14 days and 6 months after acute myocardial infarction.**" In: _European Heart Journal_ 1987; 8: 15-19.

13. **Ratib O**, Mankovich N. "**Quantitative Coronary Arteriography: Design and Validation.**" In: _Radiology_ 1988; 167: 743-747.

14. Brunken R, Kottou S, Nienaber C, Schwaiger M, **Ratib O**, Phelps ME, Schelbert HR. "PET detection of Viable Tissue in Myocardial Segments with Persistent Defects at Tl-201 SPECT." In: _Radiology_ 1989; 172: 65-73.

15. Buxton DB, Nienaber C, Luxen A, **Ratib O**, Hansen H, Phelps ME, Schelbert HR. "**Noninvasive quantitation of regional myocardial oxygen consumption in vivo with [1-11C] acetate and dynamic positron emission tomography.**" In: _Circulation_ 1989; 79: 134-142.

16. Buxton DB, Schwaiger M, Vaghaiwalla Mody F, Krivokapich J, Nienaber C, Armbrecht J, Luxen A, **Ratib O**, Phelps ME, Schelbert HR. "**Regional abnormality of oxygen consumption in**

reperfused myocardium assessed with [1-11C] acetate and positron emission tomography." In: _American Journal of Cardiac Imaging_ 1989; 3: 276-287.

17. Krivokapich J, Smith G, Huang S, Hoffman E, **Ratib O**, Phelps M, Schelbert H. "**N-13 Ammonia Myocardial Imaging at Rest and With Exercise in Normal Volunteers: Quantification of Absolute Myocardial Perfusion with Dynamic Positron Emission Tomography.**" In: _Circulation_ 1989; 80: 1328-1337.

18. **Ratib O**, Friedli B, Righetti A, Oberhaensli I. "**Radionuclide Evaluation of Right Ventricular Wall Motion Before and After Surgery in Tetralogy of Fallot.**" In: _Pediatric Cardiol_ 1989; 10: 25-31.

19. **Ratib O**, Huang HK. "**CALIPSO: an interactive software package for multimodality medical image analysis on a personal computer.**" In: _Journal of Medical Imaging_ 1989; 3: 205-216.

20. Scherrer JR, Baud R, Hochstrasser D, **Ratib O**. "**An Integrated Hospital Information System in Geneva.**" In: _M.D. Computing_ 1990; 7: 81-89.

21. Ho BKT, **Ratib O**, Horii SC. "**PACS workstation design.**" In: _Computerized Medical Imaging and Graphics_ 1991; 15: 147-155.

22. Krivokapich J, Huang SC, **Ratib O**, Schelbert HR. "**Non-invasive Detection of Functionally Significant Coronary Artery Stenosis with Exercise and Positron Emission Tomography.**" In: _American heart Journal_ 1991; 122: 202-211.

23. Nienaber C, **Ratib O**, Gambir S, Krivokapich J, Huang SC, Phelps ME, Schelbert HR. "**A Quantitative Index of Regional Blood Flow in Canine Myocardium Derived Noninvasively with N-13 Ammonia and Dynamic Positron Emission Tomography.**" In: _Journal of American College of Cardiology_ 1991; 17: 260-269.

24. Grover-McKay M, **Ratib O**, Schwaiger M, Wohgelernter D, Araujo L, Nienaber C, Phelps ME, Schelbert HR. "**Detection of Coronary Artery Disease Using Positron Emission Tomography and 82 Rubidium.**" In: _American Heart Journal_ 1992; 123: 646-652.

25. Ligier Y, **Ratib O**, Funk M, Perrier R, Girard C, Logean M. "**Portable Image-Manipulation Software: What Is the Extra Development Cost?**" In: _Journal of Digital Imaging_ 1992; 5: 176-184.

26. Porenta G, Kuhle W, Czernin J, **Ratib O**, Brunken R, Phelps ME, Schelbert HR. "**Semiquantitative Assessment of Myocardial Flow and Viability Using Polar Maps Displays of Cardiac PET Images.**" In: _Journal of Nuclear Medicine_ 1992; 33: 1628-1635.

27. **Ratib O**. "**Current views on the functionalities of PACS.**" In: _International Journal of Biomedical Computing_ 1992; 30: 193-199.

28. Scherrer JR, **Ratib O**, Hochstrasser D. "**Computers in Endoscopy: Integration into Hospital Information Systems (HIS).**" In: _Endoscopy_ 1992; 24, suppl. II: 471-475.

29. van Gennip EMSJ, Heiska K, Kemerink GJ, **Ratib O**, Rechid R, van den Broeck R, van Erning O, van Poppel BM, Verra WJE, Warburton R, Wilmink JBM. "**Overview of CAPACITY data.**" In: _International Journal of Biomedical Computing_ 1992; 30: 173-180.

30. Didier D, **Ratib O**, Friedli B, Oberbaensli I, Chatelain P, Faidutti B, Rutishauser W, Terrier F. "**Cine Gradient-Echo MR Imaging in the Evaluation of Cardiovascular Diseases.**" In: _RadioGraphics_ 1993; 13: 561-573.

31. Do QH, Conti S, Munoz J, Pillou E, Tacchino M, **Ratib O**, Trayser G. "**Unimage, a new RIS for the DIOGENE 2 environment at Geneva Cantonal University Hospital.**" In: _International Journal of Medical Informatics_ 1993; 18: 143-148.

32. Nienaber CA, Gambhir SS, Vaghaiwalla Mody F, **Ratib O**, Huang S-C, Phelps ME, Schelbert HR. "**Regional Myocardial Blood Flow and Glucose Utilization in Symptomatic Patients With Hypertrophic Cardiomyopathy.**" In: _Circulation_ 1993; 87: 1580-1590.

33. Ligier Y, **Ratib O**, Logean M, Girard C, Perrier R, Scherrer JR. "**Object Oriented Design of Medical Imaging Software.**" In: _Computerized Medical Imaging and Graphics_ 1994; 18: 125-135.

34. Ligier Y, **Ratib O**, Logean M, Girard C. "**OSIRIS: A medical image manipulation system**." In: _M.D. Computing_ 1994; 11: 212-218.

35. Pun T, Gerig G, **Ratib O**. "Image Analysis and Computer Vision in Medicine." In: _Computerized Medical Imaging and Graphics_ 1994; 18: 97-107.

36. **Ratib O**. "**From Multimodality Digital Imaging to Multimedia Patient Record (Editorial)**." In: _Computerized Medical Imaging and Graphics_ 1994; 18: 59-67.

37. **Ratib O**, Ligier Y, Scherrer JR. "**Digital Image Management and Communication in Medicine**." In: _Computerized Medical Imaging and Graphics_ 1994; 18: 73-85.

38. **Ratib O**. "**Architektur und gestaltung von PACS- workstations: ein kritischer überblick**." In: _Der Radiologe_ 1994; 34: 300-308.

39. **Ratib O**. "**Digital Imaging and Computerized Medical Record (Editorial)**." In: _M.D. Computing_ 1994; 11: 197-200.

40. **Ratib O**, Hoehn H, Girard G, Parisot C. "**PAPYRUS 3.0: DICOM-compatible file format**." In: _Medical Informatics_ 1994; 19: 171-178.

41. **Ratib O**, Didier D, Chatelain P, Righetti A, Lerch R, Townsend D. "**Standard Views in Cardiac Multimodality Tomographic Imaging**." In: _American Journal of Cardiac Imaging_ 1995; 9: 67-76.

42. Welz R, Ligier Y, **Ratib O**. "**Design of a Cooperative Teleradiology System**." In: _Telemedicine Journal_ 1995; 1: 195-201.

43. Bidaut L, Pascual-Marqui R, Delavelle J, Naimi A, Seeck M, Michel C, Slosman D, **Ratib O**, Ruefenacht D, Landis T, de Tribolet N, Scherrer J-R, Terrier F. "**Three- to Five-Dimensional Biomedical Multisensor Imaging for the Assessment of Neurological (Dys)function**." In: _Journal of Digital Imaging_ 1996; 9: 185-198.

44. Mascarini C, **Ratib O**, Trayser G, Ligier Y, Appel R. "**In-house access to PACS images and related data through World Wide Web**." In: _European Journal of Radiology_ 1996; 22: 218-220.

45. **Ratib O**, Terrier F, Scherrer J-R. "**Evolution of PACS concepts in hospital environment**." In: _Revue Européenne de Technologie Biomédicale_ 1996; 18: 112-121.

46. **Ratib O**, Ligier Y, Mascarini C, Logean M, Girard C, Trayser G, Hochstrasser D. "**Multimedia Image and Data Navigation Workstation**." In: _RadioGraphics_ 1997; 17: 515-521. (Impact F = 1.8)

47. Didier D, **Ratib O**, Reghetti M, Oberhaensli I, Friedli B. "**Morphologic and functional evaluation of Congenital Heart Disease by Magnetic Resonance Imaging**." In: _Journal of Magnetic Resonance Imaging_ 1999: 649-655. (Impact F = 2.4)

48. Didier D, **Ratib O**, Lerch R, Friedli B. "**Detection and quantification of valvular heart disease with dynamic cardiac MR imaging**." In: _Radiographics_ 2000; 20: 1279-1299. (Impact F = 1.9)

49. Lomax A, Grossmann M, Cozzi L, Tercier P, Boehringer T, Schneider U, Logean M, Volken W, **Ratib O**, Miralbell. "**The Exchange of Radiotherapy Data as Part of An Electronic Patient-Referral System**." In: _International Journal of Radiation Oncology_ 2000; 47: 1449-1456. (Impact F = 3.3)

50. **Ratib O**, Dahlbom M, Zucek J, Kong K, McCoy M, Valentino DJ. "**Web-based video for real-time monitoring of radiological procedures**." In: _IEEE Transaction on Information Technology in Biomedicine_ 2000; June: 108-115. (Impact F = 1.5)

51. **Ratib O**, Valentino D, Balbona J, Amato C, Boots K, McCoy M. "**Computer-aided Design and Modeling of Workstations and Radiology Reading Rooms for the New Millennium**." In: _RadioGraphics_ 2000; 20: 1807-1816. (Impact F = 1.9)

52. **Ratib O**, Ligier Y, Bandon D, Valentino D. "**Update on digital image management and PACS**." In: _Abdominal Imaging_ 2000; 25: 333-340. (Impact F = 0.9)

53. **Ratib O**, Perloff JK, Williams WG. "**Congenital Complete Absence of the Pericardium**." In: _Circulation_ 2001; 103: 3154-3155. (Impact F = 10.8)

54. Rosset A, **Ratib O**, Geissbuhler A, Vallee J. "**Integration of a Multimedia Teaching and Reference Database in a PACS Environment**." In: _RadioGraphics_ 2002; 22: 1567 - 1577. (Impact F = 2.1)

55. **Ratib O**, McCoy M, McGill R, Li M, Brown A. "**Use of Personal Digital Assistants for Retrieval of Image and Medical Data on High-Resolution Flat-Panel Displays**." In: _RadioGraphics_ 2003; 23: 267 -272. (Impact F = 2.1)

56. **Ratib O**, Swiernik M, McCoy JM. "**From PACS to integrated EMR**." In: _Computerized Medical Imaging and Graphics_ 2003; 27: 207 - 215. (Impact F = 1.2)

57. Allen-Auerbach, M., Quon, A., Weber, W. A., Obrzut, S., Crawford, T., Silverman, D. H., **Ratib, O.**, Phelps, M. E., Czernin, J. " **Comparison between 2-deoxy-2-[18F]fluoro-D-glucose positron emission tomography and positron emission tomography/computed tomography hardware fusion for staging of patients with lymphoma**." In: _Molecular Imaging and Biology_ 2004; 6: 411-416. (Impact F 2006 = 2.961)

58. Halpern BS, Dahlbom M, Quon A, Schiepers C, Waldherr C, Silverman DH, **Ratib O**, Czernin J. "**Impact of patient weight and emission scan duration on PET/CT image quality and lesion detectability**." In: _Journal of Nuclear Medicine_ 2004; 45: 797-801. (Impact F = 4.9)

59. Halpern BS, Dahlbom M, Waldherr C, Yap CS, Schiepers C, Silverman DH, **Ratib O**, Czernin J. "**Cardiac pacemakers and central venous lines can induce focal artifacts on CT-corrected PET images**." In: _Journal of Nuclear Medicine_ 2004; 45: 290-3. (Impact F = 4.9)

60. **Ratib O**, Perloff JK, Child JS. "**Unique discordance: thoracic situs solitus with left isomerism**." In: _Circulation_ 2004; 109: 2252-3. (Impact F = 11.2)

61. **Ratib O**, Perloff JK, Child JS. "**Bicuspid aortic valve aneurysm**." In: _Circulation_ 2004; 109: 671. (Impact F = 11.2)

62. Rosset A, Muller, H., Martins, M., Dfouni, N., Vallee, J. P., **Ratib O**. "**Casimage Project: a Digital Teaching Files Authoring Environment**." In: _Journal of Thoracic Imaging_ 2004; 19: 103 - 108. (Impact F = 0.9)

63. Rosset A, Spadola L, **Ratib O**. "OsiriX:  **An Open-Source Software for Navigating in Multidimensional DICOM Images**." In: _Journal of Digital Imaging_ 2004; 17: 205-216 (Impact F= 0.9)

64. Boechat, M.I., **O. Ratib**, P.L. Williams, A.S. Gomes, J.S. Child, and V. Allada, **Cardiac MR imaging and MR angiography for assessment of complex tetralogy of Fallot and pulmonary atresia**. _Radiographics_, 2005. 25(6): p. 1535-46. (Impact F = 2.205)

65. Fueger, B.J., W.A. Weber, A. Quon, T.L. Crawford, M.S. Allen-Auerbach, B.S. Halpern, **O. Ratib**, M.E. Phelps, and J. Czernin, **Performance of 2-deoxy-2-[F-18]fluoro-D-glucose positron emission tomography and integrated PET/CT in restaged breast cancer patients**. _Mol Imaging Biol_, 2005. 7(5): p. 369-76. (Impact F 2006 = 2.961)

66. Halpern, B.S., M. Dahlbom, M.A. Auerbach, C. Schiepers, B.J. Fueger, W.A. Weber, D.H. Silverman, **O. Ratib**, and J. Czernin, **Optimizing imaging protocols for overweight and obese patients: a lutetium orthosilicate PET/CT study**. _J Nucl Med_, 2005. 46(4): p. 603-7. (Impact F = 4.684)

67. Kim, J.H., J. Czernin, M.S. Allen-Auerbach, B.S. Halpern, B.J. Fueger, J.R. Hecht, **O. Ratib**, M.E. Phelps, and W.A. Weber, **Comparison between 18F-FDG PET, in-line PET/CT, and software fusion for restaging of recurrent colorectal cancer**. _J Nucl Med_, 2005. 46(4): p. 587-95. (Impact F = 4.684)

68. Rosset, C., A. Rosset, and **O. Ratib**, **General consumer communication tools for improved image management and communication in medicine**. _J Digit Imaging_, 2005. 18(4): p. 270-9. (Impact F = 0.964)

69. Vaseghi, M., D.A. Cesario, M. Valderrabano, N.G. Boyle, **O. Ratib**, J.P. Finn, I. Wiener, and K. Shivkumar, **Impedance monitoring during catheter ablation of atrial fibrillation**. Heart Rhythm, 2005. 2(9): p. 914-20. (Impact F = 2.667)

70. Halpern B, Waldherr C, Yap C, Kaplan A, **Ratib O**, Abemayor E, Lufkin R, Czernin J. "**Detection   of Small Metastatic Lymph Node by PET/CT in a patient with Medullary Thyroid Carcinoma:   A Case Report.**" In: American Journal of Roetgenology Accepted for publication (Impact F= 2.117)

71. Ratib, K., S.N. Doshi, and J.N. Townend, **Double-stenting of an ostial left main-stem lesion for elastic recoil**. Int J Cardiol, 2005. 102(2): p. 357-8. (Impact F=1.765)

72. Finn, J.P., K. Nael, V. Deshpande, **O. Ratib**, and G. Laub, **Cardiac MR imaging: state of the technology**. Radiology, 2006. 241(2): p. 338-54. (Impact F = 5.251)

73. **O. Ratib**, and A. Rosset, **Open-source software in medical imaging: development of OsiriX**. International Journal of Computer Assisted Radiology and Surgery, 2006. 1(4 - December 2006): p. 187-196. (Impact F = )

74. Rosset, A., L. Spadola, L. Pysher, and **O. Ratib**, **Navigating the fifth dimension: innovative interface for multidimensional multimodality image navigation**. Radiographics, 2006. 26, number 1(January-February, 2006): p. 299-308. (Impact F = 2.344)

75. Somsen, G.A., H.J. Verbene, H. Burri, **O. Ratib**, and A. Righetti, **Ventricular mechanical dyssynchrony and resynchronization therapy in heart failure: a new indication for Fourier analysis of gated blood-pool radionuclide ventriculography**. Nuclear Medicine Communications, 2006. 27, number 2(February, 2006): p. 105-112. (Impact F = 1.283)

76. Albrecht, S., F. Buchegger, D. Soloviev, H. Zaidi, H. Vees, H.G. Khan, A. Keller, A. Bischof Delaloye, **O. Ratib** and R. Milralbell, **(11)C-acetate PET in the early evaluation of prostate cancer recurrence**. Eur J Nucl Mol Imaging, 2007. 34(2): p. 185-96. (Impact F = 4.101)

77. Mun, S.K., F. Prior, D. Caramella, and **O. Ratib**, **Introduction to the special section on image management in the healthcare enterprise**. IEEE Trans Inf Technol Biomed, 2007. 11(1): p. 1-6. (Impact F = 1.436)

78. Saleh, R.S., S. Patel, M.H. Lee, M.I. Boechat, **O. Ratib**, C.R. Saraiva, and J.P. Finn, **Contrast-enhanced MR angiography of the chest and abdomen with use of controlled apnea in children**. Radiology, 2007. 243(3): p. 837-46. (Impact F = 5.561)

79. Schindler, T.H., X.L. Zhang, G. Vincenti, L. Mhiri, R. Nkoulou, H. Just, **O. Ratib**, F. Mach, et al., **Diagnostic value of PET-measured heterogeneity in myocardial blood flows during cold pressor testing for the identification of coronary vasomotor dysfunction**. J Nucl Cardiol, 2007. 14(5): p. 688-97. (Impact F = 2.359)

80. Berrebi, O., C. Steiner, A. Keller, A.L. Rougemont, and **O. Ratib**, **F-18 fluorodeoxyglucose (FDG) PET in the diagnosis of malignant transformation of fibrous dysplasia in the pelvic bones**. Clin Nucl Med, 2008. 33(7): p. 469-71. (Impact F = 3.181)

81. Lemmens, C., M.L. Montandon, J. Nuyts, **O. Ratib**, P. Dupont, and H. Zaidi, **Impact of metal artefacts due to EEG electrodes in brain PET/CT imaging**. Phys Med Biol, 2008. 53(16): p. 4417-29. (Impact F = 2.784)

82. Weber, D.C., T. Zilli, F. Buchegger, N. Casanova, G. Haller, M. Rouzaud, P. Nouet, G. Dipasquale, **O. Ratib**, H. Zaidi, HJ. Vees and R. Miralbell, **[(18)F]Fluoroethyltyrosine- positron emission tomography-guided radiotherapy for high-grade glioma**. Radiat Oncol, 2008. 3: p. 44. (Impact F = 2.043)

83. Becker, M., K. Burkhardt, A.S. Allal, P. Dulguerov, **O. Ratib**, and C.D. Becker, **Pretherapeutic and posttherapeutic laryngeal imaging**. Radiologe, 2009. 49(1): p. 43-58.

84. Steiner, C., H. Vees, H. Zaidi, M. Wissmeyer, O. Berrebi, M.P. Kossovsky, H.G. Khan, R. Miralbell, **O. Ratib** and F. Buchegger, **Three-phase 18F-fluorocholine PET/CT in the evaluation of prostate cancer recurrence**. Nuklearmedizin, 2009. 48(1): p. 1-9; quiz N2-3.

85. Vees, H., S. Senthamizhchelvan, R. Miralbell, D.C. Weber, **O. Ratib**, and H. Zaidi, **Assessment of various strategies for 18F-FET PET-guided delineation of target volumes in high-grade glioma patients**. Eur J Nucl Med Mol Imaging, 2009. 36(2): p. 182-93. (Impact F = 4.531)

86. Vincenti, G., R. Nkoulou, C. Steiner, H. Imperiano, G. Ambrosio, F. Mach, **O. Ratib**, J.P. Vallee, et al., **Noninvasive stress testing of myocardial perfusion defects: head-to-head comparison of thallium-201 SPECT to MRI perfusion**. J Nucl Cardiol, 2009. 16(4): p. 549-61. (Impact F = 2.777)

87. Wang, H., H. Vees, R. Miralbell, M. Wissmeyer, C. Steiner, **O. Ratib**, S. S., and H. Zaidi, **18F-fluorocholine PET-guided target volume delineation techniques for partial prostate reirradiation in local recurrent prostate cancer**. Radiotherapy and Oncology, 2009. 93(2): p. 220-5 (Impact F = 4.343)

88. Weber, D.C., N. Casanova, T. Zilli, F. Buchegger, M. Rouzaud, P. Nouet, H. Vees, **O. Ratib**, et al., **Recurrence pattern after [(18)F]Fluoroethyltyrosine- Positron Emission Tomography-guided radiotherapy for high-grade glioma: a prospective study**. Radiotherapy and Oncology, 2009. (93)3: p. 586-92. (Impact F = 4.343)

89. Weber, D.C., H. Wang, L. Cozzi, G. Dipasquale, H.G. Khan, **O. Ratib**, M. Rouzaud, H. Vees, et al., **Rapidarc, intensity Modulated Photon And Proton Techniques For Recurrent Prostate Cancer After Radiotherapy: A Treatment Planning Comparison Study**. Radiation Oncology (Int J of Radiation Oncology, Biology, Physics), 2009. Vol. 4: p.34 (Impact F = 2.529)

90. **Ratib, O. Imaging Informatics: from Image Management to Imaga Navigation**. IMIA Yearbook of Medical Informatics, supplement 2009 : p. 167-172.

91. Buchegger, F., **O. Ratib**, J.P. Willi, C. Steiner, Y. Seimbille, H. Zaidi, V. Graf, R. Peter, et al., **[(11)C]acetate PET/CT Visualizes Skeletal Muscle Exercise Participation, Impaired Function, and Recovery after Hip Arthroplasty; First Results**. Mol Imaging Biol, 2010. (Impact F 2009 = 2.467)

92. Ghafarian, P., S.M. Aghamiri, M.R. Ay, B. Fallahi, A. Rahmim, T.H. Schindler, **O. Ratib**, and H. Zaidi, **Coronary calcium score scan-based attenuation correction in cardiovascular PET imaging**. Nucl Med Commun, 2010. 31(9): p. 780-787. (Impact F 2009 = 1.315)

93. Prasad, R., **O. Ratib**, and H. Zaidi. **Performance evaluation of the FLEX triumph X-PET scanner using the national electrical manufacturers association NU-4 standards**. J Nucl Med, 2010. 51(10): p. 1608-15. (Impact F 2009 = 6.424)

94. Valenta, I., A. Quercioli, G. Vincenti, R. Nkoulou, S. Dewarrat, O. Rager, H. Zaidi, Y. Seimbille, F. Mach, **O. Ratib** and TH, Schindler. **Structural epicardial disease and microvascular function are determinants of an abnormal longitudinal myocardial blood flow difference in cardiovascular risk individuals as determined with PET/CT**. J Nucl Cardiol, 2010. (Impact F 2009 = 2.777)

95. Vincenti, G., A. Quercioli, H. Zaidi, R. Nkoulou, S. Dewarrat, O. Rager, G. Ambrosio, Y. Seimbille, F. Mach, O. Ratib and TH, Schindler. **Combined evaluation of myocardial perfusion and coronary morphology in the identification of subclinical CAD. Radiation exposure of 13N-ammonia PET/CT**. Nuklearmedizin, 2010. 49(5).

96. Buchs, N.C., L. Buhler, P. Bucher, J.P. Willi, J.L. Frossard, A.D. Roth, P. Addeo, A. Rosset, S. Terraz, C.D. Becker, **O. Ratib**, P. Morel, **Value of contrast-enhanced FDG PET/CT in detection and presurgical assessment of pancreatic cancer: a prospective study**. J Gastroen Hepatol, 2010. (Impact F 2009 = 2.317)

97. Burri, H., H. Müller, I. Foulkes, E. Fleury, C. Stettler, T.H. Schindler, R. Lerch, and **O. Ratib**, **A head-to-head comparison of echocardiography and radionuclide ventriculography for diagnosis of ventricular dyssynchrony**. Cardiovascular Medicine, 2010. 13(4): p. 115-121.

98. Ghafarian, P., S.M. Aghamiri, M.R. Ay, A. Rahmim, T.H. Schindler, **O. Ratib**, and H. Zaidi, **Is metal artefact reduction mandatory in cardiac PET/CT imaging in the presence of pacemaker and implantable cardioverter defibrillator leads?** Eur J Nucl Med Mol Imaging, 2011. 38(2): p. 252-62. (Impact F 2009 = 4.531)

99. Darouichi, M., V. Garibotto, B. Christen, A.F. Roud, A. Pazera, J.C. Renggli, J.P. Willi, **O. Ratib**, et al., **FDG PET-CT in detection of diaphragmatic metastasis of dedifferentiated liposarcoma: a case report**. <u>European Journal of Radiology</u>, 2011 (in press). (Impact F 2009 = 2.645)

100. Guignard, R., M. Lord, O. Rager, V. Garibotto, J.P. Willi, and **O. Ratib**, **Seborrheic keratosis mimicking a malignant cutaneous lesion in a transplant patient addressed for initial staging of non-melanoma skin cancer**. <u>Clinical Nuclear Medicine</u>, 2011 (in press). (Impact F 2009 = 3.915)

101. Prasad, R., M.R. Ay, **O. Ratib**, and H. Zaidi, "**CT-based attenuation correction on the FLEX Triumph™ preclinical PET/CT scanner**". <u>IEEE Transactions on Nuclear Science</u>, 2011 (in press). Vol 58 (February). (Impact F 2009 = 1.591)

102. Quercioli, A., Z. Pataky, G.M. Vincenti, V. Makoundou, V. Di Marzo, F. Montecucco, S. Carballo, A. Thomas, C. Staub, S. Steffens, Y. Seimbille, A. Golay, **O. Ratib**, E. Harsch, F. Mach, T.H. Schindler, **Endocannabinoid Plasma Levels are associated with Coronary Circulatory Dysfunction in Obesity**. <u>European Heart Journal</u>, 2011 (in press). (Impact F 2009 = 9.8)

103. Garibotto, V., M.I. Vargas, K.O. Lövblad, and **O. Ratib**, **A PET-MRI case of cortico-cerebellar diaschisis after stroke**. <u>Clinical Nuclear Medicine</u>, 2011 (submitted). (Impact F 2009 = 3.915)

104. **Ratib, O**. **From PACS to the clouds**. <u>European Journal of Radiology</u>, 2011. (in press). (Impact F 2009 = 2.645)

## II. Articles de revue publiés dans des journaux à politique éditoriale

1. **Ratib O**, Chappuis F, Rutishauser W. "**Digital angiographic technique for the quantitative assessement of myocardial perfusion**." In: <u>Annals of Radiology</u> 1985; 28: 193-197.
2. **Ratib O**, Huang HK. "**Desktop Image Analysis: A Glance at the Future of Physician's Workstation**." In: <u>M.D. Computing</u> 1991; 8: 92-97.
3. Ligier Y, **Ratib O**. "**Picture Archiving and Communication System (PACS).**" In: <u>Physica Medica</u> 1996; 12: 88-93.
4. Goldin JG, **Ratib O**, Aberle D. "**Contemporary Cardiac Imaging: An Overview**." In: <u>Journal of Thoracic Imaging</u> 2000; 15: 218-229. (Impact F = 0.8)
5. Geissbuhler A, Lovis C, Spahni S, Appel R, **Ratib O**, Boyer C, Hochstrasser D, Baud R. "**A Humanist's Legacy in Medical Informatics:  Visions and Accomplishments of Professor Jean-Raoul Scherrer**." In: <u>International Journal of Medical Informatics</u> 2002 ; 4 (3) : 237-242 (Impact F = 1.2)
6. **Ratib O**. "**PET/CT Image Navigation and Communication**." In: <u>Journal of Nuclear Medicine</u> 2004; 45: 46S-55S. (Impact F = 4.9)
7. **Ratib, O**., Coronary CT angiography: overuse, underuse or adequate use? <u>Kardiovaskulären Medizin</u>, 2008. 11(6): p. 202-208.

## III. Articles publiés dans des journaux sans politique éditoriale

1. Schelbert HR, Wisenberg G, **Ratib O**. "Nuclear Medicine: A new tool in the diagnosis of cardiac disease." In: *Current Problems in Diagnostic Radiology* 1981; 10: 8-67.
2. Barthelemy J, Adamec R, Campanini C, **Ratib O**, Merier G. "Evaluation d'une méthode de mesure ambulatoire et automatique du profil nychtemeral de la pression artérielle." In: *Schweiz. med. Wsch.* 1983; 113: 913-917.
3. **Ratib O**, Righetti A. "La detection des maladies cardiaques au moyen de la reconstruction d'images par ordinateur." In: *Science et Technologie* 1983; 3: 34-36.

4. **Ratib O**, Righetti A. "L'apport de l'ordinateur dans l'investigation cardiaque." In: *FORCES* 1983; 64: 29-35.

5. Righetti A, Barthelemy J, **Ratib O**, Stucki V, Bopp P, Donath A. "Fonction ventriculaire globale et synchronicite de contraction pendant et après l'effort." In: *Schweiz. med. Wschr.* 1984; 114: 1607-1611.

6. Chappuis F, **Ratib O**, Meier B, Righetti A, Rutishauser W. "Mesure de la perfusion myocardique régionale par analyse computérisée de coronarographie digitalisée." In: *Schweiz. med. Wschr.* 1985; 115: 1618-1621.

7. Finci L, Divernois J, Meier B, Divernois S, **Ratib O**, Righetti A, Rutishauser W. "L'angioplastie coronarienne percutanée pluritronculaire." In: *Schweiz. med. Wschr.* 1985; 115: 1587-1590.

8. **Ratib O**, Righetti A. "Detection of cardiac wall motion asynchrony by computer analysis techniques." In: *The visual Computer* 1985; 1: 169-173.

9. Thalmann D, **Ratib O**, Magnenat-Thalmann N, Righetti A. "A model  for the three dimensional reconstruction and animation of the human heart." In: *The Visual Computer* 1985; 1: 241-248.

10. Lerch R, **Ratib O**, Gabathuler J, Righetti A. "Apport de l'échographie et de la ventriculographie isotopique dans l'insuffisance cardiaque." In: *Médecine et Hygiène* 1986; 44: 1716-1717.

11. **Ratib O**, Lerch R. "Tomographie à émission de positrons et exploration du myocardique." In: *Médecine et Science* 1986; 8: 445-453.

12. Gatticker H, Lerch R, **Ratib O**, Righetti A, Rutishauser W. "Echographie bidimensionnelle à l'effort: comparaison avec l'électrocardiographie, la scintigraphie au thallium-201 et la coronarographie." In: *Schweiz. med. Wschr.* 1987; 117: 1028-1034.

13. Righetti A, Podio V, **Ratib O**, Stucki V, Rutishauser W. "Pronostic à long terme des patients avec ischémie silencieuse." In: *Scweiz. med. Wschr.* 1987; 117: 1696-1699.

14. **Ratib O**, Hochstrasser D, Scherrer JR. "La station de traitement d'images numériques ou le négatoscope du médecin branché." In: *Médecine et Hygiène* 1990: 2058-2064.

15. Didier D, **Ratib O**, Friedli B, Oberhaensli I, Chatelain P, Faidutti B, Rutishauser W, Terrier F. "Apport de la ciné-résonance magnétique en pathologie cardiovasculaire." In: *Médecine et Hygiène* 1992: 1942-1945.

16. Lemke HU, **Ratib O**, Hruby W. "Computer Assisted Radiology and Related Developments: Methodologies." In: *Minimal Invasive Medizin - MedTech* 1992; 3: 116-121.

17. **Ratib O**, Ligier Y, Girard C, Perrier R, Vurlod JF, Hochstrasser D, Scherrer JR. "Réseau d'archivage et de communication d'images médicales: quelles solutions?" In: *Revue Européenne de Technologie Biomedicale* 1992; 14: 18-24.

18. **Ratib O**, Slosman D, Townsend D, Didier D, Terrier F. "L'imagerie Fonctionelle et Paramétrique." In: *Médecine et Hygiène* 1992: 1966-1971.

19. Ligier Y, **Ratib O**, Girard C, Scherrer JR. "Téléradiologie : applications régionales et internationales." In: *Technologie et Santé* 1993; 14: 82-87.

20. **Ratib O**, Croisille P, Pietka E, Bachmann P. "Radiographie numérique par écrans radioluminescents à mémoire." In: *Médecine et Hygiène* 1993: 1860-66.

21. Ligier Y, **Ratib O**, Girard C, Scherrer JR. "Téléradiologie: applications régionales." In: *Informatique & Santé* 1994; 16: 35-39.

22. **Ratib O**. "Internet pour l'accès Intra et Extra-Hospitalier au dossier médical." In: *Médecine et Hygiène* 1998; 56: 154-156.

23. **Ratib O**. "Outsourcing the Electronic Medical Record to Application Service Providers (ASP)." In: *Decisions in Imaging Economics* 2000.

24. **Ratib O**. "Continued PACS progress retools radiology practice." In: *Diagnostic Imaging* 2000: 6 - 8.

25. Panigraphy A, **Ratib O**, Boechat I, Gomes A. "Advances in magnetic resonance imaging of pediatric congenital heart disease." In: *Applied Radiology* 2002: 34 -42.

26. **Ratib O**. "Le scanner PET-CT: nouvel outil d'imagerie moleculaire." Medicine & Hygiene, 2004; 62: 1470 - 1474.

27. **Ratib, O.,** PACS: New Paradigms and New Economics. 2004.

28. Bandon, D., **O. Ratib**, and A. Rosset, Wireless Access to Patient Records in a Clinical environment, Overview of Emerging Trends. Imaging Management, 2006. Vol. 6(5): p. Pages 21-24.

29. **Ratib, O.,** New paradigms and innovative financial models for PACS and image management systems. Hospital, 2006. 8(1/2006 February/March): p. 37,38.

30. **Ratib, O.,** Advances in Cardiac Imaging software Solutions. European Cardiovascular Disease, 2007(1): p. 76-78.

31. Peter, R.E., A. Rosset, J. Heuberger, and **O. Ratib**, Clinical Applications of OsiriX for Orthopaedic and Musculoskeletal Imaging. 2008. 3 (2): p. 83-84.

32. **Ratib, O.,** J. Heuberger, and A. Rosset, Open Source Software: Cost-Effective Solutions for Medical Imaging. Imaging Management, 2008. 8 (4): p. 21-22.

33. **Ratib, O.,** Europe's first full-body PET/MR system. International Hospital Equipment & Solutions, 2010. 36 (June 2010): p. 24-25.

## IV. Articles originaux publiés dans des comptes-rendus de conférences (proceedings)

1. Righetti A, Brandon G, **Ratib O**. "Varifocal imaging in cardiology." In: *Computers in Cardiology* 1978: 247-251.

2. Brandon G, **Ratib O**, Righetti A. "Three dimensional vectocardiography." In: *Computers in Cardiology* 1979: 475-479.

3. Henze E, Huang SC, **Ratib O**, Schelbert HR, Hoffman E, Phelps ME, Kuhl D. "Quantitative compensation for cross- contamination of positron emission  computed tomograms from cardiac studies with C-11 palmitate." In: *19th International Meeting European Society of Nuclear Medicine* 1981.

4. **Ratib O**, Henze E, Schelbert HR. "Advantages and limitations of the rotating slant hole collimator in detection of myocardial perfusion abnormalities." In: *19th International Meeting European Society of Nuclear Medicine* 1981.

5. **Ratib O**, Schon H, Henze E, Schelbert HR. "Detection of coronary artery disease with phase analysis of gated blood pool studies at rest and with exercise." In: *19th International Meeting European Society of Nuclear Medicine* 1981.

6. **Ratib O**, Phelps ME, Huang SC, Henze E, Selin C, Schelbert HR. "Noninvasive measurement of myocardial glucose metabolic rate with positron tomography and Fluoro -deoxy - glucose." In: *19th International Meeting European Society of Nuclear Medicine* 1981.

7. Crevoisier JL, Righetti A, **Ratib O**, Donath A. "Value of ECG and quantitative exercise Thallium scintigraphy for the detection of coronary artery disease in women." In: *Third World Congress of Nuclear Medicine and Biology* 1982: 1451 -1454.

8. Henze E, Huang SC, **Ratib O**, Hoffman EJ, Phelps ME, Schelbert HR. "Quantitative compensation for cross-contamination of positron emission computed tomograms from cardiac studies with C-Il palmitate." In: *Nuklearmedizin-Computer Assisted Functional Analysis* 1982: 200-203.

9. **Ratib O**, Righetti A, Barthelemy J, R. A. "Radionuclide angiogram and phase analysis for the assessment of the performance and the activation pattern with endo- epicardiac pacing." In: *Third World Congress of Nuclear Medicine and Biology* 1982: 2369 -2372.

10. **Ratib O**, Righetti A, Brandon G, Rasoamanambello L. "A new method for the temporal evaluation of ventricular wall motion from digitized ventriculography." In: *Computers in Cardiology* 1982: 409-413.

11. **Ratib O**, Righetti A, Brandon G, Rooamanambelo L, Doriot P, Bopp P. "Usefulness of Phase Analysis for the Evaluation of Regional Wall Motion Asynchrony from Digitized Ventriculography." In: *Ventricular Wall motion* 1982: 299-305.

12. Righetti A, **Ratib O**, Merier G, Widmann T, Donath A. "Global ejection fraction and phase analysis assessed by radionuclide angiography during exercise and after isoproterenol infusion." In: *Third World Congress of Nuclear Medicine and Biology* 1982: 2720 -2723.

13. Schwaiger M, Henze E, **Ratib O**, Grossman R, Schelbert HR. "Accurate determination of left ventricular volume with gated blood pool studies using a direct measurement of photon attenuation." In: *Third World Congress of Nuclear Medicine and Biology* 1982: 1297-1300.

14. **Ratib O**, Righetti A. "Multiharmonic Fourier analysis of ventricular wall motion for the detection of regional alteration in contraction and relaxation." In: *Computers in Cardiology* 1983: 423-426.

15. **Ratib O**, Righetti A, Magnenat-Thalmann N, Thalmann D. "Modeled computer animation of the heart." In: *Intenational joint alpine symposium on medical computer graphics and image communication* 1984: 13-20.

16. Chappuis F, **Ratib O**, Chatelain P, Meier B, Righetti A, Rutishauser W. "Computer analysis of digitized coronary angiograms for the assessment of changes in poststenotic coronary flow." In: *Computer In Cardiology* 1985: 21-26.

17. **Ratib O**, Oberhanensli I, Righetti A, Friedli B, Stucky V. "Radionuclide and 2D Echocardiographic Measurements of Left Ventricular Volume and Ejection Fraction in Children with Tetralogy of Fallot." In: *Second World Congress of Pediatric Cardiology* 1985: 150.

18. **Ratib O**, Righetti A. "Computer Analysis Techniques for the Temporal Evaluation of Cardiac Wall Motion." In: *Graphics Interface '85* 1985: 45-49.

19. **Ratib O**, Righetti A, Barthelemy J, Crevoisier J. "L'analyse de Fourier: une nouvelle technique d'évaluation des asynergies de mouvement des parois ventriculaires." In: *Neue Aspekte radiologischer Diagnostik und Therapie* 1985: 98-103.

20. **Ratib O**, Righetti A, Stucki V, Muller AF. "La ventriculographie isotopique: une technique non invasive pour l'étude de l'infarctus et de son évolution." In: *Neue Aspekte radiologischer Diagnostik und Therapie* 1985: 188-194.

21. **Ratib O**, Righetti A, Chappuis F, Barthelemy J, Chatelain P, Doriot P, Rutishauser W. "New concepts in computer analysis of cardiac digital angiography." In: *Informatique médicale en Suisse. TELMED* 1986: 156-173.

22. **Ratib O**, Thalmann D, Magennat-Thalmann N, Righetti A. "Three dimensional animated model of the human heart." In: *Computers in Cardiology* 1986: 124-129.

23. Bidaut L, **Ratib O.** "Design and implementation of a software package for semi-automatic quantitative analysis of positron emission tomograms of the heart." In: *Electronic Imaging 88* 1988; 914: 413-425.

24. **Ratib O**, Bidaut L, Nienaber C, Krivokapich J, Schelbert HR, Phelps ME. "Semiautomatic Software for Quantitative Analysis of Cardiac Positron Tomography Studies." In: *Medical Imaging II: Image Formation, Detection, Processing and Interpretation* 1988; 914 (A): 412-419.

25. **Ratib O**, Mankovich N, Taira R, Cho P, Huang HK. "Integration of an MR Image Network into a Clinical PACS." In: *Medical Imaging II: Image Data Management and Display* 1988; 914(B): 1379-1383.

26. **Ratib O**, Bidaut L, Schelbert HR, Phelps ME. "A new technique for elastic registration of tomographic images." In: *Medical Imaging II: Image Formation, Detection, Processing and Interpretation* 1988; 914 (A): 452-455.

27. Lou S, Huang H, Mankovich N, Kangarloo H, Park K, **Ratib O**, Wong A, Komori M, Valentino D, Barbaric Z. "Picture Archiving and Communication System." In: *Medical Imaging III: Image Capture and Display* 1989; 1093: 31-36.

28. Lou S, Huang H, Mankovich N, Kangarloo H, Park K, **Ratib O**, Wong A, Komori M, Valentino D, Barbaric Z. " A CT/MR/US Picture Archiving and Communication System." In: *Medical Imaging III: PACS System Design and Evaluation* 1989; 1093: 31-36.

29. **Ratib O**, Huang H. "Low Cost Desktop Image Analysis Workstation with Enhanced Interactive User." In: *Medical Imaging III: PACS System Design and Evaluation* 1989; 1091.

30. **Ratib O**, Huang H. "Low cost desktop image analysis workstation with enhanced interactive user interface." In: *Medical Imaging III: Image Capture and Display* 1989; 1091: 184-190.

31. **Ratib O**, Huang HK, Scherrer JR. "PACS Desktop Workstation for Interactive Image Analysis." In: *Medinfo 89* 1989: 397-402.

32. Cho P, **Ratib O**, Ho B, Morioka C, Marx P, Huang HK, Shinagawa T, Sonobe T. "Personal Digital Image Filing System." In: *Medical Imaging IV: PACS system design and evaluation* 1990; 1234: 287-293.

33. Hochstrasser D, **Ratib O**, Funk M, Appel R, Scherrer JR. "Images en médecine clinique et en médecine fondamentale." In: *IIIèmes Journées Francophones d'Informatique Médicale* 1990: 231-234.

34. **Ratib O**, Huang HK. "Implementation and Evaluation of an Interactive User Interface for a Clinical Image Analysis Workstation." In: *SPIE/SPSE meeting on Electronic Imaging* 1990; 1245: 56-60.

35. **Ratib O**, Huang HK. "CALIPSO: An Interactive Image Analysis Software Package for Desktop PACS Workstations." In: *Medical Imaging IV* 1990; 1233: 53-61.

36. **Ratib O**. "Traitement numérique des images médicales." In: *III èmes Journées Francophones d'Informatique Médicale* 1990: 23-24.

37. Scherrer JR, Hochstrasser D, **Ratib O**, Do H. "Insertion d'un PACS dans le système d'information hospitalier DIOGENE." In: *Journées Francophones d'Informatique Médicale* 1990: 13-22.

38. Appel R, **Ratib O**, Scherrer JR. "CHAMPOLION: an Image File Format Translator." In: *Picture Archiving and Communication System (PACS) in Medicine* 1991: 347-351.

39. Funk M, Ligier Y, **Ratib O**, Perrier R, Girard C. "Interactive User Interface for Visualizing Digital Medical Images." In: *CAR'91* 1991: 642-647.

40. Ligier Y, Funk M, **Ratib O**, Perrier R, Girard C. "The OSIRIS user interface for manipulating medical images." In: *Picture Archiving and Communication System (PACS) in Medicine* 1991: 395-399.

41. Mankovich NJ, Verma R, Yue A, Veyne D, **Ratib O**, Bennett R. "NMINT - Introductory courseware for nuclear medicine database design." In: *Symp. on Computer Appl. in Medical Care (SCAMC'91)* 1991: 757-761.

42. Porenta G, Kuhle W, Czernin J, **Ratib O**, Brunken R, Schelbert HR. "Interactive User-Friendly Image Analysis of Cardiac PET Images on a Low Cost Desktop Computer." In: *Computers in Cardiology* 1991: 245-248.

43. **Ratib O**, Ligier Y, Hochstrasser D, Scherrer JR. "Hospital Integrated Picture Archiving and Communication System (HIPACS) at the University Hospital of Geneva." In: *Medical Imaging V: PACS design and Evaluation* 1991; 1446: 330-338.

44. **Ratib O**, Hochstrasser D, Scherrer JR. "Les réseaux de communication et archivage des images médicales." In: *3e Journées Francophones d'Informatique Médicale "Nouvelles Technologies et Traitement de l'Information en Médecine* 1991; 4: 35-44.

45. **Ratib O**, Ligier Y, Funk M, C. G, Perrier R, Hochstrasser D. "PACS Workstation: User Interface Design." In: *Picture Archiving and Communication System (PACS) in Medicine* 1991; F74: 57-61.

46. **Ratib O**, Ligier Y, Appel R, Scherrer JR. "PAPYRUS: a portable image file format." In: *Picture Archiving and Communication System (PACS) in Medicine* 1991: 91-94.

47. **Ratib O**. "TELEMED project." In: *Picture Archiving and Communication System (PACS) in Medicine* 1991: 335-336.

48. **Ratib O**, Rosset A, Trayser G, Rivollet R, Vurlod JF. "Digital Interface for Selective Capture of Ultrasound Images." In: *CAR'91* 1991: 157-161.

49. **Ratib O**, Ligier Y, Funk M, Hochstrasser D, Scherrer JR. "Geneva PACS Project: A Hospital-wide Integrated System." In: *CAR'91* 1991: 391-397.

50. **Ratib O**, Ligier Y, Funk M, Hochstrasser D, Scherrer JR. "Modular Development of a Hospital-wide Picture Archiving and Communication System (PACS)." In: *MIE'91* 1991; 45: 182-186.

51. **Ratib O**, Hochstrasser D, Scherrer J-R. "Pacs and related research in Switzerland." In: *Picture Archiving and Communication Systems (PACS) in Medicine* 1991; F74: 309-312.

52. Scherrer JR, Baud R, Hochstrasser D, de Roulet D, **Ratib O**. "Architectures ouvertes et applications médicales." In: *3e Journées Francophones d'Informatique Médicale "Nouvelles Technologies et Traitement de l'Information en Médecine* 1991; 4: 3-13.

53. Stut W, van Steen MR, Groenewegen LPJ, **Ratib O**, Bakker AB. "Simulation- based PACS development." In: *Medical Imaging V: PACS design and Evaluation* 1991; 1446: 396-404.

54. Aubry F, Chameroy V, Giron A, Di Paola R, Gibaud B, Bizais Y, Vital D, Liénard R, Todd-Pokropek A, Kanz R, Deconinck F, **Ratib O**. "MIMOSA : Conceptual modelling of Medical Image Management in an Open System Architecture." In: *14th Annual International Conference of the IEEE Engineering in Medicine and Biology Society* 1992; 3/7: 1199-1201.

55. Binding C, Kaiserwerth M, **Ratib O**, DeRoulet D, Ligier Y, Perrier R, Girard C, Scherrer JR. "Integration of Open Software Architecture and High-speed Networking for Medical Image Management and Communication." In: *MEDINFO'92* 1992; 1: 1604-1605.

56. Chameroy V, Aubry F, Gibaud B, Bizais Y, **Ratib O**, Todd-Pokropek A, Di-Paola R. "Picture Archiving and Communication Systems: from Myth to Reality." In: *14th Annual International Conference of the IEEE Engineering in Medicine and Biology Society* 1992; IEEE-EMBS, Tutorials - Frontiers of Computers in Biomedical Engineering,.

57. Friedl A, Weber H-J, **Ratib O**, Ahrens P. "Ultraschall - Bilderfassung, Verarbeitung und Archivierung am Personal Computer." In: *MEDICA 92* 1992.

58. Gibaud B, Bizais Y, Morcet N, Gandon Y, Buhé T, Forte AM, Anbry F, J. C, Chameroy V, Di Paola R, **Ratib O**, Todd Pokropek A, Kanz R, Guitel R, Vital D, Ramond JP. "Toward modelling image management in PACS : Lessons from a preliminary review of end-users requirements." In: *14th Annual International Conference of the IEEE Engineering in Medicine and Biology Society* 1992; 14, part 3: 1202-1203.

59. Hochstrasser D, Appel R, Burke P, Goodman A, Snydr-Michael J, Vargas R, **Ratib O**, Pelligrini C, Scherrer J-R. "L'imagerie dans le diagnostic médical - l'exemple du système Mélanie." In: *14ème Journées Francophones sur l'Informatique* 1992: 78-82.

60. Ligier Y, **Ratib O**, Funk M, Perrier R, Girard C, Logean M. "Image manipulation software portable on different hardware platforms: what is the cost?" In: *Medical Imaging VI: PACS design and Evaluation* 1992; 1654: 115-112.

61. Ligier Y, Funk M, **Ratib O**, Girard C, Perrier R, Syndr-Michal J. "Object Oriented Design of a Portable Platform for Medical Image Manipulation." In: *MEDINFO'92* 1992; 1: 26-32.

62. Ligier Y, **Ratib O**, Girard C, Perrier R, Logean M. "Portable and Extensible Software for the Manipulation of Medical Images." In: *14th Annual International Conference of the IEEE Engineering in Medicine and Biology Society* 1992; 14, part 3: 1209-1215.

63. Pietka E, **Ratib O**. "Segmentation of Chest Radiographs." In: *Annual International Conference of the IEEE Engineering in Medicine and Biology Society* 1992; 14, part 5: 1911-1917.

64. **Ratib O**, Ligier Y, Perrier R, Girard C, Trayser G, Vurlod JF, Scherrer JR. "Implementation of a Hospital-wide PACS based on a Distributed Architecture." In: *ISCAMI workshop on Computer Assisted Management of Medical Images* 1992.

65. **Ratib O**, Ligier Y, Funk M, Vurlod JF, G. T, Scherrer JR. "Distributed Architecture for Image archival in a Hospital-wide PACS." In: *Medical Imaging VI: PACS design and Evaluation* 1992; 1654: 222-228.

66. **Ratib O**. "Picture Archiving and Communication: The Geneva Experience." In: *International symposium on Medical Imaging: A Meeting Point Between Engineers and Physicians* 1992.

67. **Ratib O**. "Réseau d'archivage et de communication d'images médicales à l'Hôpital Cantonal Universitaire de Genève." In: *14ème Journées Francophones sur l'Informatique* 1992: 68-78.

68. **Ratib O**, Lemke H, Trayser G, Vurlod JF, Do H, Scherrer JR. "Distributed Image Management and Hierarchical Storage in an Integrated RIS and PACS." In: *MEDINFO'92* 1992; 1: 781-787.

69. **Ratib O**. "Multivendor PACS." In: *MEDTECH'92* 1992: 59-71.

70. **Ratib O**, Ligier Y, Girard C, Perrier R, Logean M, Vurlod J-F. "A Picture Archiving and Communication System Based on an Open and Distributed Architecture." In: *14th Annuel International Conference of IEEE Engineering in Medicine and Biology Society* 1992; 14, part 3: 1197-1203.

71. Stut WJ, Martens FJ, **Ratib O**. "Simulating the Geneva PACS." In: *Medical Imaging VI: PACS design and Evaluation* 1992; 1654: 314-348.

72. Tang PC, **Ratib O**, Annevelink J, Fafchamps D, Strong P, Suermondt H, Young CY, Heimendinger L, Schirato P, Ligier Y, Perrier R. "Development of an Integrated Physician's Workstation." In: *MEDINFO'92* 1992; 1: 1596-1597.

73. Andriole KP, **Ratib O**, Huang HK. "Picture Archiving and Communication System (PACS) to personal computer (PC) radiologist workstation." In: *Medical Imaging 1993* 1993; 1899: 90-94.

74. Ligier Y, **Ratib O**, Girard C, Rubin P, Rejmer M. "A Metropolitan Area Network for Teleradiology and Remote Expert Consultation Based on ISDN." In: *CAR'93* 1993: 112-117.

75. Ligier Y, **Ratib O**, Rejmer M, Moricz R. "Interactive Software for Cooperative Medicine and Remote Consultations." In: *Medical Imaging 1993* 1993; 1899: 318-323.

76. Ligier Y, **Ratib O**, Girard C, Perrier R, Logean M. "Design of an image manipulation software for remote excpert consultation." In: *MIE 93* 1993: 343-346.

77. **Ratib O**. "Multimedia Workstation." In: *IMAC- Image Management and Communication '93* 1993: 20-28.

78. **Ratib O**. "Geneva PACS Project." In: *IMAC - Image Management and Communication '93* 1993: 37-44.

79. **Ratib O**, Ligier Y, Girard C, Perrier R, Logean M, Vurlod JF, Trayser G, Hochstrasser D, Scherrer JR. "Picture Archiving and Communication System (PACS) based on open and modular architecture." In: *MIE 93* 1993: 374-378.

80. Bizais Y, Aubry F, Chameroy V, Gibaud B, Garfani H, Todd-Pokropek A, **Ratib O**, Di-Paola R. "The Image Kernel of the Mimosa Medical Image Model." In: *Medical Imaging 1994* 1994; 2167: 513-524.

81. Bizais Y, Aubry F, Chameroy V, Gibaud B, Lavaire F, Garfani H, Todd-Pokropek A, **Ratib O**, Di Paola R. "A Multimodality - Multidimensional Image Model." In: *EuroPACS S'94* 1994; September.

82. Do QH, Conti S, Munoz J, Pillou E, Tecchino M, **Ratib O**. "A one-year retrospective of Unimage, a RIS for the DIOGENE 2 Environment." In: *EuroPACS'94* 1994; September.

83. Girard C, Trayser G, Pietka E, **Ratib O**. "Geneva PACS: Database structure and file format." In: *EuroPACS'94* 1994; september.

84. Ligier Y, **Ratib O**, Girard C, Logean M. "Evolution of the OSIRIS Imaging Software." In: *EuroPACS'94* 1994; September.

85. **Ratib O**, Ligier Y, Girard C, Logean M, Trayser G, Pietka E, Bidaut L, Scherrer J-R. "Design and implementation of the Geneva PACS: a progress report." In: *EuroPACS'94* 1994; September.

86. **Ratib O**. "The HOSPACS project: next step in distributed PACS implementation." In: *EuroPACS'94* 1994; September.

87. Skljarov I, Donnatch C, **Ratib O**. "Système de reconnaissance vocale en radiologie: bilan de six mois d'utilisation." In: *Cinquièmes Journées Francophones d'Informatique Médicale: Dossier patient, codage et langages médicaux* 1994.

88. Ligier Y, **Ratib O**. "Picture Archiving and Communication System (PACS)." In: *International Seminar on Medical Imaging and New Types of Detectors* 1995; 12 suppl. 1: 88-93.

89. **Ratib O**, Girard C, Ligier Y. "The PAPYRUS Image File Format Based on DICOM Standard." In: *CAR'95* 1995: 464-471.

90. Torbjorn S, Frode K, Ligier Y. "Teleradiology Conference over Low-Speed Telephone Lines Using Locally Replicated Image Data." In: *CAR'95* 1995: 765-768.

91. Bidaut L, Delavelle J, Naimi A, Pascual-Marqui R, Seeck M, **Ratib O**, Scherrer J-R. "5D biomedical imaging for the assessment of brain function in clinic and research." In: *CAR'96* 1996; Proceedings of the International Symposium on Computer and Communication Systems for Image Guided Diagnosis and Therapy: 992.

92. Ligier Y, **Ratib O**, Girard C, Logean M, Trayser G. "Distributed file mangement for remote clinical image viewing stations." In: *Medical Imaging* '96 1996; vol.2711.

93. Ligier Y, **Ratib O**, Trayser G, Girard C, Logean M. "Image Retrieval for Clinical Image Viewing Stations." In: *CAR'96* 1996; Proceedings of the International Symposium on Computer and Communication Systems for Image Guided Diagnosis and Therapy: 405-410.

94. Ligier Y, **Ratib O**, Girard C. "Is my DICOM File Compatible ?" In: *14th International EuroPACS Meeting* 1996: 112-116.

95. Ligier Y, **Ratib O**, Welz R, Logean M, Girard C. "A Multiplatform Software for Viewing Cardiac Images Stored on a DICOM-basaed CD-ROM." In: *14th International EuroPACS Meeting* 1996: 132-135.

96. Mascarini C, **Ratib O**, Trayser G, Ligier Y, Appel R. "In-house Access to PACS Images and Related Data Through World Wide Web." In: *Medical Imaging '96* 1996; 2711: 360.

97. **Ratib O**, Didier D, Chrétien A, Rosset A, Magnin I, Ligier Y. "Temporal Analysis of Regional Wall Motion from Cine Cardiac MRI." In: *Medical Imaging*' 96 1996; vol.2710.

98. **Ratib O**, Didier D, Chretien A, Rosset A, Magnin I, Ligier Y. "Functional Analysis of Ventricular Wall Motion from Cine-Cardiac IRM." In: *CAR'96* 1996; Proceedings of the International Symposium on Computer and Communication Systems for Image Guided Diagnosis and Therapy: 99-105.

99. **Ratib O**, Mascarini C, Trayser G, Revillard C, Ligier Y, Appel R. "The "Intranet" Concept applied for Convenient Access to PACS Image Data and Computerized Patient Record." In: *14th International EuroPACS Meeting* 1996: 31-33.

100. **Ratib O**, Ligier Y, Welz R, Girard C, Logean M. "Digital Interchange Standard for Cardiology (DISC). A new standard for off-line communication of cardiovascular images on recordable CD." In: *Thoracic Imaging 1997* 1997: 135-139.

101. **Ratib O**. "Advances in multimodality cardiac imaging: A battlefield or a meeting point for radiologists, cardiologists and nuclear medicine physicians." In: *Thoracic Imaging 1997* 1997: 169-173.

102. Bandon D, Ligier Y, Trayser G, Girard C, Logean M, **Ratib O**. "A hospital-wide distributed PACS based on Intranet." In: *Medinfo'98* 1998; 9: 1075-1079.

103. Farahani K, Valentino DJ, **Ratib O**. "Teleradiology in the Operating Room of the Future." In: *SCAR 99 (16th Symposium for Computer Applications in Radiology)* 1999; Volume 12: 139-140.

104. Farahani K, Valentino DJ, **Ratib O**, Rubino G, Villablanca P. "Remote cooperative sessions during MRI-guided surgery." In: *Computer Assisted Radiology and Surgery (CARS '99)* 1999: 1020.

105. Ligier Y, **Ratib O**, Girard C, Staub J-C. "Echange de dossiers d'imagerie du patient sur CD-ROM compatible DICOM." In: *Journees Francophones d'Informatique Medicale*" 2000.

106. **Ratib O**, Ligier Y, Rosset A, Girard C. "Self contained off-line media for exchanging medical images using DICOM compliant standard." In: *(SPIE) Medical Imaging 2000* 2000; 3980: 30-34.

107. **Ratib O**, Amato CL, Balbona JA, Valentino DJ. "Computer modeling and design of diagnostic workstations and radiology reading rooms." In: *(SPIE) Medical Imaging 2000* 2000; 3980: 172-178.

108. **Ratib O**, Dahlbom M, Kho HT, Valentino DJ. "WEB-based video monitoring of CT and MRI procedures." In: *(SPIE) Medical Imaging 2000* 2000; 3980: 224-230.

109. **Ratib O**, Ligier Y, Rosset A, Staub J, Logean M, Girard C. "DICOM compliant CD-ROM for off-line digital patient record." In: *CARS 2000* 2000: 414 -418.

110. **Ratib O**, Dahlbom M, Kho H, Valentino D, McCoy M. "Real-time   monitoring of radiological procedures using web-video technology." In: *CARS 2000* 2000: 463 -468.

111. **Ratib O**, Mendhardt W, Valentino D, Hunt K, Galindo A. "Integrated Multi-modality Reporting and Conferencing Workstation Design for Cardiology." In: *Computer Assisted Radiology and Surgery 14th International Congress and Exhibition (CARS) 2000* 2000: 1029.

112. **Ratib O**, Amato C, Balbona J, Boots K, Valentino D. "Computer design and 3D modeling of radiology workstations and reading rooms." In: *CARS 2000* 2000: 1030.

113. **Ratib O**, McCoy JM, Kho H, Yu R. "Planning an open and IHE-compliant architecture for a filmless and paperless hospital." In: *Medical Imaging (SPIE 2001)* 2001; 4323: 229-232.

114. **Ratib O**, Allada V, Hunt K, Dahlbom M, Wood M. "Development of an integrated multi-modality cardiac review and conferencing digital environment." In: *Medical Imaging 2001 (SPIE 2001)* 2001; 4323: 254-256.

115. **Ratib O**, Amato C, Balbona J, Boots K, McCoy JM. "Design and implementation of a multi-task radiology workstation ergonomically tailored for fully digital reading rooms." In: *Medical Imaging 2001 (SPIE 2001)* 2001; 4323: 93-96.

116. Deckard M, **Ratib O**, Rubino G. "Advantages and Difficulties of Implementation of Flat Panels Multimedia Monitoring System in a Surgical MRI Suite." In: *Medical Imaging 2002 (SPIE 2002)* 2002; 4681: 634 - 640.

117. **Ratib O**, Allada V, Dahlbom M, Marcus P, Fine I, Lapstra L. "XML-based scripting of multi-modality image presentations in multidiciplinary clinical conferences." In: *Medical Imaging 2002 (SPIE)* 2002; 4685: 149-155.

118. Whang T, **Ratib O**, Umamoto K, Grant E, McCoy JM. "Financial and workflow analysis of radiology reporting processes in the planning phase of implementation of a speech recognition system." In: *Medical Imaging 2002 (SPIE)* 2002; 4685: 168-173.

119. **Ratib O**, Liu B, McCoy JM, Enzmann D. "Application Service Provider (ASP) financial models for off-site PACS archiving." In: *Medical Imaging 2003 (SPIE)* 2003; 5033: 57-62.

120. **Ratib O**, Aberle D, Goldin J, Lu D, Dahlbom M, McGill D, McCoy JM. "Patient-oriented presentation of results of radiological procedures using DICOM-compliant DVD media." In: *Medical Imaging 2003 (SPIE)* 2003; 5033: 269-272.

121. **Ratib O**, Liu B, Kho H, Tao W, Wang C, McCoy JM. "Multi-generation data migration from legacy systems." In: *Medical Imaging 2003 (SPIE)* 2003; 5033: 285-288.

122. **Ratib O**, Allada V, Dahlbom M, Lapstra L. "Multimedia platform for authoring and presentation of clinical rounds in cardiology." In: *Medical Imaging 2003 (SPIE)* 2003; 5033: 299304.

123. **Ratib O**, Amato C, McGill D, Liu B, Balbona J, McCoy JM. "New Ergonomic and Functional Design of Digital Conferencing Rooms in a Clinical Environment." In: *Medical Imaging 2003 (SPIE)* 2003; 5033: 471-478.

124. Amato C, **Ratib O**, McGill R, Balbona J, McCoy JM. "Ergonomic and functional design of digital radiology department and clinical environment." In: *Computer Assisted Radiology and Surgery (CARS)* 2004; 1268: 1264.

125. Tao W, **Ratib O**, Kho H, Wang C, Hsu Y, Lee C, McCoy M. "Open Source Portal to Distributed Image Repositories." In: SPIE 2004 Conference on Medical Imaging- PACS and Imaging Informatics 2004; 5371: 185 - 194.

126. **Ratib O**, Do S, Dahlbom M, Lapstra L, Allada V. "Interactive Multimedia Software for Preparation and Presentation of Clinical Conferences." In: SPIE 2004 Conference on Medical Imaging- PACS and Imaging Informatics 2004; 5371: 205-210.

127. **Ratib O**, Gilsenz V, Liu X, Boechat I. "Bone Age Maturity Assessment Using Hand-held Device." In: SPIE 2004 Conference on Medical Imaging- PACS and Imaging Informatics 2004; 5371: 354-359.

128. Rosset A, Spadola L, **Ratib O**. "OsiriX: a new generation of multidimensional DICOM viewer based on new imaging standards." In: *Computer Assisted Radiology and Surgery (CARS)* 2004; 1268: 1247.

129. Lemke, H.U., **O. Ratib**, and S.C. Horii. Workflow in the Operating Room: Review of Arrowhead 2004 Seminar on Imaging and Informatics. in Medical Imaging 2005 ~ PACS and Imaging Informatics. 2005. San Diego, California USA: SPIE ~ The International Society for Optical Engineering.

130. Morita, M.M. and **O. Ratib**. Ergonomic Design in the Operating Room: Information Technologies. in Medical Imaging 2005 ~ PACS and Imaging Informatics. 2005. San Diego, California USA: SPIE ~ the International Society for Optical Engineering.

131. **Ratib, O.**, A. Rosset, M. Dahlbom, and J. Czernin. Navigating the fifth dimension: new concepts in interactive multimodality and multidimensional image navigation. in Medical Imaging 2005 ~ PACS and Imaging Informatics. 2005. San Diego, California USA: SPIE ~ The International Society for Optical Engineering.

132. **Ratib, O.**, A. Rosset, and J.M. McCoy. General consumer commmunication tools for improved image management and communication in medicine. in Medical Imaging 2005 ~ PACS and Imaging Informatics. 2005. San Diego, California USA: SPIE ~ The International Society for Optical Engineering.

133. Rosset, A., L. Pysher, L. Spadola, and **O. Ratib**. SPIE The International Society for Optical Engineering. in Medical Imaging 2005 ~ PACS and Imaging Informatics. 2005. San Diego, California USA: SPIE The International Society for Optical Engineering.

134. Rosset, A. and **O. Ratib**. New GRID-computing platforms for high performance multi-dimensional and multimodality image rendering. in Medical Imaging 2005 ~ PACS and Imaging Informatics. 2005. San Diego, California USA: SPIE ~ The International Society for Optical Engineering.

135. Spadola, L., A. Rosset, L. Seeger, K. Motamedi, and **O. Ratib**. Color Fusion MRI": An effective technique for image visualization in a variety of clinical applications. in Medical Imaging 2005 ~ PACS and Imaging Informatics. 2005. San Diego, California USA: SPIE ~ The International Society for Optical Engineering.

136. **Ratib, O.**, A. Rosset, J. Heuberger, and D. Bandon. Hierarchical storage of large volume of multidetector CT data using distributed servers. in Medical Imaging 2006

137. PACS and Imaging Informatics. 2006. San Diego, CA: The International Society for Opticla Engineering (SPIE).

138. Rosset, A., J. Heuberger, L. Pysher, and **O. Ratib**. Peer-to-peer architecture for multi-departmental distributed PACS. in Medical Imaging 2006

139. PACS and Imaging Informatics. 2006. San Diego, CA: The International Society for Opticla Engineering (SPIE).

140. Rosset, A., **O. Ratib**, and J. Heuberger. OSIRIX, an open source platform for multimodality image processing and peer-to-peer image communication. in CARS 2006 Computer Assisted Radiology and Surgery: 20th International Congress and Exhibition. 2006. Osaka, Japan: Springer.

141. Zawadynski, S., T. Chevalley, D. Hans, S. Ferrari, G. Conicella, C. Perron, D. Slosman, **O. Ratib**, et al. Quantitative ultrasound measurements of the hand proximal phalanges do

not detect a positive effect of calcium supplementation on bone mineral mass in prepubertal boys: A follow-up study. In Osteoporosis International. 2006.

142. Lemmens, C., M. Montandon, J. Nuyts, **O. Ratib**, and H. Zaidi. Impact of metal artifacts due to EEG electrodes in brain PET imaging. In Nuclear Science Symposium '07 IEEE. 2007. Hawai: IEEE.

143. **Ratib, O.**, A. Rosset, and J. Heuberger. Remote teleradiology in mobile PET-CT unit. In Computer Assisted Radiology and Surgery (CARS 2008). 2008. Barcelona, Spain: Springer.

144. **Ratib, O.**, A. Rosset, and J. Heuberger. Extending PACS with Open-Source image processing platform. In Computer Assisted Radiology and Surgery (CARS 2008). 2008. Barcelona, Spain: Springer.

145. Bandon, D., **O. Ratib**, C. Lovis, and A. Geissbuhler. PACS: Concepts and Trends. In NATO Science for Peace and Security Series B: Physics and Biophysics. 2008.

146. Holzscheiter, M., J. Alsner, A. Angelopoulos, N. Bassler, G. Beyer, J. DeMarco, M. Doser, D. Hajdukovic, et al. Current Status and Future Plans for Experiment AD-4 Biological Effectiveness of Antiproton Annihilation. In CERN SPSC 2008. 2008. Geneva.

147. Knudsen, H., M. Holzscheiter, N. Bassler, J. Alsner, G. Beyer, J. DeMarco, M. Doser, D. Hajdukovic, et al. Antiproton therapy. In Proceeding of the XIV International Workshop on Low Energy Positron and Positronium Physics - Nuclear Instruments and Methods in Physics Research Section B: Beam Interaction with Materials and Atoms. 2008. Geneva, Switzerland.

148. Pan, X.-B., T.H. Schindler, **O. Ratib**, S. Nekolla, and J. Declerck. Effect of reorientation on myocardial blood flow estimation from dynamic 13NH3 PET imaging. In Nuclear Science Symposium Conference Record (NSS/MIC), 2009 IEEE

149. . 2009. Orlando, FL, USA.

150. Prasad, R., M.R. Ay, **O. Ratib**, and H. Zaidi. "CT-based attenuation correction on the FLEX Triumph™ preclinical PET/CT scanner". In IEEE Nuclear Science Symposium & Medical Imaging Conference. 2009. Orlando, FLA, USA.

151. Ojha, N., Z. Hu, L. Shao, D. Izquierdo, J. Machac, **O. Ratib**, H. Zaidi, V. Fuster, et al. PET performance of the Gemini TF PET-MR: the world's first whole body PET-MRI scanner. In IEEE Nuclear Science Symposium & Medical Imaging Conference. 2010. Knoxville, TN, USA.

152. Péguret, N., J.R. Vock, D. Azria, P. Fenoglietto, H. Zaidi, M. Rouzaud, M. Wissmeyer, **O. Ratib**, et al. A 4D image processing software for patient selection and optimization of breathing adapted radiotherapy in lung cancer (BART). In 52nd Annual Meeting of the American Society for Therapeutic Radiology and Oncology (ASTRO). 2010. San Diego, CA, USA.

## V. Livres

1. **Ratib O**, Righetti A. "L'analyse de phase par ventriculographie isotopique: Une nouvelle approche pour l'étude des anomalies régionales de la fonction cardiaque." Ed: Schwartz Pharma AG, 1986.

2. Huang HK, **Ratib O**, Bakker AB, Witte G. "Picture Archiving and Communication System (PACS) in Medicine." Ed: Springer-Verlag, 1991.

3. **Ratib O.**, Didier D. "Dynamic Cardiovascular MRI." Ed: Georg Thieme Verlag KC, 2003: 186.

4. Czernin J, Dahlbom M, **Ratib O.**, Schiepers C. "Atlas of PET/CT imaging in Oncology." Ed: , : Springer Verlag, 2004.

5. **Ratib O.**, Gilsanz V. "Hand Bone Age Atlas." Ed: , : Springer Verlag, 2004.

6. **Ratib O.**, Rosset A., Heuberger J. "OSIRIX: the pocket guide", Personal edition, 2007

7. **Ratib O.**, Rosset A., Heuberger J. "OSIRIX: the pocket guide", 2nd edition, 2009

8. **Ratib O.**, "Le Corps et son Image", Editions Favre, Lausanne, 2010

## VI. Chapitres de livres

1. **Ratib O**, Righetti A, Brandon G, Rooamanambelo L, Doriot P, Bopp P. "Usefuleness of Phase Analysis for the Evaluation of Regional Wall Motion Asynchrony from Digitized Ventriculography." In: Heintzen USaP, ed. Ventricular Wall motion. Lausanne: Georg Thieme Verlag, 1982: 299-305.

2. **Ratib O.**, Righetti A. "La représentation paramétrique appliquée aux différents types d'images dans le diagnostic en cardiologie." Applications du graphisme par ordinateur. Montreal: Gaetan Morin, 1983: 57-67.

3. **Ratib O**. Righetti A, Rutishauser W. "Isotope ventriculography during asymptomatic ischemia." In: Roskamm WRH, ed. In Silent Myocardial Ischemia. Berlin: Springer-Verlag, 1984: 84-90.

4. Righetti A, **Ratib O.**, El-Harakeh B, Rutishauser W. "TI-201 scintigraphy and ECG findings in asymptomatic coronary patients during exercise test." In: Roskamm WRH, ed. In Silent Myocardial Ischemia. Berlin: Springer-Verlag, 1984: 79-84.

5. **Ratib O.**, Righetti A. "Computer Analysis of Cardiac Wall Motion Asynchrony." Computer Generated Images. New York: Springer-Verlag, 1985: 98-105.

6. **Ratib O**, Friedly B, Righetti A, Oberhaensli I, Stucki V. "Patterns of Ventricular Wall Motion in Tetralogy Fallot before and After Surgery Assessed by Fourier Analysis of Radionuclide Angiograms." In: Doyle EF, Engle MA, Gersony WM, Rashkind WJ, Talner NS, eds. Pediatric Cardiology. New York: Springer-Verlag, 1985: 292-298.

7. **Ratib O**. "Computer Graphic Techniques Applied to Medical Image Analysis." Advances in Computer Graphics. Berlin: Springer-Verlag, 1987: 546-554.

8. **Ratib O.**, Rutishauser W. "Parametric Imaging in Cardiovascular Digital Angiography." In: Mancini GBJ, ed. Clinical Applications of Cardiac Digital Angiography. NewYork: Raven Press, 1988: 239-251.

9. **Ratib O**. "Visualization and manipulation of medical images." In: Thalmann D, ed. Scientific visualization and graphic simulation: Ed. John Wiley & Sons, 1990: 173-183.

10. **Ratib O**. "Computers in CT, US and MRI." In: Benedetto A, Huang HK, Ragan D, eds. Computers in Medical Physics: AAPM reports, 1990: 245-258.

11. **Ratib O**. "Evolution of PACS concepts." In: De Valk JPJ, ed. Integrated Diagnostic Imaging. Digital PACS in Medicine: Elsevier, 1992: 293-318.

12. **Ratib O.**, Righetti A. "Visualisation des troubles de conduction par analyse de phase des ventriculographies isotopiques." In: Denolin H, Coumel P, Bourdarias J-P, Lenaers A, eds. Méthodes d'investigations en cardiologie. Paris: Maloine ed., 1993: 552-561.

13. **Ratib O**. "L'imagerie Médicale et les Réseaux de Communication." In: Dept. de Psychiatrie H, ed. Cahiers Psychiatriques. Geneva: Médecine et Hygiène, 1998: 64-72.

14. **Ratib O**. "Digital revolution in cardiac imaging." In: Hruby W, ed. Digital (R)evolution in Radiology: Springer-Verlag Wien New York, 2000: 247 - 257.

15. **Ratib O**. "Quantitative Analysis of Cardiac Function." In: Bankman IN, ed. Handbook of Medical Imaging Processing and Analysis: Academic Press, 2000: 359-374.

16. **Ratib O**. "Digital Storage and PACS." In: Steven R. Bergmann MD, Ph.D., ed. Cardiac Imaging: The Clinical Guide: The Humana Press Inc., 2002.

17. **Ratib O**. "Digital revolution in cardiac imaging 2nd edition." In: Hruby W, ed. Digital (R)Evolution in Radiology: Springer-Verlag Wien New York, 2004.


## VII. Communications à des congrès  (Abstracts)

1. Henze E, Huang SC, Plummer D, Hoffman E, Phelps ME, **Ratib O**, Najafi A, Barrio J, Schelbert H. "Retrieval of quantitative information from positron emission computed

tomographic images for cardiac studies with C-11 palmitate." Conference: SNM 1981; 22:21.

2. **Ratib O**, Phelps M, Huang S, Henze E, Selin C, Schelbert H. "Determination of myocardial glucose metabolic rate by positron computed tomography and Fluoro-18 deoxyglucose." Conference: SNM 1981; 22:11.

3. **Ratib O**, Henze E, Schelbert H. "Effect of positioning on the detection of myocardial perfusion abnormalities by the rotating slant hole collimator." Conference: SNM 1981; 22:66.

4. **Ratib O**, Phelps ME, Schelbert HR. "Myocardial glucose uptake measured noninvasively by F-18 deoxyglucose and positron tomography." Conference: Young Investigators Forum 1981:1.

5. **Ratib O**, Henze E, Schon H, Schelbert HR. "The value of phase analysis of gated blood pool studies for detection of coronary artery disease at rest and during exercise." Conference: SNM - Western Chapter 1981; 6:447.

6. **Ratib O**, Henze E, Schwaiger M, Dracup K, Tillisch J, Schelbert H. "Accurate evaluation of ventricular volumes with gated cardiac scans using direct measurement  of photon attenuation." Conference: SNM - Western Chapter 1981; 6:449.

7. **Ratib O**, Henze E, Dracup K, Tillisch J, Schelbert H. "Direct measurement of photon attenuation for cardiac scans." Conference: AHA 1981; 64:235.

8. **Ratib O**, Henze E, Schön M, Schelbert H. "Phase analysis of radionuclide angiograms: a new tool for detection of coronary artery disease." Conference: AHA 1981;64:143.

9. Crevoisier J, Righetti A, **Ratib O**, Donath A. "Diagnostic de la maladie coronarienne chez la femme: comparaison entre l'ECG  d'effort et la scintigraphie myocardique au Tl-201 quantifiée." Conference: Société Suisse de Radiologe 1982;45:1624.

10. Henze E, Huang SC, **Ratib O**, Phelps ME, Schelbert HR. "Noninvasive quantitation of F-18 Deoxyglucose and C-11 Palmitate kinetics in myocardium and blood with positron tomography." Conference: AHA 1982; 66:127.

11. **Ratib O**, Righetti A, Barthelemy JC, Adamec R. "Differences in Activation Patterns During Endo and Epi-cardial Pacing Assessed by Phase Analaysis of Radionuclide Angiograms." Conference: AHA 1982; 66:271.

12. **Ratib O**, Phelps M, Huang S, Henze E, Selin C, Schelbert H. "Noninvasive measurement of local myocardial glucose uptake with F-18 deoxyglucose and positron tomography." Conference: ACC 1982;49:1023.

13. **Ratib O**, Henze E, Schelbert HR, Righetti A. "L'analyse de phase de la ventriculographie isotopique pour la détection des alterations ischémiques de la contractilite ventriculaire à l'effort." Conference: Société Suisse de Cardiologie 1982;45:1636.

14. **Ratib O**, Henze E, Schelbert HR, Righetti A. "Evaluation des volumes ventriculaires absolus à partir des ventriculographies isotopiques: Importance de la mesure directe de l'atténuation tissulaire." Conference: Société Suisse de Cardiologie 1982;45:1636.

15. **Ratib O**, Righetti A, Barthelemy J, Adamec R. "Activation patterns and ventricular performance during endo and epicardiac pacing assessed by radionuclide angiogram and phase analysis." Conference: Symposium on the use of Isotopes in cardiology 1982.

16. **Ratib O**, Righetti A, Barthelemy J, Adamec R. "Evaluation par ventriculographies isotopiques de la synchronicite et la performance ventriculaire lors de stimulation endocavitaire et épicardique." Conference: 10ème Congrès Cardiologique de Langue Française 1982:28.

17. **Ratib O**, Righetti A, Barthelemy J, Adamec R. "Differences in activation patterns during endo and epicardiac pacing assessed by phase analysis of radionuclide angiograms." Conference: AHA 1982; 66:271.

18. Righetti A, **Ratib O**, Merier G, Donath A. "Analysis of ventricular function by radionuclide angiography during exercise and after isoproterenol infusion." Conference: Symposium on the use of Isotopes in cardiology 1982.

19. Righetti A, **Ratib O**, Moors I, Donath A. "Analyse de la contraction ventriculaire par angiographie isotopique pendant l'effort et après isoprotérénol." Conference: 10ème Congrès Cardiologique de Langue Francaise 1982:22.

20. Schwaiger M, Henze E, **Ratib O**, Schelbert H. "Diagnostic limitation of phase analysis in severely impaired left ventricular function." Conference: SNM 1982.

21. Schwaiger M, **Ratib O**, Henze E, Schelbert HR. "Diagnostic accuracy of quantitative phase analysis for detection of coronary artery disease at rest and during exercise." Conference: AHA 1982;66:127.

22. Barthelemy J, **Ratib O**, Righetti A. "Avantages et limitations de l'analyse quantitative des scintigraphies au Thallium-201 pour la détection de l'ischémie myocardique à l'effort." Conference: Soc. Suisse de Cardiologie 1983:1686.

23. Barthelemy J, **Ratib O**, Righetti A. "Avantages et limitations de l'analyse quantitative des scintigraphies au Tl-201 pour la détection de l'ischémie myocardique à l'effort." Conference: 11ème Congres de cardiologie de langue française 1983:37.

24. Lerch R, Gattiker H, **Ratib O**. "Reproductibilite de la détermination des volumes et de la fraction d'éjection du ventricule gauche par échocardiographie bidimensionnelle." Conference: Soc. Suisse de Cardiologie 1983:1700.

25. **Ratib O**, Righetti A. "Multiharmonic Fourier Analysis of Ventricular Wall Motion from Digitized Cineangiograms." Conference: AHA 1983; 68:325.

26. **Ratib O**, Righetti A, Barthelemy J, Gabathuller J. "Detection of ischemic alterations in systolic and diastolic wall motion from digitized cineangiograms." Conference: AHA 1983;68:325.

27. **Ratib O**, Righetti A, Rutishauser W. "Multiharmonic Fourier analysis of ventricular wall motion from digitized cineangiograms." Conference: 3rd meeting of working groups of the Europ. Soc. of Cardiology 1983.

28. Righetti A, **Ratib O**, El-Harakeh B, Bopp P, Donath A. "Ischemie myocardique silencieuse à l'effort chez des patients avec maladie coronarienne." Conference: Soc. Suisse de Cardiologie 1983:1687.

29. Aebisher N, Lerch R, Bise A, **Ratib O**. "Valeur pronostique de l'échocardiographie bidimensionnelle au stade aigu de l'infarctus du myocarde." Conference: 52ème Assemblée de la Soc. Suisse de Cardiologie 1984.

30. Barthelemy J, **Ratib O**, Righetti A, Bopp P. "Variations de la fonction ventriculaire et de la synchronicité régionale de contraction pendant et après l'effort dans la maladie coronarienne." Conference: 12ème Congrès de Cardiologie de Langue Française 1984:37.

31. Barthelemy J, Crevoisier J, **Ratib O**, Righetti A. "Etude comparée de la fonction ventriculaire gauche au repos et à l'effort par videoangiographie digitalisée et ventriculographie isotopique." Conference: 52ème Assemblée de la Soc. Suisse de Cardiologie 1984.

32. Crevoisier JL, Barthelemy J, **Ratib O**, Righetti A, Rutishauser W. "Comparaison de la video-angiographie intraveineuse digitalisée et de la ventriculographie isotopique dans l'étude de la fonction ventriculaire gauche au repos et à l'effort." Conference: 12ème Congrès de Cardiologie de Langue Française 1984:37.

33. Lerch R, Fleish M, Busslinger B, **Ratib O**, Rutishauser W. "L'effet de l'inhibition du métabolisme des acides gras sur l'extraction myocardique de I-123-heptadecanoate." Conference: 52ème Assemblée de la Soc. Suisse de Cardiologie 1984.

34. **Ratib O**, Lerch R, Righetti A, Gabathuler J, Gattiker H. "Comparaison de la scintigraphie au thallium et de l'échographie bidimensionnelle au repos et à l'effort pour le diagnostic de la maladie coronarienne." Conference: 52ème Assemblée de la Soc. Suisse de Cardiologie 1984.

35. **Ratib O**, Righetti A, Barthelemy J, Crevoisier J, Gabathuller J, Rutishauser W. "Analyse multiharmonique de la synchronicité de mouvement ventriculaires pendant la systole et

la diastole: nouvelle approche diagnostique de la fonction ventriculaire." Conference: 52ème Assemblée de la Soc. Suisse de Cardiologie 1984.

36. **Ratib O**, Righetti A, Barthelemy J, Crevoisier J, Luthy P, Rutishauser W. "Detection of regional alterations in contraction and relaxation by Fourier analysis of digitized cineangiograms." Conference: Antwerp-La Jolla research conference on cardiac function 1984.

37. **Ratib O**, Righetti A, Barthelemy J, Crevoisier J, Luthy P. "Mesure de la synchronicité des mouvements ventriculaires en systole et en diastole à partir de cinéangiographies digitalisées." Conference: Joint Meeting of Belgian and Swiss Societies of Cardiology 1984;21.

38. Righetti A, Barthelemy J, **Ratib O**, Stucki V, Bopp P, Donath A. "Fonction ventriculaire globale et synchronicite de contraction pendant et après l'effort." Conference: 52ème Assemblée de la Soc. Suisse de Cardiologie 1984.

39. Righetti A, **Ratib O**, Crevoisier J, Barthelemy J, Rutishauser W. "Comparaison de l'angiographie digitalisée et de la scintigraphie au TI-201 pour détecter une ischémie myocardique à l'effort." Conference: Joint Meeting of Belgian and Swiss Societies of Cardiology 1984;22.

40. Righetti A, Barthelemy J, **Ratib O**, Stucki V, Bopp P. "Global and regional synchronicity of ventricular contraction during and following exercise." Conference: AHA 1984;70:157.

41. Barthelemy J, **Ratib O**, Righetti A, Schaller D, Bopp P. "Comparaison de l'analyse visuelle et quantitative du thallium 201 pour la détection de la maladie coronaire de trois vaisseaux." Conference: 53ème Assemblée de la Soc. Suisse de Cardiologie 1985;18:28.

42. Barthelemy J, **Ratib O**, Righetti A, Crevoisier J, Rutishauser RW. "Mesure des altérations ischémiques de la fonction ventriculaire à l'effort par vidéoangiographies numérisées." Conference: Informatique & Pathologie vasculaire 1985.

43. Barthelemy J, **Ratib O**, Righetti A, Crevoisier J. "Détection par l'analyse de Fourier d'altérations ischémiques de la fonction ventriculaire à l'effort à partir d'angiographies intraveineuse numérisées." Conference: Société suisse de Radiologie et Médecine Nucléaire 1985.

44. Barthelemy J, **Ratib O**, Righetti A, Crevoisier J, Rutishauser W. "Detection of left ventricular ischemia by multiharmonic Fourier analysis of digital substraction angiography." Conference: 4th joint meeting of the working groups of the Eur. Soc. of Cardiology 1985.

45. Chappuis F, **Ratib O**, Meier B, Righetti A, Rutishauser W. "Assessment of coronary flow reserve by computer analysis of digitized coronary angiograms at rest and after dipyridamol infusion." Conference: ACC 1985;2:475.

46. Chappuis F, **Ratib O**, Meier B, Righetti A, Rutishauser W. "Assessment of coronary flow reserve by computer analysis of digital coronary angiograms at rest and after Dipyridamol infusion." Conference: ACC 1985;5:475.

47. Chappuis F, **Ratib O**, Meier B, Righetti A, Rutishauser W. "Evaluation par angiographie digitalisée de la perfusion coronarienne." Conference: 53ème Assemblée de la Soc. Suisse de Cardiologie 1985;18:20.

48. Chappuis F, **Ratib O**, Meier B, A. R, W. R. "Measurement of coronary flow reserve by computer analysis of digitized coronary angiograms at rest and after dipyridamole induced hyperemia." Conference: Symp. on diagnosis of myocardial ischemia in man 1985.

49. Conti F, Zimmerman M, Adamec R, **Ratib O**. "Prévalence des potentiels tardifs d'activation ventriculaire dans la phase aiguë de l'infarctus du myocarde." Conference: 53ème Assembée de la Soc. Suisse de Cardiologie 1985;18:22.

50. Finci L, Divernois J, Meier B, Divernois S, **Ratib O**, Righetti A, Rutishauser W. "L'angioplastie coronarienne percutanée pluritronculaire." Conference: 53ème Assemblée de la Soc. Suisse de Cardiologie 1985;18:17.

51. **Ratib O**, Righetti A, Stucki V, Muller AF. "Valeur diagnostique et pronostique de la ventriculographie isotopique pour l'étude de l'infarctus du myocarde et de son évolution." Conference: 53ème Assemblée de la Soc. Suisse de Cardiologie 1985;18:20.

52. **Ratib O**, Righetti A, Stucki V, Muller AF. "Détection et évaluation par ventriculographie isotopique des altérations ventriculaires droites dans l'infarctus diaphragmatique." Conference: 53ème Assemblée de la Soc. Suisse de Cardiologie 1985;18:29.

53. **Ratib O**, Friedli B, Righetti A, Oberhaensli I, Stucki V. "Visualisation par ventriculographie isotopique des asynergies ventriculaires avant et après chirurgie d'une tetralogie de Fallot." Conference: 53ème Assemblée de la Soc. Suisse de Cardiologie 1985;18:33.

54. **Ratib O**, Righetti A. "Computer analysis techniques for the temporal evaluation of cardiac wall motion." Conference: Graphics Interface '85 1985.

55. **Ratib O**, Barthelemy J, Righetti A, Crevoisier J, Rutishauser RW. "Evaluation des asynergies de mouvement des parois ventriculaires par analyse de Fourier des vidéoangiographies numérisées." Conference: Informatique & Pathologie vasculaire 1985.

56. **Ratib O**, Friedli B, Righetti A, Oberhaensli I, Stucki V. "Patterns of ventricular wall motion in tetralogy of Fallot before and after surgery assessed by Fourier analysis of radionuclide angiograms." Conference: Second world congress of Pediatric Cardiology 1985:33.

57. **Ratib O**, Oberheansli I, Righetti A, Friedli B, Stucki V. "Radionuclide and 2D echocardiographic measurements of left ventricular volume and ejection fraction in children with tetralogy of Fallot." Conference: Second world congress of Pediatric Cardiology 1985:150.

58. **Ratib O**, Righetti A, Barthelemy J, Crevoisier J. "L'analyse de Fourier: une nouvelle technique d'évaluation des asynergies de mouvement des parois ventriculaires." Conference: Société suisse de Radiologie et Médecine Nucléaire 1985.

59. **Ratib O**, Righetti A, Stucki V, Muller A. "La ventriculographie isotopique: une technique non invasive pour l'étude de l'infarctus et de son évolution." Conference: Société suisse de Radiologie et Médecine Nucléaire 1985.

60. Righetti A, J.C. B, Gattiker H, **Ratib O**, Rutishauser W. "Effets aigus et chroniques de la Milrinone dans l'insuffisance cardiaque chronique grave." Conference: 53ème Assemblée de la Soc. Suisse de Cardiologie 1985;18:17.

61. Rutishauser W, **Ratib O**, Chappuis F, Barthelemy J, Doriot P. "Anatomic and functional imaging using digital angiocardiography." Conference: Intern. Symposium on preservation of myocardial function 1985.

62. De Gorgolas P, **Ratib O**, Righetti A, Schaller D. "Valeur de la scintigraphie au thallium-201 chez les patients avec un bloc de branche gauche et droit." Conference: 54ème Assemblée de la Soc. Suisse de Cardiologie 1986;20:67.

63. **Ratib O**, Righetti A, Stucki V, Muller AF. "Valeur pronostique de la fonction ventriculaire et de son évolution après un infarctus du myocarde." Conference: 54ème Assemblée de la Soc. Suisse de Cardiologie 1986;20:61.

64. **Ratib O**, Righetti A, Stucki V, Muller AF. "Altérations transitoires de la fonction ventriculaire droite dans la phase aiguë d'un infarctus diaphragmatique." Conference: 54ème Assemblée de la Soc. Suisse de Cardiologie 1986;20:61.

65. **Ratib O**, Righetti A, Stucki V, Muller AF. "Assessment of ventricular performance and its follow up after an acute myocardial infarction by radionuclide angiography." Conference: SNM 1986;27:991.

66. **Ratib O**, Friedli B, Righetti A, Oberhaensli I, Stucki V. "Assessment of pre and post operative ventricular wall motion asynchrony in tetralogy of Fallot by phase analysis of radionuclide angiograms." Conference: Xth World congress of Cardiology 1986.

67. **Ratib O**, Righetti A, Podio V, Stucki V, Muller A. "Rapporto tra le variazioni precoci e tardive della contrazione del cuore destro in pazienti con infarto posteriore." Conference: Soc. Nucl. Med. 1986.

68. Righetti A, Podio V, **Ratib O**, Stucki V, Muller AF. "Serial changes in left ventricular function early and late after acute myocardial infarction." Conference: International Symposium on Myocardial Ischemia and Exercise 1986.

69. Brunken R, Kottou S, Schwaiger M, **Ratib O**, Schelbert H. "Positron tomography detects viable tissue in myocardium with fixed TI-201 defects on SPECT." Conference: AHA 1987; 76:65.

70. Buxton D, Vaghaiwalla Mody F, Krivokapich J, **Ratib O**, Schelbert HR, Phelps M, Schwaiger M. "Regional abnormality of oxidative metabolism in stunned myocardium." Conference: AHA 1987;76:227.

71. Emonts M, Righetti A, **Ratib O**, Schaller D, Podio V. "Utilité et limites de la scintigraphie myocardique au TI-201 en présence d'un bloc de branche." Conference: 14ème congrès de Cardiologie de Langue Francaise 1987.

72. **Ratib O**, Nienaber C, Schelbert H, Bidaut L, Krivokapich J, Phelps M. "Automated quantitative evaluation of gated tomoscintigraphic images." Conference: AHA 1987; 76:115.

73. **Ratib O**, Mankovich N. "Design and validation of an automated quantitative coronary arteriography analysis method." Conference: RSNA 1987;165(p):339.

74. Righetti A, Podio V, **Ratib O**, Stucki V, Rutishauser W. "Pronostic à long terme des patients avec ischémie silencieuse." Conference: Réunion annuelle de la Société Suisse de Cardiologie 1987.

75. Righetti A, Podio V, Jost C, **Ratib O**, Stucki V, Muller AF. "Variation à long terme de la fonction ventriculaire gauche 24 heures, 14 jours et 20 mois après l'infarctus du myocarde." Conference: Réunion annuelle de la Société Suisse de Cardiologie 1987.

76. Righetti A, Podio V, **Ratib O**, Stucki V, Rutishauser W. "Five years follow-up of symptomatic ischemic patients and of patients with transient silent ischemia." Conference: Symposium on Nuclear Cardiology and Magnetic Resonance Imaging of the Heart 1987.

77. Righetti A, Podio V, Jost C, **Ratib O**, Stucki V, Muller AF. "Long term evolution of left ventricular function following acute myocardial infarction." Conference: Symposium on Nuclear Cardiology and Magnetic Resonance Imaging of the Heart 1987.

78. Brunken RC, Kottou S, Nienaber C, Schwaiger M, **Ratib O**, Phelps ME, Schelbert HR. "Tissue glucose metabolism detected with PET in myocardial segments with persistent SPECT thallium defects." Conference: SNM 1988;29:827-828.

79. Buxton D, Nienaber C, Luxen A, Hansen H, **Ratib O**, Phelps M, Schelbert H. "Regional myocardial oxidative metabolism assessed non-invasively with C-11 acetate and dynamic positron emission tomography." Conference: ACC 1988;11.

80. Buxton D, Nienaber C, Luxen A, **Ratib O**, Phelps M, Schelbert H. "Noninvasive determination of regional oxidative metabolism by dynamic positron emission tomography using [1-11C] acetate." Conference: SNM 1988;29:937-938.

81. Huang HK, Mankovich N, Kangarloo H, Barbaric Z, **Ratib O**, Lou SL, Park K. "Picture Archiving and Communication System for CT, MR and US. Radiology." Conference: RSNA 1988; 169p:279.

82. Krivokapich J, Huang SC, Hoffman EJ, Schwaiger M, **Ratib O**, Schelbert HR, Phelps ME. "Noninvasive detection of functionally significant coronary artery stenoses with exercise and PET." Conference: SNM 1988; 29:837-838.

83. Nienaber C, **Ratib O**, Weinberg I, Huang S, Hoffman E, Phelp sM, Schelbert H. "Noninvasive quantification of regional myocardial blood flow with N-13 ammonia and dynamic positron tomography." Conference: ACC 1988; 11.

84. Nienaber C, **Ratib O**, Bidaut L, Phelps M, Schelbert H. "Simultaneous measurement of regional myocardial metabolism and function by multi-gated positron emission tomography (PET)." Conference: ACC 1988;11.

85. Nienaber CA, **Ratib O**, Bidaut L, Phelps ME, .Schelbert HR. "Multigated positron emission tomography (MUGA-PET) for simultaneous assessment of myocardial metabolism and function." Conference: SNM 1988;29:771.

86. Nienaber CA, **Ratib O**, Huang SC, Weinberg I, Phelps ME, Schelbert HR. "Quantitative assessment of regional myocardial pefusion using dynamic PET and N-13 ammonia." Conference: SNM 1988;29:782-783.

87. Nienaber CA, **Ratib O**, Armbrecht J, Phelps ME, Schelbert HR. "Simultane bestimmung von myokardmetabolismus und regionaler wandfunktion mit gated Positronemissiontomographie." Conference: 54st Jahrestagung der Deutschen Gesellschaft für Herz- und Kreislaufforshung 1988:49.

88. Nienaber CA, **Ratib O**, Weinberg I, Huang SC, Phelps ME, Schelbert HR. "Nicht invasive quantifizierung regionaler myokarperfusion mit N-13 Ammoniak und Positron-Emissionstomographie." Conference: 54st Jahrestagung der Deutschen Gesellschaft für Herz- und Kreislaufforshung 1988.

89. Nienaber CA, Gambir SS, Mody FV, **Ratib O**, Huang SC, Schelbert HR. "Quantification of myocardial glucose utilisation and flow in hypertrophic cardiomyopathy." Conference: AHA 1988; 78:599.

90. **Ratib O**, Nienaber C, Shelbert H, Bidaut L, Krivokapich J, Phelps M. "Automated Quantitative Analysis of Cardiac Positron Emision Tomography (Pet) Studies." Conference: The Journal of Nuclear Medicine 1988; 29:867-868.

91. **Ratib O**, Huang HK. "Integration of a Desktop Image Analysis Work Station Based on a Macintosh II Computer in a Clinical PACS." Conference: RSNA 1988; 169 (P).

92. **Ratib O**, Nienaber C, Schelbert HR, Bidaut L, Krivokapich J, Phelps ME. "Automated quantitative analysis of cardiac positron emission tomography (PET) studies." Conference: SNM 1988; 29:867-868.

93. **Ratib O**, Huang HK. "Integration of a desktop Image analysis workstation based on a Macintosh II computer in a clinical PACS." Conference: RSNA 1988; 169p:472.

94. Schwaiger M, Krivokapich J, **Ratib O**, Huang S, Phelps M, Schelbert H. "Dipyridamole Induced Coronary Vasodilatation Quantitatively Assessed by Pet and N-13 Ammionia in Humans." Conference: SNM 1988; 29:818.

95. Schwaiger M, Krivokapich J, **Ratib O**, Huang S, Phelps M, Schelbert H. "Noninvasive quantification of coronary reserve by N-13 ammonia and positron emission tomography (PET)." Conference: ACC 1988; 11.

96. Schwaiger M, Krivokapich J, **Ratib O**, Huang SC, Phelps ME, Schelbert HR. "Dipyridamole induced coronary vasodilation quantitatively assessed by PET and N-13 ammonia in humans." Conference: SNM 1988; 29:818.

97. Cho P, **Ratib O**, Morioka C, Ho B, Huang HK. "Personal Digital Imagine Filing System." Conference: RSNA 1989; 173p:471.

98. Krivokapich J, Smith G, Huang SC, **Ratib O**, Schelbert HR. "Nitrogen-13 Ammonia myocardial uptake at rest and with exercise in normal volunteers: quantification of coronary flow with dynamic positron emission tomography." Conference: Am Col Card 1989; 13:97.

99. Nienaber CA, Brunken RC, Sherman CT, Yeatman L, Gambhir S, Krivokapich J, Demer L, **Ratib O**, Child J, Phelps ME, Schelbert HR. "Recovery of Myocardial Metabolism Precedes Functional Improvement Following Relief of Chronic Ischemia by PTCA." Conference: SNM 1989; 30:838.

100. **Ratib O**, Huang HK, Lufkin R. "Design and evaluation of a desktop image analysis workstation for magnetic resonance imaging." Conference: MRIMB 1989; 1:43.

101. **Ratib O**, Huang HK. "Desktop PACS Workstation for Interactive Image Analysis." Conference: Proc. Euro PACS 1989:11.

102. **Ratib O**, Huang HK. "Multimodality Image Analysis Workstation." Conference: RSNA 1989; 173p:430.

103. Kuhle W, Porenta G, **Ratib O**, Phelps M, Schelbert H. "A low cost desktop workstation for 3D reorientation and quantitative analysis of cardiac PET images." Conference: SNM 1990.

104. **Ratib O**, Appel R, Scherrer JR. "PAPYRUS: A multimodality Image File Format for PACS and Teleradiology." Conference: RSNA 1990; 177 (p):320.

105. **Ratib O**, Huang HK, Schelbert HR. "A Software for Quantitative Analysis of Cardiac Images on a Macintosh Computer." Conference: ACC 1990: xx.

106. **Ratib O**, Funk M, Perrier R. "Design of a Portable Software on X-Window for Interactive Image Analysis PACS Workstation." Conference: Euro PACS 1990:xx.

107. Didier D, **Ratib O**, Friedli B, Rutishauser W. "Apport de la cine-résonnance magnétique dans les cardiopathies acquises et congénitales, Comparaison avec les séquences en spin-écho." Conference: 78e Ass. annuelle de la Société Suisse de Radiologie Médicale 1991;121:31.

108. Didier D, **Ratib O**, Friedli B, Rutishauser W. "Apport de la ciné-résonnance magnétique haute résolution par rapport aux séquences spin-écho dans les investigations cardiovasculaires." Conference: 12e Journées Francophones de Radiologie 1991;3;29.

109. Didier D, **Ratib O**, Friedli B, Rutishauser W. "Advantages of high-resolution cine MR in cardiac diseases." Conference: RSNA'91 1991; 181 (P):337.

110. Porenta G, Kuhle W, Czernin J, **Ratib O**, Brunken R, Phelps ME, Schelbert HR. "Semiquantitative Assessment of Myocardial Viability and Flow from Cardiac PET Polar Maps." Conference: SNM 1991; 32:927.

111. Porenta G, Kuhle W, Czernin J, **Ratib O**, Schelbert HR. "Regional Variability of Myocardial N-13 Ammonia and F-18 Deoxyglucose Distribution Assessed by Polar Map Analysis of PET Images." Conference: XIIIth Congress of the Eyropean Society of Cardiology 1991;189.

112. **Ratib O**. "Picture Archiving and Communication Systems- PACS." Conference: Kongress - Computer und Medizin 1991:12.

113. **Ratib O**. "Le projet européen TELEMED et la normalisation des images." Conference: VIèmes Journées de la Soc. Suisse d'Informatique Médicale 1991.

114. **Ratib O**, Ligier Y, Funk M, Hochstrasser D, Girard C, Perrier R, Trayser G. "GENEVA - PACS: Un système hospitalier d'archivage et de communication des images numériques." Conference: 78e Ass. annuelle de la Société Suisse de Radiologie Médicale 1991;121:13.

115. **Ratib O**, Ligier Y, Funk M, Girard C, Pérrier R, Hochstrasser D. "Un système hospitalier d'archivage et de communication d'images numériques." Conference: 12e Journées Francophones de Radiologie 1991;3;72.

116. **Ratib O**, Ligier Y, Funk M, Girard C, Pérrier R, Vurlod JF, Trayser G, Hochstrasser D. "OSIRIS, un logiciel portable de manipulation et d'analyse des images médicales." Conference: 12e Journées Francophones de Radiologie 1991;3;207.

117. **Ratib O**, Ligier Y, Funk M, Girard C, Perrier R, Hochstrasser D. "Geneva PACS: A hospital-wide integrated approach." Conference: RSNA'91 1991;181 (P):283.

118. **Ratib O**, Ligier Y, Funk M, Perrier R, Girard C. "OSIRIS: Portable software for interactive manipulation of medical images." Conference: RSNA'91 1991;181 (P):283.

119. **Ratib O**, Ligier Y, Marx PS, Tessler F, Glenn WV. "OSIRIS: a software tool for image analysis on a desktop computer." Conference: RSNA'91 1991; 181 (P):365.

120. **Ratib O**, Ligier Y, Funk M, Hochstrasser D, Scherrer JR. "Hospital-wide PACS at the University Hospital of Geneva." Conference: IMAC'91 1991:73.

121. **Ratib O**, Ligier Y, Funk M, Trayser G, Girard C, Perrier R, Hochstrasser D, Scherrer JR. ""PACS to the Future": a modular approach to PACS development." Conference: European Congress of Radiology 1991; 1:s85.

122. **Ratib O**, Ligier Y, Perrier R, Girard C, Trayser G, Vurlod JF, Scherrer JR. "Implementation of a Hospital-wide PACS based on a Distributed Architecture." Conference: ISCAMI workshop on Computer Assisted Management of Medical Images 1991.

123. Tessler F, Marx PS, Glenn WV, **Ratib O**, Ligier Y. "Review of US images on a Macintosh computer." Conference: RSNA'91 1991; 181 (P):365.

124. Andriole KP, **Ratib O**, Huang HK. "Picture Archiving and Communication System (PACS)-to-Personal Computer (PC) Radiologist Workstation." Conference: RSNA'92, 78th Scientific Assembly and Annuel Meeting 1992; 185 (P):416.

125. Aubry F, Chameroy V, Giron A, Di Paola R, Gibaud B, Bizais Y, Vital D, Liénard R, Todd-Pokropek A, Kanz R, Deconinck F, **Ratib O**. "Conceptual modelling of Medical Image Management in an Open System Architecture (MIMOSA)." Conference: EuroPACS'92 1992.

126. Chameroy V, Aubry F, Gibaud B, Bizais Y, **Ratib O**, Todd-Pokropek A, Di-Paola R. "Picture Archiving and Communication Systems: from Myth to Reality." Conference: 14th International Conference of the IEEE Engineering in Medicine and Biology Society 1992.

127. Didier D, **Ratib O**, Chatelain P, Ricou F, Lerch R. "Rôle des séquences ciné-écho de gradient dans le diagnostic et la différenciation des masses cardiaques." Conference: 13e Journées Francophones, 40e Journées Françaises de Radiologie 1992;4:S39.

128. Didier D, **Ratib O**, Kalonji T, Jornod N, Bruschweiler I, Faidutti B. "Evaluation post-opératoire des dissections aortiques de type A par l'IRM à l'aide des séquences spin-écho et ciné écho de gradient." Conference: 13e Journées Francophones, 40e Journées Françaises de Radiologie 1992;4:S34.

129. Didier O, **Ratib O**, Kalonji T, Jornod N, Bruschweiler I. "Postoperative Follow-Up of Type A Aortic Dissections with SE and Cine Gradient-Echo MR imaging." Conference: RNSA'92, 78th Assembly and Annual Meeting 1992; 185 (P):103.

130. Didier D, **Ratib O**, Friedli B, Oberhaensli I, Chatelain P, Faidutti B. "Apport de la ciné-résonance magnétique haute résolution dans les anomalies congénitales et acquises des gros vaisseaux." Conference: Vème Congrès du GRAMM (Groupe de Recherche sur les Applications du Magnétisme en Médecine) 1992.

131. Gibaud B, Bizais Y, Morcet N, Gandon Y, Buhé T, Forte A-M, Aubry F, Chabriais J, Chameroy V, Di Paola R, **Ratib O**, Todd-Pokropek A, Kanz R, Guitel M, Vital D, Ramond J-P. "Analysis of end-users requirements as a first step toward modelling image management in PACS." Conference: EuroPACS'92 1992.

132. Ligier Y, **Ratib O**, Girard C, Perrier R, Logean M, Vurlod JF. "Portable and Extensible Software for the Manipulation of Medical Images." Conference: 14th International Conference of the IEEE Engineering in Medicine and Biology Society 1992.

133. Pietka E, **Ratib O**, Huang HK. "Computerized Bone Age Assessment Based on Features Automatically Extracted from a Hand Radiography." Conference: RSNA'92, 78th Scientific Assembly and Annual Meeting 1992; 185 (P):300.

134. **Ratib O**. "RIS-Schnittstellen: RIS-PACS Kopplung." Conference: Basler Tage der Medizinischen Radiologie 1992.

135. **Ratib O**. "Radiology Standards for Digital Image Communication and Archival." Conference: INCIS International Workshop Conference 1992:14.

136. **Ratib O**. "PACS in Radiology: Problems and State of the Art." Conference: INCIS International Workshop Conference 1992:14.

137. **Ratib O**. "Multivendor PACS." Conference: MEDTECH'92 1992;3:69.

138. **Ratib O**, Didier D, Townsend D, Lerch R, Righetti A, Chatelain P. "Standardized Imaging Incidences for Multimodality Cardiac Imaging." Conference: RSNA'92 1992.

139. **Ratib O**, Ligier Y, Girard C, Perrier R, Logean M, Vurlod JF. "OSIRIS: A Multi-Platform, Multi-Modality Imaging Software." Conference: RSNA'92 1992.

140. **Ratib O**, Ligier Y, Girard C, Perrier R, Logean M, Vurlod JF. "A Picture Archiving and Communication System Based on an Open and Distributed Architecture." Conference: 14th International Conference of the IEEE Engineering in Medicine and Biology Society 1992.

141. **Ratib O**. "Archivage et communication d'images numériques en milieu hospitalier." Conference: 13e Journées Francophones, 40e Journées Françaises de Radiologie 1992;4:S47.

142. **Ratib O**, Ligier Y, Girard C, Perrier R, Logean M, Vurlod J-F. "Osiris : A Multiplatform, Multimodality imaging Software." Conference: RSNA 92, 78th Scientific Assembly 1992;185 (P):416.

143. **Ratib O**, Didier O, Townsend D, Lerch R, Righetti A, Chatelain P. "Standardized Imaging Incidences for Multimodality Cardiac Imaging." Conference: RNSA'92, 78th Scientific Assembly and Annual Meeting 1992;158 (P):362.

144. **Ratib O**, Didier D. "Radiologic Image Perception : A Different View of Some Particularities." Conference: RNSA'92, 78th Scientific Assembly and Annual Meeting 1992;159 (P):394.

145. Terrier F, **Ratib O**, Townsend D. "Liver Tumors: 3D Display of MR Data." Conference: European Society of Gastro Intestinal Radiologists 1992:6.

146. Didier D, **Ratib O**, Chatelain P, Ricou F, Lerch R. "Diagnostic et différenciation des masses cardiaques, rôle des séquences ciné écho de gradient." Conference: Assemblée Annuelle de la Société Suisse de Radiologie Médicale 1993;123, suppl. 51:6.

147. Didier D, **Ratib O**, Kalonji T, Jornod N, Bruschweiler I, Faidutti B. "Evaluation post-opératoire des dissections aortiques de type A par l'IRM à l'aide des séquences spin-écho et ciné écho de gradient." Conference: Assemblée Annuelle de la Société Suisse de Radiologie Médicale 1993;123, suppl. 51:8.

148. Didier D, **Ratib O**, Chatelain P, Ricou F, Lerch R. "Role of cine-MR gradient-echo (GE) sequences in the diagnosis and differentiation of cardiac masses." Conference: ECR '93 1993:49.

149. Didier D, **Ratib O**, Chatelain P, Lerch R, Righetti A, Batawi A. "Detection and localization of Reperfused Acute Myocardial Infarction with Gadolinium-enhanced Cine MR imaging: correlation with PET, SPECT and Angiography." Conference: RSNA 1993;189 (p):303.

150. Didier D, **Ratib O**, Kalonji T, Jornod N, Bruschweiler I, Faidutti B. "Evaluation post-opératoire des dissections aortiques de type A par l'IRM à l'aide des séquences spin-écho et ciné écho de gradient." Conference: Assemblée Annuelle de la Société Suisse de Cardiologie 1993.

151. Ligier Y, **Ratib O**, Girard C, Perrier R, Logean M. "Outil du clinicien pour la manipulation et l'analyse d'images." Conference: Assemblée Annuelle de la Société Suisse de Radiologie Médicale 1993;123, suppl. 51:14.

152. Ligier Y, **Ratib O**, Girard C, Rejmer M, Moricz R. "The HELIOPOLIS Project: a Metropolitan Area Network for Teleradiology using ISDN." Conference: VIIIèmes Journées Annuelles de la Société Suisse d'Informatique Médicale 1993:9.

153. Ligier Y, **Ratib O**, Girard C. "Heliopolis: Teleradiology Project with Use of a Metropolitan-Area Integrated Services Digital Network." Conference: RSNA 1993;189 (p):162.

154. Pietka E, **Ratib O**. "Preprocessing and Lung Segmentation in CR Chest Radiographs." Conference: Assemblée Annuelle de la Société Suisse de Radiologie Médicale 1993;123, suppl. 51:6.

155. Pietka E, **Ratib O**. "Dual-energy digital radiography in PACS." Conference: ECR '93 1993:199.

156. Pietka E, **Ratib O**, Huang HK. "Wavelet Decomposition in Assessement of Epiphyseal Fusion of Phalanges." Conference: RSNA 1993;189 (p):249.

157. **Ratib O**, Didier D, Chatelain P, Righetti A, Lerch R, Townsend D. "Standardization of Multimodality Cardiac Imaging." Conference: Assemblée Annuelle de la Société Suisse de Radiologie Médicale 1993;123, suppl. 51:20.

158. **Ratib O**. "Multimedia Medical Record." Conference: EuroPACS 93 1993:58.

159. **Ratib O**, Hoehn H, Girard C, Parisot C. "PAPYRUS 3.0: A DICOM compatible file format." Conference: EuroPACS 93 1993:50.

160. **Ratib O**, Ligier Y, Logean M, Girard C, Trayser G, Vurlod JF. "Geneva PACS Project: Two years of Clinical Experience." Conference: RSNA 1993;189 (p):162.

161. **Ratib O**, Ligier Y, Girard C, Logean M. "OSIRIS software for remote cooperative work and teleradiology." Conference: RSNA 1993;189 (p):448.

162. Didier D, **Ratib O**, Grangier C, Vallée J-P, Hiltbrand E, Henry F, Friedli B, Oberhaensli I. "Improved phase velocity mapping pulmonary to systemic flow ratio (qp/Qs) measurement by using same level cine dark blood sequences." Conference: Cardiovascular Workshop Syllabus ⬜ 1994:6.

163. Didier D, **Ratib O**, Friedli B, Oberhaensli I, Faidutti B. "Evaluation par IRM des anomalies des gros vaisseaux dans les malformations cono-truncales." Conference: 15e Journées Francophones, 42e Journées Françaises de Radiologie⬜ 1994;6:S50.

164. Didier D, **Ratib O**, Friedli B, Oberhaensli I, Faidutti B. "Gated MR Angiography in Assessment of Great Vessel Abnormalities in Conotruncal Malformations: Interactive Teaching Tour." Conference: RSNA'94 1994;193(P) suppl.:386.

165. Ligier Y, Pietka E, Logean M, Girard G, O. R. "Quantitative Evaluation of Imaging Workstation Tools." Conference: RSNA'94 1994;193(P) Suppl.:332.

166. **Ratib O**. "OSIRIS software platform for image manipulation and remote consultations." Conference: 2nd International workshop on Integrating Cardiology Information Systems (INCIS). Europ. Soc. of Cardiology. 1994;April:5.

167. **Ratib O**, Dominique D, Rosset A, Righetti A, Lerch R, Ligier Y. "Quantitative temporal analysis of ventricular wall motion from dynamic cardiac MRI." Conference: Cardiovascular Workshop of the Society of Magnetic Resonance 1994:23.

168. **Ratib O**, Didier D, Rosset A, Righetti A, Lerch R, Ligier Y. "Automatic Temporal Wall-Motion Analysis Based on Cone "Dark-Blood" Cardiac MR Images." Conference: RSNA'94 1994;193(P) suppl.:161.

169. **Ratib O**, Ligier Y, Logean M, Girard G, Pietka E, Zanella S. "Quantitative Image Analysis Tools of Multimodality Imaging Workstation." Conference: RSNA'94 1994;193(P) suppl.:472.

170. Chabriais J, Aubry F, Chameroy V, Bizais Y, Gibaud B, Gandon H, Garfagni H, Bares B, Todd-Pokropek A, **Ratib O**, Di Paola R. "Medical image management in an open system architecture (MIMOSA). A generic conceptual model of the data and image management and exchange within a PACS." Conference: ECR'95 1995;suppl. to vol.5:S 351.

171. Didier D, **Ratib O**, Friedli B, Oberhaensli I, Faidutti B. "Anomalies des gros vaisseaux dans les malformations cono-truncales; évaluation par IRM." Conference: Société Suisse de Cardiologie 1995;125:43S.

172. Didier D, **Ratib O**, Grangier C, Vallee JP, Hiltbrand E, Henry F, Friedly B, Oberhaensli I. "Mesure du rapport débit pulmonaire sur débit systémique (Qp/Qs). Association des séquences IRM d'imagerie de phase et du ciné "dark blood"." Conference: SSRM/82e assembléée annuelle 1995;125:17S.

173. Didier D, **Ratib O**, Friedli B, Oberhaensli I, Faidutti S. "Evaluation par IRM des anomalies des gros vaisseaux dans les malformations conotruncales." Conference: SSRM/82e assemblée annuelle 1995;125:17S.

174. Ligier Y, **Ratib O**, Girard C, Logean M. "Système interactif de téléradiologie." Conference: SSRM/82e assemblée annuelle 1995;125:21S.

175. Pietka E, Chevrolet J, **Ratib O**. "ICU Workstation for the Evaluation of Pulmonary Edema." Conference: 82e Assemblée annuelle de la Société Suisse de Radiologie Médicale 1995;125:145.

176. Pietka E, **Ratib O**, Chevrolet JC. "Workstation in the Intensive Care Unit for the Assessment of Respiratory Distress." Conference: RSNA'95 1995;197(P):257.

177. **Ratib O**, Didier D, Rosset A, Righetti A, Lerch R, Ligier Y. "Analyse quantitative de la cinétique des mouvements cardiaques à partir d'images de ciné-IRM." Conference: SSMR/82e assemblée annuelle 1995;125:165.

178. **Ratib O**, Didier D, Rosset A, ⬜Chrétien A. "Mesure automatique de la synchrocinite régionale du mouvement des parois du ventricule gauche à partir des sequences CINE-IRM." Conference: JFR'95 1995;76:712.

179. **Ratib O**. "Computer assistance in diagnosis decision making tasks." Conference: ECR'95 1995;suppl. to vol.5:S 205.

180. **Ratib O**. "Multimedia image and Data Navigation Workstation." Conference: RSNA'95 1995;197(P):547.

181. Didier D, **Ratib O**, Friedli B, Oberhaensli I, Pretre R, Faidutti B. "Magnetic Resonance Imaging Assessment of Great Vessels in Congenital and Acquired Anomalies." Conference: 23rd Annual Meeting 1996.

182. Howarth N, Didier D, **Ratib O**, Friedli B, Oberhaensli I, Prêtre R, Faldutti B. "Anomalies acquises et congénitales des gros vaisseaux du thorax, évaluation par angio-IRM." Conference: JFR'96 1996;77:767.

183. Ligier Y, **Ratib O**, Girard C, Logean M. "Distributed File Management for Remote Clinical Image Viewing Stations." Conference: SPIE's International Sysposium 1996.

184. Ligier Y, **Ratib O**, Girard C, Logean M. "Distributed File Management for Remote Clinical Image Viewing Stations." Conference: Medical Imaging 1996 1996:354.

185. Lomax A, **Ratib O**, Miralbell R, Boehringer T, Cozzi L, Tercier P-A. "Planning and implementation a Swiss radio-oncology network." Conference: XXIV PTCOG Meeting 1996:33-34.

186. **Ratib O**, Didier D, Chrétien A, Rosset A, Magnin I, Ligier Y. "Temporal Analysis of Regional Wall Motion from Cine Cardiac MRI." Conference: SPIE's International Symposium 1996.

187. **Ratib O**, Ligier Y, Girard C, Logean M, Welz R. "OSIRIS: A Multiplatform Software for Display and Analysis of Images from Cardiac DICOM CD Standard." Conference: 3rd INCIS Workshop 1996.

188. **Ratib O**, Mascarini C, Ligier Y, Appel R, Trayser G. "The World Wide Web for Intra- and Extra-Hospital Communication of Images and Patient Records." Conference: 3rd INCIS Workshop 1996.

189. **Ratib O**, Didier D, Rosset A, Chretien A, Revel D, Righetti A, Lerch R, Ligier Y. "Automatic Temporal Wall Motion Analysis from Cine "Dark-Blood" Cardiac MRI." Conference: 23rd Annual Meeting 1996.

190. **Ratib O**, Didier D, Chretien A, Rosset A, Magnin I, Ligier Y. "Temporal Analysis of Regional Wall Motion from Cine Cardiac MRI." Conference: Medical Imaging 1996 1996:206.

191. **Ratib O**, Trayser G, Mascarini C, Ligier Y, Girard C, Logean M. "Utilisation des outils d'Internet pour la communication intra- et extra-hospitalière des données du dossier médical." Conference: JFR'96 1996;77:917.

192. **Ratib O**, Terrier F, Scherrer JR. "Evolution des systèmes d'archivage et de communication des images en milieu hospitalier." Conference: JFR'96 1996;77:763.

193. **Ratib O**, Didier D. "Angiography of the Aorta: Interactive teaching tour of acquired and congenital disease." Conference: Radiological Society of North America 1996:521.

194. **Ratib O**, Ligier Y, Logean M, Girard C, Welz R. "Multimodality review station for the extended ACC/DICOM interchange medium for cardiac images." Conference: Radiological Society of North America 1996:553.

195. Welz R, **Ratib O**, Meuli R, Janden J, Terrier F, Schnyder P. "Réalisation d'un réseau de visioconférences et de communications d'images entre l'HCUG et le CHUV." Conference: 83e Congrès annuel SSRM 1996:19.

196. Howarth NR, Didier D, **Ratib O**, Friedli B, Oberhaensli I, Prêtre R, Faidutti B. "Anomalies acquises et congénitales des gros vaisseaux du thorax. Evaluation par Angio-IRM." Conference: Soc. Suisse de Radiologie Médicale 1997;127:10S.

197. Miralbell R, **Ratib O**, Lomax A, Cozzi L, Tercier P, André L, Böhringer T, Schneider U, Squarcia S. "The Champollion-II project: A software to exchange data of various treatment planning systems for the swiss proton network." Conference: Int. Congress of Radiation Oncology (ICRO) 1997;43:s66.

198. **Ratib O**, Parisot C. "L'avènement de l'imagerie numérique et ses conséquences." Conference: Journées Françaises de Radiologie 1997;78:740.

199. **Ratib O**. "Les réseaux de communication et d'archivage numérique des images médicales: principes de base." Conference: Journées Françaises de Radiologie 1997;78:735.

200. **Ratib O**. "Intranet: Un nouvel outil de communication intra-hospitalier." Conference: Journées Françaises de Radiologie 1997;78:963.

201. **Ratib O**. "INTRANET: Un nouvel outil de communication intra-hospitalier." Conference: Journées Françaises de Radiologie 1997;78:963.

202. **Ratib O**, Mascarini C, Ligier Y, Appel R, Trayser G. "The World Wide Web (WWW) for intra- and extra-hospital communicaton of images and patient information." Conference: Int. J. of Cardiac Imag. 1997;13:65-76.

203. **Ratib O**, Ligier Y, Girard C, Logean M, Welz R. "Osiris: a multiplatform software for display and analysis of images from the cardiac DICOM CD standard." Conference: Int. J. of Cardiac Imag. 1997;13:65-76.

204. **Ratib O**, Didier D. "MR Imaging of Cardiac Masses:  An interactive teaching tour with dynamic cardiac imaging techniques." Conference: RSNA - 835rd Scientific Assembly and Annual Meeting 1997;205(P):690.

205. Sigal R, Gandon Y, Lemort M, **Ratib O**. "EURAD base d'images radiologiques Européenne." Conference: Journées Françaises de Radiologie 1997;78:1042.

206. Didier D, **Ratib O**. "IRM cardiaque: CD-ROMs d'enseignement  interactif." Conference: Societe Francaise de Radiologie et d'Imagerie Medical 1998.

207. Didier D, **Ratib O**. "Detection and quantification of Valvular Heart Diseases: An interactive teaching tour with dynamic cardiac MRI." Conference: 84th Annual Scientific Assembly and Annual Meeting of the Radiological Society of North America 1998;209(P):517.

208. Didier D,  **Ratib O**, Ligier Y. "La pataradiologie: l'expression des solutions imaginees." Conference: Societe Francaise de Radiologie et d'Imagerie Medicale 1998.

209. Ligier Y, **Ratib O**, Rosset A. "DICOM Off Line Media for "Store-and-Carry" of Multimedia Patient Record." Conference: RSNA - 84th Scientific Assembly and Annual Meeting 1998;209(P):679.

210. Ligier Y, Bandon D, Girard C, Logean M, Rosset A, **Ratib O**. "Optimization of Web-based Image Retrieval: Quality on Demand." Conference: RSNA - 84th Scientific Assembly and Annual Meeting 1998;209(P):689.

211. **Ratib O**. "On-line versus off line exchange of cardiac images:advantages and limitations." Conference: INCIS'98 International Workshop Conference 1998.

212. Didier D,  **Ratib O**. "Evaluation and Differentiation of Pericardial Diseases and Cardiomyopathies: An Interactive Teaching Tour with Dyhnamic Cardiac MRI." Conference: RSNA  1999 - 85th Scientific Assembly and Annual Meeting 1999;213(P):495.

213. Johnson DB, Dionisio JN, Sinha US, **Ratib O**, Kangarloo H. "Using Digital Ink for Structured Medical Reporting." Conference: RSNA 1999 - 85th Scientific Assembly and Annual Meeting 1999;213(P):582.

214. Ligier Y, Rosset A, Bandon D, **Ratib O**. "DICOM Case-based Database for Individually-tailored Collections of Images Supporting Teaching,  Research and Decision Support." Conference: RSNA 1999 - 85th Scientific Assembly and Annual Meeting 1999;213(P):583.

215. Ligier Y, **Ratib O**, Rosset A. "DICOM Compliant Recordable Off-line Media for Exchanging Medical Images and Related Data on Auto-displayable CD ROM." Conference: RSNA 1999 - 85th Scientific Assembly and Annual Meeting 1999;213(P):497.

216. **Ratib O**, Dahlbom M, Kong K, McCoy M, Valentino DJ, Zuckek J. "Real-time Monitoring of CT and MRI Procedures Using Web-Based Video Technology." Conference: RSNA 1999 - 85th Scientific Assembly and Annual Meeting 1999;213(P):579.

217. **Ratib O**, Amato CL, Balbona JA, Valentino DJ. "Design and Computer Modeling of Workstations and Radiology Reading Rooms for the Next Millennium." Conference: RSNA 1999 - 85th Scientific Assembly and Annual Meeting 1999;213(P):503.

218. Thomson L, Sinha US, **Ratib O**, Madu E, Dai BY, Kangarloo H. "Focused Knowledge Navigation Implementing Structured Data Entry for Cardiology and Cardiac  Imaging." Conference: RSNA 1999 - 85th Scientific Assembly and Annual Meeting 1999;213(P:580.

219. Valdez JA, Sinha US, Caruna R, **Ratib O**, Madu E, Kangarloo H. "Simulation Model for Evaluating Diagnostic Technologies Used in the Identification of Acute Cardiac

Ischemia." Conference: RSNA 1999 - 85th Scientific Assembly and Annual Meeting 1999;213(P):305.

220. Valentino JD, Boechat MI, Hall TR, Johnson SL, **Ratib O**, Steckel RJ. "Clinical Experience with a Large-Scale Children's Hospital PACS." Conference: RSNA 1999 - 85th Scientific Assembly and Annual meeting 1999;213(P):103.

221. Didier D, **Ratib O**. "Evaluation and Quantification of Cardiac Diseases and Great Vessels Anomalies: An Interactive Teaching Tour with Dynamic Cardiac MRI." Conference: RSNA 2000 86th Scientific Assembly and Annual Meeting 2000.

222. **Ratib O**, Dahlbom M, Kho H, Valentino DJ. "Real-time video monitoring of CT and MRI procedures." Conference: European Radiology Association and Congress (ECR) 2000 2000.

223. **Ratib O**, Ligier Y, Rosset A, Girard C. "DICOM off-line media with imbedded viewer software for storage of medical images." Conference: European Radiology Association and Congress (ECR) 2000 2000.

224. **Ratib O**, Valentino D, Balbona J, Boots K, Amato C. "Design and simulation of radiology workstations and reading rooms." Conference: 52nd Annual Midwinter Radiology & Radiation Oncology Conference -LARS 2000.

225. **Ratib O**, Ligier Y, Rosset A, Staub J, Girard C. "DICOM Compliant CD-ROM for off-line digital patient record." Conference: Computer Assisted Radiology and Surgery 14th International Congress(CARS) 2000 2000.

226. **Ratib O**, Dahlbom M, Kho H, Valentino D, McCoy M. "Real-Time Monitoring of Radiological Procedures Using Web-Video Technology." Conference: Computer Assisted Radiology and Surgery 14th International Congress and Exhibition (CARS) 2000 2000.

227. **Ratib O**, Amato C, Balbona J, Boots K, Valentino D. "Computer Design and 3D Modeling of Radiology Workstations and Reading Rooms." Conference: Computer Assisted Radiology and Surgery 14th International Congress and Exhibition (CARS) 2000 2000.

228. **Ratib O**, Dahlbom M, Allada V, Sinha US, Menhardt W, Hunt K. "Design of Multimodality Cardiac Review and Conferencing Workstation." Conference: RSNA 2000 86th Scientific Assembly and Annual Meeting 2000.

229. **Ratib O**, Amato CL, Balbona JA, Li M, Smith D, Weitz P. "Functionally-tailored Design of Workstations and Radiology Reading Rooms for Multipurpose Clinical Tasks." Conference: RSNA 2000 86th Scientific Assembly and Annual Meeting 2000.

230. **Ratib O**, Kho H, McCoy JM, Konishi RR, Yu R. "New Architecture of Integrated Information Systems in the Design of a New Filmless and Paperless Hospital." Conference: RSNA 2000 86th Scientific Assembly and Annual Meeting 2000.

231. **Ratib O**, Dahlbom M, Sinha U, Thompson L. "Real Time Monitoring of Ultrasound Procedures Using Web-based Video Technology." Conference: RSNA 2000 2000.

232. Zaragoza EJ, **Ratib O**. "Authoring and Presentation of Multimedia Clinical Conferences Using Portable Document Format (PDF)." Conference: RSNA 2000 86th Scientific Assembly and Annual Meeting 2000.

233. Didier D, **Ratib O**. "MR Angiography (MRA) of Thoracic Great Vessels:  An Interactive Teaching Tour with Dynamic MRA." Conference: RSNA 2001 2001.

234. **Ratib O**, Allada V, Dahlbom M, Menhardt W, Hunt K. "Multimedia cardiac workstation for case reviews and multi-disciplinary conferences." Conference: ECR 2001 2001.

235. **Ratib O**, Kho H, Yu R, McCoy M. "Integrated healthcare information system in the design of a new filmless and paperless hospital." Conference: ECR 2001 2001.

236. **Ratib O**, McCoy M, Li M, Brown A. "Use of Hand-held Wireless Devices for Navigation and Retrieval of Image and Medical Data Displayable on High Resolution Network Appliances." Conference: RSNA 2001 2001.

237. **Ratib O**, Allada V, Dahlbom M, Yuan M, Pede P, Lapstra L. "Multi-modality Workstation Designed for Improving Multidisciplinary Clinical Conferences." Conference: RSNA 2001 2001.

238. **Ratib O**, Gomes A, Boechat MI, Hooshi P, Panigrahy A. "Volume-rendering and 3D Navigation of Cardiac MRA in Congenital Heart Disease: An Interactive Teaching File." Conference: RSNA 2001 2001.

239. Rosset A, **Ratib O**, Martins M, Minkner K, Dfouni N, Bianchi MP, Noomane M, Garcia J. "Integration of a ultimedia Teaching and Reference Database in a PACS Environment." Conference: RSNA 2001 2001.

240. Didier D, **Ratib O**. "MR Angiography (MRA) of Abdominal Great Vessels: An Interactive Teaching Tour with Dynamic MRA." Conference: Radiological Society of North America 2002 2002.

241. **Ratib O**, Dahlbom M, Lapstra L, Fine I, Allada V. "Intergrated Platform for Authoring and Presentation of Multimedia Clinical Rounds Using Analog and Digital Imaging Data Source." Conference: Radiological Society of North America 2002 2002.

242. **Ratib O**, Terwilliger P, McCoy M, Lapstra L, Enzmann D. "Application Service Provider (ASP) Financial Model for Off-Site PACS Archiving." Conference: Radiological Society of North America 2002 2002.

243. **Ratib O**, Dahlbom M, Aberle D, Goldin J, Lu DS, McGill R. "Design of a Hybrid DICOM Compliant DVD for Providing Patients with Results of Radiological Procedures." Conference: Radiological Society of North America 2002 2002.

244. **Ratib O**, Gomes A, Child J, Gurvitz M. "Clinical Applications of 3D Volume Rendering of Cardiovascular MR Angiography in Adult Congenital Heart Disease." Conference: Radiological Society of North America 2002 2002.

245. **Ratib O**, Amato C, McGill R, Balbona J, Dahlbom M, McCoy M. "Functional and Ergonomic Analysis and Computer Modeling of Clinical Conferenceing Rooms in Digital and Filmless Environment." Conference: Radiological Society of North America 2002 2002.

246. **Ratib O**, Liu B, Kho H, Tao W, Wang C, McCoy M. "Data Migration of Generations of Legacy PACS Systems." Conference: Radiological Society of North America 2002 2002.

247. Schiepers C, Brown M, Dahlbom M, Rogers S, McNitt-Gray M, Phelps M, **Ratib O**, Czernin J. "Combining PET and CT: Comparison of Lung Lesion Volume Revisited." Conference: The 49th Society of Nuclear Medicine 2002:306P.

248. Dahlbom M, Schiepers C, **Ratib O**, Czernin J. "Quantitation of Activity Concentration in Small Lesion Volumes Using PET/CT." Conference: Society of Nuclear Medicine 50th Annual Meeting 2003.

249. Dahlbom M, Schiepers CS, **Ratib O**, Czernin J, Phelps ME. "Comparison of Image and Lesion Noise Between a 3D LSO PET/CT and a 2D BGO PET System." Conference: Society of Nuclear Medicine 50th Annual Meeting 2003.

250. Dahlbom M, Selva L, Schiepers C, **Ratib O**, Czernin J. "Estimation of Relative PET System Sensitivity based on Image Noise." Conference: IEEE Nuclear Science Symposium 2003;October 2003.

251. Delavelle J, Didier D, **Ratib O**. "MR Angiography (MRA) of Cervical and Cerebral Vessels: An Interactive Teaching Tour with Dynamic MRA." Conference: RSNA 2003 2003.

252. Halpern B, Dahlbom M, Vranjesevic D, **Ratib O**, Schiepers C, Silverman DH, Waldherr C, Quon A, Czernin J. "LSO-PET/CT Whole Body Imaging in 7 Minutes: Is it Feasible?" Conference: Society of Nuclear Medicine 50th Annual Meeting 2003.

253. Halpern B, **Ratib O**, Waldherr C, Schiepers C, Silverman D, Phelps M, Czernin J. "Central Venous Catheters and Pacemakers Can Cause Focal FDG Artifacts on CT Based Corrected PET Images." Conference: RSNA 2003 2003.

254. Halpern B, Dahlbom M, Waldherr C, Vranjesevic D, **Ratib O**, Schiepers C, Silverman D, Quon A, Czernin J. "LSO-PET/CT Whole Body Imaging in 7 Minutes - Is is Feasible?" Conference: RSNA 2003 2003.

255. Halpern B, Dahlbom M, Schiepers C, Silverman D, **Ratib O**, Czernin J. "A Novel Ultrafast PET/CT Imaging Protocol." Conference: RSNA 2003 2003.

256. Lee J, Ragauskayt Y, Villablanca P, **Ratib O**. "Diagnosis, Characterization and Treatment Planning of Cerbral Aneurysm Using Three-Dimensional CT Angiography: A Case-Based Presentation." Conference: RSNA 2003 2003.

257. Panigraphy A, Quon A, Yap CS, Czernin J, **Ratib O**, Boechat MI. "Combined Positron Emmission-Tomography and Computed-Tomography (PET/CT) Imaging of Pediatric Oncologic Disease: Initial Experience." Conference: RSNA 2003 2003:322.

258. Quon A, Bash S, Halpern B, **Ratib O**, Silverman DH, Czernin J. "Thyroidal FDG Uptake is Rare and Not Affected by Serum TSH Levels." Conference: Society of Nuclear Medicine 50th Annual Meeting 2003.

259. **Ratib O**, Boechat MI, Kovanlikaya A, Gilsanz V. "Palm Bone Age Index." Conference: Society of Pediatric Radiology 2003;33:S91.

260. **Ratib O**, McGill D, Amato C, Balbona J, McCoy M. "Digital Radiology Reading Rooms: From Virtual Design to Real Implementation." Conference: RSNA 2003 2003.

261. **Ratib O**, Liu X, Boechat I, Gilsanz V. "Design and Validation of a Palm-based Bone Age Atlas." Conference: RSNA 2003 2003.

262. **Ratib O**, Liu B, Kho H, Tao W, Wang C, McCoy M. "Data Migration of Generations of Legacy PACS Systems." Conference: RSNA 2003 2003.

263. **Ratib O**, Czernin J, Dahlbom M, Halpern. "Patient Management Workflow with Fast Multimodality PET-CT Scanner." Conference: RSNA 2003 2003.

264. **Ratib O**, Liu X, Boechat I, Gilsanz V. "Palm Bone Age Index System." Conference: RSNA 2003 2003.

265. **Ratib O**, Shiepers C, Yap C, Dahlbom M, Czernin J. "Interactive Multimedia Atlas of PET-CT Studies in Oncology." Conference: RSNA 2003 2003.

266. **Ratib O**, Kho H, Terwilliger PR, McGill R, Enzmann DR. "Application Service Provider (ASP) Financial Models for Off-site PACS Archiving." Conference: RSNA 2003 2003:569.

267. Schiepers C, Czernin J, **Ratib O**, Phelps ME, Dahlbom M. "Lesion Volume Measured with Combined PET/CT and Stand-Alone PET or CT Systems." Conference: Society of Nuclear Medicine 50th Annual Meeting 2003.

268. Schiepers C, Yap CS, Quon A, Giuliano P, Silverman DH, Dahlbom M, Phelps ME, **Ratib O**, Czernin J. "Added Value of PET/CT For Cancer Staging and Lesion Localization." Conference: Annual Congress of the European Association of Nuclear Medicine 2003.

269. Shivkumar K, Swerdlow C, Finn P, **Ratib O**, Cedario D, Valderrabano M, Ji S, Shannon K, Weiss J, Wiener I. "Limitations of Impedance Monitoring During Catheter Ablation of Atrial Fibrillation." Conference: American Heart Association 2003;November 2003.

270. Tao W, **Ratib O**, Kho H, Wang C, Hsu Y, Lee C, McCoy M. "Open Source Portal System to Multiple DICOM Sources." Conference: RSNA 2003 2003.

271. Waldherr C, Giuliano P, Schiepers C, C. E, Halpern B, **Ratib O**, Silverman DH, Phelps ME, Czernin J. "Added Value of PET/CT Over PET and CT for Evaluating Patients With Aggressive Lymphoma Prior to Autologous Stem Cell Transplantation: Preliminary Results." Conference: Society of Nuclear Medicine 50th Annual Meeting 2003.

272. Waldherr C, Giuliano PD, Schiepers C, Quon A, **Ratib O**, Czernin J. "CT, PET and PET/CT for Predicting the Outcome of Lymphoma Patients." Conference: RSNA 2003 2003:657.

273. Yap CS, Quon A, Schiepers C, Dahlbom M, **Ratib O**, Czernin J. "Additional Value of PET CT over PET for Cancer Staging and Lesion Localization." Conference: RSNA 2003 2003:487.

274. Yeom KW, Quon A, Yap CS, **Ratib O**, Czernin J, Lufkin RB. "Evaluation of PET/CT Fusion Imaging in Non-Squamous Cell Tumors of the Head and Neck." Conference: RSNA 2003 2003:552.

275. Boonn, W.W., **O. Ratib**, K.M. Siddiqui, and W.M. Tellis, Advances in Mobile Computing in Radiology, in RSNA Annual Meeting, RSNA, Editor. 2004: Chicago, IL. p. 860.

276. Halpern, B.S., M. Dahlbom, B.J. Fueger, C. Schiepers, **O. Ratib**, and J. Czernin, Influence of Imaging Time on Lesion Dectectability in Obese Patients: An LSO- PET/CT Study, in RSNA Annual Meeting, RSNA, Editor. 2004: Chicago, IL. p. 560.

277. Halpern, B.S., B.J. Fueger, W.A. Weber, C. Schiepers, **O. Ratib**, and J. Czernin, Pre-surgical Comparison of PET, Integrated PET/CT and Software Image Fusion in Patients with Non-Small Cell Lung Cancer, in RSNA Annual Meeting, RSNA, Editor. 2004: Chicago, IL. p. 647.

278. **Ratib, O.**, M. Allen-Auerbach, A. Quon, T.L. Obrzut, and J. Czernin, Comparison between Hardware and Software Fusion of PET and PET/CT for Staging of Patients with Lymphoma, in RSNA Annual Meeting, RSNA, Editor. 2004: Chicago, IL. p. 372.

279. **Ratib, O.**, C.L. Amato, R.D. McGill, J.A. balbona, and M. Mc Coy, Ergonomic and Workflow Design of Digital Operating Rooms and Interventional Suites, in RSNA Annual Meeting, RSNA, Editor. 2004: Chicago, IL. p. 731.

280. **Ratib, O.**, A. Rosset, and L. Spadola, Navigating the Fifth Dimension - Innovative Interface for Multi-dimensional Multi-modality Image Navigation, in RSNA Annual Meeting, RSNA, Editor. 2004: Chicago, IL. p. 818.

281. Rosset, A., L. Spadola, and **O. Ratib**, Meging Imaging Modalities: Practical Applications, in RSNA Annual Meeting, RSNA, Editor. 2004: Chicago, II. p. 170.

282. Rosset, A., L. Spadola, and **O. Ratib**, OSIRIX: Multimodality Open Source Image Display and Navigation Software, in RSNA Annual Meeting, RSNA, Editor. 2004: Chicago, IL. p. 817.

283. Spadola, L., **O. Ratib**, A. Rosset, and M.I. Boechat, 3D MRA in Congenital Heart Disease: An Interactive Multiplatform Teaching File, in RSNA Annual Meeting, RSNA, Editor. 2004: Chicago, IL. p. 761.

284. Lee, J. and **O. Ratib**. MR imaging of aortic coarctation. in RSNA Annual Meeting. 2005. Chicago, IL

285. Lemke, H.U., **O. Ratib**, and S.C. Horii. Workflow in the OR: review of Arrowhead 2004 Seminar on Imaging and Informatics. in SPIE 2005 Conference on Medical Imaging- PACS and Imaging Informatics. 2005. San Diego

286. Masterson, K., J. Delavelle, **O. Ratib**, and D. Didier. Computed Tomographic Angiography (CTA) of cervical and cerebral vessels: an interactive teaching tour with dynamic CTA. in RSNA Annual Meeting. 2005. Chicago, IL

287. Morita, M.M. and **O. Ratib**. Ergonomic design in the OR: information technologies. in SPIE 2005 Conference on Medical Imaging- PACS and Imaging Informatics. 2005. San Diego

288. Pysher, L., A. Rosset, J. Heuberger, and **O. Ratib**. MIRC-compliant authoring tool for multi-dimensional and volumetric data preparation. in RSNA Annual Meeting. 2005. Chicago, IL

289. **Ratib, O.**, M. Morita, C. Amato, R. McGill, R. Plummer, and J. Balbona. Workflow and ergonomic design of imaging informatics equipment in operating rooms. in RSNA Annual Meeting. 2005. Chicago, IL

290. **Ratib, O.** and A. Rosset. General consumer communication tools for improved image management and communication in medicine. in SPIE 2005 Conference on Medical Imaging- PACS and Imaging Informatics. 2005. San Diego

291. **Ratib, O.**, A. Rosset, M. Dahlbom, and J. Czernin. Navigating the fifth dimension: new concepts in interactive multimodality and multidimensional image navigation. in SPIE 2005 Conference on Medical Imaging- PACS and Imaging Informatics. 2005. San Diego

292. Rosset, A., L. Pysher, J. Heuberger, and L. Spadola. OsiriX software: volume rendering DICOM software for 4D datasets (cardiac-CT) and image fusion datasets (PET-CT). in RSNA Annual Meeting. 2005. Chicago, IL

293. Rosset, A. and **O. Ratib**. New GRID-computing platforms for high performance multi-dimensional and multimodality image rendering. in SPIE 2005 Conference on Medical Imaging- PACS and Imaging Informatics. 2005. San Diego

294. Rosset, A. and **O. Ratib**. OSIRIX: open source multimodality image navigation software. in SPIE 2005 Conference on Medical Imaging- PACS and Imaging Informatics. 2005. San Diego, California

295. Rosset, A., **O. Ratib**, J. Heuberger, and R. Kehrer. Low cost interactive teleradiology using iChat instant messaging. in RSNA Annual Meeting. 2005. Chicago, IL

296. Rosset, A., **O. Ratib**, J. Heuberger, and W. Yang Tao. How to integrate your personal computer in a PACS environment. in RSNA Annual Meeting. 2005. Chicago, IL

297. Sanchez, M., A. Janicka, M.I. Boechat, V. Gilsanz, and **O. Ratib**. Portable software for interactive bone-age assessment. in RSNA Annual Meeting. 2005. Chicago, IL

298. Spadola, L., A. Rosset, K. Motamedi, and **O. Ratib**. Color fusion: an effective technique for image visualization in a variety of clinical applications. in SPIE 2005 Conference on Medical Imaging- PACS and Imaging Informatics. 2005. San Diego

299. Albrecht, S., R. Miralbell, H. Zaidi, D. Soloviev, H. Vees, **O. Ratib**, and F. Buchegger. 11C-acetate PET in the early work-up of prostate cancer relapse after initial radiotherapy or radical surgery. in 93ème Congrès Annuel SGR-SSR - 29ème Congrès Annuel SSRP - 7ème Congrès Annuel SSMN. 2006. Lausanne

300. Masterson, K., J. Delavelle, D. Didier, and **O. Ratib**. Computed tomographic angiography (CTA) of cervical and cerebral vessels: an interactive teaching tour with dynamic CTA. in 93ème Congrès Annuel SGR-SSR - 29ème Congrès Annuel SSRP - 7ème Congrès Annuel SSMN. 2006. Lausanne

301. Merlini, L., L. Spadola, **O. Ratib**, P. Bugman, M. Anooshiravani, and S. Hanquinet. Imaging of Female Pediatric Pelvis: an Interactive Teaching File. in RSNA 2006, 92nd Scientific Assembly and Annual Meeting. 2006. Chicago, IL, USA

302. **Ratib O.** Non invasive methods for vessel imaging: potentials of MRI and CT-scan. in 12th International Local Drug Delivery meeting & cardiovascular course on Revascularization & molecular strategies. 2006. Geneva, Switzerland

303. **Ratib O.** Osirix: An open source platform for advanced multimodality medical imaging. in ITI 4th international Conference on Information and Communications Technology 2006. 2006. Cairo, Egypt

304. **Ratib O.**, A. Rosset, and J. Heuberger. Hierarchical storage of large volume of multidetector CT data using distributed servers. in Medical Imaging. 2006. San Diego, CA

305. **Ratib O.**, S.G. Ruehm, and D. Didier. Cardiac and Coronary CTA: An Interactive Atlas. in RSNA 2006, 92nd Scientific Assembly and Annual Meeting. 2006. Chicago, USA

306. Rosset, A., A. Garcia, J. Heuberger, D. Bandon, J.-P. Vallée, and **O. Ratib**. Open Source Image Management System for Research and Multicentric Trials. in RSNA 2006, 92nd Scientific Assembly and Annual Meeting. 2006. Chicago, IL, USA

307. Rosset, A., L. Pysher, L. Spadola, and **O. Ratib**. Navigating the Fifth Dimension: Innovative Interface for Multidimensional Multimodality Image. in RSNA 2006. 2006. Chicago, USA

308. Rosset, A., **O. Ratib**, and J. Heuberger. Peer-to-peer architecture for multidepartmental distributed PACS. in Medical Imaging. 2006. San Diego, CA

309. Steiner, C.H., J.-P. Willi, P. Parvex, E. Girardin, and **O. Ratib**. Renals scars evolution after pyelonephritis in children: a longitudinal study. in 93ème Congrès Annuel SGR-SSR - 29ème Congrès Annuel SSRP - 7ème Congrès Annuel SSMN. 2006. Lausanne

310. Karaka, S., S. Albrecht, **O. Ratib**, N. Murith, B. Walpoth, and A. Kalangos. Rôle de la Tomographie par Emission de Positrons au [18]F-fluorodeoxyglucose associé au scanner CT pour le diagnostic précoce d'infection de greffes vasculaires: résultats préliminaires. in XXIIème Congrès de la société de Chirurgie Vasculaire de langue française. 2007. Lyon, France

311. Mhiri, L., D. Didier, R. Nkoulou, P. Croisille, J.-P. Vallée, F. Mach, **O. Ratib**, and T.H. Schindler. Non-Invasive stress testing of myocardial perfusion defects: Head-to-head comparison of thallium-201 SPECT to MRI perfusion. in EANM 2007. 2007. Copenhagen, Denmark

312. Nkoulou, R., L. Mhiri, C. Steiner, P. Croisille, J.-P. Vallée, D. Didier, F. Mach, **O. Ratib**, et al. Sixty-four slice CT spiral coronary angiography does not predict down-stream hemodynamic effects of epicardial lesions in patients with complex mutlivessel CAD. in EANM 2007. 2007. Copenhagen Denmark

313. **Ratib, O.** Imaging and functional assessment of the aortic valve. in 14th International Local Drug Delivery Meeting and Cardiovascular Course on revascularization & Molecular strategies. 2007. Geneva, Switzerland

314. **Ratib, O.** Imaging based assessment of myocardial function and cardiac repair. in 14th International Local Drug Delivery Meeting and Cardiovascular Course on revascularization & Molecular strategies. 2007. Geneva, Switzerland

315. **Ratib, O.** PACS: Recipes for understanding and dealing with the new challenges. in European Congress of Radiology ECR 2007. 2007. Vienna, Austria

316. **Ratib, O.**, S.G. Ruehm, and D. Didier. Cardiac CTA: an interactive atlas. in Congrès Annuel SGR-SSR SGNM-SSMN 2007. 2007. Basel, Schweiz

317. **Ratib, O.**, T.H. Schindler, J.P. Willi, A. Rosset, P. Croisille, J.-P. Vallée, and D. Didier. Cardiac PET-CT new perspectives and new challenges. in Congrès Annuel SGR-SSR SGNM-SSMN 2007. 2007. Basel, Schweiz

318. Rosset, A., A. Garcia, J. Heuberger, C. Girard, D. Bandon, J.-P. Vallée, and **O. Ratib**. OSIRIX Server: Open source extension to PACS. in European Radiology 2007

319. Rosset, A., J. Heuberger, and **O. Ratib**. Is Open-Source PACS/Viewer a viable solution? in Congrès Annuel SGR-SSR SGNM-SSMN 2007. 2007. Basel, Schweiz

320. Schindler, T.H., J.O. Prior, X.L. Zhang, **O. Ratib**, F. Mach, G. J., and H.R. Schelbert. Coronary artery calcification is associated with myocardial blood flow heterogeneity in subclinical type-2 diabetes mellitus. in Assemblée Annuelle commune de la Société Suisse de Cardiologie. 2007. Genève, Suisse

321. Schindler, T.H., X.L. Zhang, **O. Ratib**, R. Lerch, F. Mach, M. Dahlbom, and H.R. Schelbert. Diagnostic value of global and longitudinal myocardial flow responses to sympathetic stress for identification of abnormal coronary vasomotor function. in Assemblée Annuelle commune de la Société Suisse de Cardiologie. 2007. Genève, Suisse

322. Steiner, C., O. Berrebi, H. Vees, S. Albrecht, **O. Ratib**, R. Miralbell, and F. Buchegger. 18F-fluorocholine PET-CT for the planning of salvage radiotherapy FET PET in prostate cancer patients presenting biochemical recurrence. in Congrès Annuel SGR-SSR SGNM-SSMN 2007. 2007. Basel, Schweiz

323. Zaidi, H., F. Schoenahl, and **O. Ratib**. Geneva PET/CT facility: Design considerations and performance characteristics of two commercial (biograph 16/64) scanners. in EANM 2007. Copenhagen, Denmark

324. **Ratib, O.** Hybrid PET-CT in Oncology. in USGEB 2008 EPFL, Lausanne, Switzerland

325. Cazaentre, T., F. Morschhauser, M. Wissmeyer, C. Bauters, **O. Ratib**, and H. D. Predictive Factors for Response of Non Hodgkin Lymphomas (NHL) to Radioimmunotheraphy (RIT) Derived from FDG PET. in 9ème congrès annuel SSMN. 2008. St. Gallen, Switzerland

326. Cazaentre, T., N. Rouaix, C. Bauters, M.P. Wissmeyer, **O. Ratib**, and D.H. M. The Role of Chromogranine A (CGA) as Assessed by 125I Radioimmunoassay in the Follow up of Pheochromocytomas (PCC). in 9ème congrès annuel SSMN. 2008. St. Gallen, Switzerland

327. Heuberger, J., **O. Ratib**, A. Rosset, J. Willi, and M. Velazquez. 3-way multimodality image registration for PET-CT and MRI fusion in clinical practice. in ECR 2008 (European Congress of Radiology) 2008. Vienna, Austria

328. Heuberger, J., A. Rosset, and **O. Ratib**. OSIRIX Mobile: Teleradiology Software Running on iPhone. in RSNA 2008. 2008. Chicago, IL, USA

329. Heuberger, J., A. Rosset, and **O. Ratib**. OSIRIX Mobile: Teleradiology Software Running on iPhone. in RSNA 2008. 2008. Chicago, IL, USA

330. Imperiano, H., R. Nkoulou, G. Vincenti, C. Steiner, E. Fleury, G. Ambrosio, F. Mach, **O. Ratib**, et al. Screening of stress-induced myocardial ischemia in a large cohort of diabetic patients. in 9ème congrès annuel SSMN. 2008. St. Gallen, Suisse

331. Imperiano, H., M.P. Wissmeyer, P. Croisille, F. Mocquet, C. Steiner, T.H. Schindler, and **O. Ratib**. Comparison of Cardiac Gated FDG PET and MDCT Global Left Ventricular Function Assessment in Patients with LV Dysfunction. in 9ème congrès annuel SSMN. 2008. St. Gallen, Suisse

332. Nkoulou, R., E. Fleury, G. Vincenti, H. Imperiano, F. Mach, **O. Ratib**, and T.H. Schindler. Motion artifacts are the main limitation of sixty-four slice MDCT angiography in patients with severe ischemic cardiomyopathy. in 9ème congrès annuel SSMN. 2008. St. Gallen, Suisse

333. Nkoulou, R., C. Steiner, G. Vincenti, H. Imperiano, J.-P. Vallée, F. Mach, **O. Ratib**, and T.H. Schindler. Sixty-four slice CT spiral coronary angiography does not predict down-stream haemodynamic effects of epicardial lesions in patients with complex multivessel CAD. in 9ème congrès annuel SSMN. 2008. St. Gallen, Suisse

334. Nkoulou, R., G. Vincenti, I. Foulkes, E. Fleury, C. Steiner, H. Imperiano, F. Mach, **O. Ratib**, et al. Accuracy of Myocardial SPECT for the Detection of Multi Vessel Coronary Artery Disease in Diabetic Patients. in EANM 2008. 2008. Munich, Germany

335. Nkoulou, R., G. Vincenti, C. Steiner, E. Fleury, G. Ambrosio, F. Mach, **O. Ratib**, and T.H. Schindler. Prevalence of Stress-Induced Myocardial Perfusion Defects in a Large Cohort of Diabetic Patients. in EANM 2008. 2008. Munich, Germany

336. Nkoulou, R., G. Vincenti, C. Steiner, E. Fleury, J.-P. Vallée, F. Mach, **O. Ratib**, and T.H. Schindler. Sixty-four slice CT spiral coronary angiography does not predict down-stream haemodynamic effects of epicardial lesions in patients with ischaemic cardiomyopathy. in Journées annuelles de la Société Suisse de Cardiologie. 2008. Bern, BEA

337. Nkoulou, R., G. Vincenti, C. Steiner, E. Fleury, J.-P. Vallée, F. Mach, **O. Ratib**, and T.H. Schindler. Sixty-four slice CT spiral coronary angiography does not predict down-stream haemodynamic effects of epicardial lesions in patients with ischaemic cardiomyopathy. in SNM 2008 Annual Meeting. 2008. New Orleans, LA, USA

338. Nkoulou, R., G. Vincenti, C. Steiner, E. Fleury, J.P. Vallee, F. Mach, **O. Ratib**, and T.H. Schindler. 64 slice CT spiral coronary angiography may not predict down-stream hemodynamic effects of epicardial lesions in patients with eschemic cardiomyopathy. in EANM 2008. 2008. Munich, Germany

339. Nkoulou, R., G. Vincenti, C. Steiner, F. Mach, **O. Ratib**, and T.H. Schindler. Screening of stress-induced perfusion myocardial ischemia in a large cohort of diabetic patients. in SNM 2008 Annual Meeting. 2008. New Orleans, LA, USA

340. Nkoulou, R., G. Vincenti, C. Steiner, J.-P. Vallée, F. Mach, **O. Ratib**, and T.H. Schindler. Sixty-four slice CT spiral coronary angiography does not predict down-stream haemodynamic effects of epicardial lesions in patients with complex multivessel CAD. in 42nd Annual Scientific Meeting of the European Society for Clinical Investigation. 2008. Geneva, Switzerland

341. Nkoulou, R., M. Vincenti, C. Steiner, H. Imperiano, E. Fleury, I. Foulkes, G. Ambrosio, **O. Ratib**, et al. Screening of stress-induced perfusion myocardial ischaemia in a large cohort of diabetic patients. in Journées annuelles de la Société Suisse de Cardiologie. 2008. Bern, BEA

342. Rager, O., J.-F. Viallard, M. Wissmeyer, and **O. Ratib**. Diagnostic Value of Red Blood Mass (RBM) in Differential Diagnosis of Essential Trombocythermia (TE): Initial Results of a Pilot Study. in 9ème congrès annuel SSMN. 2008. St. Gallen, Switzerland

343. **Ratib, O.** Hybrid PET-CT in Oncology. in USGEB 2008. 2008. EPFL, Lausanne, Switzerland

344. **Ratib, O.**, J. Heuberger, and A. Rosset. Remote Teleradiology in Mobile PET-CT Unit. in RSNA 2008. 2008. Chicago, IL, USA

345. **Ratib, O.**, A. Rosset, and J. Heuberger. OSIRIX: An Open Source Extension to PACS. in RSNA 2008. 2008. Chicago, IL, USA

346. **Ratib, O.**, A. Rosset, J. Heuberger, J. Willi, and M. Velazquez. Open-source platform for remote teleradiology in mobile PET-CT unit. in ECR 2008 (European Congress of Radiology) 2008. Vienna, Austria

347. Rosset, A., J. Heuberger, D. Bandon, and **O. Ratib**. OSIRIX: Open-source extension to PACS for multi-modality image analysis. in ECR 2008 (European Congress of Radiology) 2008. Vienna, Austria

348. Rosset, A.R., J. Heuberger, **O. Ratib**, and C.D. Becker. OsiriX 3.0: Open-Source PACS Workstation. in 9ème congrès annuel SSMN. 2008. St. Gallen, Switzerland

349. Schindler, T.H., D. Dorsey, R. Nkoulou, G. Vincenti, F. Mach, and **O. Ratib**. Coronary Vasomotor Function in Postmenopausal Women with Coronary Risk Factors and Long-Term Effects of Hormone Replacement Therapy. in EANM 2008. 2008. Munich, Germany

350. Schindler, T.H., A. Facta, J.O. Prior, X.L. Zhang, J. Sayre, **O. Ratib**, J. Goldin, and H.R. Schelbert. Carotid intima-media thickness, coronary artery calcification and coronary vascular function in asymptomatic type 2 diabetes patients. in 9ème congrès annuel SSMN. 2008. St. Gallen, Suisse

351. Schindler, T.H., A. Facta, X.L. Zhang, G. Vincenti, R. Nkoulou, J. Sayre, **O. Ratib**, F. Mach, et al. Carotid intima-media thickness, coronary artery calcification and coronary vascular function in type 2 diabetes mellitus. in Journées annuelles de la Société Suisse de Cardiologie. 2008. Bern, BEA

352. Schindler, T.H., J. Goldin, G. Vincenti, R. Nkoulou, **O. Ratib**, and H.R. Schelbert. Carotid intima-dedia thickness, coronary artery calcification and coronary vasomotion in asymptomatic type 2 diabetes patients. in SNM 2008 Annual Meeting. 2008. New Orleans, LA, USA

353. Schindler, T.H., B. Hidalgo, O. Pimienta, A. Facta, J. Ramirez, **O. Ratib**, W. Hsueh, and H.R. Schelbert. Angiotensin receptor blockade in patients with impaired glucose tolerance improves coronary vasomotor dysfunction as monitored with PET. in 9ème congrès annuel SSMN. 2008. St. Gallen, Suisse

354. Schindler, T.H., R. Nkoulou, G. Vincenti, **O. Ratib**, R. Lerch, J. Goldin, F. Mach, and H.R. Schelbert. Heterogeneity in myocardial blood flows related to non-obsructive coronary artery calcification in asymptomatic type-2 diabetes mellitus. in 42nd Annual Scientific Meeting of the European Society for Clinical Investigation. 2008. Geneva, Switzerland

355. Schindler, T.H., J.O. Prior, A. Facta, X.L. Zhang, **O. Ratib**, J. Sayre, J. Goldin, and H.R. Schelbert. Heterogeneity in myocardial blood flows related to no-obsructive coronary artery calcification in asymptomatic type-2 diabetes mellitus. in 9ème congrès annuel SSMN. 2008. St. Gallen, Suisse

356. Schindler, T.H., G. Vincenti, R. Nkoulou, **O. Ratib**, R. Lerch, F. Mach, J. Goldin, and H.R. Schelbert. Carotid intima-media thickness, coronary artery calcification and coronary vascular function in asymptomatic type 2 diabetic patients. in 42nd Annual Scientific Meeting of the European Society for Clinical Investigation. 2008. Geneva, Switzerland

357. Vincenti, G., R. Nkoulou, H. Imperiano, C. Steiner, J.P. Vallee, G. Ambrosio, F. Mach, **O. Ratib**, et al. Non-invasive stress testing of myocardial perfusion defects: Head-to-head comparison of thallium-201 SPECT to MRI perfusion. in 9ème congrès annuel SSMN. 2008. St. Gallen, Switzerland

358. Vincenti, G., R. Nkoulou, H. Imperiano, J.-P. Vallée, **O. Ratib**, F. Mach, and T.H. Schindler. Non-invasive stress testing of myocardial perfusion defects: head-to-head comparison of thallium-201 SPECT to MRI perfusion. in 42nd Annual Scientific Meeting of the European Society for Clinical Investigation. 2008. Geneva, Switzerland

359. Vincenti, G.M., R. Nkoulou, H. Imperiano, C. Steiner, J.P. Vallee, G. Ambrosio, F. Mach, **O. Ratib**, et al. Non-invasive stress testing of myocardial perfusion defects: Head-to-head comparison of thallium-201 SPECT to MRI perfusion. in 69° Congresso Nazionale della Società Italiana di Cardiologia. 2008. Roma

360. Vincenti, G.M., R. Nkoulou, H. Imperiano, C. Steiner, J.P. Vallee, G. Ambrosio, **O. Ratib**, F. Mach, et al. Non-invasive stress testing of myocardial perfusion defects: head-to-head comparison of thallium-201 SPECT to MRI perfusion. in European Society of Cardiology congress 2008. 2008. Munich, Germany

361. Vincenti, G.M., R. Nkoulou, J.P. Vallee, G. Ambrosio, F. Mach, **O. Ratib**, and T.H. Schindler. Non-invasive stress testing of myocardial perfusion defects: Head-to-head comparison of thallium-201 SPECT to MRI perfusion. in Annual Scientific Session of the American Society of Nuclear Cardiology 2008. 2008. Boston, MA, USA

362. Willi, J.P., M. Wissmeyer, C. Steiner, S. R., and **O. Ratib**. FDG PET/CT in the evaluation of Carotid Artery Stenosis in Patients with Suspected Cerebrovascular INsult: First Results of a Pilot Study. in 9ème congrès annuel SSMN. 2008. St. Gallen, Switzerland

363. Wissmeyer, M.P., H.M. Bonel, B. Klaeser, P.M. Spanjol, D. Luescher, **O. Ratib**, and T.M. Krause. Quality control of radiosynovectomy (RSO) by SPECT/CT. in SNM 2008 Annual Meeting. 2008. New Orleans, LA, USA

364. Wissmeyer, M.P., H.M. Bonel, B. Klaeser, P.M. Spanjol, D. Luescher, **O. Ratib**, and T.M. Krause. SPECT/Ct for Quality Control of Radiosynovectomy (RSO): Initial Experience. in 9ème congrès annuel SSMN. 2008. St. Gallen, Switzerland

365. Wissmeyer, M.P., B. Roth, B. Klaeser, **O. Ratib**, and T.M. Krause. Detection of Primary Lymphatic Landing Sites (PLS) in Bladder Cancer : Comparison between Manual Overlay of SPECT and CT and Integrated SPECT/CT Acquired on a Hybrid Scanner. in 9ème congrès annuel SSMN. 2008. St. Gallen, Switzerland

366. Wissmeyer, M.P., C. Steiner, P. Croisille, F. Mocquet, H. Imperiano, E. Fleury, T.H. Schindler, and **O. Ratib**. Comparison of cardiac gated FDG PET and MDCT global left ventricular function assessment in patients with LV dysfunction. in SNM 2008 Annual Meeting. 2008. New Orleans, LA, USA

367. Wissmeyer, M.P., C. Steiner, H.J. Vees, H. Zaidi, J.P. Willi, **O. Ratib**, and F. Buchegger. Different evolution of fluorocholine (FCH) uptake in prostate cancer and activated non-specific inguinal lymph nodes (AILN) in dynamic PET/CT. in SNM 2008 Annual Meeting. 2008. New Orleans, LA, USA

368. Bandon, D., J. Heuberger, A. Rosset, P.A. Meche, P. Trolliard, and **O. Ratib**. Standard Interface for Intergration of Open Source PACS Workstation with Legacy RIS. in RSNA 2009, 95th Scientific Assembly and Annual Meeting. 2009. Chicago, IL, USA

369. Belhassen, S., C. Llina Fuentes, A. Dekker, D. De Ruysscher, **O. Ratib**, and H. Zaidi. Comparative methods for 18F-FDG PET-based delineation of target volumes in non-small-cell lung cancer. in SMN 2009 Annual Meeting. 2009. Toronto, Canada

370. Belhassen, S., C. Llina Fuentes, A. Dekker, **O. Ratib**, and H. Zaidi. Comparative methods for 18F-FDG PET-based delineation of target volumes in non-small-cell lung cancer. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

371. Buchegger, F., H. Vees, M. Wissmeyer, C. Steiner, **O. Ratib**, and R. Miralbell. Rating of 18F-Fluorocholine PET/CT in prostate cancer patients in apparent complete remission after curative radiotherapy. in EANM 2009. 2009. Barcelona, Spain

372. Ferrari, S.L., S. Zawadynski, F. Herrmann, T. Chevalley, P. Jullierat, **O. Ratib**, P. Michetti, R. Rizzoli, et al. Decreased Cancellous Bone Microstructure in Young Patients with Inflammatory Bowel Diseases is Related to Serum Levels of the Monokine Induced by Interferon Gamma MIG/CXCL9. in ASBMR 31st Annual Meeting. 2009. Denver, CO, USA

373. Ferrari, S.L., S. Zawadynski, F. Herrmann, S. Ferrari, P. Jullierat, **O. Ratib**, P. Michetti, and R. Rizzoli. Fractures in Young Patients with Inflammatory Bowel Diseases Are Specifically Associated with Decreased Trabecular Molumetric Bone Density and Microstructure. in ASBMR 31st Annual Meeting. 2009. Denver, CO, USA

374. Fleury, E., H. Imperiano, D. Cabral, J. Da Silva, J. Seiler, R. Nkoulou, M. Wissmeyer, Y. Seimbille, T. Schindler and **O. Ratib**. Comparison of measures of left ventricular function from gated SPECT, PET and CT in patients with LV dysfunction. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

375. Klumb, F., D. Bandon, C. Duret, A. Rosset, A. Geissbuhler, and **O. Ratib**. Image-access within operating room based on multi-level strategy. in CARS 2009 Computer Assisted Radiology and Surgery. 2009. Berlin, Germany

376. Masterson, K., R. Kohler, **O. Ratib, O.** Rager, C. Steiner, and M. Becker. PET-CT pitfalls in head and neck pathologies. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

377. Montandon, M.L., F. Assal, M. Allaoua, **O. Ratib**, and H. Zaidi. Anatomically-guided voxel-based partial volume effect correction in brain PET: impact of MRI segmentation. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

378. Mrowczynski, W., A. Rungatscher, F. Buchegger, S. Namy, D. Mugnai, J.-C. Tille, **O. Ratib**, A. Kalangos, et al. Anti-CD34-coated ePTFE vascular grafts: in vivo experimental study. in 5th Swiss Experimental Surgery Symposium. 2009. Fribourg, Switzerland

379. Nkoulou, R., H. Imperiano, G. Vincenti, I. Foulkes, E. Fleury, F. Mach, **O. Ratib**, and T.H. Schindler. Male and female diabetic patients referred for SPECT MPI have different risk profile and MPI results. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

380. Nkoulou, R., P. Keller, G. Vincenti, E. Fleury, M. Roffi, F. Mach, **O. Ratib**, and T.H. Schindler. Utility of 64-slice MDCT coronary angiography in the strategic evaluation of coronary artery bifurcation lesions interventions. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

381. Nkoulou, R., C. Steiner, G. Vincenti, S. Dewarrat, Y. Seimbille, G. Ambrosio, **O. Ratib**, F. Mach, et al. Prevalence of myocardial viability in elderly patients without angina pectoris but with ischamic cardiomyopathy as determined by 201Tl-SPECT and FDG-PET/CT. in Assemblée Annuelle Commune Société Suisse de Cardiologie (SSC). 2009. Lausanne, Switzerland

382. Nkoulou, R., C. Steiner, G. Vincenti, H. Imperiano, Y. Seimbille, F. Mach, **O. Ratib**, and T.H. Schindler. Prevalence of myocardial viability in elderly patients without angina pectoris but with ischemic cardiomyopathy as determined by 201Tl-SPECt and FDG-PET/CT. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

383. Nkoulou, R., G. Vincenti, I. Foulkes, E. Fleury, C. Steiner, H. Imperiano, F. Mach, **O. Ratib**, et al. Accuracy of myocardial SPECT for the detection of multi vessel coronary artery disease in diabetic patients. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

384. Nkoulou, R., G. Vincenti, I. Foulkes, H. Imperiano, E. Fleury, F. Mach, **O. Ratib**, and T.H. Schindler. Real life prevalence of myocardial perfusion defect in truly asymptomatic diabetics as compared to other diabetics referred for SPECT. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

385. Nkoulou, R., G. Vincenti, I. Valenta, G. Ambrosio, Y. Seimbille, F. Mach, **O. Ratib**, and T.H. Schindler. N-13 ammonia PET/CT in the assessment of myocardial flow reserve in myocardial areas with and without regional perfusion defects during vasomotor stress. in SMN 2009 Annual Meeting. 2009. Toronto, Canada

386. Nkoulou, R., G. Vincenti, I. Valenta, C. Steiner, S. Dewarrat, G. Ambrosio, F. Mach, Y. Seimbille, **O. Ratib** and T.H. Schindler. N-13 ammonia PET/CT in the assessment of myocardial flow reserve in myocardial areas with and without regional perfusion defects during vasomotor stress. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

387. Nkoulou, R., G. Vincenti, I. Valenta, C. Steiner, S. Dewarrat, G. Ambrosio, Y. Seimbille, **O. Ratib**, et al. N-13 ammonia PET-CT in the assessment of myocardial flow reserve in myocardial areas with and without regional perfusion defects during vasomotor stress. in Assemblée Annuelle Commune Société Suisse de Cardiologie (SSC). 2009. Lausanne, Switzerland

388. Prasad, R., **O. Ratib**, and H. Zaidi. Implementation of CT-based attenuation correction on a preclinical PET/CT scanner. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

389. **Rager, O**. and E. Tessitore. SPECT-CT Bone scan of the spine to detect pseudarthrosis after lumbar spinal fusion surgery: initial results of a pilot study. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

390. **Ratib, O.** Quantitative Image Analysis Techniques and Parametric Imaging: Does the Computer Tell the Truth? in ECR 2009 European Congress of Radiology. 2009. Vienna, Austria

391. **Ratib, O.**, J. Heuberger, A. Rosset, P. Trolliard, and D. Bandon. Seamless integration of open source PACS workstation with existing legacy RIS. in CARS 2009 Computer Assisted Radiology and Surgery. 2009. Berlin, Germany

392. **Ratib, O.**, C.L. Amato, P. Denicourt, G. Guscetti, and G. Gendre. Modular Insert Units for Efficient Implementation and Exchange of Imaging Suites. in RSNA 2009, 95th Scientific Assembly and Annual Meeting. 2009. Chicago, IL, USA

393. Rosset, A., J. Heuberger, C. Duret, P. Trolliard, D. Bandon, and **O. Ratib**. OsiriX: an open source extension to PACS. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

394. Steiner, C., I. Ihsan, W. Zingg, L.-Z. Kaestli, S. Decosterd, **O. Ratib**, and F. Buchegger. Implanted Central venous port (porth-a-cath) infection study with 18F-FDG PET/CT. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

395. Steiner, C., H. Vees, M. Wissmeyer, A. Chouiter, M. Velazquez, S. Namy, R. Miralbell, **O. Ratib**, et al. Value of combined SPECT/CT lymphoscintigraphy and18F-choline PET/CT in the work-up before pelvic radiotherapy treatment planning for prostate cancer. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

396. Steiner, C., H. Vees, M. Wissmeyer, A. Chouiter, M. Velazquez, S. Namy, R. Miralbell, **O. Ratib**, et al. Value of combined SPECT/CT lymphoscintigraphy and 18F-choline PET/CT in the work-up before pelvic radiotherapy treatment planning for prostate cancer. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

397. Valenta, I., G. Vincenti, R. Nkoulou, S. Dewarrat, Y. Seimbille, F. Mach, **O. Ratib**, and T.H. Schindler. PET-measured hyperemic, longitudinal myoardial flow gradient in individuals with cardiovascular risk and without or with epicardial artery calcification. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

398. Valenta, I., G. Vincenti, R. Nkoulou, Y. Seimbille, F. Mach, and **O. Ratib**. PET-measured hyperemic, longitudinal myocardial blood flow gradient in cardiovascular risk individuals without and with epicardial artery calcification. in SMN 2009 Annual Meeting. 2009. Toronto, Canada

399. Valenta, I., G. Vincenti, R. Nkoulou, C. Steiner, S. Dewarrat, Y. Seimbille, **O. Ratib**, F. Mach, et al. PET-measured hyperaemic, longitudinal myocardial flow gradient in individuals with cardiovascular risk but with or without coronary artery calcification. in Assemblée Annuelle Commune Société Suisse de Cardiologie (SSC). 2009. Lausanne, Switzerland

400. Valenta, I., G. Vincenti, R. Nkoulou, A. Quercioli, S. Dewarrat, Y. Seimbille, F. Mach, **O. Ratib**, et al. PET-measured hyperemic, longitudinal myocardial flow gradient in cardiovascular risk individuals with or without coronary artery calcification. in EANM 2009. 2009. Barcelona, Spain

401. Vees, H., R. Miralbell, M. Wissmeyer, C. Steiner, **O. Ratib**, and F. Buchegger. Evaluation of 18F-fluorocholine 3-phase PET/Ct in prostate cancer patients in complete remission after curative radiotherapy. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

402. Vees, H., R. Miralbell, M. Wissmeyer, C. Steiner, **O. Ratib**, and F. Buchegger. Evaluation of 18F-Fluorocholine 3-phase PET/CT in prostate cancer patients in complete remission after curative radiotherapy. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

403. Vincenti, G., R. Nkoulou, C. Steiner, H. Imperiano, G. Ambrosio, F. Mach, J.P. Vallee, **O. Ratib**, et al. Head-to-head comparison of thallium-201 SPECT and magnetic resonance imaging (MRI) myocardial perfusion in the detection of epicardial flow-limiting artery

lesions. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

404. Vincenti, G., R. Nkoulou, I. Valenta, G. Ambrosio, F. Mach, Y. Seimbille, **O. Ratib**, and T.H. Schindler. Diagnostic value of semiquantitative and quantitative evaluation of PET/CT-measured myocardial perfusion for the identification of flow-limiting epicardial stenosis. in SMN 2009 Annual Meeting. 2009. Toronto, Canada

405. Vincenti, G., R. Nkoulou, I. Valenta, E. Harsch, Z. Pataky, A. Golay, S. Dewarrat, G. Ambrosio, Y. Seimbille, F. Mach, **O. Ratib** and T.H. Schindler. Relationship between coronary circulatory dysfunction in mofbidly obese patients as determined by 13N-ammonia PET/CT and DXA-measured body fat content. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

406. Vincenti, G., R. Nkoulou, I. Valenta, E. Harsch, Z. Pataky, A. Golay, S. Dewarrat, G. Ambrosio, Y. Seimbille, **O. Ratib**, F. Mach and T.H. Schindler. Relationship between coronary circulatory dysfunction in morbidly obese patients as determined by 13N-ammonia PET/CT and DXA-measured body fat content. in Assemblée Annuelle Commune Société Suisse de Cardiologie (SSC). 2009. Lausanne, Switzerland

407. Vincenti, G., R. Nkoulou, I. Valenta, C. Steiner, S. Dewarrat, G. Ambrosio, Y. Seimbille, **O. Ratib**, et al. Diagnostic value ofsemiquantitative and quantitative evaluation of PeT/CT-measured myocardial perfusion for the identification of flow-limiting epicardial stenosis. in Assemblée Annuelle Commune Société Suisse de Cardiologie (SSC). 2009. Lausanne, Switzerland

408. Vincenti, G., R. Nkoulou, I. Valenta, C. Steiner, S. Dewarrat, H. Imperiano, G. Ambrosio, Y. Seimbille, F. Mach, **O. Ratib** and T.H. Schindler. Diagnostic value of semiquantitative and quantitative evaluation of PET/CT-measured myocardial perfusion for the identification of flow-limiting epicardial stenosis. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

409. Wang, H., H. Vees, R. Miralbell, M. Wissmeyer, C. Steiner, **O. Ratib**, S. S., and H. Zaidi. 18F-fluorocholine PET-guided target volume delineation techniques for partial volume reirradiation in local recurrent prostate cancer. in EANM 2009. 2009. Barcelona, Spain

410. Weber, D.C., H. Wang, L. Cozzi, G. Dipasquale, H.G. Khan, **O. Ratib**, M. Rouzaud, H. Vees, et al. Rapidarc, intensity Modulated Photon And Proton Techniques For Recurrent Prostate Cancer After Radiotherapy: A Treatment Planning Comparison Study. in ASTRO 2009 (American Society for Therapeutic Radiology and Oncology) 51st Annual Meeting. 2009. Chicago, IL, USA

411. Willi, J.P., L. Merlini, C. Combescure, O. Rager, H. Imperiano, and **O. Ratib**. What is the utility of bone scans today compared to MRI in the diagnosis of Perthes disease? in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

412. Wissmeyer, M., M. Moulin-Sallanon, H. Zaidi, M. Boehnert, C. Pastor, **O. Ratib**, and P. Millet. Kinetic modelling of hepatic function in rats using a dedicated small-animal SPECT: Initial experience. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

413. Wissmeyer, M., M. Moulin-Sallanon, H. Zaidi, M. Boehnert, C. Pastor, **O. Ratib**, and P. Millet. Kinetic modelling of hepatic function in rats using a didicated smal-animal SPECT: Initial experience. in SMN 2009 Annual Meeting. 2009. Toronto, Canada

414. Wissmeyer, M., A.-B. Zorzini, D. Crook, C. Steiner, H. Zaidi, M. Allaoua, J.P. Willi, and **O. Ratib**. Standardized SUVmean method in FDG PET/CT: Initial experience in squamous cell carcinoma (SCC) of the head and neck. in SMN 2009 Annual Meeting. 2009. Toronto, Canada

415. Zorzini, A.-B., D. Crook, C. Steiner, H. Zaidi, M. Allaoua, J.P. Willi, **O. Ratib**, and M. Wissmeyer. Standardized SUV mean method in FDG PET/CT: Initial experience in Squamous Cell Carcinoma (SCC) of the head and neck. in 10ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2009. Genève, Switzerland

416. Buchegger, F., **O. Ratib**, J.P. Willi, C. Steiner, Y. Seimbille, V. Graf, R. Peter, and M. Jung. Functional PET of striate muscle activity with 11C-acetate, first results in hip artroplasty patients. in 11ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2010. Lugano, Switzerland

417. Ferrari, S.L., S. Zawadynski, F. Herrmann, T. Chevalley, P. Jullierat, **O. Ratib**, P. Michetti, and R. Rizzoli. Alterations of bone microarchitecture in young patients with inflammatory bowel diseases are associated with fracture risk during growth. in IOF World Congress on Osteoporosis & 10th European Congress on Clinical and Economic Aspects of Osteoporosis and Osteoarthritis. 2010. Florence, Italie

418. Garibotto, V., H. Imperiano, L. Luong Trinh, A.-B. Zorzini, **O. Ratib**, and M. Wissmeyer. Lesion detectability on 18F-Fluoro DOPA PET/CT studies of neuroendocrine tumors: Which contrast-enhanced CT series are most useful? in 11ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2010. Lugano, Switzerland

419. Ghafarian, P., S.M. Aghamiri, M.R. Ay, B. Fallahi, A. Rahmim, T.H. Schindler, **O. Ratib**, and H. Zaidi. Coronary calcium score scan-based attenuation correction in cardiovascular PET imaging. in 10th Congress of the World Federation of Nuclear Medicine and Biology (WFNMB 2010). 2010. Cape Town, South Africa, 18-23 September 2010

420. Ghafarian, P., S.M.R. Aghamiri, M.R. Ay, A. Rahmim, T. Schindler, **O. Ratib**, and H. Zaidi. Impact of metal artifact reduction on cardiac FDG-PET/CT studies in the presence of pacemaker and implantable cardio verter defibrillator leads. in Iranian Journal of Nuclear Medicine. 2010

421. Guignard, R., I. Gambone, J.P. Willi, and **O. Ratib**. Medico-economic issues of PET-CT: Cost-volume-profit analysis for a mobile facility of hybrid imaging system. in 11ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2010. Lugano, Switzerland

422. Guignard, R., I. Gambone, J.P. Willi, and **O. Ratib**. Analyse coût-volume-profit d'une unité mobile d'imagerie TEP-TDM. in 48ème colloque de médecine nucléaire de langue française. 2010. Nice, France

423. Imperiano, H., N. Casanova, V. Garibotto, H. Wang, T. Zilli, H. Zaidi, R. Miralbell, Y. Popowski, **O. Ratib**, M. Wissmeyer and H. Vees. Impact of FDG PET/CT on GTV delineation of recurrent or post-surgical residual gynaecologic cancer. in 11ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2010. Lugano, Switzerland

424. Imperiano, H., V. Garibotto, A.-B. Zorzini, C. Steiner, **O. Ratib**, and M. Wissmeyer. Limited added value of delayed FDG PET/CT images in the differential diagnosis of pulmonary lesions in patients with a high prevalence of active inflammations. in 11ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2010. Lugano, Switzerland

425. Masterson, K., O. Rager, R. Kohler, M. Wissmeyer, **O. Ratib**, and M. Becker. MR/PET image fusion: feasibility and utility in the loco-regional assessment of head and neck cancer. in 11ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2010. Lugano, Switzerland

426. Prasad, R., **O. Ratib**, and H. Zaidi. Performance evaluation of the FLEX Triumph™ PET-CT scanner using the newly developed NEMA NU-04 2008. in 11ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2010. Lugano, Switzerland

427. Quercioli, A., Z. Pataky, G. Vincenti, F. Montecucco, Y. Seimbille, E. Bobbioni-Harsch, A. Golay, F. Mach and **O. Ratib**. Relationship between increasing body weight, insulin resistance, monocyte chemotactic protein-1, adipocytokines and coronary circulatory function. in SNM 2010 Annual Meeting. 2010. Salt Lake City, USA

428. Quercioli, A., Z. Pataky, G.M. Vincenti, F. Montecucco, Y. Seimbille, E. Harsch, A. Golay, F. Mach, **O. Ratib** and Schindler. Relationship between increasing body weight, insulin resistance, monocyte chemotactic protein-1, adopocytokines and coronary circulatory function. in Assemblée Annuelle Commune Société Suisse de Cardiologie (SSC). 2010. St-Gall, Suisse

429. Quercioli, A., G.M. Vincenti, R. Nkoulou, S. Dewarrat, Y. Seimbille, **O. Ratib**, F. Mach, and T.H. Schindler. Coronary circulatory dysfunction is associated with diastolic dysfunction in

individuals at cardiovascular risk. in 11ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2010. Lugano, Switzerland

430. Quercioli, A., G.M. Vincenti, R. Nkoulou, S. Dewarrat, Y. Seimbille, **O. Ratib**, F. Mach, and T.H. Schindler. Coronary circulatory dysfunction is associated with diastolic dysfunction in individuals at cardiovascular risk. in Assemblée Annuelle Commune Société Suisse de Cardiologie (SSC). 2010. St-Gall, Suisse

431. Quercioli, A., G.M. Vincenti, R. Nkoulou, S. Dewarrat, Y. Seimbille, **O. Ratib**, F. Mach, and T.H. Schindler. Coronary circulatory dysfunction is associated with diastolic dysfunction in individuals at cardiovascular risk. in 59th Annual Meeting of the American College of Cardiology (ACC). 2010. Atlanta, Georgia, USA

432. Quercioli, A., G.M. Vincenti, R. Nkoulou, S. Dewarrat, Y. Seimbille, **O. Ratib**, F. Mach, and T.H. Schindler. Coronary circulatory dysfunction is associated with diastolic dysfunction in individuals at cardiovascular risk. in 16th Cardiovascular Research & Clinical Implications Meeting. 2010. Murten, Switzerland

433. **Ratib, O.,** M. Becker, J.P. Vallee, P. Loubeyre, O. Rager, V. Garibotto, C. Steiner, J.P. Willi, et al. First results of hybrid whole body PET-MRI scanner in oncology. in 11ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2010. Lugano, Switzerland

434. **Ratib, O.,** M. Becker, J.P. Vallee, P. Loubeyre, M. Wissmeyer, J.P. Willi, C. Steiner, O. Rager, et al. Whole body PET-MRI scanner: First experience in oncology. in SNM 2010 Annual Meeting. 2010. Salt Lake City, USA

435. **Ratib, O.,** J.P. Willi, M. Wissmeyer, C. Steiner, M. Allaoua, V. Garibotto, O. Rager, H. Zaidi, et al. Clinical application of whole-body hybrid PET-MR scanner in oncology. in EANM 2010. 2010. Vienna, Austria

436. Vincenti, G.M., A. Quercioli, H. Zaidi, R. Nkoulou, S. Dewarrat, O. Rager, G. Ambrosio, Y. Seimbille, F. Mach, **O. Ratib** and T.H. Schindler. Non-invasive evaluation of myocardial perfusion and coronary morphology with 13N-ammonia PETCT: First experience with retrospective gating and ECG-pulsing low-dose CT-angiography. in 11ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. 2010. Lugano, Switzerland

437. Wissmeyer, M., M. Betz, J.R. Vock, H. Zaidi, F. Buchegger, H. Vees, R. Miralbell, and **O. Ratib**. Different algorithms for automatic FDG pET/CT based biological target volume (BTV) delineation in patients with oesophageal cancer. in SNM 2010 Annual Meeting. 2010. Salt Lake City, USA

438. Wissmeyer, M., H. Imperiano, V. Garibotto, A.-B. Zorzini, C. Steiner, and **O. Ratib**. Limited added value of delayed FDG PET images in the differential diagnosis of pulmonary lesions in a cohort with a high prevalence of active inflammations. in SNM 2010 Annual Meeting. 2010. Salt Lake City, USA

## VIII. Conférences invitées dans des congrès ou colloques nationaux et internationaux

1. **Ratib O**. "Evaluation of the rotating slant hole collimator, a limited angle tomography device." In: *Seminars in clinical nuclear medicine* 1980 *(Invited Speaker)*
2. **Ratib O**. "Phase analysis in the assessment of left ventricular function." In: *Seminars in clinical nuclear medicine* 1981 *(Invited Speaker)*
3. **Ratib O**. "Measurement of local myocardial glucose uptake with F-18 Deoxyglucose and positron tomography." In: *3rd Meeting of Clinical Positron Group* 1982 *(Invited Speaker)*
4. **Ratib O**. "Importance and usefulness of a temporal evaluation of ventricular function." In: *Seminars in clinical nuclear medicine* 1982 *(Invited Speaker)*
5. **Ratib O**, Righetti A. "Nuclear cardiology in arrhythmia and conduction defects." In: *Post congress meeting of WFNMB* 1982 *(Invited Speaker)*
6. **Ratib O**. "La représentation paramétrique pour l'évaluation quantitative et qualitative des images cardiaques." In: *Premier colloque Quebécois de graphisme par ordinateur* 1983 *(Invited Speaker)*

7. **Ratib O**. "Les applications radio-isotopiques de l'analyse de Fourier." In: *12ème Congrès de Cardiologie de Langue Française 1984 (Invited Speaker)*

8. Rutishauser W, **Ratib O**. "Digital angiography for the evaluation  of non uniformity in ventricular contraction and relaxation." In: *Antwerp-La Jolla research conference on cardiac function 1984 (Invited Speaker)*

9. **Ratib O**. "Computers in CT, Ultrasound and MRI." In: *AAPM Summer school on "computers in Medical Physics" 1988 (Invited Speaker)*

10. **Ratib O**. "Development and evaluation of low cost workstations for medical image analysis." In: *AMOCO research Center 1988 (Invited Speaker)*

11. **Ratib O**. "Desk-top Imaging." In: *Grand Rounds conference at the University of California 1989 (Invited Speaker)*

12. **Ratib O**. "Display of Three Dimensional Information in Emission Tomography of the Heart." In: *Harvard Medical School & North America Society for Cardiac Radiology 1989 (Invited Speaker)*

13. **Ratib O**. "The Macintosh II: A medical Image Analysis Workstation." In: *Conference of Information Technology in the Health Sciences 1989 (Invited Speaker)*

14. **Ratib O**, Tessler F, Deutsch L, Marx P. "Incorporating the Macintosh in an Imaging Department: Issues and Answers." In: *Conference of Information Technology in the Health Sciences 1989 (Invited Speaker)*

15. **Ratib O**. "Using the Macintosh II as a Medical Image Analysis Workstation for Clinicians." In: *Internationales Symposium Computeranwendungen in der Medizin 1989 (Invited Speaker)*

16. **Ratib O**. "Traitement numérique des images médicales." In: *Journées Francophones d'Informatique Médicale 1990 (Invited Speaker)*

17. **Ratib O**. "La station de traitement d'images ou le négatoscope du médecin branché." In: *Les entretiens de Beaulieu "La révolution de l'imagerie médicale" 1990 (Invited Speaker)*

18. **Ratib O**. "Visualisation et manipulation des images médicales." In: *XIe Cours Post Gradués en Informatique Technique "Visualisation Scientifique et Simulation Graphique" 1990 (Invited Speaker)*

19. **Ratib O**. "Tomography In Cardiology." In: *78e Assemblée Annuelle de la Société Suisse de Radiologie Médicale 1991 (Invited Speaker)*

20. **Ratib O**. "Picture Archiving and Communication Systems (PACS)." In: *Computer und Medizin Kongress 1991 (Invited Speaker)*

21. **Ratib O**. "Image databases for PACS and teleradiology, standard developments in teleradiology and some European PACS/telemedicine projects." In: *Symposium on PACS and Teleradiology 1991 (Invited Speaker)*

22. **Ratib O**. "Current views on the functionalities of PACS." In: *International Workshop on Technology Assessment of PACS 1991 (Invited Speaker)*

23. **Ratib O**. "Archival image storage: digital media and standards." In: *XIII congress of the European Society of Cardiology 1991 (Invited Speaker)*

24. **Ratib O**. "SWISS-RIS: Getrennt kaufen oder vereint entwickeln?" In: *Basler Tage der Medizinischen Radiologie 1992 (Invited Speaker)*

25. **Ratib O**. "Picture Archiving and Communication: The Geneva Experience." In: *International symposium on Medical Imaging: A Meeting Point Between Engineers and Physicians 1992 (Invited Speaker)*

26. **Ratib O**, Hochstrasser D. "Digital Image Management, Processing and Communication in Medicine (TUTORIAL)." In: *Medinfo'92 1992 (Invited Speaker)*

27. **Ratib O**. "Archivage et communication d'images numériques en milieu hospitalier." In: *13e Journées Francophones, 40e Journées Françaises de Radiologie 1992 (Invited Speaker)*

28. **Ratib O**. "Archivage et communication d'images numériques en médecine." In: *Imagicad 92 1992 (Invited Speaker)*

29. **Ratib O**. "Nouvelles techniques d'archivage et de communication d'images numériques." In: *Congrès ADTRM/SVMTRA 1993 (Invited Speaker)*

30. **Ratib O**. "Multimedia Workstation." In: *Image Management and Communication '93 1993 (Invited Speaker)*

31. **Ratib O**. "Réseau d'Archivage et de Communication d'Images Médicales." In: *Forum Santé 1993 (Invited Speaker)*

32. **Ratib O**. "Digital Image Management and Communication in Medicine." In: *Symposium on Computer Applications in Medical Care 1993 (Invited Speaker)*

33. **Ratib O**. "Multimedia Medical Record: A Glance to the future." In: *12th European Meeting on Cybernetics and Systems Research 1994 (Invited Speaker)*

34. **Ratib O**. "New developments in medical information systems: Medical Image formats and standardization issues (Tutorial)." In: *12th European Meeting on Cybernetics and Systems Research 1994 (Invited Speaker)*

35. **Ratib O**. "The DICOM storage standard and PAPYRUS 3.0 file format." In: *2nd International workshop on Integrating Cardiology Information Systems (INCIS). Europ. Soc. of Cardiology. 1994 (Invited Speaker)*

36. **Ratib O**. "Multimodality Image Management and Processing in open Environment." In: *Jahrestagung der Deutschen Gesellschaft für Nuklearmedizin 1994 (Invited Speaker)*

37. **Ratib O**. "Réseaux d'images hospitalier. Quelle stratégie d'implantation ?" In: *42e Journées françaises de Radiologie,15e Journées francophones 1994 (Invited Speaker)*

38. **Ratib O**. "Multimedia Patient Record." In: *Clinical Computing in Patient Care: Evolving Computer-Based Patient Record 1994 (Invited Speaker)*

39. **Ratib O**. "Requirements and Functionality of PACS in Nuclear Medicine." In: *SSRM/82e assemblée annuelle 1995 (Invited Speaker)*

40. **Ratib O**. "Technical aspects and infrastructure of image management and communication in a digital radiology department." In: *ECR'95 1995 (Invited Speaker)*

41. **Ratib O**. "Digital Image Management and Communication in a Hospital Environment." In: *International Week on Hadrontherapy 1995 (Invited Speaker)*

42. **Ratib O**. "A desktop-workstation for the clinical cardiologist." In: *Computers in Cardiology 95 - Symposium 1995 (Invited Speaker)*

43. **Ratib O**. "From PACS to the Internet and World-Wide Web." In: *The Use of Internet and World-Wide Web for Telematics in Healthcare 1995 (Invited Speaker)*

44. **Ratib O**. "Digital Image Management and Communication for Multimedia Computerized Medical Records." In: *Swedish Medical Society 1995 (Invited Speaker)*

45. **Ratib O**. "Telemedicine and computerized medical record." In: *Conference on "Impact of telecommunications in health-care and other social services" 1995 (Invited Speaker)*

46. **Ratib O**. "Utilisation des outils d'Internet pour la communication intra et extra-hospitalière des données médicales." In: *Internet pour le corps médical 1996 (Invited Speaker)*

47. **Ratib O**. "Cardiac Imaging : Future Perspectives." In: *Achievements in Clinical Cardiology Symposium 1996 (Invited Speaker)*

48. **Ratib O**. "Medical applications of computers and networks." In: *2nd International Symposium on Hadrontherapy 1996 (Invited Speaker)*

49. **Ratib O**. "The INTRANET concept applied for convenient access to PACS image data and computerized patient data." In: *6th General Assembly of the EMSA 1996 (Invited Speaker)*

50. **Ratib O**. "DICOM : l'évolution du standard." In: *SFR'96 1996 (Invited Speaker)*

51. **Ratib O**. "From Internet to Intranet: A new era in medical information networks *(Annual Benjamin Felson Memorial Lecture)*." In: *Thoracic Imaging 1997 1997 (Invited Speaker)*

52. **Ratib O**. "Le PACS hospitalier: expérience de l'Hôpital Cantonal de Genève." In: *Séminaire ISTA/APPLE pour l'AP-HP 1997 (Invited Speaker)*

53. **Ratib O**. "Intranet: Un nouvel outil de communication intra-hospitalier." In: *Journées Françaises de Radiologie 1997 (Invited Speaker)*

54. **Ratib O**. "PACS et Télémédecine." In: *Journées Annuelles de la Société Suisse d'Informatique Médicale 1998 (Invited Speaker)*

55. **Ratib O**. "Communicating with referring physician." In: *Management in Radiology 1998 (Invited Speaker)*

56. **Ratib O**. "Intranet PACS." In: *Management in Radiology 1998 (Invited Speaker)*

57. **Ratib O**. "On-line versus off line exchange of cardiac images:advantages and limitations." In: *INCIS'98 International Workshop Conference 1998 (Invited Speaker)*

58. **Ratib O**. "L'échographie digitalisée: impact sur la pratique clinique dans les années à venir." In: *5eme Journées Romandes d'Echocardiographie 1998 (Invited Speaker)*

59. **Ratib O**. "Les réseaux d'imagerie (PACS): une nouvelle ouverture pour la médecine nucléaire." In: *37e colloque de Médecine Nucléaire de Langue Française 1998 (Invited Speaker)*

60. **Ratib O**. "Synthèse du colloque de Médecine Nucléaire de Langue Française." In: *37e colloque de Médecine Nucléaire de Langue Française 1998 (Invited Speaker)*

61. **Ratib O**. "Combined PET CT Acquisition Device." In: *Noon Conference 1999 (Invited Speaker)*

62. **Ratib O**. "Post Graduate Course on Medical Imaging and PACS (3 day course with 5 invited lectures)." In: *Swiss Society of Radiology PACS Conference 1999 (Invited Speaker)*

63. **Ratib O**. "Advances in Cardiac Imaging." In: *Cardiothoracic Grand Rounds 1999 (Invited Speaker)*

64. Ratib. "Overview of Department of Radiogical Sciences PACS Infrastructure, Department and Training." In: *Residency Recruitment Interviews 1999 (Invited Speaker)*

65. **Ratib O**. "Overview of Department of Radiogical Sciences PACS Infrastructure, Department and Training." In: *Residency Recruitment Interviews 1999 (Invited Speaker)*

66. **Ratib O**. "Recent Developments in Digital Image Management and Communication." In: *Biomedical Physics Noon Seminar (260B) 1999 (Invited Speaker)*

67. **Ratib O**. "Web-Based PACS Developments in the Department of Radiology." In: *Special Departmental Faculty Meeting 1999 (Invited Speaker)*

68. **Ratib O**. "Designing Radiology reading rooms for the next millennium." In: *Geneva Post Graduate Course 2000 (Invited Speaker)*

69. **Ratib O**. "New Approaches in Multimodality Imaging: Combined PET-CT Scanners." In: *12th Annual International PET Conference 2000 (Invited Speaker)*

70. **Ratib O**. "The Future of PACS." In: *Inauguration PACS 2000 (Invited Speaker)*

71. Didier D, **Ratib O**. "MR Angiography (MRA) of Thoracic Great Vessels:  An Interactive Teaching Tour with Dynamic MRA." In: *89e Annual Congress La Societe Suisse de Radiologie 2002 (Invited Speaker)*

72. **Ratib O**. "Medical Imaging in Digital Environment: From Technology to Ergonomics." In: *10th Annual Medicine Meets Virtual Reality Conference 2002 (Invited Speaker)*

73. **Ratib O**. "Key Diagnostic Technologies in Adult Congenital Heart Disease - Magnetic Resonance Imaging." In: *Ahmanson/UCLA Adult Congenital Heart Disease Conference` 2002 (Invited Speaker)*

74. **Ratib O**. "New Advances in Clinical PET Imaging." In: *Conjoint Spring Nuclear Medicine Meeting 2002 (Invited Speaker)*

75. **Ratib O**, Caramella D, Sigal R, Inamura K, Waegemann P, Rabischong P, Lemke H. "Panel on Personal Medical Record." In: *Computer Assisted Radiology and Surgery 2002 2002 (Invited Speaker)*

76. **Ratib O**. "MRI for Diagnosis of Congenital Heart Disease in Adults." In: *Western Society of Pediatric Cardiology 2002 (Invited Speaker)*

77. **Ratib O**. "Combined PET/CT Imaging Modality." In: *27th Annual Western Regional Meeting Society of Nuclear Medicine 2002 (Invited Speaker)*

78. **Ratib O**. "Cardiovascular MRA." In: *Non-Invasive Vascular Imaging 2002* 2002 *(Invited Speaker)*

79. **Ratib O**. "Cardiac Digital Medical Imaging." In: *International Seminar on Medical Imaging and Information Technologies* 2002 *(Invited Speaker)*

80. **Ratib O**. "Development of a Clinical Information Portal at UCLA." In: *Third Annual OSHCA Meeting* 2002 *(Invited Speaker)*

81. **Ratib O**. "Three-Dimensional Post-processing in Cardiac MR and CT of Congenital Heart Disease." In: *National Conference on Cardiovascular Imaging: CT, MR and Beyond* 2002 *(Invited Speaker)*

82. **Ratib O**. "Role of Advanced Imaging: CT and MRI." In: *Adult Survivors of Congenital Heart Disease: A Tribute to the First 50 years of Cardiac Surgery* 2003 *(Invited Speaker)*

83. **Ratib O**. "Ergonomic Design of PACS Reading Rooms." In: *Integrating the Healthcare Enterprise (PACS 2003)* 2003 *(Invited Speaker)*

84. **Ratib O**. "PACS and Image Management Systems in Cardiology." In: *Integrating the Healthcare Enterprise (PACS 2003)* 2003 *(Invited Speaker)*

85. **Ratib O**. "Re-engineering the Radiology Workplace." In: *PACS 2003 Conference* 2003 *(Invited Speaker)*

86. **Ratib O**. "The Digital Image in the Clinical Environment. Image Communication: The Present and the Future." In: *Swiss Radiological Society* 2003 *(Invited Speaker)*

87. **Ratib O**. "PET/CT New Developments and Technical Challenges." In: *Radiological Society of Switzerland* 2003 *(Invited Speaker)*

88. **Ratib O**. "PET/CT." In: *Grand Rounds* 2003 *(Invited Speaker)*

89. **Ratib O**. "ASP Financial Models: UCLA Experience." In: *UCLA Seminar on Imaging and Informatics* 2003 *(Invited Speaker)*

90. **Ratib O**. "Multimodality Viewers: The Navigation in the 5th Dimension." In: *UCLA Seminar on Imaging and Informatics* 2003 *(Invited Speaker)*

91. Ratib. "From Patient CD to Patient DVD." In: *UCLA Seminar on Imaging and Informatics* 2003 *(Invited Speaker)*

92. **Ratib O**. "PACS: New paradigms and new economics." In: EuroPACS - MIR 2004 (Invited Speaker)

93. **Ratib O**. "Cardiac PET/CT." In: *Academy of Molecular Imaging* 2004 *(Invited Speaker)*

94. **Ratib, O.**, PET-CT Efficient UCLA Protocols, in: *LARS - Spring Diagnostic Ultrasound Conference ~ PET-CT Symposium. 2004: Marina Del Rey, California.*

95. **Ratib, O.**, Requirements for Digital Cardiology, in: *PACS 2004. 2004: San Antonio, TX.*

96. **Ratib, O.**, Integration of PET/CT in PACS and Treatment Planning Systems, in: *PACS 2004. 2004: San Antonio.*

97. **Ratib, O.**, Clinical Information Portal, in: *PACS 2004. 2004: San Antonio, TX.*

98. **Ratib, O.**, PET-CT: Efficient UCLA Protocols, in: *LARS ~ Spring Diagnostic Ultrasound Conference PET-CT Symposium. 2004: Marina Del Rey, California.*

99. **Ratib, O.**, From Informatics to Ergonomics, in: *Radiological Grand Rounds. 2004, University of Pennsylvania: Pennsylvania.*

100. **Ratib, O.**, Advances in Multimodality Medical Imaging: Navigating the Fifth Dimension, in: *Guest Lecturer. 2005, Children's Hospital, Department of Radiology: Boston, USA.*

101. **Ratib, O.**, ASP - based PACS, in: *Euro-mediterranean Conference - EUROMED. 2005, Palau de Congressos de Catalunya: Barcelona, Spain.*

102. **Ratib, O.**, Assessment of the cardiovascular system in small animals using PET, in: *Swiss Cardiovascular Research and Training Network Minisymposium and Course. 2005, Centre Médical Universitaire: Geneva, Switzerland.*

103. **Ratib, O.**, Cardiology Grand Rounds, in Cardiac CT/MR ~ Noninvasive Cardiac Imaging. 2005, VA Hospital: Los Angeles, California.

104. **Ratib, O.**, Great Vessels & Carotids, in: *CT Angiography for the Cardiologist. 2005, Milwaukee Heart Institute: Milwaukee, Wisconsin.*

105. **Ratib, O.**, IT for the Clinicians: Optimizing your reading ability, in: *CT Angiography for the Cardiologist. 2005, Milwaukee Heart Institute: Milwaukee, Wisconsin.*

106. **Ratib, O.**, Lightening Coronaries, in: *CT Angiography for the Cardiologist. 2005, Milwaukee Heart Institute: Milwaukee, Wisconsin.*

107. **Ratib, O.**, Multimodality imaging and applications beyond diagnosis, in: *SSRPM. 2005, CHUV: Lausanne, Switzerland.*

108. **Ratib, O.**, The Research Issues in Future PACS, in: *Solutions and Challenges for Image Management, The Washington Academy of Biomedical Engineering 2004-2005 Workshop Series. 2005, Georgetown University Medical Center: Washington D.C.*

109. **Ratib, O.**, The  Role and Impact of Technology in Health Services, in: *UCLA School of Public Health - Health Services 288. 2005, UCLA: Los Angeles, California.*

110. **Ratib, O.**, South of the Heart, in: *CT Angiography for the Cardiologist. 2005, Milwaukee Heart Institute: Milwaukee, Wisconsin.*

111. **Ratib, O.**, Design Considerations for the Digital Department: Lessons Learned at the University of California, Los Angeles. in *RSNA Annual Meeting. 2005. Chicago, IL*

112. **Ratib, O.**, Navigating the Fifth Dimension, in *RSNA Annual Meeting. 2005. Chicago, IL*

113. Bockisch, **O. Ratib**, and Pichler, Is multi-modality imaging ready for clinical practice? Is clinical practice ready to go multi-modality? In: *State-of-the-art Nuclear Medicine Fusing modalities = Fusing professions? 2006, German Research Foundation (DFG): Berlin, Germany.*

114. **Ratib, O.**, Non invasive methods for vessel imaging: potentials of MRI and CT-scan, in: *12th International Local Drug Delivery meeting & cardiovascular course on Revascularization & molecular strategies, LDD&R, Editor. 2006: Geneva, Switzerland.*

115. **Ratib, O.**, Can Peer-to-Peer Technology Apply to Medical Image Management in Complex Clinical Workflow? in: *Multi-Center Image Management Workshop Open Source Strategy for Multi-Center Image Management. 2006: Las Vegas, Nevada.*

116. **Ratib, O.**, New Challenges in Visualization and Navigation of Very Large Image Data Set, in: *Multi-Center Image Management Workshop Open Source Strategy for Multi-Center Image Management. 2006: Las Vegas, Nevada.*

117. **Ratib, O.**, CT-scan et PET, in: *20ème journée romande de cardiologie. 2006: Lausanne, Centre Hospitalier Universitaire Vaudois.*

118. **Ratib, O.**, The potential of PET/CT beyond Diagnosis: Biopsy Guidance and Treatment Planning, in: *93ème Congrès Annuel SGR-SSR - 29ème Congrès Annuel SSRP - 7ème Congrès Annuel SSMN. 2006, SGR-SSR, SGMN, SGRP-SSRP, SGCVIR-SSRCVI, SSRCR-SGRRC, SVMTRA-ASTRM: Lausanne.*

119. **Ratib, O.** Molecular imaging in clinical practice. in Exploratory Development Innovation in Technology & Science Day. December 14, 2006. 2006. Basel, Switzerland. Novartis(invited speaker)

120. **Ratib, O.** Navigating the Fifth Dimension. in RSNA 2006, 92nd Scientific Assembly and Annual Meeting. 28 November, 2006. 2006. McCormick Place, Chicago, USA. RSNA(invited speaker)

121. **Ratib, O.** Osirix: an open source platform for advanced multimodality medical imaging. in ITI 4th International Conference on Information & Communication Technology. 10-12 December 2006. 2006. Cairo, Egypt(invited speaker)

122. **Ratib, O.** The renaissance of molecular imaging in clinical practice. in From Genome to Proteome: Back to the future. 2006. 7th Siena Meeting(invited speaker)

123. **Ratib, O.** Retrofitting Old Buildings. in RSNA 2006 92nd Scientific Assembly and Annual Meeting. November 26, 2006. 2006. McCormick Place, Chicago. Radiological Society of North America(invited speaker)

124. **Ratib, O.** Coronary CT, Overuse, underuse or adequate use? in Assemblée Annuelle commune de la Société Suisse de Cardiologie. 13-15 juin 2007. 2007. Genève, Suisse. Société Suisse de Cardiologie(invited speaker)

125. **Ratib, O.** Diagnostic du Mélanome, Autres techniques de diagnostic: Imagerie radiologique (US, CT, PET, PET-CT). in Journée du mélanome. 22 mars 2007. 2007. Genève, Suisse. Hôpitaux Universitaires de Genève, Suisse(invited speaker)

126. **Ratib, O.** Evolution of multimodal imaging in medicine: exploration of the fifth dimension. in Swiss Institute of Bioinformatics scientific meeting. 24-25 september 2007. 2007. Grindelwald, Switzerland. Swiss Institute of Bioinformatics (invited speaker)

127. **Ratib, O.** Image. in 20èmes Journées annuelles de la Société Suisse d'Informatique Médicale. 21-22 juin 2007. 2007. Luzern, Switzerland. Société suisse d'informatique médicale(invited speaker)

128. **Ratib, O.** Imaging Biomarkers for vascular and metabolic diseases. in (Imaging) Biomarker Summit III. January 24, 2007. 2007. La Gaude, Chagall Auditorium, Nice, France. IBM La Gaude Laboratory(invited speaker)

129. **Ratib, O.** Le PET-CT: nouvelle technique d'imagerie multimodalité en oncologie. in Colloque AstraZeneca du département de médecine interne: Nouveaux développements en Imagerie Médicale. novembre 2007. 2007. Genève, Suisse. Hôpitaux universitaires de Genève(invited speaker)

130. **Ratib, O.** Nouveautés de l'imagerie cardiaque: CT thoraciques. in 21ème journée romande de cardiologie. 2007. Posieux (Fribourg), Suisse. Services de cardiologie - HUG, Genève et CHUV, Lausanne(invited speaker)

131. **Ratib, O.**, T.H. Schindler, J.P. Willi, A. Rosset, P. Croisille, J.-P. Vallée, and D. Didier. Cardiac PET-CT new perspectives and new challenges. in Congrès Annuel SGR-SSR SGNM-SSMN 2007. Juin. 2007. Basel, Schweiz. Société Suisse de Radiologie, Société Suisse de Médecine Nucléaire(invited speaker)

132. **Ratib, O.** Open Source Software for PACS. in CARS 2007 - 21st international congress and exhi. June 27-30, 2007. 2007. ICC Berlin, Germany(invited speaker)

133. **Ratib, O.** Open Source software for multi-center information management: ImTK™ Consortium. in CARS 2007 - 21st International Congress and Exhibition June 27-30, 2007. 2007. ICC Berlin, Germany. Computer Assisted Radiology and Surgery(invited speaker)

134. **Ratib, O.** Open Source: an emerging alternative for medical imaging. in ECEH07 2nd European Conference on eHealth 2007. October 11-12, 2007. 2007. Oldenburg, Germany. OFFIS, Institute for Information Technology(invited speaker)

135. **Ratib, O.** Osirix - Donner pour recevoir. in 1ère Journée de l'innovation. 14 septembre 2007. 2007. Genève. Hôpitaux Universitaires de Genève(invited speaker)

136. **Ratib, O.** OsiriX - New Open-Source imaging to view and manipulate MRI, CT, PET and other medical image data. in Gynäkologische Forschung: Neue Ergebnisse, Interdisziplinäre seminarvorlesungen. november 2007. 2007. Zürich, Schweiz. Universität Zürich(invited speaker)

137. **Ratib, O.** PACS beyond radiology: new challenges and new solutions. in CARS 2007 - 21st international congress and Exhibition. June 27-30, 2007. 2007. ICC Berlin, Germany. Computer Assisted Radiology and Surgery(invited speaker)

138. **Ratib, O.** PET-CT, nouvelle technique d'imagerie moléculaire. in Forum Valaisan de Gastroentérologie, actualités en gastroentérologie et hépatologie. 4 october 2007. 2007. Fondation Pierre Gianadda, Martigny. Groupement des gastroentérologues valaisans (invited speaker)

139. **Ratib, O.** Update Course in Diagnostic Radiology Physics: Multidimensional Image Processing, Analysis, and Display - Visualization, Navigation, and Quantitation. Navigating the Fifth Dimension. in Scientific Assembly and Annual Meeting RSNA 2007. November 25-30, 2007. 2007. Chicago, USA. Radiological Society of North America(invited speaker)

140. **Ratib, O.** Kontroverse: Szintigrafie oder Stresseechokardiografie. in 13ème Réunion de Gstaad 2008 de la Fondation Suisse de Cardiologie. January 2008. Gstaad, Switzerland. Fondation Suisse de Cardiologie (invited speaker)

141. **Ratib, O.** Micro Positron Emission Tomography (PET). in 4th Swiss Experimental Surgery Symposium. January 2008. Geneva, HUG. Hôpitaux Universitaires de Genève(invited speaker)

142. **Ratib, O.** Hybrid PET-CT in Oncology. in USGEB 2008 Biology meets engineering. February 6-7. 2008. EPFL, Lausanne, Switzerland. Union of the Swiss Societies for Experimental Biology (invited speaker)

143. **Ratib, O.** Techniques radiologiques "non-invasives": scintigraphie, PET-CT, CT-SCAN, IRM de stress, SPECT-CT dans la recherche et l'évaluation de la maladie coronarienne. in Colloque : maladie coronarienne stable: méthodes diagnostiques et perspectives thérapeutiques. Mars. 2008. Neuchâtel, Suisse. Société Neuchâteloise de Médecine (SNM) (invited speaker)

144. **Ratib, O.** L'imagerie au service du chirurgien. in XVIème symposium de l'ASRCC, développements passionnants en chirurgie minimalement invasive. Avril. 2008. Genève, Suisse. Association Suisse Romande de Chirurgie Coelisoscopique (invited speaker)

145. **Ratib, O.** Micro PET. in CIBM Research day 2008: Advances in biomedical imaging. April. 2008. Geneva. CIBM (Centre d'Imagerie Bio-Médicale), HUG, University of Geneva (invited speaker)

146. **Ratib, O.** Nouveautés en imagerie dans le domaine de la chirurgie viscérale. in Symposium du Service de Chirurgie Viscérale et de Transplantation. mai. 2008. Genève, Suisse. Hôpitaux Universitaires de Genève (invited speaker)

147. **Ratib, O.** Using OsiriX. in SNM 2008 Annual Meeting. June. 2008. New Orleans, LA, USA. Society of Nuclear Medicine (invited speaker)

148. **Ratib, O.** Evolution des modalités d'imagerie. in 13èmes journées d'Ingénierie Biomédicale (AFIB 2008). 10-12 September. 2008. Aix-les-Bains, France. Association Française des Ingénieurs Biomédicaux (AFIB) (invited speaker)

149. **Ratib, O.** Le CERN et la médecine : Projets, Enjeux et Défis. in 8ème Forum des cadres des Hôpitaux Universitaires de Genève. 17 septembre. 2008. Meyrin, Suisse. HUG (invited speaker)

150. **Ratib, O.** PET-CT in the diagnosis of head and neck squamous cell carcinoma. in 21st Annual Meeting of European Society of Head and Neck Radiology (ESHNR). 6-8 November. 2008. Genève, Suisse. European Society of Head and Neck Radiology (ESHNR) (invited speaker)

151. **Ratib, O.** Staging du Cancer du Poumon: Place du PET-CT. in Journée Valaisanne de Pneumologie. 20 Novembre. 2008. Sion, Switzerlland. Société Médicale du Valais, Réseau Santé Valais (invited speaker)

152. **Ratib, O.** Application of hybrid PET-CT imaging in radiotherapy planning. in SASRO 2008 (12th Annual Meeting of the Scientific Association of Swiss Radiation Oncology). 10-12 April. 2008. Lausanne, Switzerland. Scientific Association of Swiss Radiation Oncology (invited speaker)

153. **Ratib, O.** and J.-M. Gaspoz. La place des nouvelles techniques d'imagerie en cardiologie. in CMPR 2008 10ème colloque de formation continue. Septembrer. 2008. Lausanne, Switzerland. Collège de Médecine de Premier Recours (invited speaker)

154. **Ratib, O.** New surgical technologies: where do we stand? OsiriX: a tool for the surgeon. in 5th Swiss Experimental Surgery Symposium. 22-23 January. 2009. Fribourg, Switzerland. University of Fribourg, Switzerland (invited speaker)

155. **Ratib, O.** Quantitative Image Analysis Techniques and Parametric Imaging: Does the Computer Tell the Truth? in ECR 2009 European Congress of Radiology. March 6-10. 2009. Vienna, Austria. European Society of Radiology (ESR) (invited speaker)

156. **Ratib, O.** Preoperative risk assessment with nuclear medicine (+ CT calcium Scoring). in Clinical Update on MRI & CT in Coronary Artery disease. 1-3 May. 2009. Barcelona, Spain.

CHU, Département d'imagerie diagnostique et thérapeutique de l'hôpital Louis Pradel, Lyon, France (invited speaker)

157. **Ratib, O.** Future developements with Hybrid Imaging. in Clinical Update on MRI & CT in Coronary Artery disease. 1-3 May. 2009. Barcelona, Spain. CHU, Département d'imagerie diagnostique et thérapeutique de l'hôpital Louis Pradel, Lyon, France (invited speaker)

158. **Ratib, O.** Future in Surgery: Liver Images, Osirix and the Future. in IHPB 2009 International Hepatobiliary, Pancreatic and Transplantation Days. 7-8-9 May. 2009. Genève, Switzerland. Hôpitaux Universitaires de Genève, Hôpital Paul Brousse de Villejuif (invited speaker)

159. **Ratib, O.** Evolution de la place de l'imagerie en médecine. Stockage, archivage, communication: adéquation des solutions aux besoins des utilisateurs. Risques et avantages des stratégies d'externalisation. Apports de l'Open Source aux développements logiciels pour l'imagerie. in HIT 2009 Health Information Technologies. 2009. Paris, France (invited speaker)

160. **Ratib, O.** OsiriX - The Leader in Freely Available PET/CT Display Software. in SMN 2009 Annual Meeting. June 13-17. 2009. Toronto, Canada. Society of Nuclear Medicine (invited speaker)

161. **Ratib, O.** Patient Information management in the DOR (Digital Operating Room). in CARS 2009 Computer Assisted Radiology and Surgery - 10th CARS /SPIE/EuroPACS Joint Workshop. 2009. Berlin, Germany. EuroPACS (invited speaker)

162. **Ratib, O.** Nouveaux développements en imagerie cardiaque. in Développement de l'imagerie cardiaque dans le canton de Neuchâtel: Quelles utilités? 2 juillet. 2009. Neuchâtel, Switzerland. Hôpital Neuchâtelois (invited speaker)

163. **Ratib, O.** Progrès en imagerie médicale. in Remise des bourses de recherche de la fondation suisse pour la recherche sur le vieillissement AETAS. 10 juin 2009. 2009. CERN, Meyrin, Switzerland. AETAS Swiss Foundation for Ageing Research (invited speaker)

164. **Ratib, O.** and R.O. Mirimanoff. Tumeurs de l'appareil locomoteur, nouveautés en imagerie et en radiothérapie. in XIXème journée romande d'orthopédie et de traumatologie. 23 avril. 2009. Montreux, Switzerland. Centre Hospitalier Universitaire Vaudois, Hôpitaux Universitaires de Genève (invited speaker)

165. **Ratib, O.** L'imagerie médicale: rendre son utilisation accessible à tous? in Les entretiens de Beaulieu "La Télémédecine: soins de demain ou soins au rabais". novembre. 2009. Genève, Suisse. Société Médicale de Beaulieu et Société Médicale de Genève (invited speaker)

166. **Ratib, O.** Nouveaux horizons en imagerie ostéoarticulaire digitalisée. in AOTrauma Cours Avancé - Traitement Opératoire des Fractures. 5-10 décembre. 2009. Davos, Switzerland. AOTrauma (invited speaker)

167. **Ratib, O.** Mobile PET/CT. in 11ème congrès annuel SSMN, Société Suisse de Médecine Nucléaire. June 2010. Lugano, Switzerland. Swiss Society for Nuclear Medicine (invited speaker)

168. **Ratib, O.** Osirix, a new open source image analysis concept. in Radioactive Isotopes in Clinical Medicine and Research, 29th International Symposium. January. 2010. Bad Hofgastein, Austria. Austrian Society of Nuclear Medicine (invited speaker)

169. **Ratib, O.** Osirix, a tool for surgeons. in 18th International Congress of the European Association for Endoscopic Surgery. 16-19 June. 2010. Geneva, Switzerland. European Association for Endoscopic Surgery (invited speaker)

170. **Ratib, O.** Symposium sur l'utilisation d'OsiriX en chirurgie "exercices pratiques avec votre propre MacIntosh". in XVIIIe Symposium de l'Association Suisse Romande de Chirurgie Coelioscopique. Avril. 2010. Genève, Suisse. Association Suisse Romande de Chirurgie Coelioscopique (invited speaker)

171. **Ratib, O.** PET-IRM: nouvelle modalité hybride d'imagerie moléculaire. in 24èmes Journées Francophones d'IRM de l'AFPPE. Mai. 2010. Genève, Suisse. Association Française du Personnel Paramédical d'Electro Radiologie (invited speaker)

172. **Ratib, O.** Whole-body PET-MR in oncology: perspectives and clinical applications. in 2nd Jülich MR-PET Workshop. May 10-11, 2010. Jülich, Germany. Jülich Forschungszentrum (invited speaker)

173. **Ratib, O.** First PET-MR in Europe: First results in Geneva. in EANM 2010. October 9-13, 2010. Vienna, Austria. European Association of Nuclear Medicine (invited speaker)

174. **Ratib, O.** Les nouvelles techniques de traitement et de visualisation des images: assistance au chirurgien. in 25ème congrès annuel de la société suisse de chirurgie maxillo-faciale. 15-16 octobre 2010. Genève, Suisse. Société suisse de chirurgie maxillo-faciale (invited speaker)

175. **Ratib, O.** Pneumologie du futur: PET-SCAN, indications élargies. in 24ème journée scientifique de la ligue pulmonaire genevoise. 18 novembre 2010. Genève, Suisse. Ligue pulmonaire genevoise (invited speaker)

176. **Ratib, O.** The Geneva PET-MRI project: preliminary clinical experience. in 9. Berner Symposium PET/CT und molekulare Bildgebung. 13 November, 2010. Bern, Schweiz. Bern University Hospital (invited speaker)

## IX. CD-ROMs et matériel d'éducation

1. **Ratib O.**, Didier D.: "Cardiac MRI, vol.1: Cono-truncal malformations". Vol.1: Ed. Schering (Schweiz) AG. 1997.

2. **Ratib O.**, Didier D.: "Cardiac MRI, vol.2: MR angiography of the aorta". Vol.2: Ed. Schering (Schweiz) AG. 1997.

3. **Ratib O.**, Didier D.: "Cardiac MRI, vol.3: Cardiac Masses". Vol.3: Ed. Schering (Schweiz) AG. 1998.

4. **Ratib O.**, Didier D.: "Cardiac MRI, vol.4: Valvular Diseases". Vol.4: Ed. Schering (Schweiz) AG. 1999.

5. **Ratib O.**, Ligier Y.: "Introduction to Digital Medical Imaging and PACS" a companion CD-ROM to a post-graduate course given at the Swiss Society of Radiology in June 1999.

6. **Ratib O.**, Didier D.: "Cardiac MRI, vol.5: Pericardial Diseases and Cardiomyopathy". Vol.5: Ed. Schering (Schweiz) AG. 2000.

7. **Ratib O.**, Gomes A., Boechat M.I., Hooshi, P., Panigrahy A.: "Volume-rendering and 3D Navigation of Cardiac MRA in Congenital Heart Disease: An Interactive Teaching File." RSNA 2001, 87th Scientific Assembly and Annual Meeting, Chicago.

8. Didier, D., **Ratib, O.:** "MR angiography of thoracic great vessels: an interactive teaching tour with dynamic MRA." Ed. Schering (Schweiz) AG. 2001.

9. Didier, D., **Ratib, O.:** Dynamic Cardiovascular MRI: CD ROM of Principles and Practical Examples, published by Georg Thieme Verlag, 2000.

10. Didier, D., **Ratib, O.,** "MR Angiography, Volume 2: Abdominal Vessels," Ed. Schering (Schweiz) AG. 2002

11. Didier, D., **Ratib, O.,** "MR Angiography, Volume 3: Head and Neck Vessels," Ed. Schering (Schweiz) AG. 2003

12. **Ratib, O.,** Liu, X., Boechat, I., Gilsanz, V., "Palm Bone Age Index System", a digital atlas of skeletal maturity, presented at RSNA 2003

13. **Ratib, O.,** Czernin, J., Dahlbom, M., Schiepers, "PET-CT Atlas", an interactive CD ROM, Magna Cum Lauda award at RNSA 2003

14. Masterson, K., J. Delavelle, D. Didier, and **O. Ratib**, "*Cardiac and Coronary CTA: An Interactive Atlas*". November 2006, Chicago, USA

15. Merlini, L., L. Spadola, **O. Ratib**, P. Bugman, M. Anooshiravani, and S. Hanquinet "*Imaging of Female Pediatric Pelvis: An Interactive Teaching file*". November 2006, Chicago, USA

## X. Logiciels et programmes informatiques

"G11-Phase":  Software package for functional analysis of radionuclide ventriculography studies based on phase analysis techniques. This software was implemented and used clinically at the Department of Cardiology in Geneva between 1982 and 1989. (Developed in Fortran on PDP-11 computer)

"TI-Circ":  Software package for quantitative analysis of myocardial scintigraphy perfusion. This software was implemented and used clinically at the Department of Cardiology in Geneva between 1982 and 1989. (Developed in Fortran on PDP-11 computer)

"OsFlow":  Software program for quantitative analysis of coronary blood flow from coronary angiograms. Was used in numerous research projects between 1984 and 1986. Was used as a basis of a medical thesis submitted by Dr. F. Chappuis in Geneva. (Developed in Fortran on VAX computer)

"OsWMA":  Software program for quantitative analysis of ventricular wall motion from X-ray angiograms. Was used clinically and in numerous research projects between 1984 and 1988. (Developed in Fortran on VAX computer)

"OsCalc":  Set of software tools developed for quantitative analysis of digital images. Was used in numerous research projects between 1983 and 1987 in the department of cardiology of the University Hospital of Geneva. (Developed in Fortran on VAX computer)

"CARPET":  Series of program for quantitative analysis of cardiac PET images. The software consisted of over twenty different analysis modules. Was used clinically and in numerous research projects between 1987 and 1990. (Developed in Fortran on VAX computer)

"CALIPSO":  Interactive image display and processing software developed using graphic user interface (GUI). Developed as part of a PhD thesis in Biomedical Physics at UCLA. Used for multiple research project and licensed by the University of California to more than 40 academic sites. Considered being one of the first medical image processing software developed on Macintosh personal computers. (Developed in C on Macintosh computer)

"OSIRIS":  Innovative image processing software developed using object oriented paradigm on multiple hardware platforms. Developed as part of a PACS project at the University Hospital of Geneva and distributed to over 500 sites around the world. Between 1990 and 2000 several revisions of the software were issued and distributed as open software. Recognized as the most widely used public domain medical imaging software. (Developed in C++ for Macintosh, UNIX and Windows platforms)

"PALM- BONE AGE"  Interactive pictorial atlas for assement of bone maturity from hand X-Rays with automatic calculation of mean and standard deviation.  Software developed to run on multiple hardware platforms including personal computer, hand-held Palm and pocket PC devices.  Developed in collaboration with Los Angele's Children's Hospital at USC.

OSIRIX:       A new generation of image analyse and manipulation software for
multidimensional and multimodality imaging studies. Designed based on open
architecture and modular component using ultra high performance Open GL
architecture, Distributed under free Open Source licensing

Fait à Genève, le 27 janvier 2011-01-27

Prof. Osman RATIB

# EXHIBIT B

Rev. 0.3b



# DICOM Tutorial

## ESC annual meeting Birmimgham, August 1996

# Welcome to DICOM Birmingham 96

Welcome to the European Society of Cardiology 1996 Demonstration of the Digital Interchange Standard for Cardiology (Dicom Birmingham 96). Disc Birmingham '96 is sponsored by the European Society of Cardiology Task Force on Digital Imaging This tutorial is designed to educate the medical community on the history, current status and future of digital imaging standards in Cardiology.

Since the introduction of digital imaging to the cardiac laboratory, diverse systems have appeared worldwide. These solutions have offered many exciting advances and features -- save one. Older non-digital technologies, such as cine film or videotape, are compatible worldwide, and can still be read by physicians anywhere. Image exchange using these is painless due to worldwide acceptance of a few widely available cost-effective exchange media. Unfortunately, not all digital systems could offer this same, crucial requirement.

*Until now...*

# ESC DISC '96 TUTORIAL

## Introduction

- How do I Navigate this tutorial?
- Introduction to DICOM in Cardiology
- Today's Cardiology Problem Domain: Interchange vs Archive
- What are the important DICOM concepts?
- What are the Interchange Media Standards for Cardiology?
- What does the DICOM standard look like?
- What is a DICOM review station?
- What is DICOM?

❷ Where can I learn more about DICOM?
❷ Why do we need standards?
❷ Why the name DICOM?

# Angiocardiography and DICOM

❷ What do you need to know to put a cine replacement system together?
❷ What does DICOM mean to angiocardiographers?
❷ What futures exist for DICOM Angiocardiography
❷ What is CD-R?
❷ What is the DICOM XA interchange standard?
❷ What problem does DICOM Angiocardiography address?
❷ What role does compression have with DICOM angiocardiography?
❷ Why was CD-R selected for angiocardiography?

# Data Compression in Cardiology

❷ How does lossy compression affect image quality?
❷ What is data compression and what are the benefits in medical imaging?
❷ What is Dual-mode compression?
❷ What is Lossless data compression?
❷ What is Lossy data compression?
❷ What is the minimal JPEG lossy compression viability study?

# Echocardiography and DICOM

❷ What does an Echocardiographer need to know to put together a digital ultrasound system?
❷ What does DICOM mean to Echocardiographers?
❷ What futures exist for DICOM echocardiography?
❷ What is the DICOM Echocardiographic ultrasound interchange standard?
❷ What media exist for DICOM echocardiography?
❷ What problem does the DICOM ultrasound standard address?
❷ What role does compression have with DICOM echocardiography?

# Nuclear Cardiology and DICOM

❷ What does a nuclear cardiologist need to know to put together a digital nuclear system?
❷ What does DICOM mean to Nuclear Cardiologists?
❷ What futures exist for DICOM nuclear cardiology?
❷ What is the DICOM nuclear cardiology interchange standard?
❷ What media exist for DICOM nuclear cardiology?
❷ What problem does the DICOM Nuclear Cardiology standard address?
❷ What role does compression have with DICOM nuclear cardiology?

# ESC'96 demonstration

- 🌐 DIGICARE - The ESC task force on digital imaging
- 🌐 How do I view the DISC Birmingham 96 contents?
- 🌐 The live demos at the NEC in Birmingham
- 🌐 What does DISC stand for?
- 🌐 What is DISC Birmingham 96?
- 🌐 Who participated in the DISC Birmingham 96 demo?

## Glossary

- 🌐 Glossary of DICOM related terms

## Credits

- 🌐 Tutorial Credits

## References

- 🌐 DICOM Tutorial References



This tutorial was unashamedly plagerised from the ACC Disc '96 tutorial authored by Steve Roehm of GE Medical Systems. Any errors are the responsibility of the ESC Task Force Chairman (Rudiger Simon) and the Web author (Tony Rickards). Revisions and disk implementation are the responsibility of the assistant-web-author (Osman Ratib)

**Title:** Tutorial Credits

**Category:** Credits
**Author:** CN=Tony Rickards/O=RBH **Date:** 24-07-96 10:27 PM

-----------------------------------------------------------------------------------------------------------------------

### Tutorial Credits

Steve Roehm, NEMA Member- GE Medical Systems was the original editor of this tutorial. The following members contributed directly to the content presented herein:

- Steve Roehm, NEMA Member- GE Medical Systems
- Dr. Jim Thomas, M.D., The Cleveland Clinic Foundation
- Dr. Steve Bacharach, M.D., NIH, ASNC Staff
- Margit Marselas, ACC Staff
- Gerry Pelanek, NEMA Member- Eastman Kodak Company
- Jerry Prentice, NEMA Member- OptiMed Technologies
- Susan Hyatt, NEMA Member- Sony Medical Systems

Modifications to the tutorial for the ESC meeting in Birmingham have been made by

- Tony Rickards, Royal Brompton Hospital, London
- Rudiger Simon, Chair Task Force, University Hospital of Kiel
- Osman Ratib, University Hospital, Geneva

### OSIRIS

OSIRIS was created by Osman Ratib of the University Hospital of Geneva. The CD master was created by the University Hospital of Geneva.

### DICOM Images

Special thanks to Kiel University for collecting and collating the image data sets on the DISC Birmingham 96 CD. And to Dr. G. Porenta from Vienna for his contribution in providing image files.

-----------------------------------------------------------------------------------------------------------------------

Last Editor: Tony Rickards/RBH on 24-07-96 11:39:09 PM. Times modified: 3

# EXHIBIT C

# D.I.S.C. 96 (ESC version)

## ESC annual meeting - Birmingham

This disc is edited by the European Society of Cardiology (ESC) for the promotion of the D.I.S.C. standard for image storage and communication on recordable CD ROMs. This standard is jointly developed by the ACC and ESC in collaboration with the ACR-NEMA committee and is proposed as an extension of the DICOM standard already widely adopted by the medical imaging industry. This disc contains angiographic and echocardiographic as well as MR and nuclear medicine image datasets. The images were collected by Professor R. Simon and his team in Kiel. These images from different vendors equipment were encoded in DICOM format under the supervision of T. Becker from Kiel. This disc also contains a viewer program called OSIRIS developed by the digital imaging unit at the university hospital of Geneva. This award-winning software has been widely distributed free of charge in the past few years in the radiological and medical imaging community. This program is provided in two versions for Macintosh computers and for PC's running MS Windows operating system. This software was specially adapted to read images directly from DISC CD ROMs. It can handle dynamic sequences of digital angiography as well as color Doppler echocardiograms or cardiac scinti- graphic images. It contains all the necessary features for display and manipulation of these images as well as the basic tools for performing quantitative measurements.

For more information about the DICOM images please contact:
Tim Becker
Klinik fuer Kardiologie
Schittenhelmstr. 12
D-24105 Kiel, Germany
E-Mail: becker@cardio.uni-kiel.de
Tel: +49 431 597 4210
FAX: +49 431 597 1470

For more information about the OSIRIS viewer please contact:
Osiris & Papyrus Team
(Dr. O. Ratib or Dr. Y. Ligier)
Digital Imaging Unit
University Hospital of Geneva
24 Micheli du Crest
1211 Geneva 14, Switzerland
E-mail : osiris@diogenes.hcuge.ch
Tel : + 41 22 372 62 60
Fax : + 41 22 372 61 98
WWW http://expasy.hcuge.ch/UIN/UIN.html

# EXHIBIT D

# Self contained off-line media for exchanging medical images using DICOM-compliant standard

Osman Ratib[a], Yves Ligier[b], Antoine Rosset[b], Jean-Christophe Staub[b],
Marianne Logean[b], Christian Girard[b]
(a) UCLA Dept. of Radiological Sciences, Los Angeles, CA, USA
(b) University Hospital of Geneva, Geneva, Switzerland

## ABSTRACT

The goal of this project is to develop and implement off-line DICOM-compliant CD ROMs that contain the necessary software tools for displaying the images and related data on any personal computer.

We implemented a hybrid recording technique allowing CD-ROMs for Macintosh and Windows platforms to be fully DICOM compliant. A public domain image viewing program (OSIRIS) is recorded on the CD for display and manipulation of sequences of images. The content of the disk is summarized in a standard HTML file that can be displayed on any web-browser. This allows the images to be easily accessible on any desktop computer, while being also readable on high-end commercial DICOM workstations. The HTML index page contains a set of thumbnails and full-size JPEG images that are directly linked to the original high-resolution DICOM images through an activation of the OSIRIS program. Reports and associated text document are also converted to HTML format to be easily displayable directly within the web browser.

This portable solution provides a convenient and low cost alternative to hard copy images for exchange and transmission of images to referring physicians and external care providers without the need for any specialized software or hardware.

Keywords: Teleradiology, PACS, DICOM off-line media, CD ROM, telemedicine

## 1. INTRODUCTION

With the recent development of the DICOM standard, most manufacturers have adopted the DICOM format for image storage and communication on most imaging devices. In addition to the DICOM communication protocol, one of the attractive features of the standard is the definition of an "off-line" media format for image files (defined in Chapter 10 of the DICOM standard). This extension of the standard was initially mostly adopted in cardiology for off-line storage of angiography and echocardiography image sets. More recently, it was also adopted as a format for storage of images from other imaging modalities on off-line media such as CD ROMS or DVD disks. It is now becoming a very attractive alternative to film and hard copy prints for exchanging medical images and data between institutions as well as between the image providers and the rest of the medical community. The usage of DICOM off line media such as CD-ROMs suffers, however, from serious restriction due to the limited availability of viewing software. The need for storing images on off line media is increasing in clinical setting that will tend to operate filmless. To provide patients and referring physicians with the results of a radiological examination require that these data can be easily accessible without the need for specialized hardware or software.

We elected to develop and implement a technique for generating off-line DICOM compliant CD ROMs that will also contain the necessary software tools for displaying and manipulating the images on any personal computer. The goal of this project is to provide patients and referring physicians with electronic copy of their medical record that can be easily reviewed on any personal computer without specialized hardware or software while maintaining the integrity of the full resolution original images in a DICOM compliant format. We envision this alternative to be a replacement for hardcopy and film copies in a filmless environment.

## 2. MATERIAL AND METHODS

We implemented a hybrid recording technique allowing CD-ROMs to be readable on Macintosh and Windows platforms while remaining fully compliant with the DICOM standard. The system was developed to be easily operated as a stand-alone unit in a DICOM compliant network. The system allows to perform the following operations sequentially:

1. Retrieve and download image files
2. Sort and assemble images in corresponding studies and series

In *Medical Imaging 2000: PACS Design and Evaluation: Engineering and Clinical Issues*, G. James Blaine, Eliot L. Siegel, Editors, Proceedings of SPIE Vol. 3980 (2000) ● 1605-7422/00/$15 00

Downloaded from SPIE Digital Library on 04 Sep 2010 to 76.103.235.212. Terms of Use: http://spiedl.org/terms

PG 00005(

3. Retrieve and match corresponding data documents (reports, letters etc.)
4. Create the hierarchical data structure and the corresponding directory file (DICOMDIR file)
5. Generate low-resolution thumbnails and JPEG images
6. Create the HTML pages with the content of the disk
7. Attach information and instruction pages
8. Add the DICOM viewing software (OSIRIS imaging software)
9. Create the CD ROM in a hybrid (Macintosh and Windows) format

**Authoring software:** The software was developed and implemented on a Macintosh platform and is driven through a simplified user interface allowing any user with limited training to easily create and edit CD ROMs on demand.



**Figure 1:** Main dialog window of the software allowing the selection of images and related data to be stored on the CD-ROM

The software also automatically creates the HTML pages that will display the content of the disc in any web-browser on any computer platform. In addition to the images in DICOM format a low resolution set of thumbnails and JPEG compressed images are created to be easily displayable in the browser for review and retrieval of the content of the disk. These images that are displayable in the web browser provide a hyperlink to the original images in DICOM format. To be displayed the DICOM images require a special viewing software that is also provided on the disk.

**DICOM viewer:** A public domain image viewing program called OSIRIS developed at the University of Geneva is also recorded on the CD for display and manipulation of sequences of images on either hardware platform. This software allows to display and analyze series of DICOM images at their full resolution. Images can be adjusted (window and level) in their full dynamic range independently from the display characteristics of the computer being used. The OSIRIS software also supports dynamic display of sequences of images as well as color images. A set of tools allows for measurements and annotations to be applied to the images. The CD-ROM also contains a short description of the program and it's features as well as a series of links to web sites where more detailed instructions and information are available. The OSIRIS software being constantly upgraded, a link to the web site is provided to allow users to download the latest version of the software if needed.

**Documents and reports:** all documents and reports associated with the images are converted and stored in HTML format to be directly displayable within a web browser. Pages with a list of the documents are also generated and hyperlinks are set to automatically retrieve the corresponding report or clinical documents.

**WebPages and information:** The CD-ROM also contains additional web pages that can be specifically related to the images and data contained on the CD. For example if the CD contains MR or CT images, general information about these procedures

31

Downloaded from SPIE Digital Library on 04 Sep 2010 to 76.103.235.212. Terms of Use: http://spiedl.org/terms

are included on the CD. Additional guidelines and information are added for specific areas such as cardiovascular or oncology. These pages also contain hyperlinks to specific web sites that may host additional sources of information.

## 3. RESULTS

The system allows to automatically receive and sort images and data files of a specific patient and store them in a formatted CD-ROM with all the associated files that are needed to support these data files. The disks can either be a standard 4 3/4" CD-ROM with 650 MB capacity or even small 3" CDs with 250 MB capacity. The same system could also generate DVD when recordable DVDs become more widely available.



Figure 2: Sample CD with patient identification and label of the content of the disk, the disk is self-bootable on both Windows and Macintosh platforms

The disks generated are "self-bootable" on both Macintosh and Window platforms. As soon as the disk is inserted in a CD drive, and as long as the computer is equipped with a standard Web-browser software, the user is automatically prompted with a web page that shows a cover page with the patient identification (see figure 3).



Figure 3: The first page presented to the user is an HTML cover page with patient identification and side tabs that allow to check the content of the disk

32

Downloaded from SPIE Digital Library on 04 Sep 2010 to 76.103.235.212. Terms of Use: http://spiedl.org/terms

This first home page is designed in the format of a notebook with side-tabs linking to additional pages listing the content of the disk. Typically the content is divided in four sections:

- The list of image files
- The list of corresponding reports and documents
- A list of information documents and guidelines
- A set of guidelines on the usage of the OSIRIS viewer

Each section corresponds to a separate HTML page with a list of hyperlinks to the documents that are stored in the CD-ROM. These lists are presented together with thumbnail images when appropriate for easy selection of the images to be reviewed.



**Figure 4:** The image files contained in the disk are listed in chronological order with a thumbnail image representative of the content of the file.

The list of image files is presented with minified thumbnail images. Clicking one of those thumbnail images will display a separate page with the complete list of images in that file (see figure 5). The user can then select any image to display a full size JPEG image directly in the same browser page.



**Figure 5:** By selecting an image file from the list will display a page with the complete list of images in the file that can also be displayed in full-size JPEG-compressed image

33

Downloaded from SPIE Digital Library on 04 Sep 2010 to 76.103.235.212. Terms of Use: http://spiedl.org/terms

PG 000053

All the images are also stored in their native DICOM format at full resolution. A link is provided to lunch the OSIRIS viewer to display these images with all windowing and zooming capabilities. The DICOM files stored on the CD-ROM can also be displayed by any DICOM-compliant software or diagnostic workstation. The file format is conformant with "off-line" storage rules described in chapter 10 of the DICOM standard. That includes a DICOMDIR file stored in the root directory that includes references to all DICOM files stored on the disk. Most DICOM viewing software capable of reading CD-ROMs will look for the DIOCOMDIR file to retrieve images from the disk. The disks that we generated were tested on several commercial platforms as well as on public-domain software programs and without any major difficulty.

## 4.  DISCUSSION AND CONCLUSIONS

The idea of storing medical images on portable media such as a CD-ROM is not new, and has been promoted by several different projects and initiatives even before the advent of the DICOM 3.0 standard. One of the most known initiative is the one proposed in Japan under the name of ISAC (Image Save And Carry). The development of the DICOM standard has added a broader scope being an internationally adopted standard. The concept of exchanging images through CD-ROMs has been widely adopted by the cardiology community for the communication of X-ray angiogram images. This concept is now also being promoted by some vendors for images from other imaging modalities as well.

The use of off-line CD-ROMs for the exchange of medical images in DICOM format has always suffered from the lack of easily accessible image viewers that can be used on personal computers. Public domain programs such as OSIRIS are available on web servers and can be downloaded from the Internet, but most physicians will still find it cumbersome to retrieve and install a software to be able to review a patient's CD-ROM. We therefore strongly believe that adding the image viewer directly on the CD will greatly facilitate the wider adoption of such a solution for convenient exchange of patient records between different healthcare providers.

Furthermore, by adding HTML pages that can be automatically displayed in any Web-browser program adds a degree of convenience and ease of use for non-computer savvy users. It allows to easily review the content of the disk and select the images and document to be reviewed. This techniques also allows to conveniently add other relevant documents such as clinical reports, information to referring physicians, guidelines and general information to the patients etc.

This portable solution provides a convenient and low cost alternative to hard copy films for exchange and transmission of images to referring physicians and external care providers. It also provides a convenient way to provide patients with an access to their medical record together with specific information and guidelines.

## 5.  REFERENCES

1.  Kaminsky J., Newe A., Lotz J., Graubner G., Hussien S., Becker H., Samii M., Exchange of medical images via an universal magneto-optical disc interface. CARS'99 - HU. Lemke, M.W. Vannier, K. Inamura, A.G. Farman (Ed.), 1999: 1061-1062.
2.  Okura Y., Inamura K., Harauchi H., Umeda T., Aoki a., Takeshita H., Matsumura Y., Inada H., Archiving and Networking of medical motion picture employing DVD-RAM and MPEG-2. CARS'99 - HU. Lemke, M.W. Vannier, K. Inamura, A.G. Farman (Ed.), 1999: 1061-1062.
3.  Weterings RA, et al..Integrated image storage solution for the Cath department.Int J Card Imaging. 1998 Oct;14(5):349-56.
4.  Cusma JT, Wondrow MA, Holmes DR. .Replacement of cinefilm with a digital archive and review network.Int J Card Imaging. 1998 Oct;14(5):293-300.
5.  Okano A. .Digital image in cardiology now and for the future.Int J Card Imaging. 1998;14 Suppl 1:13-5.
6.  Reiber J. H, Koning G, Goedhart B. .The effect of DICOM on QCA and clinical trials.Int J Card Imaging. 1998;14 Suppl 1:7-12.
7.  Van Meurs BF. .Information management in the cardiology department. An analysis of current options for replacing cinefilm.Int J Card Imaging. 1995;11 Suppl 3:159-63.
8.  Condit PB.Requirements for cardiac interchange media and the role of recordable CD.Int J Card Imaging. 1995;11 Suppl 3:153-7.

Downloaded from SPIE Digital Library on 04 Sep 2010 to 76.103.235.212. Terms of Use: http://spiedl.org/terms

PG 00005