Craig S. Summers (SBN 108,688)
craig.summers@kmob.com
Paul A. Stewart (SBN 153,467)
paul.stewart@kmob.com
Brian C. Claassen (SBN 253,627)
brian.claassen@kmob.com
Bridget A. Smith (SBN 253,548)
bridget.smith@kmob.com
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff/Counterdefendant
**DATCARD SYSTEMS, INC.**

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DATCARD SYSTEMS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACSGEAR, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Civil Action No.<br>SACV10-1288 MRP (VBKx)<br><br>**DECLARATION OF BRIDGET SMITH IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER ALLOWING THE SUBMISSION OF ADDITIONAL EVIDENCE ON THE PENDING MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:  N/A<br>Time:  N/A<br>Ctrm:  N/A<br><br>The Honorable Mariana R. Pfaelzer |

I, Bridget A. Smith, declare as follows:

1. I am an associate with the law firm of Knobbe, Martens, Olson & Bear, LLP, and one of the attorneys representing Plaintiff DatCard Systems, Inc. ("DatCard"). I have personal knowledge of the matters set forth herein and if called upon to testify, I could and would competently testify as follows:

2. On October 31, 2012, Craig Summers, Paul Stewart, and I, as counsel for DatCard, met and conferred by telephone with Willmore F. Holbrow and Dennis G. Martin, counsel for Defendant Pacsgear, Inc. ("Pacsgear"), regarding the substance of the accompanying *Ex Parte* Application. On November 2, 2012, we provided Pacsgear's counsel with copies of the materials described below and attached hereto, and requested that Pacsgear stipulate to allow these materials to be introduced as evidence on the pending motions for summary judgment. They indicated that Pacsgear will oppose the present application.

3. Attached hereto are true and correct copies of the materials that DatCard seeks leave to submit as evidence in connection with the pending summary judgment motions. These materials are described as follows:

    a. Exhibit 1 is a collection of screen captures from a computer executing Pacsgear's MediaWriter software version 3.0.4.3.

    b. Exhibit 2 is a printout of the web page http://www.mitra.com/technology/conformance.html, as archived by the Internet Archive (http://www.archive.org) on June 7, 2004.

    c. Exhibit 3 is a copy of the DICOM Conformance Statement for Mitra PACS Broker 1.5.2.

    d. Exhibit 4 is a collection of selected pages from the transcript of the 30(b)(6) deposition of Pacsgear taken on August 16, 2011.

/ / /

/ / /

-1-

|     |     |
| --- | --- |
| 1   | I declare under penalty of perjury under the laws of the United States of |
| 2   | America that the foregoing is true and correct. |
| 3   | Executed this 2nd day of November, 2012, in Irvine, California. |
| 4   |     |
| 5   | /s/ Bridget A. Smith |
|     | Bridget A. Smith |
| 6   | 14250731 |

-2-