

**EXHIBIT 1**



**EXHIBIT 1**



**EXHIBIT 1**



**EXHIBIT 1**



**EXHIBIT 1**



**EXHIBIT 1**



EXHIBIT 1



**EXHIBIT 1**



**EXHIBIT 1**



**EXHIBIT 1**



**EXHIBIT 1**



**EXHIBIT 1**



**EXHIBIT 1**



EXHIBIT 1



**EXHIBIT 1**



**EXHIBIT 1**



**EXHIBIT 1**



**EXHIBIT 1**