

home    agfa.com    technology    partners    careers

# technology

*Integrating healthcare, together*

Supported Devices    |    Conformance Statement

### Technical Specifications

**Conformance Statements**

**DICOM**
PACS Broker is fully compliant with the Digital Imaging and Communications in Medicine (DICOM) standard. To view the conformance statement in PDF format, **click here**.

**HL7**
The HL7 Interface Specification provides a set of baseline requirements for a Hospital Information System to communicate with PACS Broker product via the Health Level Seven (HL7) Standard. To view the conformance statement in PDF format, **click here**.

**Supported Devices**

Home   I   Agfa.com   I   Technology   I   Partners   I   Careers
© 2003 Agfa HealthCare Informatics