```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                      SOUTHERN DIVISION

 4

 5   DATCARD SYSTEMS, INC., a        )
     California corporation,         )
 6                                   )
                       Plaintiff,    )
 7                                   )
         V.                          ) Case No.
 8                                   )SACV10-1288 DOC(VBKx)
     PACSGEAR, INC., a California    )
 9   corporation,                    )
                       Defendant.    )
10   _____)
     PACSGEAR, INC., a California    )
11   corporation,                    )
                                     )
12          Counter-Claimant,        )
                                     )
13       V.                          )
                                     )
14   DATCARD SYSTEMS, INC., a        )
     California corporation,         )
15                                   )
            Counter-Defendant.       )
16   _____)

17

18        CONFIDENTIAL - ATTORNEY'S EYES ONLY

19         VIDEOTAPED DEPOSITION OF 30(b)(6) witness,

20      BRIAN CAVANAUGH, taken on behalf of Plaintiff,

21      at Knobbe Martens Olson & Bear, LLP, 333 Bush

22      Street, 21st Floor, San Francisco, California,

23      commencing at 9:06 a.m., Tuesday, August 16,

24      2011, before Donna J. Blum, Certified Shorthand

25      Reporter, No. 11133.


                              2
```

30(b)(6) BRIAN CAVANAUGH - CONFIDENTIAL            

EXHIBIT 4

```
 1   APPEARANCES:

 2


 3   FOR THE PLAINTIFF:

 4        PAUL A. STEWART, ATTORNEY AT LAW
          BRIDGET O'LEARY SMITH, ATTORNEY AT LAW
 5        KNOBBE MARTENS
          2040 Main Street, 14th Floor
 6        Irvine, CA 92614
          949-760-0404
 7        Email:  paul.stewart@kmob.com
                  bridget.smith@kmob.com
 8


 9   FOR THE DEFENDANT:

10        WILLMORE F. HOLBROW, III, ATTORNEY AT LAW
          BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN
11        12400 Wilshire Boulevard, 7th Floor
          Los Angeles, CA 90025-1030
12        310-207-3800
          Email:  bill_holbrow@bstz.com
13


14   ALSO PRESENT:

15        CYRIL SUSZCKIEWICZ, Videographer
          BARKLEY COURT REPORTERS
16        222 Front Street, Suite 600
          San Francisco, California 94111
17        415-433-5777

18

19

20

21

22

23

24

25

                              3
```

30(b)(6) BRIAN CAVANAUGH - CONFIDENTIAL

BARKLEY
Court Reporters

```
       1   converts the report to an HTML?
09:36  2        A.   That's correct.
09:36  3        Q.   Okay.  And then the HTML file can be burned
       4   to a disk?
09:36  5        A.   That's correct.  I'm confused about the
       6   MediaWriter server versus the MediaWriter product --
09:36  7        Q.   Okay, yeah.
09:36  8        A.   The MediaWriter server itself doesn't talk
       9   to HL-7.
09:36 10        Q.   I understand, but the MediaWriter product
      11   can receive an HL-7 report, convert it to HTML and
      12   convert it to a disk?
09:36 13        A.   Yes.
09:36 14        Q.   Okay.  Let's see, I think you'd mentioned
      15   HTML, and you mentioned DICOM structured reports.
      16             Does the MediaWriter ever receive reports
      17   from a Mitra broker?
09:36 18        A.   The MediaWriter actually queries a Mitra.
      19   The Mitra report interface is a query interface.  It
      20   doesn't broadcast.
09:37 21        Q.   Okay.  And does MediaWriter query and
      22   retrieve from a Mitra broker radiological reports?
09:37 23        A.   It does.
09:37 24             MR. HOLBROW:  I'm going to -- are you
      25   talking about hypothetical MediaWriters or --

                                31
```

30(b)(6) BRIAN CAVANAUGH - CONFIDENTIAL         

**EXHIBIT 4**

-82-

```
09:37   1              MR. STEWART:  Just the overall functional
        2   capability of the MediaWriter.  Not a particular
        3   installation.
09:37   4              MR. HOLBROW:  Whether it's installed --
        5   okay.
09:37   6   BY MR. STEWART:
09:37   7       Q.  Can the MediaWriter receive reports from the
        8   Pac scan software?
09:37   9       A.  That's a hard question to answer.  We can
       10   receive a DICOM image, and there are people that
       11   convert a report to a DICOM image, and MediaWriter
       12   can receive that DICOM image.
09:37  13       Q.  And is that done through the Pac scan
       14   software?
09:37  15       A.  There are customers that have done that.
09:38  16       Q.  Okay.  Are there any other methodologies you
       17   can think of where a radiological report could find
       18   its way somewhere onto the MediaWriter device?
09:38  19       A.  There's a -- there's a number of ways that
       20   report information can be on a DICOM disk.  Reports
       21   that can be included in DICOM images.  There's other
       22   DICOM formats that may include textual information
       23   that is of a diagnostic, you know, type of data.
09:38  24       Q.  Okay.
09:38  25       A.  So we wouldn't know.  We just store the

                                  32
```

30(b)(6) BRIAN CAVANAUGH - CONFIDENTIAL        

**EXHIBIT 4**

-83-

```
     1   give it the same accession number or does it vary
     2   from hospital to hospital?
10:01  3          A.   I don't understand the question.
10:01  4          Q.   Oh.  Meaning would -- would a user of a Pac
     5   system and a user of a MediaWriter want to give the
     6   same accession number to the Pac scan study that
     7   they've given to the images?
10:01  8          A.   Well, describe Pac scan, which is, you know,
     9   outside I think the scope of the patent conversation.
    10   Right.
10:01 11          Q.   Sure.
10:01 12          A.   The Pac scan is a paper scanning application
    13   that can take a piece of paper, most often it's a
    14   notes from a physician or it's a worksheet the
    15   patient filled out is probably more common, okay, so
    16   they fill out a piece of paper and scan that, send it
    17   to Pacs.  And if the papers associated with the
    18   study, which it often is, so you're filling out a
    19   form before your CT scan, that piece of paper has the
    20   accession number of that study so that on the Pacs
    21   you'll have the patient questionnaire and the CT
    22   images in the same study.
10:02 23          Q.   Okay.  Now, how about reports on a Mitra
    24   broker, how do they end up -- what's the path that
    25   they follow to get on to a MediaWriter CD or DVD?

                                  47
```

30(b)(6) BRIAN CAVANAUGH - CONFIDENTIAL     

**EXHIBIT 4**

-84-

10:02  1      A.  Okay.  So the user selects a patient from
       2  the patient user interface, and the patient list
       3  again is made up of a patient list that came from
       4  query retrieve from a Pacs, let's say.  When they
       5  select a patient and they hit the burn button, will
       6  transfer the images from the Pacs to the MediaWriter
       7  using DICOM query receive.  Then will query Mitra
       8  broker using DICOM Mitra C find, I think they call
       9  it.  It's a DICOM service where you can query a
       10 report from Mitra.  Retrieve that.
10:02  11         We format that Mitra response, that Mitra
       12 report in an HTML formatted file and put that on the
       13 disk along with the DICOM images.
10:03  14      Q.  So is it fair to say then that after the
       15 user has selected the image, the image study that
       16 he's interested in, I'm assuming the enable reports
       17 box has been checked, the MediaWriter goes out and
       18 searches in the Mitra broker for the appropriate
       19 corresponding study.  Is that a fair summary?  And
       20 then that's brought back to the MediaWriter?
10:03  21      A.  The MediaWriter doesn't really surge.  It
       22 passes the Mitra an accession number and then Mitra
       23 responds with a matching report if it has one.
10:04  24      Q.  Okay.  Are the Mitra reports in DICOM
       25 format?

                            48

30(b)(6) BRIAN CAVANAUGH - CONFIDENTIAL         BARKLEY
                                                Court Reporters

-85-                                            EXHIBIT 4

```
10:04  1        A.   The Mitra wrote a specification for their
       2   query retrieve interface.
10:04  3        Q.   You may have answered my question, but I
       4   didn't appreciate it.  I thought it was a yes or no
       5   question.
10:05  6        A.   So say --
10:05  7        Q.   Are the reports there are stored in the
       8   Mitra broker, are they in the DICOM format?
10:05  9        A.   We don't store Mitra reports in DICOM
      10   format.
10:05 11        Q.   Okay.
10:05 12        A.   And we convert the DICOM to an HTML
      13   formatted file.  The communication back and forth
      14   from the Mitra is DICOM that was, you know, created
      15   by Mitra It's a specific DICOM protocol.
10:05 16        Q.   Okay.
10:05 17        A.   To be specific though, the DICOM protocol
      18   that Mitra uses was never adopted by the DICOM
      19   standard.
10:05 20        Q.   Okay.  So is -- is the Mitra report in DICOM
      21   format while it's in the Mitra broker and then you
      22   folks convert it to HTML?
10:06 23        A.   I don't know what format Mitra stores their
      24   reports in their broker.  I know the communication is
      25   DICOM.
```

49

30(b)(6) BRIAN CAVANAUGH - CONFIDENTIAL

BARKLEY
Court Reporters

EXHIBIT 4

```
10:06   1          Q.   Okay.  Let me ask you to turn to chapter
        2     five of the user's manual, page 25.  This is Exhibit
        3     1001 for the record.
10:07   4              And does this --
10:07   5              First of all, are you familiar with what's
        6     shown on this page?
10:07   7          A.   I am.
10:07   8          Q.   And does this explain how a user can add a
        9     location to search for a radiological reports?
10:07  10          A.   Yes.
10:07  11          Q.   Okay.  I see three different types of
       12     locations listed here:  DICOM, folder, and custom.
       13     Is that accurate?
10:07  14          A.   Yes.
10:07  15          Q.   Okay.  And if the user selects the DICOM,
       16     does the MediaWriter search a DICOM compliant archive
       17     for radiological reports?
10:07  18          A.   It does if a DICOM archive supports the
       19     Mitra report's interface.
10:07  20          Q.   From a Mitra report's interface you said?
10:07  21          A.   Yeah.  That's the only DICOM way we have to
       22     get the reports is a Mitra interface.
10:08  23          Q.   Okay.  Well, why don't you -- so -- so the
       24     DICOM reports are being retrieved then from a Mitra
       25     broker?
```

50

30(b)(6) BRIAN CAVANAUGH - CONFIDENTIAL        

-87-

**EXHIBIT 4**

```
10:08  1        A.  Yes, or anything that's supports that Mitra
       2   report interface.
10:08  3        Q.  Okay.  Well, what else would support a Mitra
       4   report interface besides a Mitra broker?
10:08  5        A.  I don't know.  We had Trilex built a box
       6   that supported that protocol as well.  There were
       7   some other competitive products in the Mitra broker
       8   that supported that interface.
10:08  9        Q.  Okay.  But basically it's the Mitra broker
      10   and the competitors of Mitra broker?
10:08 11        A.  Correct.  Or it's a -- it's a -- it's a
      12   DICOM interface, and so there are those that built it
      13   in Pacs that report interface.
10:08 14        Q.  They built the Mitra broker interface into a
      15   Pacs?
10:08 16        A.  I believe so.
10:08 17        Q.  Okay.  So I just want to make sure I
      18   understand correctly.  The only DICOM compliant
      19   archives that you can appropriately enter in the --
      20   start that over.
10:09 21            If you look on page 25 under No. 2 --
10:09 22        A.  Uh-huh.
10:09 23        Q.  -- it says that for the DICOM option -- it
      24   says a DICOM compliant archive such as a Pacs.
10:09 25        A.  Uh-huh.
```

51

```
10:09    1        Q.   So this suggested a Pacs is a type of DICOM
         2   compliant archive?
10:09    3        A.   Correct.
10:09    4        Q.   And is a Pacs a place where you can search
         5   for radiological reports through the methodology
         6   described on page 25 here?
10:10    7        A.   The only method we have to retrieve reports
         8   at a DICOM is a Mitra interface standard.
10:10    9        Q.   Okay.
10:10   10        A.   So that's it.  That's the only way we can
        11   pull reports using this report source.
10:10   12        Q.   Okay.  And so this reference to a Pacs here
        13   just refers to the those cases where somebody has put
        14   the Mitra --
10:10   15        A.   On the same box as a Pacs, let's say.
10:10   16        Q.   Okay.
10:10   17        A.   So I would probably say it would be more
        18   descriptive if we put broker here for the users.
10:10   19        Q.   Okay.  Assuming a user has entered an
        20   appropriate DICOM compliant archive here, the
        21   MediaWriter will search that archive for a
        22   radiological report and then burn it to a disk with
        23   an image.  Is that correct?
10:11   24        A.   I don't understand the word "search."
10:11   25        Q.   Okay.
```

52

```
10:11   1        A.  We use the Mitra C find protocol.  We ask
        2   for an accession number, let's say, and then the
10:11   3   report provider passes back matching reports.
10:11   4        Q.  Okay.
10:11   5        A.  So.
10:11   6        Q.  But apart from my use of the word "search,"
        7   you're comfortable with what I just said?
10:11   8        A.  I'm sorry?
10:11   9        Q.  Maybe --
10:11  10        A.  Say it again.
10:11  11        Q.  That if a user enters an appropriate DICOM
       12   compliant archive, the MediaWriter will send an
       13   accession number to the designated Mitra entity and
       14   the Mitra entity will look to see if it has a
       15   matching accession number.  If it does it will return
       16   the corresponding radiological report to MediaWriter,
       17   and then MediaWriter will burn the report and the
       18   associated study to a disk?
10:12  19        A.  Yes, again, if the DICOM archive supports
       20   the Mitra C find DICOM specification.
10:12  21        Q.  Okay.  Okay.  The second option on this page
       22   is enter a folder.  And it's described here as a
       23   folder on a local or network drive.  Do you see that?
10:12  24        A.  I do.
10:12  25        Q.  What is that a reference to?
```

53

ERRATA SHEET (REVISED)

Re: DatCard Systems v. Pacsgear, Inc.
    USDC Case No: SACV 10-1288 DOC (VBKx)

I, Brian Cavanaugh wish to make the following corrections and/or changes to my deposition taken on August 16, 2011.

| PAGE | LINE | CHANGE OR CORRECTION AND REASON |
|---|---|---|
| 18 | 14 | Lisa Beasley's should read Lisa Peasley's |
| 18 | 17 | Hazley should read Haisley |
| 21 | 29 | Emit should read eMed |
| 22 | 5 | Pac should read PACS |
| 22 | 10 | Try Less Information Systems should read Trilix Information Systems |
| 22 | 15 | Semax should read Cemax, Semax Icon should read Cemax-Icon |
| 22 | 24 | Pac should read PACS |
| 25 | 23 | Autograph should read hard drive |
| 27 | 15 | Pac should read PACS |
| 29 | 1 | Pacs should read PACS |
| 34 | 23 | Final name should read file name. |
| 48 | 21 | Surge should read search |
| 51 | 5 | Trilex should read Trilix |
| 57 | 13-18 | Eyesight should read ISite |
| 61 | 24 | Eyesight should read ISite |
| 85 | 25 | AA should read AE |
| 94 | 14-20 | **Correction:** MediaWriter does not set the timer when we receive an image. The timer is started when the product starts, and |

-91-

**EXHIBIT 4**

| Page | Lines | |
|---|---|---|
| | | restarts each time the timer expires. When we receive an image, we record the time the image was received and the patient ID in memory for future comparison. |
| 94<br>95 | 22-25<br>1-5 | **This was incorrect.** MediaWriter does not start the timer when it receives an image. The timer starts when the application starts. When the timer goes off, the time of the last image for a patient is compared with the current time. If this difference is larger than the time configured for autoburn, then the burn process is started. |
| 95 | 6-9 | **Correction:** This question is no longer applicable based on the true behavior described above. |
| 95 | 10-11 | **Correction:** This question is no longer applicable based on the true behavior described above. |
| 97 | 1 | **Correction:** When MediaWriter receives an image, it looks for a timestamp stored in memory for the patient ID. If there is a timestamp stored, the timestamp is removed, and the current time is recorded for the patient ID. |
| 97 | 2-3 | **Correction:** The timer does not restart at this time. The timer restarts the next time the timer expires. |
| 97 | 4-8 | **Correction:** After MediaWriter receives an image, the time stamp is stored in memory, and the image is stored on the hard drive. |
| 102 | 1-2 | **Correction:** MediaWriter stores the time in memory that the image was received. The timer is started when the application starts, and restarts after the timer expires. |
| 102 | 3-8 | **Correction:** When we receive the first image for a patient, we store the time in memory. When we receive the second image for that same patient, we replace the time |

2

| | | |
|---|---|---|
| | | associated with that patient ID in memory with the time the second image is received. |
| 103 | 1-2 | Correction: This is not the case. The timer starts when the application starts. |
| 106 | 14-17 | Correction: And then the application reads the patient ID out of the DICOM object, identifies if there is a time stamp in hashtable for that patient ID, and if so, replaces the time stamp for that patient ID. |
| 107 | 6-16 | Correction: The timer does not restart when the MediaWriter receives data, it restarts after the timer goes off. |

I have read the transcript of my deposition taken on the date above and except for corrections or changes noted as above, I hereby subscribe to the transcript as an accurate record of the statements made by me.

12/5/2011
Date                Signature of Deponent

3

**EXHIBIT 4**

```
 1              DEPOSITION OFFICER'S CERTIFICATE
 2   STATE OF CALIFORNIA    )
                            ) ss.
 3   COUNTY OF MARIN        )
 4
 5
 6         I, Donna J. Blum, hereby certify:
 7         I am a duly qualified Certified Shorthand
 8   Reporter in the State of California, holder of
 9   Certificate Number CSR 11133 issued by the Court
10   Reporters Board of California and which is in full force
11   and effect.  (Fed. R. Civ. P. 28(a)).
12         I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being examined,
15   the witness was first duly sworn by me.  (Fed. R. Civ.
16   P. 28(a), 30(f)(1)).
17         I am not a relative or employee or attorney or
18   counsel of any of the parties, nor am I a relative or
19   employee of such attorney or counsel, nor am I
20   financially interested in this action.  (Fed. R. Civ. P.
21   28).
22         I am the deposition officer that
23   stenographically recorded the testimony in the foregoing
24   deposition and the foregoing transcript is a true record
25                           / / /

                              172
```

30(b)(6) BRIAN CAVANAUGH - CONFIDENTIAL

BARKLEY Court Reporters

**EXHIBIT 4**

```
 1  of the testimony given by the witness.  (Fed. R. Civ. P.
 2  30(f)(1)).
 3          Before completion of the deposition, review of
 4  the transcript [XX] was [ ] was not requested.  If
 5  requested, any changes made by the deponent (and
 6  provided to the reporter) during the period allowed, are
 7  appended hereto.  (Fed. R. Civ. P. 30(e)).
 8  Dated: SEPTEMBER 1, 2011,
 9                    _____
10
```

173

30(b)(6) BRIAN CAVANAUGH - CONFIDENTIAL

BARKLEY
Court Reporters

**EXHIBIT 4**