ORIGINAL

AO 120 (Rev. 3/04)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Central District of California on the following X Patents or • Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| SACV10-1288 CJC(SSx) | August 23, 2010 | Central District of California |

| PLAINTIFF | DEFENDANT |
|---|---|
| DATCARD SYSTEMS, INC., a California corporation | PACSGEAR, INC., a California corporation |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 7,302,164 | 11/27/2007 | DatCard Systems, Inc. |
| 2 7,729,597 | 06/01/2010 | DatCard Systems, Inc. |
| 3 7,783,174 | 08/24/2010 | DatCard Systems, Inc. |
| 4 | | |
| 5 | | |

FILED
2010 AUG 24 PM 12: 16
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA
BY:

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY • Amendment • Answer • Cross Bill • Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Order Granting Pacsgear Inc.'s Motion for Summary Judgment of Non-Infringement of the "Search/Burn" Patents filed 4/1/2013.

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| TERRY NAFISI | G. Kami | 5/31/2013 |

Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy